## CERTIFICATION PURSUANT
## TO FEDERAL SECURITIES LAWS

1. I, Marty Daniels, on behalf of The Daniels Family 2001 Revocable Trust ("Daniels Family Trust") as Trustee with authority to bind the Daniels Family Trust, make this declaration pursuant to Section 27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or Section 21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2. I have reviewed a Complaint against Las Vegas Sands Corp. ("Las Vegas Sands" or the "Company") and authorize the filing of a comparable complaint on behalf of the Daniels Family Trust.

3. The Daniels Family Trust did not purchase or acquire Las Vegas Sands securities at the direction of plaintiffs' counsel or in order to participate in any private action arising under the Securities Act or Exchange Act.

4. The Daniels Family Trust is willing to serve as a representative party on behalf of a Class of investors who purchased or otherwise acquired Las Vegas Sands securities during the class period, including providing testimony at deposition and trial, if necessary. I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5. To the best of my current knowledge, the attached sheet lists all of the Daniels Family Trust's transactions in Las Vegas Sands securities during the Class Period as specified in the Complaint.

6. During the three-year period preceding the date on which this Certification is signed, the Daniels Family Trust has not served or sought to serve as a representative party on behalf of a class under the federal securities laws.

7. The Daniels Family Trust agrees not to accept any payment for serving as a representative party on behalf of the class as set forth in the Complaint, beyond my pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

        8.        I declare under penalty of perjury that the foregoing is true and correct.

**Executed**    10/12/2020
                **(Date)**

*[DocuSigned by: Marty Daniels, E5031D2BF3A64A5...]*

**Marty Daniels**
**Trustee**
**The Daniels Family 2001 Revocable Trust**

**Las Vegas Sands Corporation (LVS)**                    **The Daniels Family 2001 Revocable Trust**

**List of Purchases and Sales**

| Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| Purchase | 5/23/2018 | 100 | $77.3100 |