1   Patrick G. Byrne (Nevada Bar #7636)
    Morgan Petrelli (Nevada Bar #13221)
2   SNELL & WILMER L.L.P.
    3883 Howard Hughes Parkway, Suite 1100
3   Las Vegas, Nevada  89169
    Telephone:  702.784.5200
4   Facsimile:  702.784.5252
    Email:  pbyrne@swlaw.com
5           mpetrelli@swlaw.com

6   Walter C. Carlson *(Pro Hac Vice)*
    Lawrence P. Fogel *(Pro Hac Vice)*
7   Martha C. Clarke *(Pro Hac Vice)*
    Sidley Austin LLP
8   One South Dearborn
    Chicago, IL 60603
9   Telephone: 312.853.6892
    Email: wcarlson@sidley.com
10          lawrence.fogel@sidley.com
            mclarke@sidley.com
11

    *Attorneys for Defendants Las Vegas Sands*
12  *Corp.,Sheldon G. Adelson and Patrick Dumont*

13                UNITED STATES DISTRICT COURT

14                    DISTRICT OF NEVADA

15

16  THE DANIELS FAMILY 2001 REVOCABLE          Case No.:    2:20-cv-01958-GMN-EJY
    TRUST, Individually and On Behalf of All
17  Others Similarly Situated,

18                            Plaintiff,        **NOTICE OF DEATH OF SHELDON G.
                                                ADELSON**
19          v.

20  LAS VEGAS SANDS CORP., SHELDON G.
    ADELSON, and PATRICK DUMONT,
21

22                            Defendants.

23

24          In accordance with Rule 25(a) of the Federal Rules of Civil Procedure, Defendants Las

25  Vegas Sands Corp. and Patrick Dumont note on the record the death during the pendency of this

26  action of Defendant Sheldon G. Adelson.  Defendants Las Vegas Sands Corp. and Patrick

27  Dumont further state that the special administrator for the estate of Sheldon G. Adelson is Dr.

28  Miriam Adelson.  The undersigned counsel has been authorized to accept service on behalf of Dr.

- 1 -

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada  89169
702.784.5200

Miriam Adelson, in her capacity as special administrator of the estate of Sheldon G. Adelson, for purposes of this action.  The undersigned counsel has agreed to waive service in accordance with Rule 4(d) of the Federal Rules of Civil Procedure.

Dated: February 23, 2021

**SNELL & WILMER, L.L.P.**

By: */s/ Morgan Petrelli*
    Patrick G. Byrne, Esq.
    Morgan Petrelli, Esq.
    3883 Howard Hughes Pkwy., Ste. 1100
    Las Vegas, NV 89169

    Walter C. Carlson (*Pro Hac Vice*)
    Lawrence P. Fogel (*Pro Hac Vice*)
    Martha C. Clarke (*Pro Hac Vice*)
    SIDLEY AUSTIN LLP
    One South Dearborn Street
    Chicago, Illinois 60603

    *Attorneys for Defendants*

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada  89169
702.784.5200

**CERTIFICATE OF SERVICE**

On February 23, 2021, I served the foregoing document on all parties appearing in this case when filing said document through the court's PACER system with automatic e-service on all persons who have registered for e-service on PACER for this case.


*/s/ Lyndsey Luxford*
An employee of SNELL & WILMER L.L.P.

4851-4301-5645

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200