# EXHIBIT 13

Casino Regulatory Authority Press Release, "CRA Renews MBS Casino Licence (2016)" dated 4/19/2016

# EXHIBIT 13

A Singapore Government Agency Website



# NEWS & EVENTS

Home  ›  News & Events  ›  News Releases  ›  **CRA RENEWS MBS CASINO LICENCE (2016)**



## CRA RENEWS MBS CASINO LICENCE (2016)

19 Apr 2016

The Casino Regulatory Authority of Singapore has renewed the casino licence of Marina Bay Sands Pte. Ltd. (MBS) under Section 49 of the Casino Control Act (CCA). This is after assessment of the matters set out in Section 45 of the CCA, and having regard to the independent opinion of an evaluation panel as provided for under Section 45A of the CCA. The licence is renewed for another 3 years with effect from 26 April 2016.

Communications & International Relations Branch
Casino Regulatory Authority of Singapore

## News & Events

> **News Releases**

> Media Coverage

> Events

> Enforcement Actions

> Speeches

> Features

001037

# Casino Regulatory Authority

Best viewed using the latest versions of
Chrome, Firefox, Safari and Internet Explorer

Careers

Useful Links

REACH

FAQs

Contact

Feedback

Sitemap

---

Report Vulnerability

Privacy Statement

Terms of Use

Data Protection Policy

© 2019 Government of Singapore
Last Updated on 15 Aug 2019

001038