# EXHIBIT 17

*Bloomberg* Article, "Singapore Police Probe Former Patron's Marina Bay Sands Claims," dated 5/12/2020

# EXHIBIT 17

# Singapore Police Probe Former Patron's Marina Bay Sands Claims

Bloomberg News Enterprise
**Published: May 12 2020 08:52:17**

News Story

By      Chanyaporn Chanjaroen

(Bloomberg) --
The Singapore Police Force is investigating a complaint against  Marina Bay Sands Pte by a former patron, who is suing the casino operator for allegedly making unauthorized fund transfers from his account.

"A report was lodged and it is inappropriate to comment on ongoing Police investigations," a police spokesman said Tuesday in an emailed reply to questions from Bloomberg about the former patron's complaint against Marina Bay Sands.

A representative for Marina Bay Sands couldn't immediately comment.

Wang Xi, a Chinese national, sued the Singapore casino operator last year seeking to recover S$9.1 million ($6.4 million) he claimed was transferred to other casino patrons without his authorization.

According to the  suit filed in the Singapore High Court in September, Marina Bay Sands told Wang it received authorization letters signed by him in Macao for the disputed transactions. Wang said his signature had been copied and pasted on to the authorization letters. Wang doesn't know the people who allegedly received the money, the claim said.

Marina Bay Sands, the local arm of  Las Vegas Sands Corp., is one of two firms granted exclusive licenses by the Singapore government to operate casinos on the island. Last year, the government agreed to extend the licenses held by Genting Singapore Ltd. and Las Vegas Sands to 2030, in exchange for pledges to invest S$9 billion into local tourism projects.

The case is Wang Xi v. Marina Bay Sands Pte. Ltd., S967/2019, Singapore High Court.

Related ticker:

LVS US (Las Vegas Sands Corp)

To contact the reporter on this story:
Chanyaporn Chanjaroen in Singapore at  cchanjaroen@bloomberg.net



© 2021 The Bureau of National Affairs, Inc. All Rights Reserved. Terms of Services

Singapore Police Probe Former Patron's Marina Bay Sands Claims

To contact the editors responsible for this story:
Marcus Wright at  mwright115@bloomberg.net
Candice Zachariahs



© 2021 The Bureau of National Affairs, Inc. All Rights Reserved. Terms of Services