# EXHIBIT 27

Judgment filed in Suit No. 842 of 2011/Q between Marina Bay Sands Pte. Ltd. and Takami Shinichi, dated 4/13/2012 (High Court of the Republic of Singapore)

# EXHIBIT 27

Case No.           : S842/2011/Q
Document No.        : JUD197/2012 / M
Date Of Filing      : 13/04/2012
Time Of Filing      : 18:47:07
Doc Control No.     : 3059000/E
Date Of Judgment    : 13/04/2012
Made By            :

**IN THE HIGH COURT OF THE REPUBLIC OF SINGAPORE**

S842/2011/Q

Between

MARINA BAY SANDS PTE LTD
RC No. ▉▉▉▉▉▉

...Plaintiff(s)

And

TAKAMI SHINICHI
NRIC No. ▉▉▉▉▉▉

...Defendant(s)



Mr. Foo Chee Hock
Registrar
Supreme Court
Singapore

PTC on 18 Apri,2012 @
2.30 pm is vacated

_____

**JUDGMENT MADE IN CHAMBERS**

_____

KELVIN TAN TECK SAN
NATASHA NUR BTE SULAIMAN
LIN YUANKAI
DREW & NAPIER LLC
10 COLLYER QUAY #10-01
OCEAN FINANCIAL CENTRE
SINGAPORE 049315
TEL:65350733
FAX:06565327149
Ref: KVT/NNS/LYKI/315334

Filed this 13th day of April 2012

C-1

## IN THE HIGH COURT OF THE REPUBLIC OF SINGAPORE

Suit No. 842 of 2011/Q
Summons No. 431 of 2012/S

Between

**MARINA BAY SANDS PTE LTD**
(RC No.           )
… Plaintiff

And

**TAKAMI SHINICHI**
(NRIC No.        )
… Defendant

## JUDGMENT

## THE 13TH DAY OF APRIL, 2012

**PURSUANT** to the Order of Court by the Assistant Registrar, Mr. Tan Zhengxian Jordan, made herein on the 4th day of April, 2012, which ordered that the Defendant be granted conditional leave to defend the Plaintiff's claim, on condition that the Defendant furnish a banker's guarantee to the Plaintiff or make payment into court in the sum of S$1,999,324.00, by 4 p.m. on 13 April 2012, in default of which the Plaintiff be at liberty to enter judgment against the Defendant forthwith AND the Defendant having defaulted in furnishing a banker's guarantee to the Plaintiff or making payment into court in the sum of S$1,999,324.00, by 4 p.m. on 13 April 2012.

001116

**IT IS THIS DAY ADJUDGED** that the Defendant pay the Plaintiff the sum of S$1,999,324.00, interest on the said sum of S$1,999,324.00 at the rate of 12% per annum from 14 August 2011 to the date hereof, and costs of Summons No. 431 of 2012/S and of the action.

Dated this 13th day of April 2012

Kevin Tan

Assistant                    **REGISTRAR**

001117

# MARINA BAY SANDS PTE. LTD. CREDIT/CHEQUE CASHING AGREEMENT
## 滨海湾金沙有限公司贷款/支票申请合同

**CUSTOMER INFORMATION 客户信息**

Name 姓名 TAKAMI SHINICHI   Address 住址 10 DRAYCOTT PARK #10-07   Credit Limit $ 信贷限额（新币）200,000.00

Player Club No# 玩家俱乐部编号 [redacted]   Credit Application Date: 信贷申请日期： 25/06/2010   Disposition 借贷还款期 30 Days 天内

## Credit/Cheque Cashing Agreement ("Agreement") 贷款/支票合同（简称"合同"）

The undersigned ("Borrower") agrees that the terms and conditions of all credit or cheque cashing privileges ("Credit Account") granted to Borrower by Marina Bay Sands Pte. Ltd. ("Lender") are as follows: 签署人（"借款人"）同意，滨海湾金沙有限公司（"贷款人"）批准借款人贷款或支票借贷（统称"信用账户"）的条款和条件如下：

（一）1 Borrower attests that (a) all information provided by Borrower to Lender is true and accurate and (b) and Borrower is not a citizen or a permanent resident of Singapore. If Borrower is a citizen or a permanent resident of Singapore, Borrower attests that Borrower has deposited SGD$100,000 with Lender. Lender has Borrower's permission to verify Borrower's credit, banking and employment history through any source. 借款人谨此证明（1）所有由借款人提供给贷款人之信息正确无论（2）借款人非新加坡公民或新加坡永久居民。如果借款人是新加坡公民或新加坡永久居民，其谨此证明已经向贷款人存入新加坡100,000元。贷款人拥有借款人的许可，通过任何来源证实借款人的信用、银行及职业记录。

（二）2 If Borrower ever becomes a citizen or permanent resident of Singapore, Borrower agrees to notify the Lender immediately and the Credit Account will be suspended unless the Borrower is a premium player. 倘若借款人成为新加坡公民或永久居民，其同意立即通知贷款人，借款人的信用账户将会被暂停，除非借款人是高级玩家。

（三）3 Borrower exempts the Lender from any duty of secrecy, authorising Lender to disclose to third parties any information related to Borrower's Credit Account. 借款人免除贷款人为其信息保密的义务，并授权贷款人可向第三方披露借款人信用帐户之相关信息。

（四）4 Personal data provided by Borrower will be subject to automated processing by Lender for the purposes of analyzing credit risk, ensuring the repayment of amounts lent to Borrower, making credit risk inquiries and disclosing any information related to Borrower to third parties. 为了分析贷款风险，确保出借给借款人的贷款能被偿还、调查信用风险，及向第三方披露任何有关借款人的信息，借款人提供的个人资料将由贷款人的自动化程序处理。

（五）5 Credit issued by Lender to Borrower shall be granted only by transferring casino chips of Lender to Borrower solely for gaming by Borrower at the casino of Lender. If Borrower has a deposit account with Lender, these funds will be used before any credit drawdown is permitted. Each time Lender either grants or makes available to Borrower credit, Borrower agrees to execute any negotiable instrument(s) requested by Lender. If any part of the approved credit limit is required to establish Borrower as a premium player, Borrower hereby grants Lender a power of attorney to draw on behalf of Borrower that amount, deposit the draw into Borrower's deposit account with Lender, and to sign any documents including any negotiable instrument(s) thought necessary by Lender to evidence the foregoing draw and deposit. 贷款人向借款人发放的贷款，将只可以通过转换为贷款人方娱乐场筹码之形式授予借款人，且该娱乐场筹码只限借款人在贷款人的娱乐场内使用。如果借款人在贷款人处有存款账户，在贷款被允许使用之前，借款人须先使用该存款账户中的资金。每次贷款人批准或提供借款人贷款时，借款人同意应贷款人的要求签署任何可转让票据。如果任何经批准的借贷数额之[...]人成为高级玩家，借款人据此授于贷款人一授权委托书，同意以借款人的名义来提取该相等数额，存入借款人的存款账户，并签署任何贷款人认为必需的文件，包括任何[...]用以证明之前的提取和存款。

（六）6 Borrower requests Lender to make available casino chips up to the amount indicated at the beginning of this Agreement. The credit granted under this Agreement may be increased, but only if Borrower first requests the increase by completing a Request to Revise Credit Limit ("Request"). If the revision is granted by Lender, the approved Request will be sufficient evidence of an amendment to this Agreement for any increased credit granted by Lender to Borrower. 借款人要求贷款人提供之娱乐场筹码等同于本合同顶部所述金额。本合同批准之贷款可能会上调，但是只有当借款人填写《贷款额更改申请书》（"《申请书》"）首次提出申请的时候。如果贷款人同意上调贷款，经批准的《申请书》将作为本合同修改之充分凭证，以证明贷款人批准借款人的任何上调的金额。

（七）7 Lender hereby agrees to make available to Borrower casino chips up to the amount referred in clauses 5 and 6. In signing each negotiable instrument, Borrower agrees that Borrower's signature constitutes a representation that Borrower received casino chips in an amount equal to the amount stated on the negotiable instrument. 贷款人据此同意提供给借款人的娱乐场筹码，数额以第5款和第6款之规定为限。在签署每一可转让票据时，借款人同意其签名构成一个保证，保证其收到的娱乐场筹码之数量与可转让票据表明的数额相等。

（八）8 Borrower shall pay to Lender the amount of the casino chips transferred to him/her on the maturity date. which is the number of Disposition Days stated above after the date(s) the chips were transferred ("Maturity Date"). Lender may refuse any request of credit whenever Borrower has any outstanding amount to be paid to Lender that is not paid by the Maturity Date, whenever the request exceeds the credit limit granted under the terms of this Agreement or whenever a material adverse change occurs in the Borrower's credit worthiness as determined in the sole discretion of Lender. Nothing in the preceding sentence shall limit the right of Lender to terminate this Agreement in its sole discretion at any time without prior notice provided that Borrower shall cease to be a premium player upon termination if chips made available under this Agreement were used to establish Borrower as a premium player. 借款人在到期日应支付贷款人已转让给其之娱乐场筹码相当的贷款金额，到期日是指将娱乐场筹码转交给借款人后如本合同顶部所述的信贷还款期的若干天（"到期日"）。无论何时，只要借款人在到期日有任何尚未支付贷款人的欠款，只要借款人之请求金额超过本合同批准之信贷限额，或只要贷款人认为借款人之信用状况已发生重大不利的改变，贷款人可以拒绝任何贷款请求。如果依据本合同提供的娱乐场筹码被借款人用来使自己成为高级玩家，前句表述并不能限制贷款人在任何时间、没有提前通知的情况下单方终止本合同的权利，因为合同一旦终止，借款人也即停止成为高级玩家。

（九）9 Any amount loaned and not paid on the Maturity Date shall be subject to interest at the annual rate of twelve percent (12%) beginning the day after the Maturity Date until the receipt of cleared funds. 任何贷款没有在到期日归还，自到期日后之日起至收到全数欠款为止，以年利率12%计提还款利息。

（十）10 Borrower agrees to pay to Lender the outstanding amount of credit free of any charges or deductions of any nature at Marina Bay Sands Pte. Ltd., 10 Bayfront Avenue, Singapore 018956, at any other place designated for payment by Lender or upon receipt by Borrower's bank for payment of any negotiable instrument signed by Borrower. Any discount or commission against the amount owed becomes due and payable by Lender only upon payment by Borrower of the full amount of credit owed less the discount or commission. 借款人同意，在位于新加坡海湾道10号的的滨海湾金沙有限公司（邮政编码：018956）或其他任何由贷款人指定的付款地点，或收取由借款人签署的借款人银行支付的任何可转让票据，偿还贷款人尚未缴清的贷款，该贷款无任何收费或者任何性质的抵扣。只有在借款人全数支付了所欠贷款减去折扣或者佣金的欠款后，借款人所欠的折扣和佣金才到期并应由借款人支付。

（十一）11 Any casino chips Borrower may redeem or seek to redeem can be first applied by Lender to any outstanding credit balance under this Agreement or under any credit account granted by [...] of Las Vegas Sands Corp. Any front deposit money may be applied by Lender to any outstanding credit balance described in the preceding sentence. 借款人退还或者寻求退还娱乐场之[...]人可先将此作为偿还本合同或者任何拉斯韦加斯金沙集团之隶属公司批准的信贷账户之任何未缴清的贷款余额。贷款人可以将任何预付定金偿还前句中所指任何未缴清的贷款余额。

（十二）12 In the event Borrower does not pay in full to Lender any amount loaned by the Maturity Date. Lender shall be entitled to interest as provided in clause 9 and all costs of collection, including but not limited to reasonable lawyers' fees and court costs. Service of any legal action will be sufficient if by hand delivery or by mail at the address listed above in addition to any other methods at any other addresses as provided by applicable law. 倘若在还款日，借款人尚未将全数贷款偿还贷款人，贷款人有权向借款人收取如第九条所规定之还款利息，以及为收取欠款发生的所有费用，包括但不限于合理的律师费和诉讼费用。除法律规定以任何其他方式送达任何其他地址，对上述地址之亲自投递或邮寄视为任何法律行动之送达的充分通知。

（十三）13 Any action brought by Lender and all claims arising from or related to this Agreement including, but not limited to, any conduct of the Borrower or Lender in, on or about the casino or the integrated resort or the designated site within which the integrated resort is constructed are subject to the exclusive jurisdiction of the Courts of Singapore to which the parties hereby submit and this Agreement shall be governed by the laws of Singapore without regard to any conflicts of laws principles except that any judgement obtained may be enforced in any jurisdiction chosen by the Lender. 对任何由贷款人提起的诉讼和所有因本合同之而引起的争议，包括但不限于借款人或贷款人在娱乐场、综合度假胜地或综合度假胜地中在建的区域之里面、上面或者附近的任何行为，借款人和贷款人双方同意提交新加坡法院进行排外管辖。本合同之条款以新加坡法律为准据法，不适用任何冲突法之原则，但由贷款人选择执行已获得的裁决之管辖除外。

（十四）14 Without limiting the generality of paragraph 5 above, Borrower agrees to provide Lender, at Lenders' option, and as security for the issuance of credit, a personal cheque or other form of negotiable instrument acceptable to Lender in the amount of the casino chips transferred to Borrower, which Lender may apply toward payment. The Lender may complete any portion of the personal cheque or other negotiable instrument that may be missing or left blank including, but not limited to, (i) the amount of the outstanding credit balance; (ii) the date on the cheque, or (iii) the bank or account number. 在不限制上述第五条内容的情况下，根据贷款人选择，也是作为发放贷款的担保，借款人同意提供借款人一张个人支票或贷款人可接受的其他形式的可转让票据，累据金额应为贷款人可要求支付的已出贷借款人的娱乐场筹码之相等金额。贷款人可以在个人支票或其他可转让票据内填写任何遗漏或空白部分之内容，包括但不限于（甲）未缴贷款金额，（乙）支票日期和（丙）银行名称或账号。

（十五）15 Borrower declares that Borrower is fully aware of the contents of the above written clauses and has had an adequate opportunity to read and review the same. This Agreement contains the complete agreement between Borrower and Lender, supersedes any prior or contemporaneous agreements or discussions and may be amended only in a writing signed by both the parties except for a Request. 借款人声明完全知悉上述书面条款之内容，并有足够的机会来阅读和审阅上述内容。本合同涵盖了借款人和贷款人的完整协议，取代了任何先前的或同期的协议或商讨。除《申请书》外，任何对本协议的修改，只能通过双方书面签署同意进行修改。

（十六）16 The Agreement shall expire after five (5) years if, during that time frame, there has been no transfer of casino chips using credit issued by Lender to Borrower. Nothing in the preceding sentence shall limit the right of Lender to terminate this Agreement in its sole discretion at any time without prior notice provided that Borrower shall cease to be a premium player upon termination if chips made available under this Agreement were used to establish Borrower as a premium player. 如果在五年内，贷款人没有转交娱乐场筹码给借款人作为贷款，本合同于五年期满后终止。如依据本合同提供给借款人的娱乐场筹码被借款人用来成为高级玩家，上述表述并不限制贷款人在任何时间、没有提前通知的情况下独自认为需要终止本合同的权利，因为假设本合同终止，借款人也就停止成为高级玩家。

17 The Chinese version is only a translation of the English version, and is provided for reference only. In the event of any conflict or discrepancy between the Chinese and English versions, the [...] version shall prevail and be treated as the correct version for this Agreement. 本合同之中文文本是英文文本翻译而得，只供参考之用。如果出现中英文文本之间的任何冲突或者是不一[...]英语文本优先于中文文本且被视为本合同之正确文本。

Signature 签署   Date 日期 25/06/2010   Singapore 新加坡

Representative of Marina Bay Sands Pte. Ltd. #8143[...]   Date 日期 25/06/2010   Singapore 新加坡
滨海湾金沙有限公司代表

001118