# EXHIBIT 32

Excerpt of 2020 LVS
Schedule 14A
(filed 4/1/2020)

# EXHIBIT 32

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

## SCHEDULE 14A

Proxy Statement Pursuant to Section 14(a) of the Securities Exchange Act of 1934 (Amendment No. )

☑ Filed by the Registrant        ☐ Filed by a Party other than the Registrant

| Check the appropriate box: | |
|---|---|
| ☐ | Preliminary Proxy Statement |
| ☐ | **Confidential, for Use of the Commission Only (as permitted by Rule 14a-6(e)(2))** |
| ☑ | Definitive Proxy Statement |
| ☐ | Definitive Additional Materials |
| ☐ | Soliciting Material Pursuant to § 240.14a-12 |



## Las Vegas Sands Corp.

*(Name of Registrant as Specified In Its Charter)*
*(Name of Person(s) Filing Proxy Statement, if other than the Registrant)*

| Payment of Filing Fee (Check the appropriate box): | |
|---|---|
| ☑ | **No fee required.** |
| ☐ | **Fee computed on table below per Exchange Act Rules 14a-6(i)(1) and 0-11.** |
| | (1) Title of each class of securities to which transaction applies: |
| | (2) Aggregate number of securities to which transaction applies: |
| | (3) Per unit price or other underlying value of transaction computed pursuant to Exchange Act Rule 0-11 (set forth the amount on which the filing fee is calculated and state how it was determined): |
| | (4) Proposed maximum aggregate value of transaction: |
| | (5) Total fee paid: |
| ☐ | **Fee paid previously with preliminary materials.** |
| ☐ | **Check box if any part of the fee is offset as provided by Exchange Act Rule 0-11(a)(2) and identify the filing for which the offsetting fee was paid previously. Identify the previous filing by registration statement number, or the Form or Schedule and the date of its filing.** |
| | (1) Amount Previously Paid: |
| | (2) Form, Schedule or Registration Statement No.: |
| | (3) Filing Party: |
| | (4) Date Filed: |

001141



## • LETTER FROM THE CHAIRMAN



**SHELDON G. ADELSON**
CHAIRMAN OF THE BOARD
AND CHIEF EXECUTIVE
OFFICER

APRIL 1, 2020

"The benefits of our convention-based Integrated Resort business model extend far beyond our own financial success. The Company's properties and service offerings increase the appeal of our host cities and countries as leisure and business tourism destinations, while helping to diversify their economies, attract outside investment and increase employment. I am proud to highlight the positive impact the Company and our team members bring to the local communities in which we operate.

Due to the impact of the coronavirus (COVID-19) pandemic, this is a time of uncertainty in each of our markets and around the world. We have seen the virus impact our team members and the communities in which we operate, and each one of us has seen our own families and neighbors impacted. What has impressed me so deeply is how our team members in Macao, Singapore, and Las Vegas have risen to the challenge in so many different ways, providing support to those that have been impacted in our host communities.

I believe we are well-positioned to weather this storm. On behalf of the Board of Directors and the management of Las Vegas Sands, thank you for your support and good wishes during this difficult period, and I send my best wishes to you and your families for good health."

Dear Stockholder:

You are cordially invited to attend the 2020 Annual Meeting of stockholders of Las Vegas Sands Corp. (the "Company"), which will be held on May 14, 2020, at 11:00 a.m. Pacific time, at the Sands Showroom at The Venetian Resort Las Vegas located at 3355 Las Vegas Boulevard South, Las Vegas, Nevada 89109.

Details regarding admission to the meeting and the business to be presented at the meeting can be found in the accompanying Notice of Annual Meeting and Proxy Statement.

Although we intend to hold the Annual Meeting in person, we are monitoring the protocols that federal, state and local governments may recommend or require in light of the evolving coronavirus (COVID-19) pandemic. The health and well-being of our team members and our stockholders are paramount. As a result, we may impose additional procedures or limitations on meeting attendees (beyond those described herein) or may decide to hold the meeting in a virtual-only format over the Internet. Any such changes regarding the Annual Meeting will be announced in a press release and the filing of additional proxy materials with the SEC.

This year, we again are pleased to take advantage of Securities and Exchange Commission (the "SEC") rules that allow companies to furnish proxy materials to stockholders via the Internet. We believe these rules allow us to provide our stockholders with the information they need, while lowering the costs of delivery and reducing the environmental impact of producing and distributing materials for our annual meeting. Accordingly, we are sending a Notice of Internet Availability of Proxy Materials (the "Notice") to our stockholders of record and beneficial owners, unless they have directed us to provide the materials in a different manner. The Notice provides instructions on how to access and review all of the important information contained in the accompanying Proxy Statement and Annual Report to Stockholders, as well as how to submit a proxy by telephone or over the Internet. If you receive the Notice and would still like to receive a printed copy of our proxy materials, instructions for requesting these materials are included in the Notice. The Company plans to mail the Notice to stockholders by April 1, 2020. The Company will continue to mail a printed copy of this Proxy Statement and form of proxy to certain stockholders, and it expects that mailing will begin on or about April 1, 2020.

Your vote is important. Whether or not you are able to attend, it is important your shares be represented at the meeting. Please follow the instructions in the Notice and vote as soon as possible.

Yours sincerely,

*[signature]*

001142

Back to Contents

# SECURITY OWNERSHIP OF CERTAIN BENEFICIAL OWNERS AND MANAGEMENT

**Mr. Adelson and his family members beneficially own 432,360,530 shares representing approximately 56.6% of the Company's outstanding common stock as of March 16, 2020**

The following table sets forth information as of March 16, 2020, as to the beneficial ownership of our Common Stock, in each case, by:

- each person known to us to be the beneficial owner, in an individual capacity or as a member of a "group," of more than 5% of our Common Stock;
- each named executive officer;
- each of our directors; and
- all of our executive officers and directors, taken together.

| Name of Beneficial Owner[2] | Beneficial Ownership[1] | |
|---|---|---|
| | Shares | Percent (%) |
| Sheldon G. Adelson[3][4] | 79,477,424 | 10.4% |
| Dr. Miriam Adelson[3][5] | 330,674,526 | 43.3% |
| Irwin Chafetz[3][6] | 255,322,855 | 33.4% |
| General Trust under the Sheldon G. Adelson 2007 Remainder Trust[3][7] | 87,718,919 | 11.5% |
| General Trust under the Sheldon G. Adelson 2007 Friends and Family Trust[3][8] | 87,718,918 | 11.5% |
| Robert G. Goldstein[9] | 2,387,057 | * |
| Patrick Dumont[10] | 350,000 | * |
| D. Zachary Hudson | — | * |
| Lawrence A. Jacobs[11] | — | * |
| Micheline Chau[12] | 14,583 | * |
| Charles D. Forman[13] | 209,851 | * |
| George Jamieson[14] | 14,087 | * |
| Charles A. Koppelman[15] | 15,230 | * |
| Lewis Kramer[16] | 10,801 | * |
| David F. Levi[17] | 16,465 | * |
| Xuan Yan | — | * |
| All current executive officers and current directors of our Company, taken together (12 persons)[18] | 82,573,470 | 10.8% |

\* Less than 1%.

(1) A person is deemed to be a "beneficial owner" of a security if that person has or shares voting power, which includes the power to vote or direct the voting of such security, or investment power, which includes the power to dispose of or to direct the disposition of such security. A person is also deemed to be a beneficial owner of any securities of which that person has a right to acquire beneficial ownership within 60 days. Securities that can be so acquired are deemed to be outstanding for purposes of computing such person's ownership percentage, but not for purposes of computing any other person's percentage. Under these rules, more than one person may be deemed a beneficial owner of the same securities and a person may be deemed to be a beneficial owner of such securities as to which such person has no economic interest. Except as otherwise indicated in these footnotes, each of the beneficial owners has, to our knowledge, the sole voting and investment power with respect to the indicated shares of Common Stock. Percentages are based on 763,729,715 shares issued and outstanding at the close of business on March 16, 2020 (including unvested shares of restricted stock, but excluding treasury shares), plus any shares of our Common Stock underlying options held by all individuals listed in the table that are vested and exercisable.

001143

Back to Contents



SECURITY OWNERSHIP OF CERTAIN BENEFICIAL OWNERS AND MANAGEMENT

(2)  Other than Lawrence A. Jacobs, the address of each person named in this table is c/o Las Vegas Sands Corp., 3355 Las Vegas Boulevard South, Las Vegas, Nevada 89109.

(3)  Sheldon G. Adelson, Dr. Miriam Adelson, Irwin Chafetz, the General Trust under the Sheldon G. Adelson 2007 Remainder Trust and the General Trust under the Sheldon G. Adelson 2007 Friends and Family Trust, constitute a "group" that, as of March 16, 2020, collectively beneficially owned 432,360,530 shares of our Common Stock, or approximately 56.6% of the total number of shares issued and outstanding as of that date, for purposes of Section 13(d)(3) of the Securities Exchange Act of 1934. Each of the foregoing persons may be deemed to beneficially own certain shares beneficially owned by the other persons in such "group."

(4)  This amount includes (a) 66,551,887 shares of our Common Stock held by Mr. Adelson, (b) options to purchase 358,827 shares of our Common Stock that are vested and exercisable and (c) 12,566,710 shares of our Common Stock held by an entity over which Mr. Adelson, as co-manager, shares voting and dispositive control.

(5)  This amount includes (a) 93,779,145 shares of our Common Stock held by Dr. Adelson, (b) 2,208,548 shares of our Common Stock held by trusts for the benefit of Dr. Adelson and her family members over which Dr. Adelson, as trustee, retains sole voting control and shares dispositive power, (c) 4,217,805 shares of our Common Stock held by trusts or custodial accounts for the benefit of Dr. Adelson's family members over which Dr. Adelson, as trustee or in another fiduciary capacity, retains sole voting control and dispositive power, (d) 220,110,866 shares of our Common Stock held by trusts for the benefit of Dr. Adelson and her family members over which Dr. Adelson, as trustee, shares dispositive power and (e) 12,566,710 shares of our Common Stock held by an entity over which Dr. Adelson, as co-manager, shares voting and dispositive control.

(6)  This amount includes (a) 76,395 shares of our Common Stock held by Mr. Chafetz, (b) 1,577 unvested shares of restricted stock vesting within 60 days of March 16, 2020, (c) 219,252,318 shares of our Common Stock held by trusts for the benefit of members of the Adelson family over which Mr. Chafetz, as trustee, retains sole voting control and shares dispositive power, (d) 33,784,017 shares of our Common Stock held by trusts for the benefit of members of the Adelson family over which Mr. Chafetz, as trustee, retains sole voting control and dispositive power and (e) 2,208,548 shares of our Common Stock held by a trust for the benefit of members of the Adelson family over which Mr. Chafetz, as trustee, shares dispositive power. Mr. Chafetz disclaims beneficial ownership of the shares of our Common Stock held by any trust for which he acts as trustee, and this disclosure shall not be deemed an admission that Mr. Chafetz is a beneficial owner of such shares for any purpose.

(7)  This amount includes 87,718,919 shares of our Common Stock held by the General Trust under the Sheldon G. Adelson 2007 Remainder Trust.

(8)  This amount includes 87,718,918 shares of our Common Stock held by the General Trust under the Sheldon G. Adelson 2007 Friends and Family Trust.

(9)  This amount includes (a) 137,057 shares of our Common Stock held by The Robert and Sheryl Goldstein Trust and (b) options to purchase 2,250,000 shares of our Common Stock that are vested and exercisable.

(10)  This amount includes (a) 275,000 shares of our Common Stock held by Mr. Dumont and (b) options to purchase 75,000 shares of our Common Stock that are vested and exercisable.

(11)  Mr. Jacobs ceased to serve as Executive Vice President and Global General Counsel and Secretary on September 29, 2019.

(12)  This amount includes (a) 6,791 shares of our Common Stock held by Ms. Chau, (b) 1,577 unvested shares of restricted stock vesting within 60 days of March 16, 2020, and (c) options to purchase 6,215 shares of our Common Stock that are vested and exercisable.

(13)  This amount includes (a) 208,274 shares of our Common Stock held by Mr. Forman and (b) 1,577 unvested shares of restricted stock vesting within 60 days of March 16, 2020.

(14)  This amount includes (a) 7,775 shares of our Common Stock held by Mr. Jamieson, (b) 1,000 shares held by a trust, (c) 1,577 unvested shares of restricted stock vesting within 60 days of March 16, 2020, and (d) options to purchase 3,735 shares of our Common Stock that are vested and exercisable.

(15)  This amount includes (a) 13,653 shares of our Common Stock held by Mr. Koppelman and (b) 1,577 unvested shares of restricted stock vesting within 60 days of March 16, 2020.

(16)  This amount includes (a) 2,834 shares of our Common Stock held by Mr. Kramer, (b) 1,577 unvested shares of restricted stock vesting within 60 days of March 16, 2020, (c) options to purchase 4,260 shares of our Common Stock that are vested and exercisable, and (d) options to purchase 2,130 of our Common Stock vesting within 60 days of March 16, 2020.

(17)  This amount includes (a) 6,791 shares of our Common Stock held by Mr. Levi, (b) 1,577 unvested shares of restricted stock vesting within 60 days of March 16, 2020, and (c) options to purchase 8,097 shares of our Common Stock that are vested and exercisable.

(18)  This amount includes 11,039 unvested shares of restricted stock, options to purchase 2,706,134 shares of our Common Stock that are vested and exercisable and, options to purchase 2,130 of our Common Stock vesting within 60 days of March 16, 2020 and held by the Company's current executive officers and current directors. This amount does not include the 255,244,883 shares of Common Stock Mr. Chafetz has beneficial ownership of as a trustee of the trusts referenced in footnote 6 above.

001144