# EXHIBIT 33

## LVS Stock Price Chart

# EXHIBIT 33

**LVS – Closing Stock Price – September 1, 2019 - December 31, 2020**

(obtained from https://finance.yahoo.com/quote/LVS/history?p=LVS)

| Date | Close |
|---|---|
| 9/3/2019 | 54.28 |
| 9/4/2019 | 55.07 |
| 9/5/2019 | 56.13 |
| 9/6/2019 | 56.19 |
| 9/9/2019 | 58.08 |
| 9/10/2019 | 59.01 |
| 9/11/2019 | 59.30 |
| 9/12/2019 | 60.15 |
| 9/13/2019 | 59.34 |
| 9/16/2019 | 59.64 |
| 9/17/2019 | 59.11 |
| 9/18/2019 | 58.38 |
| 9/19/2019 | 57.58 |
| 9/20/2019 | 56.33 |
| 9/23/2019 | 56.19 |
| 9/24/2019 | 55.67 |
| 9/25/2019 | 57.08 |
| 9/26/2019 | 55.88 |
| 9/27/2019 | 57.11 |
| 9/30/2019 | 57.76 |
| 10/1/2019 | 57.21 |
| 10/2/2019 | 56.50 |
| 10/3/2019 | 55.95 |
| 10/4/2019 | 56.00 |
| 10/7/2019 | 54.95 |
| 10/8/2019 | 53.47 |
| 10/9/2019 | 54.17 |
| 10/10/2019 | 54.79 |
| 10/11/2019 | 57.58 |
| 10/14/2019 | 57.01 |
| 10/15/2019 | 57.31 |
| 10/16/2019 | 57.41 |
| 10/17/2019 | 57.35 |
| 10/18/2019 | 57.46 |
| 10/21/2019 | 57.97 |
| 10/22/2019 | 58.62 |
| 10/23/2019 | 59.22 |
| 10/24/2019 | 61.16 |
| 10/25/2019 | 61.22 |
| 10/28/2019 | 62.40 |
| 10/29/2019 | 62.00 |
| 10/30/2019 | 62.54 |
| 10/31/2019 | 61.84 |
| 11/1/2019 | 63.05 |
| 11/4/2019 | 64.05 |
| 11/5/2019 | 63.73 |

001145

**LVS – Closing Stock Price – September 1, 2019 - December 31, 2020**

(obtained from https://finance.yahoo.com/quote/LVS/history?p=LVS)

| Date | Close |
|---|---|
| 11/6/2019 | 63.15 |
| 11/7/2019 | 63.81 |
| 11/8/2019 | 64.08 |
| 11/11/2019 | 63.14 |
| 11/12/2019 | 62.48 |
| 11/13/2019 | 62.16 |
| 11/14/2019 | 62.39 |
| 11/15/2019 | 62.67 |
| 11/18/2019 | 62.14 |
| 11/19/2019 | 61.91 |
| 11/20/2019 | 60.69 |
| 11/21/2019 | 60.35 |
| 11/22/2019 | 61.30 |
| 11/25/2019 | 63.41 |
| 11/26/2019 | 62.98 |
| 11/27/2019 | 63.42 |
| 11/29/2019 | 62.75 |
| 12/2/2019 | 62.69 |
| 12/3/2019 | 61.93 |
| 12/4/2019 | 62.69 |
| 12/5/2019 | 63.27 |
| 12/6/2019 | 64.15 |
| 12/9/2019 | 64.17 |
| 12/10/2019 | 64.15 |
| 12/11/2019 | 65.44 |
| 12/12/2019 | 68.70 |
| 12/13/2019 | 69.04 |
| 12/16/2019 | 68.10 |
| 12/17/2019 | 68.21 |
| 12/18/2019 | 68.97 |
| 12/19/2019 | 69.18 |
| 12/20/2019 | 68.53 |
| 12/23/2019 | 69.42 |
| 12/24/2019 | 69.29 |
| 12/26/2019 | 69.94 |
| 12/27/2019 | 69.74 |
| 12/30/2019 | 69.30 |
| 12/31/2019 | 69.04 |
| 1/2/2020 | 70.80 |
| 1/3/2020 | 69.72 |
| 1/6/2020 | 70.09 |
| 1/7/2020 | 70.16 |
| 1/8/2020 | 70.80 |
| 1/9/2020 | 71.52 |
| 1/10/2020 | 70.91 |
| 1/13/2020 | 72.16 |

001146

**LVS – Closing Stock Price – September 1, 2019 - December 31, 2020**

(obtained from https://finance.yahoo.com/quote/LVS/history?p=LVS)

| Date | Close |
|---|---|
| 1/14/2020 | 73.36 |
| 1/15/2020 | 72.77 |
| 1/16/2020 | 73.40 |
| 1/17/2020 | 74.06 |
| 1/21/2020 | 70.06 |
| 1/22/2020 | 69.45 |
| 1/23/2020 | 69.45 |
| 1/24/2020 | 67.85 |
| 1/27/2020 | 63.27 |
| 1/28/2020 | 64.41 |
| 1/29/2020 | 64.70 |
| 1/30/2020 | 66.20 |
| 1/31/2020 | 65.31 |
| 2/3/2020 | 66.56 |
| 2/4/2020 | 67.84 |
| 2/5/2020 | 67.89 |
| 2/6/2020 | 69.47 |
| 2/7/2020 | 66.80 |
| 2/10/2020 | 68.16 |
| 2/11/2020 | 68.85 |
| 2/12/2020 | 71.13 |
| 2/13/2020 | 69.31 |
| 2/14/2020 | 68.07 |
| 2/18/2020 | 68.16 |
| 2/19/2020 | 69.10 |
| 2/20/2020 | 67.44 |
| 2/21/2020 | 65.60 |
| 2/24/2020 | 62.21 |
| 2/25/2020 | 60.16 |
| 2/26/2020 | 59.16 |
| 2/27/2020 | 58.43 |
| 2/28/2020 | 58.31 |
| 3/2/2020 | 58.26 |
| 3/3/2020 | 55.90 |
| 3/4/2020 | 57.25 |
| 3/5/2020 | 54.94 |
| 3/6/2020 | 54.86 |
| 3/9/2020 | 49.66 |
| 3/10/2020 | 53.38 |
| 3/11/2020 | 48.63 |
| 3/12/2020 | 44.15 |
| 3/13/2020 | 49.01 |
| 3/16/2020 | 40.39 |
| 3/17/2020 | 40.86 |
| 3/18/2020 | 37.68 |
| 3/19/2020 | 40.36 |

001147

**LVS – Closing Stock Price – September 1, 2019 - December 31, 2020**

(obtained from https://finance.yahoo.com/quote/LVS/history?p=LVS)

| Date | Close |
|---|---|
| 3/20/2020 | 43.31 |
| 3/23/2020 | 43.45 |
| 3/24/2020 | 44.84 |
| 3/25/2020 | 47.35 |
| 3/26/2020 | 48.36 |
| 3/27/2020 | 42.10 |
| 3/30/2020 | 43.49 |
| 3/31/2020 | 42.47 |
| 4/1/2020 | 40.30 |
| 4/2/2020 | 40.27 |
| 4/3/2020 | 37.92 |
| 4/6/2020 | 40.70 |
| 4/7/2020 | 42.70 |
| 4/8/2020 | 46.55 |
| 4/9/2020 | 47.86 |
| 4/13/2020 | 46.49 |
| 4/14/2020 | 48.13 |
| 4/15/2020 | 47.10 |
| 4/16/2020 | 45.90 |
| 4/17/2020 | 47.01 |
| 4/20/2020 | 43.13 |
| 4/21/2020 | 40.69 |
| 4/22/2020 | 41.03 |
| 4/23/2020 | 45.96 |
| 4/24/2020 | 43.78 |
| 4/27/2020 | 46.38 |
| 4/28/2020 | 46.58 |
| 4/29/2020 | 48.89 |
| 4/30/2020 | 48.02 |
| 5/1/2020 | 45.61 |
| 5/4/2020 | 45.45 |
| 5/5/2020 | 46.39 |
| 5/6/2020 | 46.44 |
| 5/7/2020 | 47.37 |
| 5/8/2020 | 50.94 |
| 5/11/2020 | 48.50 |
| 5/12/2020 | 45.96 |
| 5/13/2020 | 44.42 |
| 5/14/2020 | 45.68 |
| 5/15/2020 | 44.76 |
| 5/18/2020 | 48.39 |
| 5/19/2020 | 48.25 |
| 5/20/2020 | 50.17 |
| 5/21/2020 | 48.57 |
| 5/22/2020 | 46.90 |
| 5/26/2020 | 49.93 |

001148

**LVS – Closing Stock Price – September 1, 2019 - December 31, 2020**

(obtained from https://finance.yahoo.com/quote/LVS/history?p=LVS)

| Date | Close |
|---|---|
| 5/27/2020 | 50.93 |
| 5/28/2020 | 48.55 |
| 5/29/2020 | 47.94 |
| 6/1/2020 | 49.03 |
| 6/2/2020 | 47.79 |
| 6/3/2020 | 51.79 |
| 6/4/2020 | 52.35 |
| 6/5/2020 | 52.97 |
| 6/8/2020 | 55.64 |
| 6/9/2020 | 53.66 |
| 6/10/2020 | 51.77 |
| 6/11/2020 | 49.09 |
| 6/12/2020 | 49.87 |
| 6/15/2020 | 49.06 |
| 6/16/2020 | 49.40 |
| 6/17/2020 | 48.90 |
| 6/18/2020 | 48.20 |
| 6/19/2020 | 47.19 |
| 6/22/2020 | 46.29 |
| 6/23/2020 | 46.88 |
| 6/24/2020 | 44.94 |
| 6/25/2020 | 44.99 |
| 6/26/2020 | 43.33 |
| 6/29/2020 | 44.65 |
| 6/30/2020 | 45.54 |
| 7/1/2020 | 45.04 |
| 7/2/2020 | 46.34 |
| 7/6/2020 | 47.07 |
| 7/7/2020 | 45.03 |
| 7/8/2020 | 45.61 |
| 7/9/2020 | 44.68 |
| 7/10/2020 | 45.72 |
| 7/13/2020 | 48.53 |
| 7/14/2020 | 47.39 |
| 7/15/2020 | 50.25 |
| 7/16/2020 | 49.71 |
| 7/17/2020 | 48.69 |
| 7/20/2020 | 47.28 |
| 7/21/2020 | 48.00 |
| 7/22/2020 | 46.84 |
| 7/23/2020 | 44.88 |
| 7/24/2020 | 44.36 |
| 7/27/2020 | 43.48 |
| 7/28/2020 | 44.22 |
| 7/29/2020 | 44.32 |
| 7/30/2020 | 45.50 |

001149

**LVS – Closing Stock Price – September 1, 2019 - December 31, 2020**

(obtained from https://finance.yahoo.com/quote/LVS/history?p=LVS)

| Date | Close |
|---|---|
| 7/31/2020 | 43.64 |
| 8/3/2020 | 44.00 |
| 8/4/2020 | 43.73 |
| 8/5/2020 | 43.34 |
| 8/6/2020 | 45.22 |
| 8/7/2020 | 44.20 |
| 8/10/2020 | 47.52 |
| 8/11/2020 | 51.00 |
| 8/12/2020 | 49.07 |
| 8/13/2020 | 48.62 |
| 8/14/2020 | 48.37 |
| 8/17/2020 | 47.72 |
| 8/18/2020 | 47.69 |
| 8/19/2020 | 47.47 |
| 8/20/2020 | 47.46 |
| 8/21/2020 | 48.52 |
| 8/24/2020 | 49.81 |
| 8/25/2020 | 49.96 |
| 8/26/2020 | 49.86 |
| 8/27/2020 | 50.53 |
| 8/28/2020 | 52.16 |
| 8/31/2020 | 50.71 |
| 9/1/2020 | 49.65 |
| 9/2/2020 | 51.33 |
| 9/3/2020 | 50.63 |
| 9/4/2020 | 51.96 |
| 9/8/2020 | 51.67 |
| 9/9/2020 | 50.84 |
| 9/10/2020 | 52.32 |
| 9/11/2020 | 51.91 |
| 9/14/2020 | 53.10 |
| 9/15/2020 | 51.85 |
| 9/16/2020 | 49.67 |
| 9/17/2020 | 49.08 |
| 9/18/2020 | 49.00 |
| 9/21/2020 | 46.44 |
| 9/22/2020 | 46.25 |
| 9/23/2020 | 45.04 |
| 9/24/2020 | 45.91 |
| 9/25/2020 | 46.96 |
| 9/28/2020 | 47.62 |
| 9/29/2020 | 46.72 |
| 9/30/2020 | 46.66 |
| 10/1/2020 | 46.22 |
| 10/2/2020 | 46.15 |
| 10/5/2020 | 46.22 |

001150

**LVS – Closing Stock Price – September 1, 2019 - December 31, 2020**

(obtained from https://finance.yahoo.com/quote/LVS/history?p=LVS)

| Date | Close |
|---|---|
| 10/6/2020 | 46.42 |
| 10/7/2020 | 46.18 |
| 10/8/2020 | 46.11 |
| 10/9/2020 | 45.72 |
| 10/12/2020 | 46.17 |
| 10/13/2020 | 44.81 |
| 10/14/2020 | 44.98 |
| 10/15/2020 | 45.74 |
| 10/16/2020 | 45.37 |
| 10/19/2020 | 44.96 |
| 10/20/2020 | 46.20 |
| 10/21/2020 | 45.94 |
| 10/22/2020 | 49.81 |
| 10/23/2020 | 50.68 |
| 10/26/2020 | 49.13 |
| 10/27/2020 | 48.29 |
| 10/28/2020 | 46.86 |
| 10/29/2020 | 47.84 |
| 10/30/2020 | 48.06 |
| 11/2/2020 | 49.17 |
| 11/3/2020 | 49.02 |
| 11/4/2020 | 49.91 |
| 11/5/2020 | 52.60 |
| 11/6/2020 | 52.98 |
| 11/9/2020 | 57.87 |
| 11/10/2020 | 58.57 |
| 11/11/2020 | 56.95 |
| 11/12/2020 | 55.56 |
| 11/13/2020 | 58.28 |
| 11/16/2020 | 58.38 |
| 11/17/2020 | 57.50 |
| 11/18/2020 | 57.33 |
| 11/19/2020 | 58.56 |
| 11/20/2020 | 55.90 |
| 11/23/2020 | 56.69 |
| 11/24/2020 | 58.08 |
| 11/25/2020 | 56.54 |
| 11/27/2020 | 56.59 |
| 11/30/2020 | 55.71 |
| 12/1/2020 | 56.62 |
| 12/2/2020 | 57.61 |
| 12/3/2020 | 58.66 |
| 12/4/2020 | 60.11 |
| 12/7/2020 | 58.94 |
| 12/8/2020 | 58.58 |
| 12/9/2020 | 57.99 |

001151

**LVS – Closing Stock Price – September 1, 2019 - December 31, 2020**

(obtained from https://finance.yahoo.com/quote/LVS/history?p=LVS)

| Date | Close |
|---|---|
| 12/10/2020 | 57.30 |
| 12/11/2020 | 56.75 |
| 12/14/2020 | 56.53 |
| 12/15/2020 | 57.87 |
| 12/16/2020 | 57.64 |
| 12/17/2020 | 57.34 |
| 12/18/2020 | 57.43 |
| 12/21/2020 | 56.88 |
| 12/22/2020 | 56.25 |
| 12/23/2020 | 57.19 |
| 12/24/2020 | 57.01 |
| 12/28/2020 | 58.98 |
| 12/29/2020 | 58.11 |
| 12/30/2020 | 58.74 |
| 12/31/2020 | 59.60 |

001152