# EXHIBIT 34

# Comparative Stock Price Chart

# EXHIBIT 34

**Comparative Stock Price – September 1, 2019 - December 31, 2020**

(obtained from https://finance.yahoo.com and marketwatch.com/investing)

| Date | LVS | MGM | WYNN | Dow Jones U.S. Gambling Index |
|---|---|---|---|---|
| 9/3/2019 | 54.28 | 27.09 | 105.33 | 730.46 |
| 9/4/2019 | 55.07 | 27.48 | 108.92 | 744.55 |
| 9/5/2019 | 56.13 | 27.98 | 111.33 | 758.15 |
| 9/6/2019 | 56.19 | 28.30 | 111.44 | 761.00 |
| 9/9/2019 | 58.08 | 28.40 | 114.65 | 776.07 |
| 9/10/2019 | 59.01 | 28.80 | 116.89 | 787.54 |
| 9/11/2019 | 59.30 | 28.75 | 114.32 | 788.53 |
| 9/12/2019 | 60.15 | 29.17 | 117.08 | 799.51 |
| 9/13/2019 | 59.34 | 29.07 | 117.46 | 797.16 |
| 9/16/2019 | 59.64 | 29.69 | 116.60 | 801.25 |
| 9/17/2019 | 59.11 | 29.60 | 113.93 | 794.29 |
| 9/18/2019 | 58.38 | 29.51 | 112.90 | 788.53 |
| 9/19/2019 | 57.58 | 29.06 | 111.48 | 779.81 |
| 9/20/2019 | 56.33 | 28.85 | 108.75 | 768.45 |
| 9/23/2019 | 56.19 | 28.62 | 108.11 | 764.92 |
| 9/24/2019 | 55.67 | 28.40 | 109.36 | 760.49 |
| 9/25/2019 | 57.08 | 28.27 | 111.00 | 768.47 |
| 9/26/2019 | 55.88 | 27.68 | 110.35 | 756.24 |
| 9/27/2019 | 57.11 | 27.27 | 108.25 | 754.76 |
| 9/30/2019 | 57.76 | 27.72 | 108.72 | 763.40 |
| 10/1/2019 | 57.21 | 27.68 | 109.92 | 762.45 |
| 10/2/2019 | 56.50 | 27.11 | 111.19 | 756.61 |
| 10/3/2019 | 55.95 | 27.25 | 109.86 | 753.83 |
| 10/4/2019 | 56.00 | 27.29 | 108.91 | 755.68 |
| 10/7/2019 | 54.95 | 27.25 | 107.02 | 749.47 |
| 10/8/2019 | 53.47 | 26.35 | 102.57 | 730.11 |
| 10/9/2019 | 54.17 | 26.80 | 104.42 | 739.54 |
| 10/10/2019 | 54.79 | 27.43 | 106.06 | 749.32 |
| 10/11/2019 | 57.58 | 28.08 | 112.78 | 778.34 |
| 10/14/2019 | 57.01 | 27.97 | 112.32 | 774.07 |
| 10/15/2019 | 57.31 | 27.87 | 114.88 | 778.48 |
| 10/16/2019 | 57.41 | 27.43 | 113.83 | 774.61 |
| 10/17/2019 | 57.35 | 27.64 | 114.05 | 775.84 |
| 10/18/2019 | 57.46 | 27.87 | 113.52 | 778.06 |
| 10/21/2019 | 57.97 | 28.00 | 116.87 | 785.37 |
| 10/22/2019 | 58.62 | 27.71 | 115.70 | 785.52 |
| 10/23/2019 | 59.22 | 28.03 | 115.86 | 791.68 |
| 10/24/2019 | 61.16 | 28.22 | 117.11 | 803.52 |
| 10/25/2019 | 61.22 | 28.15 | 120.85 | 809.75 |
| 10/28/2019 | 62.40 | 28.55 | 123.00 | 821.27 |
| 10/29/2019 | 62.00 | 28.53 | 120.22 | 815.28 |
| 10/30/2019 | 62.54 | 28.63 | 123.72 | 823.07 |
| 10/31/2019 | 61.84 | 28.50 | 121.34 | 814.69 |
| 11/1/2019 | 63.05 | 28.83 | 123.19 | 825.07 |
| 11/4/2019 | 64.05 | 29.77 | 126.72 | 839.35 |

001153

**Comparative Stock Price – September 1, 2019 - December 31, 2020**

(obtained from https://finance.yahoo.com and marketwatch.com/investing)

| Date | LVS | MGM | WYNN | Dow Jones U.S. Gambling Index |
|---|---|---|---|---|
| 11/5/2019 | 63.73 | 30.39 | 126.60 | 840.81 |
| 11/6/2019 | 63.15 | 30.52 | 122.56 | 833.67 |
| 11/7/2019 | 63.81 | 30.82 | 125.49 | 846.37 |
| 11/8/2019 | 64.08 | 31.41 | 126.47 | 854.00 |
| 11/11/2019 | 63.14 | 31.44 | 121.62 | 845.42 |
| 11/12/2019 | 62.48 | 30.99 | 120.74 | 837.81 |
| 11/13/2019 | 62.16 | 31.04 | 118.84 | 834.10 |
| 11/14/2019 | 62.39 | 31.10 | 118.68 | 836.31 |
| 11/15/2019 | 62.67 | 31.18 | 117.70 | 837.88 |
| 11/18/2019 | 62.14 | 31.53 | 120.15 | 843.42 |
| 11/19/2019 | 61.91 | 31.81 | 120.25 | 844.62 |
| 11/20/2019 | 60.69 | 31.82 | 117.55 | 836.46 |
| 11/21/2019 | 60.35 | 31.70 | 118.35 | 833.71 |
| 11/22/2019 | 61.30 | 31.94 | 119.16 | 840.78 |
| 11/25/2019 | 63.41 | 32.05 | 123.97 | 859.36 |
| 11/26/2019 | 62.98 | 31.95 | 121.55 | 852.85 |
| 11/27/2019 | 63.42 | 32.18 | 121.97 | 857.80 |
| 11/29/2019 | 62.75 | 31.95 | 120.85 | 850.04 |
| 12/2/2019 | 62.69 | 31.96 | 119.39 | 846.81 |
| 12/3/2019 | 61.93 | 31.62 | 116.60 | 837.29 |
| 12/4/2019 | 62.69 | 31.77 | 118.74 | 844.43 |
| 12/5/2019 | 63.27 | 31.93 | 118.27 | 846.82 |
| 12/6/2019 | 64.15 | 32.17 | 121.68 | 859.58 |
| 12/9/2019 | 64.17 | 31.86 | 120.39 | 854.80 |
| 12/10/2019 | 64.15 | 31.99 | 119.41 | 855.24 |
| 12/11/2019 | 65.44 | 32.11 | 120.83 | 864.76 |
| 12/12/2019 | 68.70 | 32.54 | 132.27 | 899.41 |
| 12/13/2019 | 69.04 | 32.75 | 129.78 | 899.40 |
| 12/16/2019 | 68.10 | 32.95 | 130.94 | 898.46 |
| 12/17/2019 | 68.21 | 33.08 | 133.50 | 903.67 |
| 12/18/2019 | 68.97 | 33.26 | 138.71 | 915.50 |
| 12/19/2019 | 69.18 | 33.26 | 139.84 | 919.64 |
| 12/20/2019 | 68.53 | 33.30 | 138.05 | 913.73 |
| 12/23/2019 | 69.42 | 33.49 | 140.23 | 922.73 |
| 12/24/2019 | 69.29 | 33.42 | 139.44 | 920.56 |
| 12/26/2019 | 69.94 | 33.53 | 140.94 | 927.28 |
| 12/27/2019 | 69.74 | 33.59 | 139.81 | 925.60 |
| 12/30/2019 | 69.30 | 33.32 | 139.38 | 920.73 |
| 12/31/2019 | 69.04 | 33.27 | 138.87 | 918.94 |
| 1/2/2020 | 70.80 | 33.66 | 143.60 | 935.13 |
| 1/3/2020 | 69.72 | 33.29 | 141.47 | 923.15 |
| 1/6/2020 | 70.09 | 32.89 | 141.19 | 922.07 |
| 1/7/2020 | 70.16 | 32.91 | 141.86 | 923.21 |
| 1/8/2020 | 70.80 | 33.24 | 142.75 | 931.08 |
| 1/9/2020 | 71.52 | 33.44 | 142.15 | 935.49 |

001154

**Comparative Stock Price – September 1, 2019 - December 31, 2020**

(obtained from https://finance.yahoo.com and marketwatch.com/investing)

| Date | LVS | MGM | WYNN | Dow Jones U.S. Gambling Index |
|---|---|---|---|---|
| 1/10/2020 | 70.91 | 33.21 | 143.01 | 929.80 |
| 1/13/2020 | 72.16 | 33.37 | 147.21 | 944.40 |
| 1/14/2020 | 73.36 | 33.29 | 150.03 | 952.95 |
| 1/15/2020 | 72.77 | 33.09 | 150.03 | 949.65 |
| 1/16/2020 | 73.40 | 34.02 | 152.21 | 965.32 |
| 1/17/2020 | 74.06 | 34.54 | 151.62 | 971.35 |
| 1/21/2020 | 70.06 | 32.39 | 142.31 | 923.47 |
| 1/22/2020 | 69.45 | 31.95 | 140.09 | 915.00 |
| 1/23/2020 | 69.45 | 32.32 | 139.11 | 917.58 |
| 1/24/2020 | 67.85 | 31.57 | 134.75 | 898.81 |
| 1/27/2020 | 63.27 | 30.35 | 123.89 | 853.94 |
| 1/28/2020 | 64.41 | 30.97 | 124.97 | 867.48 |
| 1/29/2020 | 64.70 | 31.27 | 123.85 | 871.07 |
| 1/30/2020 | 66.20 | 31.30 | 126.62 | 883.61 |
| 1/31/2020 | 65.31 | 31.06 | 126.16 | 874.28 |
| 2/3/2020 | 66.56 | 31.21 | 128.58 | 887.79 |
| 2/4/2020 | 67.84 | 32.25 | 132.70 | 909.74 |
| 2/5/2020 | 67.89 | 32.37 | 132.28 | 911.52 |
| 2/6/2020 | 69.47 | 32.48 | 134.19 | 923.39 |
| 2/7/2020 | 66.80 | 31.36 | 126.91 | 892.81 |
| 2/10/2020 | 68.16 | 32.11 | 127.88 | 909.39 |
| 2/11/2020 | 68.85 | 32.71 | 131.99 | 924.33 |
| 2/12/2020 | 71.13 | 33.66 | 136.82 | 948.83 |
| 2/13/2020 | 69.31 | 31.80 | 133.62 | 925.03 |
| 2/14/2020 | 68.07 | 31.52 | 132.14 | 916.62 |
| 2/18/2020 | 68.16 | 32.02 | 133.46 | 923.35 |
| 2/19/2020 | 69.10 | 32.09 | 136.17 | 932.45 |
| 2/20/2020 | 67.44 | 32.34 | 133.33 | 923.37 |
| 2/21/2020 | 65.60 | 31.39 | 127.95 | 898.66 |
| 2/24/2020 | 62.21 | 29.70 | 120.17 | 853.42 |
| 2/25/2020 | 60.16 | 27.89 | 113.89 | 813.05 |
| 2/26/2020 | 59.16 | 26.71 | 110.75 | 789.30 |
| 2/27/2020 | 58.43 | 25.52 | 111.16 | 772.75 |
| 2/28/2020 | 58.31 | 24.56 | 107.98 | 755.01 |
| 3/2/2020 | 58.26 | 25.05 | 107.94 | 756.60 |
| 3/3/2020 | 55.90 | 23.30 | 102.44 | 720.72 |
| 3/4/2020 | 57.25 | 23.30 | 105.66 | 732.88 |
| 3/5/2020 | 54.94 | 20.60 | 95.58 | 679.56 |
| 3/6/2020 | 54.86 | 20.39 | 94.03 | 672.22 |
| 3/9/2020 | 49.66 | 17.88 | 81.93 | 599.54 |
| 3/10/2020 | 53.38 | 20.79 | 90.17 | 656.50 |
| 3/11/2020 | 48.63 | 18.08 | 80.87 | 588.52 |
| 3/12/2020 | 44.15 | 15.26 | 68.02 | 503.35 |
| 3/13/2020 | 49.01 | 15.44 | 72.52 | 545.15 |
| 3/16/2020 | 40.39 | 10.25 | 54.80 | 416.60 |

001155

**Comparative Stock Price – September 1, 2019 - December 31, 2020**

(obtained from https://finance.yahoo.com and marketwatch.com/investing)

| Date | LVS | MGM | WYNN | Dow Jones U.S. Gambling Index |
|---|---|---|---|---|
| 3/17/2020 | 40.86 | 9.55 | 54.38 | 404.58 |
| 3/18/2020 | 37.68 | 7.14 | 43.02 | 338.56 |
| 3/19/2020 | 40.36 | 7.70 | 46.58 | 377.03 |
| 3/20/2020 | 43.31 | 9.11 | 51.97 | 413.09 |
| 3/23/2020 | 43.45 | 9.15 | 57.57 | 426.49 |
| 3/24/2020 | 44.84 | 12.18 | 66.56 | 476.74 |
| 3/25/2020 | 47.35 | 12.95 | 75.06 | 514.96 |
| 3/26/2020 | 48.36 | 13.45 | 71.51 | 520.73 |
| 3/27/2020 | 42.10 | 12.19 | 63.31 | 467.99 |
| 3/30/2020 | 43.49 | 11.53 | 61.10 | 466.28 |
| 3/31/2020 | 42.47 | 11.80 | 60.19 | 465.55 |
| 4/1/2020 | 40.30 | 11.77 | 54.00 | 437.32 |
| 4/2/2020 | 40.27 | 11.51 | 52.67 | 428.77 |
| 4/3/2020 | 37.92 | 10.58 | 48.50 | 403.82 |
| 4/6/2020 | 40.70 | 12.91 | 56.73 | 453.11 |
| 4/7/2020 | 42.70 | 13.63 | 60.85 | 475.31 |
| 4/8/2020 | 46.55 | 15.00 | 69.07 | 521.61 |
| 4/9/2020 | 47.86 | 14.55 | 70.65 | 532.47 |
| 4/13/2020 | 46.49 | 13.91 | 69.30 | 514.23 |
| 4/14/2020 | 48.13 | 15.04 | 74.48 | 539.87 |
| 4/15/2020 | 47.10 | 14.42 | 71.85 | 520.45 |
| 4/16/2020 | 45.90 | 13.82 | 72.29 | 510.43 |
| 4/17/2020 | 47.01 | 14.08 | 78.46 | 533.70 |
| 4/20/2020 | 43.13 | 13.53 | 73.29 | 502.32 |
| 4/21/2020 | 40.69 | 13.19 | 70.40 | 481.06 |
| 4/22/2020 | 41.03 | 13.29 | 70.03 | 483.44 |
| 4/23/2020 | 45.96 | 13.78 | 76.05 | 517.59 |
| 4/24/2020 | 43.78 | 13.94 | 76.61 | 516.84 |
| 4/27/2020 | 46.38 | 15.23 | 82.77 | 553.86 |
| 4/28/2020 | 46.58 | 15.81 | 82.16 | 562.62 |
| 4/29/2020 | 48.89 | 17.46 | 89.03 | 599.56 |
| 4/30/2020 | 48.02 | 16.83 | 85.53 | 580.76 |
| 5/1/2020 | 45.61 | 15.01 | 80.83 | 545.35 |
| 5/4/2020 | 45.45 | 14.78 | 80.45 | 543.35 |
| 5/5/2020 | 46.39 | 14.27 | 79.67 | 543.82 |
| 5/6/2020 | 46.44 | 13.91 | 79.25 | 539.98 |
| 5/7/2020 | 47.37 | 14.93 | 79.60 | 557.55 |
| 5/8/2020 | 50.94 | 15.59 | 86.94 | 593.57 |
| 5/11/2020 | 48.50 | 14.65 | 82.67 | 568.24 |
| 5/12/2020 | 45.96 | 13.84 | 78.66 | 545.78 |
| 5/13/2020 | 44.42 | 12.68 | 76.77 | 521.95 |
| 5/14/2020 | 45.68 | 13.52 | 78.30 | 537.91 |
| 5/15/2020 | 44.76 | 13.85 | 77.70 | 538.05 |
| 5/18/2020 | 48.39 | 15.31 | 81.47 | 579.55 |
| 5/19/2020 | 48.25 | 15.16 | 82.03 | 580.35 |

001156

**Comparative Stock Price – September 1, 2019 - December 31, 2020**

(obtained from https://finance.yahoo.com and marketwatch.com/investing)

| Date | LVS | MGM | WYNN | Dow Jones U.S. Gambling Index |
|---|---|---|---|---|
| 5/20/2020 | 50.17 | 16.50 | 86.86 | 612.33 |
| 5/21/2020 | 48.57 | 15.99 | 83.15 | 596.33 |
| 5/22/2020 | 46.90 | 15.90 | 78.25 | 584.37 |
| 5/26/2020 | 49.93 | 17.65 | 84.89 | 624.01 |
| 5/27/2020 | 50.93 | 18.11 | 86.93 | 644.14 |
| 5/28/2020 | 48.55 | 17.23 | 83.20 | 616.23 |
| 5/29/2020 | 47.94 | 17.18 | 83.28 | 613.21 |
| 6/1/2020 | 49.03 | 17.80 | 86.47 | 627.36 |
| 6/2/2020 | 47.79 | 18.20 | 84.10 | 620.49 |
| 6/3/2020 | 51.79 | 20.26 | 93.50 | 672.95 |
| 6/4/2020 | 52.35 | 21.72 | 95.38 | 689.32 |
| 6/5/2020 | 52.97 | 21.72 | 101.61 | 704.59 |
| 6/8/2020 | 55.64 | 23.76 | 108.80 | 747.03 |
| 6/9/2020 | 53.66 | 22.06 | 102.76 | 714.37 |
| 6/10/2020 | 51.77 | 20.51 | 98.93 | 684.32 |
| 6/11/2020 | 49.09 | 17.84 | 89.74 | 627.13 |
| 6/12/2020 | 49.87 | 19.17 | 92.31 | 649.22 |
| 6/15/2020 | 49.06 | 19.45 | 92.00 | 648.88 |
| 6/16/2020 | 49.40 | 19.35 | 90.51 | 652.68 |
| 6/17/2020 | 48.90 | 18.97 | 88.70 | 646.64 |
| 6/18/2020 | 48.20 | 18.58 | 88.37 | 638.02 |
| 6/19/2020 | 47.19 | 18.21 | 86.79 | 628.23 |
| 6/22/2020 | 46.29 | 17.77 | 83.32 | 616.47 |
| 6/23/2020 | 46.88 | 18.46 | 84.51 | 632.07 |
| 6/24/2020 | 44.94 | 16.93 | 75.21 | 592.27 |
| 6/25/2020 | 44.99 | 16.70 | 73.56 | 587.65 |
| 6/26/2020 | 43.33 | 15.72 | 69.05 | 561.64 |
| 6/29/2020 | 44.65 | 16.82 | 74.22 | 588.38 |
| 6/30/2020 | 45.54 | 16.80 | 74.49 | 593.67 |
| 7/1/2020 | 45.04 | 16.77 | 73.79 | 589.23 |
| 7/2/2020 | 46.34 | 16.86 | 77.32 | 601.18 |
| 7/6/2020 | 47.07 | 16.71 | 76.70 | 599.43 |
| 7/7/2020 | 45.03 | 16.14 | 73.37 | 577.29 |
| 7/8/2020 | 45.61 | 16.30 | 74.18 | 585.46 |
| 7/9/2020 | 44.68 | 16.00 | 71.13 | 574.74 |
| 7/10/2020 | 45.72 | 16.20 | 74.13 | 585.63 |
| 7/13/2020 | 48.53 | 16.38 | 81.27 | 606.89 |
| 7/14/2020 | 47.39 | 16.16 | 79.30 | 600.63 |
| 7/15/2020 | 50.25 | 18.20 | 86.74 | 645.92 |
| 7/16/2020 | 49.71 | 17.60 | 84.60 | 634.50 |
| 7/17/2020 | 48.69 | 16.81 | 82.76 | 622.54 |
| 7/20/2020 | 47.28 | 16.33 | 79.97 | 607.59 |
| 7/21/2020 | 48.00 | 16.69 | 79.19 | 614.67 |
| 7/22/2020 | 46.84 | 16.33 | 76.10 | 603.33 |
| 7/23/2020 | 44.88 | 15.89 | 73.90 | 586.31 |

001157

**Comparative Stock Price – September 1, 2019 - December 31, 2020**

(obtained from https://finance.yahoo.com and marketwatch.com/investing)

| Date | LVS | MGM | WYNN | Dow Jones U.S. Gambling Index |
|---|---|---|---|---|
| 7/24/2020 | 44.36 | 15.79 | 73.41 | 583.10 |
| 7/27/2020 | 43.48 | 14.96 | 70.69 | 564.26 |
| 7/28/2020 | 44.22 | 15.41 | 73.37 | 575.11 |
| 7/29/2020 | 44.32 | 16.25 | 75.29 | 590.51 |
| 7/30/2020 | 45.50 | 16.64 | 76.42 | 606.95 |
| 7/31/2020 | 43.64 | 16.09 | 72.43 | 585.09 |
| 8/3/2020 | 44.00 | 16.32 | 73.05 | 594.33 |
| 8/4/2020 | 43.73 | 16.72 | 72.75 | 596.29 |
| 8/5/2020 | 43.34 | 16.72 | 71.28 | 593.11 |
| 8/6/2020 | 45.22 | 18.46 | 76.57 | 633.78 |
| 8/7/2020 | 44.20 | 19.03 | 74.10 | 630.24 |
| 8/10/2020 | 47.52 | 21.65 | 81.48 | 680.38 |
| 8/11/2020 | 51.00 | 21.50 | 88.29 | 713.93 |
| 8/12/2020 | 49.07 | 21.13 | 85.80 | 697.56 |
| 8/13/2020 | 48.62 | 21.34 | 86.67 | 699.48 |
| 8/14/2020 | 48.37 | 21.81 | 84.98 | 699.90 |
| 8/17/2020 | 47.72 | 21.38 | 83.50 | 691.19 |
| 8/18/2020 | 47.69 | 20.95 | 81.63 | 684.79 |
| 8/19/2020 | 47.47 | 20.90 | 81.26 | 681.89 |
| 8/20/2020 | 47.46 | 20.83 | 80.28 | 679.21 |
| 8/21/2020 | 48.52 | 21.16 | 82.79 | 691.03 |
| 8/24/2020 | 49.81 | 22.27 | 86.79 | 712.46 |
| 8/25/2020 | 49.96 | 22.09 | 86.21 | 709.19 |
| 8/26/2020 | 49.86 | 21.99 | 84.80 | 707.01 |
| 8/27/2020 | 50.53 | 22.81 | 86.52 | 724.04 |
| 8/28/2020 | 52.16 | 23.86 | 91.55 | 750.11 |
| 8/31/2020 | 50.71 | 22.50 | 87.45 | 722.02 |
| 9/1/2020 | 49.65 | 22.77 | 86.28 | 719.42 |
| 9/2/2020 | 51.33 | 23.72 | 89.33 | 742.22 |
| 9/3/2020 | 50.63 | 23.07 | 87.36 | 724.93 |
| 9/4/2020 | 51.96 | 23.52 | 87.72 | 737.15 |
| 9/8/2020 | 51.67 | 23.17 | 82.68 | 723.35 |
| 9/9/2020 | 50.84 | 23.11 | 82.95 | 722.52 |
| 9/10/2020 | 52.32 | 22.84 | 83.33 | 726.08 |
| 9/11/2020 | 51.91 | 22.73 | 82.11 | 716.95 |
| 9/14/2020 | 53.10 | 23.06 | 83.80 | 732.07 |
| 9/15/2020 | 51.85 | 23.74 | 82.28 | 726.99 |
| 9/16/2020 | 49.67 | 23.01 | 79.66 | 704.64 |
| 9/17/2020 | 49.08 | 22.52 | 79.30 | 694.59 |
| 9/18/2020 | 49.00 | 22.02 | 77.70 | 685.15 |
| 9/21/2020 | 46.44 | 21.09 | 72.30 | 648.98 |
| 9/22/2020 | 46.25 | 21.62 | 73.42 | 665.51 |
| 9/23/2020 | 45.04 | 21.38 | 70.69 | 643.21 |
| 9/24/2020 | 45.91 | 21.19 | 71.07 | 641.09 |
| 9/25/2020 | 46.96 | 22.10 | 72.36 | 671.17 |

001158

**Comparative Stock Price – September 1, 2019 - December 31, 2020**

(obtained from https://finance.yahoo.com and marketwatch.com/investing)

| Date | LVS | MGM | WYNN | Dow Jones U.S. Gambling Index |
|---|---|---|---|---|
| 9/28/2020 | 47.62 | 22.63 | 73.62 | 693.18 |
| 9/29/2020 | 46.72 | 21.72 | 70.98 | 673.35 |
| 9/30/2020 | 46.66 | 21.75 | 71.81 | 683.89 |
| 10/1/2020 | 46.22 | 21.82 | 72.07 | 695.82 |
| 10/2/2020 | 46.15 | 21.66 | 73.20 | 703.45 |
| 10/5/2020 | 46.22 | 21.55 | 73.85 | 693.92 |
| 10/6/2020 | 46.42 | 21.05 | 74.32 | 678.09 |
| 10/7/2020 | 46.18 | 21.50 | 75.06 | 671.74 |
| 10/8/2020 | 46.11 | 21.93 | 74.32 | 667.97 |
| 10/9/2020 | 45.72 | 21.36 | 72.67 | 650.96 |
| 10/12/2020 | 46.17 | 21.40 | 74.11 | 662.51 |
| 10/13/2020 | 44.81 | 20.97 | 71.74 | 654.41 |
| 10/14/2020 | 44.98 | 21.09 | 71.70 | 641.42 |
| 10/15/2020 | 45.74 | 21.16 | 72.70 | 639.21 |
| 10/16/2020 | 45.37 | 21.24 | 71.12 | 634.96 |
| 10/19/2020 | 44.96 | 20.80 | 69.67 | 627.66 |
| 10/20/2020 | 46.20 | 21.41 | 72.44 | 630.87 |
| 10/21/2020 | 45.94 | 21.41 | 72.85 | 625.54 |
| 10/22/2020 | 49.81 | 22.62 | 76.43 | 659.14 |
| 10/23/2020 | 50.68 | 23.36 | 76.56 | 666.21 |
| 10/26/2020 | 49.13 | 22.13 | 73.52 | 637.24 |
| 10/27/2020 | 48.29 | 21.04 | 71.83 | 619.08 |
| 10/28/2020 | 46.86 | 20.10 | 69.01 | 600.52 |
| 10/29/2020 | 47.84 | 21.29 | 72.19 | 608.58 |
| 10/30/2020 | 48.06 | 20.57 | 72.43 | 597.59 |
| 11/2/2020 | 49.17 | 20.97 | 75.85 | 610.53 |
| 11/3/2020 | 49.02 | 21.75 | 74.57 | 624.18 |
| 11/4/2020 | 49.91 | 21.44 | 76.12 | 635.89 |
| 11/5/2020 | 52.60 | 21.84 | 80.13 | 669.91 |
| 11/6/2020 | 52.98 | 22.02 | 80.07 | 667.60 |
| 11/9/2020 | 57.87 | 25.30 | 102.24 | 731.96 |
| 11/10/2020 | 58.57 | 24.78 | 96.66 | 722.44 |
| 11/11/2020 | 56.95 | 23.98 | 91.71 | 709.47 |
| 11/12/2020 | 55.56 | 23.69 | 86.67 | 693.74 |
| 11/13/2020 | 58.28 | 25.90 | 92.19 | 730.59 |
| 11/16/2020 | 58.38 | 26.51 | 94.74 | 739.14 |
| 11/17/2020 | 57.50 | 26.42 | 94.23 | 747.78 |
| 11/18/2020 | 57.33 | 26.91 | 95.64 | 754.44 |
| 11/19/2020 | 58.56 | 27.24 | 98.75 | 774.87 |
| 11/20/2020 | 55.90 | 26.21 | 95.29 | 750.99 |
| 11/23/2020 | 56.69 | 26.15 | 95.48 | 753.96 |
| 11/24/2020 | 58.08 | 28.45 | 102.76 | 779.81 |
| 11/25/2020 | 56.54 | 28.39 | 100.40 | 778.65 |
| 11/27/2020 | 56.59 | 28.62 | 101.22 | 790.12 |
| 11/30/2020 | 55.71 | 28.25 | 100.50 | 779.41 |

001159

**Comparative Stock Price – September 1, 2019 - December 31, 2020**

(obtained from https://finance.yahoo.com and marketwatch.com/investing)

| Date | LVS | MGM | WYNN | Dow Jones U.S. Gambling Index |
|---|---|---|---|---|
| 12/1/2020 | 56.62 | 28.81 | 102.36 | 783.64 |
| 12/2/2020 | 57.61 | 29.35 | 105.13 | 793.71 |
| 12/3/2020 | 58.66 | 29.91 | 108.49 | 803.00 |
| 12/4/2020 | 60.11 | 30.72 | 113.50 | 820.41 |
| 12/7/2020 | 58.94 | 29.83 | 111.32 | 804.94 |
| 12/8/2020 | 58.58 | 29.89 | 111.31 | 816.04 |
| 12/9/2020 | 57.99 | 29.94 | 111.16 | 807.09 |
| 12/10/2020 | 57.30 | 30.93 | 112.88 | 816.93 |
| 12/11/2020 | 56.75 | 30.18 | 110.98 | 805.12 |
| 12/14/2020 | 56.53 | 29.51 | 107.54 | 799.72 |
| 12/15/2020 | 57.87 | 30.76 | 114.10 | 823.01 |
| 12/16/2020 | 57.64 | 30.98 | 115.23 | 837.29 |
| 12/17/2020 | 57.34 | 31.12 | 114.81 | 843.68 |
| 12/18/2020 | 57.43 | 31.67 | 115.93 | 842.32 |
| 12/21/2020 | 56.88 | 30.49 | 112.54 | 825.85 |
| 12/22/2020 | 56.25 | 30.35 | 112.61 | 819.90 |
| 12/23/2020 | 57.19 | 30.98 | 115.30 | 836.89 |
| 12/24/2020 | 57.01 | 30.74 | 114.39 | 827.35 |
| 12/28/2020 | 58.98 | 31.29 | 115.47 | 826.81 |
| 12/29/2020 | 58.11 | 30.77 | 114.31 | 810.96 |
| 12/30/2020 | 58.74 | 31.19 | 113.40 | 819.28 |
| 12/31/2020 | 59.60 | 31.51 | 112.83 | 813.70 |

001160