# EXHIBIT 35

Excerpt of LVS 2017 Q2
Form 10-Q
(filed 8/4/2017)

# EXHIBIT 35

# UNITED STATES
## SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## Form 10-Q

☒ **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the quarterly period ended June 30, 2017

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the transition period from _____ to _____

Commission file number 001-32373

# LAS VEGAS SANDS CORP.
(Exact name of registration as specified in its charter)

| | |
|---|---|
| **Nevada** | **27-0099920** |
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |

| | |
|---|---|
| **3355 Las Vegas Boulevard South** | |
| **Las Vegas, Nevada** | **89109** |
| (Address of principal executive offices) | (Zip Code) |

**(702) 414-1000**
(Registrant's telephone number, including area code)

Indicate by check mark whether the Registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the Registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒ No ☐

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate Web site, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files). Yes ☒ No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | | | |
|---|---|---|---|
| Large accelerated filer | ☒ | Accelerated filer | ☐ |
| Non-accelerated filer | ☐ (Do not check if a smaller reporting company) | Smaller reporting company | ☐ |
| Emerging growth company | ☐ | | |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). Yes ☐ No ☒

Indicate the number of shares outstanding of each of the Registrant's classes of common stock, as of the latest practicable date.

| Class | Outstanding at August 2, 2017 |
|---|---|
| Common Stock ($0.001 par value) | 791,322,876 shares |

001161

**LAS VEGAS SANDS CORP. AND SUBSIDIARIES**

**Table of Contents**

**PART I**
**FINANCIAL INFORMATION**

| | | |
|---|---|---|
| Item 1. | Financial Statements (unaudited) | 3 |
| | Condensed Consolidated Balance Sheets at June 30, 2017 and December 31, 2016 | 3 |
| | Condensed Consolidated Statements of Operations for the Three and Six Months Ended June 30, 2017 and 2016 | 4 |
| | Condensed Consolidated Statements of Comprehensive Income for the Three and Six Months Ended June 30, 2017 and 2016 | 5 |
| | Condensed Consolidated Statements of Equity for the Six Months Ended June 30, 2017 and 2016 | 6 |
| | Condensed Consolidated Statements of Cash Flows for the Six Months Ended June 30, 2017 and 2016 | 7 |
| | Notes to Condensed Consolidated Financial Statements | 9 |
| Item 2. | Management's Discussion and Analysis of Financial Condition and Results of Operations | 25 |
| Item 3. | Quantitative and Qualitative Disclosures about Market Risk | 47 |
| Item 4. | Controls and Procedures | 48 |

**PART II**
**OTHER INFORMATION**

| | | |
|---|---|---|
| Item 1. | Legal Proceedings | 49 |
| Item 1A. | Risk Factors | 49 |
| Item 2. | Unregistered Sales of Equity Securities and Use of Proceeds | 49 |
| Item 5. | Other Information | 49 |
| Item 6. | Exhibits | 50 |
| Signatures | | 51 |

2

001162

**Six Months Ended June 30, 2017 Compared to the Six Months Ended June 30, 2016**

*Operating Revenues*

Our net revenues consisted of the following:

| | | Six Months Ended June 30, | | | | |
|---|---|---|---|---|---|---|
| | | 2017 | | 2016 | | Percent Change |
| | | (Dollars in millions) | | | | |
| Casino | $ | 4,868 | $ | 4,099 | | 18.8 % |
| Rooms | | 783 | | 721 | | 8.6 % |
| Food and beverage | | 412 | | 375 | | 9.9 % |
| Mall | | 316 | | 275 | | 14.9 % |
| Convention, retail and other | | 272 | | 248 | | 9.7 % |
| | | 6,651 | | 5,718 | | 16.3 % |
| Less — promotional allowances | | (404) | | (352) | | (14.8)% |
| Total net revenues | $ | 6,247 | $ | 5,366 | | 16.4 % |

Consolidated net revenues were $6.25 billion for the six months ended June 30, 2017 , an increase of $881 million compared to $5.37 billion for the six months ended June 30, 2016 . The increase was primarily attributable to $679 million of net revenues at The Parisian Macao and a $222 million increase at Marina Bay Sands, primarily due to increased casino revenues.

Casino revenues increased $769 million compared to the six months ended June 30, 2016 . The increase was attributable to $601 million of revenues at The Parisian Macao and a $230 million increase at Marina Bay Sands, driven by increases in Rolling Chip win percentage and volume, partially offset by a $101 million decrease at Sands Cotai Central, driven by decreases in Rolling Chip volume and Non-Rolling Chip drop. The following table summarizes the results of our casino activity:

| | | Six Months Ended June 30, | | | |
|---|---|---|---|---|---|
| | | 2017 | | 2016 | Change |
| | | (Dollars in millions) | | | |
| **Macao Operations:** | | | | | |
| *The Venetian Macao* | | | | | |
| Total casino revenues | $ | 1,232 | $ | 1,223 | 0.7% |
| Non-Rolling Chip drop | $ | 3,423 | $ | 3,427 | (0.1)% |
| Non-Rolling Chip win percentage | | 25.6% | | 24.9% | 0.7 pts |
| Rolling Chip volume | $ | 11,321 | $ | 15,094 | (25.0)% |
| Rolling Chip win percentage | | 3.80% | | 2.99% | 0.81 pts |
| Slot handle | $ | 1,334 | $ | 2,049 | (34.9)% |
| Slot hold percentage | | 5.3% | | 4.5% | 0.8 pts |
| *Sands Cotai Central* | | | | | |
| Total casino revenues | $ | 763 | $ | 864 | (11.7)% |
| Non-Rolling Chip drop | $ | 2,836 | $ | 3,014 | (5.9)% |
| Non-Rolling Chip win percentage | | 20.5% | | 20.6% | (0.1) pts |
| Rolling Chip volume | $ | 5,421 | $ | 6,685 | (18.9)% |
| Rolling Chip win percentage | | 3.05% | | 3.26% | (0.21) pts |
| Slot handle | $ | 2,328 | $ | 3,044 | (23.5)% |
| Slot hold percentage | | 4.0% | | 3.6% | 0.4 pts |
| *The Parisian Macao* | | | | | |
| Total casino revenues | $ | 601 | $ | — | — |
| Non-Rolling Chip drop | $ | 1,956 | $ | — | — |
| Non-Rolling Chip win percentage | | 18.9% | | —% | — |
| Rolling Chip volume | $ | 7,482 | $ | — | — |
| Rolling Chip win percentage | | 3.36% | | —% | — |
| Slot handle | $ | 1,789 | $ | — | — |
| Slot hold percentage | | 3.6% | | —% | — |

34

001163

| | Six Months Ended June 30, | | |
| --- | --- | --- | --- |
| | 2017 | 2016 | Change |
| | (Dollars in millions) | | |
| **The Plaza Macao and Four Seasons Hotel Macao** | | | |
| Total casino revenues | $ 208 | $ 200 | 4.0% |
| Non-Rolling Chip drop | $ 597 | $ 530 | 12.6% |
| Non-Rolling Chip win percentage | 23.1% | 23.0% | 0.1 pts |
| Rolling Chip volume | $ 4,247 | $ 4,504 | (5.7)% |
| Rolling Chip win percentage | 2.66% | 2.77% | (0.11) pts |
| Slot handle | $ 194 | $ 193 | 0.5% |
| Slot hold percentage | 7.4% | 6.1% | 1.3 pts |
| **Sands Macao** | | | |
| Total casino revenues | $ 333 | $ 350 | (4.9)% |
| Non-Rolling Chip drop | $ 1,239 | $ 1,350 | (8.2)% |
| Non-Rolling Chip win percentage | 19.4% | 17.6% | 1.8 pts |
| Rolling Chip volume | $ 2,881 | $ 4,195 | (31.3)% |
| Rolling Chip win percentage | 3.01% | 2.84% | 0.17 pts |
| Slot handle | $ 1,210 | $ 1,325 | (8.7)% |
| Slot hold percentage | 3.3% | 3.3% | — |
| **Singapore Operations:** | | | |
| **Marina Bay Sands** | | | |
| Total casino revenues | $ 1,240 | $ 1,010 | 22.8% |
| Non-Rolling Chip drop | $ 1,878 | $ 1,942 | (3.3)% |
| Non-Rolling Chip win percentage | 28.7% | 28.6% | 0.1 pts |
| Rolling Chip volume | $ 17,625 | $ 16,372 | 7.7% |
| Rolling Chip win percentage | 3.46% | 2.28% | 1.18 pts |
| Slot handle | $ 6,824 | $ 6,601 | 3.4% |
| Slot hold percentage | 4.3% | 4.4% | (0.1) pts |
| **U.S. Operations:** | | | |
| **Las Vegas Operating Properties** | | | |
| Total casino revenues | $ 221 | $ 186 | 18.8% |
| Table games drop | $ 785 | $ 858 | (8.5)% |
| Table games win percentage | 19.2% | 13.6% | 5.6 pts |
| Slot handle | $ 1,210 | $ 1,248 | (3.0)% |
| Slot hold percentage | 8.0% | 7.9% | 0.1 pts |
| **Sands Bethlehem** | | | |
| Total casino revenues | $ 270 | $ 266 | 1.5% |
| Table games drop | $ 545 | $ 570 | (4.4)% |
| Table games win percentage | 20.5% | 19.2% | 1.3 pts |
| Slot handle | $ 2,340 | $ 2,198 | 6.5% |
| Slot hold percentage | 6.6% | 7.0% | (0.4) pts |

In our experience, average win percentages remain fairly consistent when measured over extended periods of time with a significant volume of wagers, but can vary considerably within shorter time periods as a result of the statistical variances that are associated with games of chance in which large amounts are wagered.

35

001164

Room revenues increased $62 million compared to the six months ended June 30, 2016 . The increase is primarily attributable to $61 million of revenues at The Parisian Macao. During the six months ended June 30, 2017 , there were approximately 21%, 14%, 5% and 2% fewer rooms available at The Plaza Macao and Four Seasons Hotel Macao, The Venetian Macao, Marina Bay Sands and our Las Vegas Operating Properties, respectively, compared to the six months ended June 30, 2016 . The following table summarizes the results of our room activity:

| | | Six Months Ended June 30, | | | |
|---|---|---|---|---|---|
| | | 2017 | | 2016 | Change |
| | | (Room revenues in millions) | | | |
| **Macao Operations:** | | | | | |
| *The Venetian Macao* | | | | | |
| Total room revenues | $ | 85 | $ | 91 | (6.6)% |
| Occupancy rate | | 89.6% | | 79.3% | 10.3 pts |
| Average daily room rate | $ | 209 | $ | 219 | (4.6)% |
| Revenue per available room | $ | 187 | $ | 174 | 7.5% |
| *Sands Cotai Central* | | | | | |
| Total room revenues | $ | 131 | $ | 131 | — |
| Occupancy rate | | 80.4% | | 76.8% | 3.6 pts |
| Average daily room rate | $ | 146 | $ | 152 | (3.9)% |
| Revenue per available room | $ | 118 | $ | 117 | 0.9% |
| *The Parisian Macao* | | | | | |
| Total room revenues | $ | 61 | $ | — | — |
| Occupancy rate | | 84.9% | | —% | — |
| Average daily room rate | $ | 137 | $ | — | — |
| Revenue per available room | $ | 117 | $ | — | — |
| *The Plaza Macao and Four Seasons Hotel Macao* | | | | | |
| Total room revenues | $ | 16 | $ | 17 | (5.9)% |
| Occupancy rate | | 80.2% | | 69.1% | 11.1 pts |
| Average daily room rate | $ | 363 | $ | 349 | 4.0% |
| Revenue per available room | $ | 291 | $ | 241 | 20.7% |
| *Sands Macao* | | | | | |
| Total room revenues | $ | 10 | $ | 10 | — |
| Occupancy rate | | 98.2% | | 95.9% | 2.3 pts |
| Average daily room rate | $ | 193 | $ | 205 | (5.9)% |
| Revenue per available room | $ | 190 | $ | 196 | (3.1)% |
| **Singapore Operations:** | | | | | |
| *Marina Bay Sands* | | | | | |
| Total room revenues | $ | 174 | $ | 172 | 1.2% |
| Occupancy rate | | 95.6% | | 97.2% | (1.6) pts |
| Average daily room rate | $ | 417 | $ | 385 | 8.3% |
| Revenue per available room | $ | 399 | $ | 374 | 6.7% |
| **U.S. Operations:** | | | | | |
| *Las Vegas Operating Properties* | | | | | |
| Total room revenues | $ | 299 | $ | 293 | 2.0% |
| Occupancy rate | | 93.5% | | 93.5% | — |
| Average daily room rate | $ | 256 | $ | 245 | 4.5% |
| Revenue per available room | $ | 239 | $ | 229 | 4.4% |
| *Sands Bethlehem* | | | | | |
| Total room revenues | $ | 7 | $ | 7 | — |
| Occupancy rate | | 92.0% | | 93.8% | (1.8) pts |
| Average daily room rate | $ | 160 | $ | 157 | 1.9% |
| Revenue per available room | $ | 147 | $ | 147 | — |

36

001165

Mall revenues increased $41 million compared to the six months ended June 30, 2016 . The increase was primarily attributable to $34 million of revenues at the Shoppes at Parisian and a $6 million increase at the Shoppes at Venetian, driven by an increase in base rents. For further information related to the financial performance of our malls, see "— Additional Information Regarding our Retail Mall Operations." The following table summarizes the results of our mall activity:

| | | Six Months Ended June 30, [1] | | |
|---|---|---|---|---|
| | | 2017 | | 2016 | Change |
| | | (Mall revenues in millions) | | | |
| **Macao Operations:** | | | | | |
| *Shoppes at Venetian* | | | | | |
| Total mall revenues | $ | 106 | $ | 100 | 6.0% |
| Mall gross leasable area (in square feet) | | 779,025 | | 781,145 | (0.3)% |
| Occupancy | | 97.7% | | 97.4% | 0.3 pts |
| Base rent per square foot | $ | 245 | $ | 234 | 4.7% |
| Tenant sales per square foot | $ | 1,340 | $ | 1,359 | (1.4)% |
| *Shoppes at Cotai Central* [2] | | | | | |
| Total mall revenues | $ | 33 | $ | 31 | 6.5% |
| Mall gross leasable area (in square feet) | | 425,630 | | 331,476 | 28.4% |
| Occupancy | | 93.5% | | 96.7% | (3.2) pts |
| Base rent per square foot | $ | 120 | $ | 160 | (25.0)% |
| Tenant sales per square foot | $ | 676 | $ | 861 | (21.5)% |
| *Shoppes at Parisian* [3] | | | | | |
| Total mall revenues | $ | 34 | $ | — | — |
| Mall gross leasable area (in square feet) | | 299,053 | | — | — |
| Occupancy | | 92.7% | | —% | — |
| Base rent per square foot | $ | 221 | $ | — | — |
| *Shoppes at Four Seasons* | | | | | |
| Total mall revenues | $ | 63 | $ | 63 | — |
| Mall gross leasable area (in square feet) | | 259,533 | | 260,570 | (0.4)% |
| Occupancy | | 99.5% | | 97.7% | 1.8 pts |
| Base rent per square foot | $ | 455 | $ | 457 | (0.4)% |
| Tenant sales per square foot | $ | 3,097 | $ | 2,994 | 3.4% |
| **Singapore Operations:** | | | | | |
| *The Shoppes at Marina Bay Sands* | | | | | |
| Total mall revenues | $ | 78 | $ | 79 | (1.3)% |
| Mall gross leasable area (in square feet) | | 608,947 | | 644,718 | (5.5)% |
| Occupancy | | 97.4% | | 96.4% | 1.0 pts |
| Base rent per square foot | $ | 223 | $ | 222 | 0.5% |
| Tenant sales per square foot | $ | 1,482 | $ | 1,334 | 11.1% |
| **U.S. Operations:** | | | | | |
| *The Outlets at Sands Bethlehem* | | | | | |
| Total mall revenues | $ | 2 | $ | 2 | — |
| Mall gross leasable area (in square feet) | | 151,044 | | 151,029 | — |
| Occupancy | | 88.8% | | 90.4% | (1.6) pts |
| Base rent per square foot | $ | 21 | $ | 21 | — |
| Tenant sales per square foot | $ | 346 | $ | 366 | (5.5)% |

(1) As GLA, occupancy, base rent per square foot and tenant sales per square foot are calculated as of June 30, 2017 and 2016 , they are identical to the summary presented herein for the three months ended June 30, 2017 and 2016 , respectively.

(2) At completion, the Shoppes at Cotai Central will feature up to 600,000 square feet of gross leasable area.

(3) The Shoppes at Parisian opened in September 2016.

37

001166

### *Operating Expenses*

Our operating expenses consisted of the following:

| | | Six Months Ended June 30, | | |
|---|---|---|---|---|
| | | 2017 | 2016 | Percent Change |
| | | (Dollars in millions) | | |
| Casino | $ | 2,626 | $ 2,333 | 12.6 % |
| Rooms | | 142 | 130 | 9.2 % |
| Food and beverage | | 220 | 205 | 7.3 % |
| Mall | | 34 | 28 | 21.4 % |
| Convention, retail and other | | 131 | 118 | 11.0 % |
| Provision for doubtful accounts | | 54 | 88 | (38.6)% |
| General and administrative | | 692 | 601 | 15.1 % |
| Corporate | | 85 | 169 | (49.7)% |
| Pre-opening | | 6 | 42 | (85.7)% |
| Development | | 5 | 4 | 25.0 % |
| Depreciation and amortization | | 648 | 515 | 25.8 % |
| Amortization of leasehold interests in land | | 19 | 19 | — % |
| Loss on disposal or impairment of assets | | 6 | 10 | (40.0)% |
| Total operating expenses | $ | 4,668 | $ 4,262 | 9.5 % |

Operating expenses were $4.67 billion for the six months ended June 30, 2017 , an increase of $406 million compared to $4.26 billion for the six months ended June 30, 2016 . The increase in operating expenses was driven by the opening of The Parisian Macao.

Casino expenses increased $293 million compared to the six months ended June 30, 2016 . The increase was primarily attributable to $391 million of expenses at The Parisian Macao, partially offset by a $65 million decrease at Sands Cotai Central, driven by a decrease in gaming taxes due to decreased casino revenues.

The provision for doubtful accounts was $54 million for the six months ended June 30, 2017 , compared to $88 million for the six months ended June 30, 2016 . The decrease resulted from increased collections of previously reserved customer balances during the six months ended June 30, 2017 , as compared to the prior year period, and continuing improvement in the quality of casino credit currently being extended. The amount of this provision can vary over short periods of time because of factors specific to the customers who owe us money from gaming activities at any given time. We believe that the amount of our provision for doubtful accounts in the future will depend upon the state of the economy, our credit standards, our risk assessments and the judgment of our employees responsible for granting credit.

General and administrative expenses increased $91 million compared to the six months ended June 30, 2016 . The increase was primarily attributable to $66 million of expenses at The Parisian Macao and a $23 million increase at our Las Vegas Operating Properties, driven by an increase in marketing and advertising efforts.

Corporate expenses decreased $84 million compared to the six months ended June 30, 2016 . The decrease was primarily due to nonrecurring legal costs during the six months ended June 30, 2016 .

Pre-opening expense represents personnel and other costs incurred prior to the opening of new ventures, which are expensed as incurred. Pre-opening expenses decreased $36 million compared to the six months ended June 30, 2016 . The decrease was primarily due to pre-opening activities at The Parisian Macao, which opened in September 2016. Development expenses include the costs associated with the Company's evaluation and pursuit of new business opportunities, which are also expensed as incurred.

Depreciation and amortization expense increased $133 million compared to the six months ended June 30, 2016 . The increase was primarily attributable to $113 million of expense at The Parisian Macao, as well as the acceleration of depreciation of certain assets due to room, entertainment venue and mall renovations.

38

001167

*Adjusted Property EBITDA*

The following table summarizes information related to our segments (see "Item 1 — Financial Statements — Notes to Condensed Consolidated Financial Statements — Note 7 — Segment Information" for discussion of our operating segments and a reconciliation of consolidated adjusted property EBITDA to net income):

|  | Six Months Ended June 30, | | | |
|  | 2017 | | 2016 | Percent Change |
|  | (Dollars in millions) | | | |
| Macao: | | | | |
| The Venetian Macao | $ | 545 | $ 512 | 6.4 % |
| Sands Cotai Central | | 276 | 308 | (10.4)% |
| The Parisian Macao | | 188 | — | — % |
| The Plaza Macao and Four Seasons Hotel Macao | | 110 | 92 | 19.6 % |
| Sands Macao | | 93 | 79 | 17.7 % |
| Ferry Operations and Other | | 12 | 15 | (20.0)% |
| | | 1,224 | 1,006 | 21.7 % |
| Marina Bay Sands | | 857 | 632 | 35.6 % |
| United States: | | | | |
| Las Vegas Operating Properties | | 201 | 159 | 26.4 % |
| Sands Bethlehem | | 73 | 76 | (3.9)% |
| | | 274 | 235 | 16.6 % |
| Consolidated adjusted property EBITDA | $ | 2,355 | $ 1,873 | 25.7 % |

Adjusted property EBITDA at our Macao operations increased $218 million compared to the six months ended June 30, 2016 . The increase was primarily attributable to $188 million in adjusted property EBITDA generated at The Parisian Macao, and ongoing cost control and cost avoidance initiatives at our other Macao properties.

Adjusted property EBITDA at Marina Bay Sands increased $225 million compared to the six months ended June 30, 2016 . As previously described, the increase was primarily due to increased casino revenues, driven by higher Rolling Chip win percentage and volume.

Adjusted property EBITDA at our Las Vegas Operating Properties increased $42 million compared to the six months ended June 30, 2016 . The increase was primarily due to a $57 million increase in net revenues (excluding intersegment royalty revenue), driven by an increase in casino revenue.

*Interest Expense*

The following table summarizes information related to interest expense:

|  | Six Months Ended June 30, | | | |
|  | 2017 | | 2016 | |
|  | (Dollars in millions) | | | |
| Interest cost (which includes the amortization of deferred financing costs and original issue discounts) | $ | 150 | $ | 146 |
| Add — imputed interest on deferred proceeds from sale of The Shoppes at The Palazzo | | 8 | | 8 |
| Less — capitalized interest | | (1) | | (21) |
| Interest expense, net | $ | 157 | $ | 133 |
| Cash paid for interest | $ | 130 | $ | 123 |
| Weighted average total debt balance | $ | 9,917 | $ | 9,580 |
| Weighted average interest rate | | 3.0% | | 3.1% |

Interest cost increased $4 million compared to the six months ended June 30, 2016 , resulting primarily from an increase in our weighted average total debt balance. Capitalized interest decreased $20 million compared to the six months ended June 30, 2016 , primarily due to the opening of The Parisian Macao in September 2016.

39

*Other Factors Effecting Earnings*

Other expense was $61 million for the six months ended June 30, 2017 , compared to $54 million for the six months ended June 30, 2016 . Other expense during the six months ended June 30, 2017 , was primarily attributable to a depreciation of the U.S. dollar versus the Singapore dollar during the period. This resulted in $46 million of foreign currency transaction losses, driven by Singapore dollar denominated intercompany debt reported in U.S. dollars, and a $16 million fair value adjustment on our Singapore forward contracts.

Our effective income tax rate was 10.8% for the six months ended June 30, 2017 , compared to 12.8% for the six months ended June 30, 2016 . The decrease in the effective income tax rate relates primarily to the valuation allowances recorded during the six months ended June 30, 2016, as we determined that certain deferred tax assets were no longer "more-likely-than-not" realizable. The effective income tax rates reflect a 17% statutory tax rate on our Singapore operations and a zero percent tax rate on our Macao gaming operations due to our income tax exemption in Macao, effective through the end of 2018. We have recorded a valuation allowance related to certain deferred tax assets generated by operations in the U.S. and certain foreign jurisdictions; however, to the extent that the financial results of these operations improve and it becomes "more-likely-than-not" that these deferred tax assets, or a portion thereof, are realizable, we will reduce the valuation allowances in the period such determination is made, as appropriate.

The net income attributable to our noncontrolling interests was $191 million for the six months ended June 30, 2017 , compared to $155 million for the six months ended June 30, 2016 . These amounts are primarily related to the noncontrolling interest of SCL.

## Additional Information Regarding our Retail Mall Operations

We own and operate retail malls at our integrated resorts at The Venetian Macao, Sands Cotai Central, The Plaza Macao and Four Seasons Hotel Macao, The Parisian Macao, Marina Bay Sands and Sands Bethlehem. Management believes that being in the retail mall business and, specifically, owning some of the largest retail properties in Asia will provide meaningful value for us, particularly as the retail market in Asia continues to grow.

Our malls are designed to complement our other unique amenities and service offerings provided by our integrated resorts. Our strategy is to seek out desirable tenants that appeal to our customers and provide a wide variety of shopping options. We generate our mall revenues primarily from leases with tenants through minimum base rents, overage rents, and reimbursements for common area maintenance ("CAM") and other expenditures.

40

001169