# EXHIBIT 36

Excerpt of LVS 2017 Q3
Form 10-Q
(filed 11/3/2017)

# EXHIBIT 36

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## Form 10-Q

☒    **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the quarterly period ended September 30, 2017

☐    **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the transition period from _____ to _____

Commission file number 001-32373

# LAS VEGAS SANDS CORP.
(Exact name of registration as specified in its charter)

| | |
|---|---|
| **Nevada** | **27-0099920** |
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |
| **3355 Las Vegas Boulevard South** | |
| **Las Vegas, Nevada** | **89109** |
| (Address of principal executive offices) | (Zip Code) |

**(702) 414-1000**
(Registrant's telephone number, including area code)

Indicate by check mark whether the Registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the Registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.   Yes ☒   No ☐

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate Web site, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files).   Yes ☒   No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | | | |
|---|---|---|---|
| Large accelerated filer | ☒ | Accelerated filer | ☐ |
| Non-accelerated filer | ☐ (Do not check if a smaller reporting company) | Smaller reporting company | ☐ |
| Emerging growth company | ☐ | | |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act.  ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act).   Yes ☐   No ☒

Indicate the number of shares outstanding of each of the Registrant's classes of common stock, as of the latest practicable date.

| Class | Outstanding at November 1, 2017 |
|---|---|
| Common Stock ($0.001 par value) | 790,480,010 shares |

001170

**LAS VEGAS SANDS CORP. AND SUBSIDIARIES**

**Table of Contents**

**PART I**
**FINANCIAL INFORMATION**

| | | |
|---|---|---|
| Item 1. | Financial Statements (unaudited) | 3 |
| | Condensed Consolidated Balance Sheets at September 30, 2017 and December 31, 2016 | 3 |
| | Condensed Consolidated Statements of Operations for the Three and Nine Months Ended September 30, 2017 and 2016 | 4 |
| | Condensed Consolidated Statements of Comprehensive Income for the Three and Nine Months Ended September 30, 2017 and 2016 | 5 |
| | Condensed Consolidated Statements of Equity for the Nine Months Ended September 30, 2017 and 2016 | 6 |
| | Condensed Consolidated Statements of Cash Flows for the Nine Months Ended September 30, 2017 and 2016 | 7 |
| | Notes to Condensed Consolidated Financial Statements | 9 |
| Item 2. | Management's Discussion and Analysis of Financial Condition and Results of Operations | 25 |
| Item 3. | Quantitative and Qualitative Disclosures about Market Risk | 49 |
| Item 4. | Controls and Procedures | 49 |

**PART II**
**OTHER INFORMATION**

| | | |
|---|---|---|
| Item 1. | Legal Proceedings | 51 |
| Item 1A. | Risk Factors | 51 |
| Item 2. | Unregistered Sales of Equity Securities and Use of Proceeds | 51 |
| Item 6. | Exhibits | 52 |
| Signatures | | 53 |

2

001171

**Nine Months Ended September 30, 2017 Compared to the Nine Months Ended September 30, 2016**

*Operating Revenues*

Our net revenues consisted of the following:

|  | | Nine Months Ended September 30, | | | |
|---|---|---|---|---|---|
|  | | 2017 | | 2016 | Percent Change |
|  | | (Dollars in millions) | | | |
| Casino | $ | 7,379 | $ | 6,406 | 15.2% |
| Rooms | | 1,194 | | 1,123 | 6.3% |
| Food and beverage | | 610 | | 559 | 9.1% |
| Mall | | 476 | | 422 | 12.8% |
| Convention, retail and other | | 400 | | 389 | 2.8% |
|  | | 10,059 | | 8,899 | 13.0% |
| Less — promotional allowances | | (613) | | (564) | (8.7)% |
| Total net revenues | $ | 9,446 | $ | 8,335 | 13.3% |

Consolidated net revenues were $9.45 billion for the nine months ended September 30, 2017 , an increase of $1.11 billion compared to $8.34 billion for the nine months ended September 30, 2016 . The increase was primarily due to increases of $1.03 billion at The Parisian Macao, which opened in September 2016, and $253 million at Marina Bay Sands, primarily due to increased casino revenues.

Casino revenues increased $973 million compared to the nine months ended September 30, 2016 . The increase was due to increases of $922 million at The Parisian Macao and $267 million at Marina Bay Sands, driven by increases in Rolling Chip win percentage and volume, partially offset by a $154 million decrease at Sands Cotai Central, driven by a decrease in Non-Rolling Chip drop, as well as decreases in Rolling Chip win percentage and volume. The following table summarizes the results of our casino activity:

|  | | Nine Months Ended September 30, | | | |
|---|---|---|---|---|---|
|  | | 2017 | | 2016 | Change |
|  | | (Dollars in millions) | | | |
| **Macao Operations:** | | | | | |
| *The Venetian Macao* | | | | | |
| Total casino revenues | $ | 1,849 | $ | 1,893 | (2.3)% |
| Non-Rolling Chip drop | $ | 5,315 | $ | 5,141 | 3.4% |
| Non-Rolling Chip win percentage | | 24.6% | | 25.2% | (0.6) pts |
| Rolling Chip volume | $ | 18,218 | $ | 21,963 | (17.1)% |
| Rolling Chip win percentage | | 3.61% | | 3.23% | 0.38 pts |
| Slot handle | $ | 2,052 | $ | 3,007 | (31.8)% |
| Slot hold percentage | | 5.2% | | 4.6% | 0.6 pts |
| *Sands Cotai Central* | | | | | |
| Total casino revenues | $ | 1,153 | $ | 1,307 | (11.8)% |
| Non-Rolling Chip drop | $ | 4,278 | $ | 4,571 | (6.4)% |
| Non-Rolling Chip win percentage | | 20.5% | | 20.5% | — |
| Rolling Chip volume | $ | 8,267 | $ | 9,502 | (13.0)% |
| Rolling Chip win percentage | | 2.92% | | 3.52% | (0.60) pts |
| Slot handle | $ | 3,509 | $ | 4,521 | (22.4)% |
| Slot hold percentage | | 4.1% | | 3.6% | 0.5 pts |
| *The Parisian Macao* | | | | | |
| Total casino revenues | $ | 980 | $ | 58 | N/M |
| Non-Rolling Chip drop | $ | 2,957 | $ | 190 | N/M |
| Non-Rolling Chip win percentage | | 19.6% | | 19.9% | (0.3) pts |
| Rolling Chip volume | $ | 14,430 | $ | 748 | N/M |
| Rolling Chip win percentage | | 3.24% | | 3.01% | 0.23 pts |
| Slot handle | $ | 2,716 | $ | 171 | N/M |
| Slot hold percentage | | 3.4% | | 5.2% | (1.8) pts |

35

001172

| | | Nine Months Ended September 30, | | | |
|---|---|---|---|---|---|
| | | 2017 | | 2016 | Change |
| | | (Dollars in millions) | | | |
| **The Plaza Macao and Four Seasons Hotel Macao** | | | | | |
| Total casino revenues | $ | 317 | $ | 324 | (2.2)% |
| Non-Rolling Chip drop | $ | 894 | $ | 800 | 11.8% |
| Non-Rolling Chip win percentage | | 23.1% | | 23.3% | (0.2) pts |
| Rolling Chip volume | $ | 7,379 | $ | 6,511 | 13.3% |
| Rolling Chip win percentage | | 2.48% | | 3.05% | (0.57) pts |
| Slot handle | $ | 311 | $ | 306 | 1.6% |
| Slot hold percentage | | 7.1% | | 5.9% | 1.2 pts |
| **Sands Macao** | | | | | |
| Total casino revenues | $ | 471 | $ | 512 | (8.0)% |
| Non-Rolling Chip drop | $ | 1,842 | $ | 2,021 | (8.9)% |
| Non-Rolling Chip win percentage | | 19.2% | | 18.1% | 1.1 pts |
| Rolling Chip volume | $ | 3,561 | $ | 5,610 | (36.5)% |
| Rolling Chip win percentage | | 2.65% | | 2.64% | 0.01 pts |
| Slot handle | $ | 1,811 | $ | 1,990 | (9.0)% |
| Slot hold percentage | | 3.3% | | 3.3% | — |
| **Singapore Operations:** | | | | | |
| **Marina Bay Sands** | | | | | |
| Total casino revenues | $ | 1,869 | $ | 1,602 | 16.7% |
| Non-Rolling Chip drop | $ | 2,821 | $ | 2,927 | (3.6)% |
| Non-Rolling Chip win percentage | | 28.6% | | 28.7% | (0.1) pts |
| Rolling Chip volume | $ | 27,068 | $ | 23,630 | 14.5% |
| Rolling Chip win percentage | | 3.40% | | 2.58% | 0.82 pts |
| Slot handle | $ | 10,481 | $ | 10,058 | 4.2% |
| Slot hold percentage | | 4.3% | | 4.5% | (0.2) pts |
| **U.S. Operations:** | | | | | |
| **Las Vegas Operating Properties** | | | | | |
| Total casino revenues | $ | 332 | $ | 308 | 7.8% |
| Table games drop | $ | 1,186 | $ | 1,289 | (8.0)% |
| Table games win percentage | | 18.5% | | 15.7% | 2.8 pts |
| Slot handle | $ | 1,867 | $ | 1,882 | (0.8)% |
| Slot hold percentage | | 8.0% | | 8.0% | — |
| **Sands Bethlehem** | | | | | |
| Total casino revenues | $ | 408 | $ | 402 | 1.5% |
| Table games drop | $ | 838 | $ | 853 | (1.8)% |
| Table games win percentage | | 20.3% | | 19.3% | 1.0 pts |
| Slot handle | $ | 3,550 | $ | 3,367 | 5.4% |
| Slot hold percentage | | 6.6% | | 6.9% | (0.3) pts |

N/M - Not Meaningful

In our experience, average win percentages remain fairly consistent when measured over extended periods of time with a significant volume of wagers, but can vary considerably within shorter time periods as a result of the statistical variances that are associated with games of chance in which large amounts are wagered.

001173

Room revenues increased $71 million compared to the nine months ended September 30, 2016 . The increase is primarily due to a $90 million increase at The Parisian Macao, partially offset by a $14 million decrease at Marina Bay Sands, driven by a decrease in available rooms. During the nine months ended September 30, 2017 , there were approximately 16%, 12%, 6% and 2% fewer rooms available at The Plaza Macao and Four Seasons Hotel Macao, The Venetian Macao, Marina Bay Sands and our Las Vegas Operating Properties, respectively, compared to the nine months ended September 30, 2016 . The following table summarizes the results of our room activity:

| | Nine Months Ended September 30, | | | | |
| --- | --- | --- | --- | --- | --- |
| | 2017 | | 2016 | | Change |
| | (Room revenues in millions) | | | | |
| **Macao Operations:** | | | | | |
| *The Venetian Macao* | | | | | |
| Total room revenues | $ | 130 | $ | 138 | (5.8)% |
| Occupancy rate | | 90.0% | | 83.7% | 6.3 pts |
| Average daily room rate | $ | 214 | $ | 215 | (0.5)% |
| Revenue per available room | $ | 193 | $ | 180 | 7.2% |
| *Sands Cotai Central* | | | | | |
| Total room revenues | $ | 210 | $ | 204 | 2.9% |
| Occupancy rate | | 84.6% | | 80.9% | 3.7 pts |
| Average daily room rate | $ | 147 | $ | 149 | (1.3)% |
| Revenue per available room | $ | 124 | $ | 121 | 2.5% |
| *The Parisian Macao* | | | | | |
| Total room revenues | $ | 96 | $ | 6 | N/M |
| Occupancy rate | | 87.9% | | 87.5% | 0.4 pts |
| Average daily room rate | $ | 140 | $ | 138 | 1.4% |
| Revenue per available room | $ | 123 | $ | 121 | 1.7% |
| *The Plaza Macao and Four Seasons Hotel Macao* | | | | | |
| Total room revenues | $ | 25 | $ | 26 | (3.8)% |
| Occupancy rate | | 80.4% | | 73.0% | 7.4 pts |
| Average daily room rate | $ | 352 | $ | 348 | 1.1% |
| Revenue per available room | $ | 283 | $ | 254 | 11.4% |
| *Sands Macao* | | | | | |
| Total room revenues | $ | 15 | $ | 15 | — |
| Occupancy rate | | 97.4% | | 96.6% | 0.8 pts |
| Average daily room rate | $ | 192 | $ | 200 | (4.0)% |
| Revenue per available room | $ | 187 | $ | 193 | (3.1)% |
| **Singapore Operations:** | | | | | |
| *Marina Bay Sands* | | | | | |
| Total room revenues | $ | 267 | $ | 281 | (5.0)% |
| Occupancy rate | | 95.9% | | 97.6% | (1.7) pts |
| Average daily room rate | $ | 426 | $ | 415 | 2.7% |
| Revenue per available room | $ | 409 | $ | 405 | 1.0% |
| **U.S. Operations:** | | | | | |
| *Las Vegas Operating Properties* | | | | | |
| Total room revenues | $ | 440 | $ | 442 | (0.5)% |
| Occupancy rate | | 94.7% | | 94.5% | 0.2 pts |
| Average daily room rate | $ | 248 | $ | 244 | 1.6% |
| Revenue per available room | $ | 235 | $ | 230 | 2.2% |
| *Sands Bethlehem* | | | | | |
| Total room revenues | $ | 11 | $ | 11 | — |
| Occupancy rate | | 93.4% | | 94.9% | (1.5) pts |
| Average daily room rate | $ | 161 | $ | 159 | 1.3% |
| Revenue per available room | $ | 151 | $ | 151 | — |

N/M - Not Meaningful

37

001174

Mall revenues increased $54 million compared to the nine months ended September 30, 2016 . The increase was primarily due to increases of $45 million at the Shoppes at Parisian and $9 million at the Shoppes at Venetian, driven by an increase in base rents. For further information related to the financial performance of our malls, see "— Additional Information Regarding our Retail Mall Operations." The following table summarizes the results of our mall activity:

| | | Nine Months Ended September 30, [1] | | | |
|---|---|---|---|---|---|
| | | 2017 | | 2016 | Change |
| | | (Mall revenues in millions) | | | |
| **Macao Operations:** | | | | | |
| **Shoppes at Venetian** | | | | | |
| Total mall revenues | $ | 161 | $ | 152 | 5.9% |
| Mall gross leasable area (in square feet) | | 785,973 | | 781,304 | 0.6% |
| Occupancy | | 97.3% | | 97.1% | 0.2 pts |
| Base rent per square foot | $ | 244 | $ | 237 | 3.0% |
| Tenant sales per square foot | $ | 1,357 | $ | 1,359 | (0.1)% |
| **Shoppes at Cotai Central [2]** | | | | | |
| Total mall revenues | $ | 48 | $ | 46 | 4.3% |
| Mall gross leasable area (in square feet) | | 425,581 | | 407,102 | 4.5% |
| Occupancy | | 93.0% | | 98.2% | (5.2) pts |
| Base rent per square foot | $ | 113 | $ | 130 | (13.1)% |
| Tenant sales per square foot | $ | 711 | $ | 868 | (18.1)% |
| **Shoppes at Parisian [3]** | | | | | |
| Total mall revenues | $ | 50 | $ | 5 | 900.0% |
| Mall gross leasable area (in square feet) | | 299,125 | | 299,458 | (0.1)% |
| Occupancy | | 92.5% | | 92.6% | (0.1) pts |
| Base rent per square foot | $ | 223 | $ | 222 | 0.5% |
| Tenant sales per square foot | $ | 531 | | — | N/M |
| **Shoppes at Four Seasons** | | | | | |
| Total mall revenues | $ | 94 | $ | 94 | — |
| Mall gross leasable area (in square feet) | | 258,392 | | 259,410 | (0.4)% |
| Occupancy | | 100.0% | | 97.3% | 2.7 pts |
| Base rent per square foot | $ | 453 | $ | 458 | (1.1)% |
| Tenant sales per square foot | $ | 3,247 | $ | 2,971 | 9.3% |
| **Singapore Operations:** | | | | | |
| **The Shoppes at Marina Bay Sands** | | | | | |
| Total mall revenues | $ | 120 | $ | 122 | (1.6)% |
| Mall gross leasable area (in square feet) | | 606,946 | | 618,649 | (1.9)% |
| Occupancy | | 97.2% | | 97.2% | — |
| Base rent per square foot | $ | 243 | $ | 236 | 3.0% |
| Tenant sales per square foot | $ | 1,506 | $ | 1,396 | 7.9% |
| **U.S. Operations:** | | | | | |
| **The Outlets at Sands Bethlehem** | | | | | |
| Total mall revenues | $ | 3 | $ | 3 | — |
| Mall gross leasable area (in square feet) | | 151,044 | | 151,029 | N/M |
| Occupancy | | 95.9% | | 90.4% | 5.5 pts |
| Base rent per square foot | $ | 20 | $ | 21 | (4.8)% |
| Tenant sales per square foot | $ | 346 | $ | 357 | (3.1)% |

N/M - Not Meaningful

(1) As GLA, occupancy, base rent per square foot and tenant sales per square foot are calculated as of September 30, 2017 and 2016 , they are identical to the summary presented herein for the three months ended September 30, 2017 and 2016 , respectively.

(2) The Shoppes at Cotai Central will feature up to approximately 600,000 square feet of gross leasable area upon completion of all phases of Sands Cotai Central's renovation, rebranding and expansion to The Londoner Macao.

(3) The Shoppes at Parisian opened in September 2016.

001175

*Operating Expenses*

Our operating expenses consisted of the following:

| | Nine Months Ended September 30, | | | |
| --- | --- | --- | --- | --- |
| | 2017 | | 2016 | Percent Change |
| | (Dollars in millions) | | | |
| Casino | $ 3,968 | $ | 3,531 | 12.4% |
| Rooms | 216 | | 197 | 9.6% |
| Food and beverage | 329 | | 306 | 7.5% |
| Mall | 52 | | 44 | 18.2% |
| Convention, retail and other | 200 | | 184 | 8.7% |
| Provision for doubtful accounts | 77 | | 139 | (44.6)% |
| General and administrative | 1,050 | | 931 | 12.8% |
| Corporate | 136 | | 208 | (34.6)% |
| Pre-opening | 7 | | 128 | (94.5)% |
| Development | 8 | | 7 | 14.3% |
| Depreciation and amortization | 913 | | 792 | 15.3% |
| Amortization of leasehold interests in land | 28 | | 29 | (3.4)% |
| Loss on disposal or impairment of assets | 27 | | 15 | 80.0% |
| Total operating expenses | $ 7,011 | $ | 6,511 | 7.7% |

Operating expenses were $7.01 billion for the nine months ended September 30, 2017 , an increase of $500 million compared to $6.51 billion for the nine months ended September 30, 2016 . The increase in operating expenses was driven by the opening of The Parisian Macao.

Casino expenses increased $437 million compared to the nine months ended September 30, 2016 . The increase was primarily attributable to a $589 million increase at The Parisian Macao, partially offset by decreases of $92 million, $48 million and $30 million at Sands Cotai Central, Sands Macao and The Venetian Macao, respectively, driven by a decrease in gaming taxes due to decreased casino revenues.

The provision for doubtful accounts was $77 million for the nine months ended September 30, 2017 , compared to $139 million for the nine months ended September 30, 2016 . The decrease resulted from increased collections of previously reserved customer balances during the nine months ended September 30, 2017 , as compared to the prior year period, and continuing improvement in the quality of casino credit currently being extended. The amount of this provision can vary over short periods of time because of factors specific to the customers who owe us money from gaming activities at any given time. We believe that the amount of our provision for doubtful accounts in the future will depend upon the state of the economy, our credit standards, our risk assessments and the judgment of our employees responsible for granting credit.

General and administrative expenses increased $119 million compared to the nine months ended September 30, 2016 . The increase was primarily due to increases of $91 million at The Parisian Macao, and $18 million and $9 million at our Las Vegas Operating Properties and The Venetian Macao, respectively, driven by an increase in marketing and advertising efforts.

Corporate expenses decreased $72 million compared to the nine months ended September 30, 2016 . The decrease was primarily due to nonrecurring legal costs incurred during the nine months ended September 30, 2016 .

Pre-opening expense represents personnel and other costs incurred prior to the opening of new ventures, which are expensed as incurred. Pre-opening expenses decreased $121 million compared to the nine months ended September 30, 2016 . The decrease was primarily due to pre-opening activities at The Parisian Macao, which opened in September 2016. Development expenses include the costs associated with the Company's evaluation and pursuit of new business opportunities, which are also expensed as incurred.

Depreciation and amortization expense increased $121 million compared to the nine months ended September 30, 2016 . The increase was primarily attributable to a $150 million increase at The Parisian Macao, partially offset by a $51 million decrease resulting from a change in the estimated useful lives of certain property and equipment (see "Item

39

001176

1 — Financial Statements — Notes to Condensed Consolidated Financial Statements — Note 2 — Property and Equipment, Net").

The loss on disposal of assets of $27 million for the nine months ended September 30, 2017 , primarily related to dispositions at our Macao operations due to property damages caused by Typhoon Hato.

### *Adjusted Property EBITDA*

The following table summarizes information related to our segments (see "Item 1 — Financial Statements — Notes to Condensed Consolidated Financial Statements — Note 7 — Segment Information" for discussion of our operating segments and a reconciliation of consolidated adjusted property EBITDA to net income):

| | Nine Months Ended September 30, | | | |
| | 2017 | | 2016 | Percent Change |
| | (Dollars in millions) | | | |
|---|---|---|---|---|
| Macao: | | | | |
| The Venetian Macao | $ 808 | $ | 827 | (2.3)% |
| Sands Cotai Central | 431 | | 484 | (11.0)% |
| The Parisian Macao | 323 | | 19 | N/M |
| The Plaza Macao and Four Seasons Hotel Macao | 162 | | 154 | 5.2% |
| Sands Macao | 134 | | 125 | 7.2% |
| Ferry Operations and Other | 18 | | 25 | (28.0)% |
| | 1,876 | | 1,634 | 14.8% |
| Marina Bay Sands | 1,299 | | 1,023 | 27.0% |
| United States: | | | | |
| Las Vegas Operating Properties | 277 | | 245 | 13.1% |
| Sands Bethlehem | 113 | | 113 | —% |
| | 390 | | 358 | 8.9% |
| Consolidated adjusted property EBITDA | $ 3,565 | $ | 3,015 | 18.2% |

N/M - Not Meaningful

Adjusted property EBITDA at our Macao operations increased $242 million compared to the nine months ended September 30, 2016 . The increase was primarily attributable to a $304 million increase at The Parisian Macao. This increase was partially offset by a $55 million decrease at our Macao properties (excluding The Parisian Macao), mainly due to decreased casino operations, driven by a decrease in Rolling Chip volume.

Adjusted property EBITDA at Marina Bay Sands increased $276 million compared to the nine months ended September 30, 2016 . As previously described, the increase was primarily due to increased casino revenues, driven by increases in Rolling Chip win percentage and volume.

Adjusted property EBITDA at our Las Vegas Operating Properties increased $32 million compared to the nine months ended September 30, 2016 . The increase was primarily due to a $43 million increase in net revenues (excluding intersegment royalty revenue), driven by increased casino revenue.

001177

*Interest Expense*

The following table summarizes information related to interest expense:

| | Nine Months Ended September 30, | | | |
| --- | --- | --- | --- | --- |
| | 2017 | | 2016 | |
| | (Dollars in millions) | | | |
| Interest cost (which includes the amortization of deferred financing costs and original issue discounts) | $ | 230 | $ | 219 |
| Add — imputed interest on deferred proceeds from sale of The Shoppes at The Palazzo | | 11 | | 11 |
| Less — capitalized interest | | (1) | | (32) |
| Interest expense, net | $ | 240 | $ | 198 |
| Cash paid for interest | $ | 199 | $ | 186 |
| Weighted average total debt balance | $ | 9,970 | $ | 9,740 |
| Weighted average interest rate | | 3.1% | | 3.0% |

Interest cost increased $11 million compared to the nine months ended September 30, 2016 , resulting primarily from an increase in our weighted average total debt balance. Capitalized interest decreased $31 million compared to the nine months ended September 30, 2016 , primarily due to the opening of The Parisian Macao in September 2016.

*Other Factors Effecting Earnings*

Other expense was $80 million for the nine months ended September 30, 2017 , compared to $33 million for the nine months ended September 30, 2016 . Other expense during the nine months ended September 30, 2017 , was primarily attributable to a depreciation of the U.S. dollar versus the Singapore dollar during the period. This resulted in $65 million of foreign currency transaction losses, driven by Singapore dollar denominated intercompany debt reported in U.S. dollars, and a $16 million fair value adjustment on our Singapore forward contracts.

Our effective income tax rate was 10.4% for the nine months ended September 30, 2017 , compared to 11.7% for the nine months ended September 30, 2016 . The decrease in the effective income tax rate relates primarily to the valuation allowances recorded during the nine months ended September 30, 2016, as we determined that certain deferred tax assets were no longer "more-likely-than-not" realizable. The effective income tax rates reflect a 17% statutory tax rate on our Singapore operations and a zero percent tax rate on our Macao gaming operations due to our income tax exemption in Macao, effective through the end of 2018. We have recorded a valuation allowance related to certain deferred tax assets generated by operations in the U.S. and certain foreign jurisdictions; however, to the extent that the financial results of these operations improve and it becomes "more-likely-than-not" that these deferred tax assets, or a portion thereof, are realizable, we will reduce the valuation allowances in the period such determination is made, as appropriate.

The net income attributable to our noncontrolling interests was $306 million for the nine months ended September 30, 2017 , compared to $248 million for the nine months ended September 30, 2016 . These amounts are primarily related to the noncontrolling interest of SCL.

**Additional Information Regarding our Retail Mall Operations**

We own and operate retail malls at our integrated resorts at The Venetian Macao, Sands Cotai Central, The Plaza Macao and Four Seasons Hotel Macao, The Parisian Macao, Marina Bay Sands and Sands Bethlehem. Management believes that being in the retail mall business and, specifically, owning some of the largest retail properties in Asia will provide meaningful value for us, particularly as the retail market in Asia continues to grow.

Our malls are designed to complement our other unique amenities and service offerings provided by our integrated resorts. Our strategy is to seek out desirable tenants that appeal to our customers and provide a wide variety of shopping options. We generate our mall revenues primarily from leases with tenants through minimum base rents, overage rents, and reimbursements for common area maintenance ("CAM") and other expenditures.

41

001178