Patrick G. Byrne (Nevada Bar #7636)
Morgan Petrelli (Nevada Bar #13221)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone:  702.784.5200
Facsimile:  702.784.5252
Email: pbyrne@swlaw.com
        mpetrelli@swlaw.com

Walter C. Carlson (*Pro Hac Vice*)
Lawrence P. Fogel (*Pro Hac Vice*)
Martha C. Clarke (*Pro Hac Vice*)
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Telephone: 312.853.6892
Email: wcarlson@sidley.com
        lawrence.fogel@sidley.com
        mclarke@sidley.com

*Attorneys for Defendants*

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| THE DANIELS FAMILY 2001 REVOCABLE TRUST, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>LAS VEGAS SANDS CORP., DR. MIRIAM ADELSON, in her capacity as Special Administrator of the estate of SHELDON G. ADELSON, PATRICK DUMONT, and ROBERT G. GOLDSTEIN,<br><br>Defendants. | Case No.: 2:20-cv-01958-GMN-EJY<br><br>**APPENDIX OF EXHIBITS TO DECLARATION OF PATRICK G. BYRNE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS AMENDED CLASS ACTION COMPLAINT**<br><br>**(VOLUME 9 OF 10)** |

## APPENDIX AND TABLE OF CONTENTS

| Exhibit | Volume | Document | Page Numbers |
|---|---|---|---|
| 1 | I | LVS 2015 Form 10-K (filed 2/26/2016) | 1-162 |
| 2 | II | LVS 2016 Form 10-K (filed 2/24/2017) | 163-308 |
| 3 | III | LVS 2017 Form 10-K (filed 2/23/2018) | 309-450 |

| Exhibit | Volume | Document | Page Numbers |
|---|---|---|---|
| 4 | IV | LVS 2018 Form 10-K (filed 2/22/2019) | 451-591 |
| 5 | V | LVS 2019 Form 10-K (filed 2/7/2020) | 592-740 |
| 6 | VI | LVS 2020 Form 10-K (filed 2/5/2021) | 741-876 |
| 7 | VI | Excerpt of Casino Control Act | 877-946 |
| 8 | VI | Casino Control (Casino Licence and Fees) Regulations 2009 | 947-55 |
| 9 | VII | Casino Control (Casino Marketing Arrangements) Regulations 2013 | 956-94 |
| 10 | VII | Casino Control (Credit) Regulations 2010 | 995-1008 |
| 11 | VII | Casino Control (Internal Controls) Regulations 2013 | 1009-18 |
| 12 | VII | Casino Control (Prevention of Money Laundering and Terrorism Financing) Regulations 2009 | 1019-36 |
| 13 | VII | Casino Regulatory Authority Press Release, "CRA Renews MBS Casino Licence (2016)" dated 4/19/2016 | 1037-38 |
| 14 | VII | Casino Regulatory Authority Press Release, "CRA Renews MBS Casino Licence (2019)" dated 4/18/2019 | 1039-40 |
| 15 | VII | Statement of Claim and Writ of Summons filed in Case No. HC/S 967/2019 between Wang Xi and Marina Bay Sands Pte. Ltd., dated 9/26/2019 (High Court of the Republic of Singapore) | 1041-58 |
| 16 | VII | *Bloomberg* Article, "Singapore Sands Sued by Chinese Ex-Client Claiming $6.6 Million," dated 10/10/2019 | 1059 |
| 17 | VII | *Bloomberg* Article, "Singapore Police Probe Former Patron's Marina Bay Sands Claims," dated 5/12/2020 | 1060-61 |
| 18 | VII | *Bloomberg* Article, "Adelson's Casino Probed Over Laundering Controls," dated 6/4/2020 | 1062-64 |
| 19 | VII | *Bloomberg* Article, "Adelson's Casino Probed Over Laundering Controls," dated 6/5/2020 | 1065-70 |
| 20 | VII | *Bloomberg* Article, "Singapore Mulls Tighter Anti-Laundering Rules for Casinos," dated 6/7/2020 | 1071-72 |
| 21 | VII | *Bloomberg* Article, "Sheldon Adelson's Singapore Casino Ends Suit with $6.5 Million Payment," dated 7/19/2020 | 1073-74 |

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

| Exhibit | Volume | Document | Page Numbers |
|---|---|---|---|
| 22 | VII | *Bloomberg* Article, "Adelson's Singapore Casino Hires Law Firm to Probe $1 Billion in Transfers," dated 9/16/2020 | 1075-78 |
| 23 | VII | *Bloomberg* Article, "Sheldon Adelson's Singapore Casino Paid Price for Courting China's High Rollers," dated 12/21/2020 | 1079-82 |
| 24 | VIII | Securities and Exchange Commission Order, filed in *In the Matter of Las Vegas Sands Corp.*, File No. 3-17204, dated 4/7/2016 | 1083-97 |
| 25 | VIII | Judgment filed in Action No. 997 of 2017 between Marina Bay Sands Pte. Ltd. and Li Chi Yan, dated 11/13/2017 (High Court of the Hong Kong Special Administrative Court of First Instance) | 1098-1107 |
| 26 | VIII | Statement of Claim and Writ of Summons filed in Case No. HC/S 706/2017 between Marina Bay Sands Pte. Ltd. and Luo Shandong, dated 8/2/2017 (High Court of the Republic of Singapore) | 1108-14 |
| 27 | VIII | Judgment filed in Suit No. 842 of 2011/Q between Marina Bay Sands Pte. Ltd. and Takami Shinichi, dated 4/13/2012 (High Court of the Republic of Singapore) | 1115-18 |
| 28 | VIII | Excerpt of 2016 LVS Schedule 14A (filed 4/22/2016) | 1119-24 |
| 29 | VIII | Excerpt of 2017 LVS Schedule 14A (filed 4/21/2017) | 1125-29 |
| 30 | VIII | Excerpt of 2018 LVS Schedule 14A (filed 4/20/2018) | 1130-34 |
| 31 | VIII | Excerpt of 2019 LVS Schedule 14A (filed 4/3/2019) | 1135-40 |
| 32 | VIII | Excerpt of 2020 LVS Schedule 14A (filed 4/1/2020) | 1141-44 |
| 33 | VIII | LVS Stock Price Chart | 1145-52 |
| 34 | VIII | Comparative Stock Price Chart | 1153-60 |
| 35 | VIII | Excerpt of LVS 2017 Q2 Form 10-Q (filed 8/4/2017) | 1161-69 |
| 36 | VIII | Excerpt of LVS 2017 Q3 Form 10-Q (filed 11/3/2017) | 1170-78 |
| 37 | IX | Excerpt of LVS 2018 Q2 Form 10-Q (filed 7/25/2018) | 1179-90 |
| 38 | IX | Excerpt of LVS 2018 Q3 Form 10-Q (filed 10/26/2018) | 1191-1200 |

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

| Exhibit | Volume | Document | Page Numbers |
|---|---|---|---|
| 39 | IX | Excerpt of LVS 2020 Q1 Form 10-Q (filed 4/24/2020) | 1201-04 |
| 40 | IX | Excerpt of LVS 2020 Q2 Form 10-Q (filed 7/24/2020) | 1205-08 |
| 41 | X | Transcript from JPMorgan Gaming, Lodging, Restaurant & Leisure Management Access Forum (3/10/2016) | 1209-18 |
| 42 | X | LVS 2016 Q2 Earnings Call Transcript (7/25/2016) | 1219-29 |
| 43 | X | LVS 2016 Q3 Earnings Call Transcript (11/3/2016) | 1230-43 |
| 44 | X | LVS 2017 Q1 Earnings Call Transcript (4/26/2017) | 1244-56 |
| 45 | X | Transcript from Sanford C. Bernstein & Co., LLC's 33rd Annual Strategic Conference (5/31/2017) | 1257-73 |
| 46 | X | LVS 2017 Q2 Earnings Call Transcript (7/26/2017) | 1274-87 |
| 47 | X | LVS 2017 Q4 Earnings Call Transcript (1/24/2018) | 1288-1301 |
| 48 | X | LVS 2018 Q1 Earnings Call Transcript (4/25/2018) | 1302-13 |
| 49 | X | LVS 2018 Q2 Earnings Call Transcript (7/25/2018) | 1314-27 |
| 50 | X | LVS 2018 Q3 Earnings Call Transcript (10/24/2018) | 1328-44 |
| 51 | X | Transcript from Stifel, Nicolaus & Company, Inc.'s 2020 Virtual Cross Sector Insight Conference (6/10/2020) | 1345-54 |

Dated: May 7, 2021

/s/ Patrick Byrne

Patrick G. Byrne, Esq.
Morgan Petrelli, Esq.
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169

Walter C. Carlson (*Pro Hac Vice*)
Lawrence P. Fogel (*Pro Hac Vice*)
Martha C. Clarke (*Pro Hac Vice*)
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603

*Attorneys for Defendants*

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

**CERTIFICATE OF SERVICE**

On May 7, 2021, I served the foregoing document on all parties appearing in this case when filing said document through the court's PACER system with automatic e-service on all persons who have registered for e-service on PACER for this case.


/s/ Lyndsey Luxford
An employee of SNELL & WILMER L.L.P.