# EXHIBIT 37

Excerpt of LVS 2018 Q2
Form 10-Q
(filed 7/25/2018)

# EXHIBIT 37

Table of Contents

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
### Washington, D.C. 20549

## Form 10-Q

☒ **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the quarterly period ended June 30, 2018**

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the transition period from _____ to _____**

**Commission file number 001-32373**

# LAS VEGAS SANDS CORP.
**(Exact name of registration as specified in its charter)**

| | |
|---|---|
| **Nevada** | **27-0099920** |
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |

| | |
|---|---|
| **3355 Las Vegas Boulevard South** | |
| **Las Vegas, Nevada** | **89109** |
| (Address of principal executive offices) | (Zip Code) |

**(702) 414-1000**
**(Registrant's telephone number, including area code)**

Indicate by check mark whether the Registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the Registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.    Yes ☒    No ☐

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate Web site, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files).    Yes ☒    No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | | | | |
|---|---|---|---|---|
| Large accelerated filer | ☒ | | Accelerated filer | ☐ |
| Non-accelerated filer | ☐ | (Do not check if a smaller reporting company) | Smaller reporting company | ☐ |
| Emerging growth company | ☐ | | | |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act.  ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act).    Yes ☐    No ☒

Indicate the number of shares outstanding of each of the Registrant's classes of common stock, as of the latest practicable date.

| Class | Outstanding at July 23, 2018 |
|---|---|
| Common Stock ($0.001 par value) | 788,004,346 shares |

001179

Table of Contents

**LAS VEGAS SANDS CORP. AND SUBSIDIARIES**

**Table of Contents**

**PART I**
**FINANCIAL INFORMATION**

| | | |
|---|---|---:|
| Item 1. | Financial Statements (unaudited) | 3 |
| | Condensed Consolidated Balance Sheets at June 30, 2018 and December 31, 2017 | 3 |
| | Condensed Consolidated Statements of Operations for the Three and Six Months Ended June 30, 2018 and 2017 | 4 |
| | Condensed Consolidated Statements of Comprehensive Income for the Three and Six Months Ended June 30, 2018 and 2017 | 5 |
| | Condensed Consolidated Statements of Equity for the Six Months Ended June 30, 2018 and 2017 | 6 |
| | Condensed Consolidated Statements of Cash Flows for the Six Months Ended June 30, 2018 and 2017 | 7 |
| | Notes to Condensed Consolidated Financial Statements | 8 |
| Item 2. | Management's Discussion and Analysis of Financial Condition and Results of Operations | 27 |
| Item 3. | Quantitative and Qualitative Disclosures about Market Risk | 51 |
| Item 4. | Controls and Procedures | 52 |

**PART II**
**OTHER INFORMATION**

| | | |
|---|---|---:|
| Item 1. | Legal Proceedings | 53 |
| Item 1A. | Risk Factors | 53 |
| Item 2. | Unregistered Sales of Equity Securities and Use of Proceeds | 53 |
| Item 6. | Exhibits | 54 |
| Signatures | | 56 |

2

001180

Table of Contents

### Interest Expense

The following table summarizes information related to interest expense:

| | Three Months Ended June 30, | | | |
|---|---|---|---|---|
| | 2018 | | 2017 | |
| | (Dollars in millions) | | | |
| Interest cost (which includes the amortization of deferred financing costs and original issue discount) | $ | 90 | $ | 75 |
| Add — imputed interest on deferred proceeds from sale of The Shoppes at The Palazzo | | 4 | | 4 |
| Less — capitalized interest | | (1) | | — |
| Interest expense, net | $ | 93 | $ | 79 |
| Cash paid for interest | $ | 81 | $ | 65 |
| Weighted average total debt balance | $ | 10,179 | $ | 9,955 |
| Weighted average interest rate | | 3.5% | | 3.0% |

Interest cost increased $15 million compared to the three months ended June 30, 2017 , resulting primarily from an increase in our weighted average interest rate.

### Other Factors Affecting Earnings

Other income was $44 million for the three months ended June 30, 2018 , compared to other expense of $25 million for the three months ended June 30, 2017 . Other income during the three months ended June 30, 2018 , was primarily attributable to $44 million of foreign currency transaction gains, driven by Singapore dollar denominated intercompany debt reported in U.S. dollars. These gains resulted from the appreciation of the U.S. dollar versus the Singapore dollar during the period.

Our effective income tax rate was 10.7% for the three months ended June 30, 2018 , compared to 10.9% for the three months ended June 30, 2017 . The effective income tax rate for the three months ended June 30, 2018 , reflects a 17% statutory tax rate on our Singapore operations, a 21% corporate income tax rate on our U.S. operations and a zero percent tax rate on our Macao gaming operations due to our income tax exemption in Macao, effective through the end of 2018. We have recorded a valuation allowance related to certain deferred tax assets previously generated by operations in the U.S. and certain foreign jurisdictions; however, to the extent that the financial results of our operations improve or we determine related administrative guidance, notices, implementation regulations, potential legislative amendments and interpretations of the Tax Cuts and Jobs Act (the "Act") require changes to positions we have taken and it becomes "more-likely-than-not" these deferred tax assets, or a portion thereof, are realizable, we will reduce the valuation allowances in the period such determination is made, as appropriate.

The net income attributable to our noncontrolling interests was $120 million for the three months ended June 30, 2018 , compared to $93 million for the three months ended June 30, 2017 . These amounts are primarily related to the noncontrolling interest of Sands China Ltd. ("SCL").

## Six Months Ended June 30, 2018 Compared to the Six Months Ended June 30, 2017

### Operating Revenues

Our net revenues consisted of the following:

| | Six Months Ended June 30, | | | | Percent Change |
|---|---|---|---|---|---|
| | 2018 | | 2017 | | |
| | (Dollars in millions) | | | | |
| Casino | $ | 4,945 | $ | 4,400 | 12.4% |
| Rooms | | 863 | | 765 | 12.8% |
| Food and beverage | | 447 | | 407 | 9.8% |
| Mall | | 320 | | 316 | 1.3% |
| Convention, retail and other | | 307 | | 288 | 6.6% |
| Total net revenues | $ | 6,882 | $ | 6,176 | 11.4% |

36

001181

Table of Contents

Consolidated net revenues were $6.88 billion for the six months ended June 30, 2018 , an increase of $706 million compared to $6.18 billion for the six months ended June 30, 2017 . The increase was primarily driven by a $629 million increase at our Macao operating properties, primarily due to increased casino revenues, and a $53 million increase at Marina Bay Sands, primarily driven by increased room and food and beverage revenues.

Net casino revenues increase d $545 million compared to the six months ended June 30, 2017 . The increase is primarily attributable to a $557 million increase at our Macao operating properties, driven by an increase in Non-Rolling Chip drop and Rolling Chip volume. The following table summarizes the results of our casino activity:

| | Six Months Ended June 30, | | | | |
|---|---|---|---|---|---|
| | 2018 | | 2017 | | Change |
| | (Dollars in millions) | | | | |
| **Macao Operations:** | | | | | |
| *The Venetian Macao* | | | | | |
| Total net casino revenues | $ | 1,393 | $ | 1,134 | 22.8 % |
| Non-Rolling Chip drop | $ | 4,489 | $ | 3,423 | 31.1 % |
| Non-Rolling Chip win percentage | | 24.4% | | 25.6% | (1.2pts ) |
| Rolling Chip volume | $ | 15,329 | $ | 11,321 | 35.4 % |
| Rolling Chip win percentage | | 3.66% | | 3.80% | (0.14pts ) |
| Slot handle | $ | 1,656 | $ | 1,334 | 24.1 % |
| Slot hold percentage | | 4.8% | | 5.3% | (0.5pts ) |
| *Sands Cotai Central* | | | | | |
| Total net casino revenues | $ | 804 | $ | 675 | 19.1 % |
| Non-Rolling Chip drop | $ | 3,395 | $ | 2,836 | 19.7 % |
| Non-Rolling Chip win percentage | | 21.2% | | 20.5% | 0.7pts |
| Rolling Chip volume | $ | 5,000 | $ | 5,421 | (7.8)% |
| Rolling Chip win percentage | | 3.33% | | 3.05% | 0.28pts |
| Slot handle | $ | 2,512 | $ | 2,328 | 7.9 % |
| Slot hold percentage | | 4.0% | | 4.0% | — |
| *The Parisian Macao* | | | | | |
| Total net casino revenues | $ | 599 | $ | 528 | 13.4 % |
| Non-Rolling Chip drop | $ | 2,143 | $ | 1,956 | 9.6 % |
| Non-Rolling Chip win percentage | | 19.9% | | 18.9% | 1.0pts |
| Rolling Chip volume | $ | 9,077 | $ | 7,482 | 21.3 % |
| Rolling Chip win percentage | | 3.26% | | 3.36% | (0.10pts ) |
| Slot handle | $ | 2,217 | $ | 1,789 | 23.9 % |
| Slot hold percentage | | 2.5% | | 3.6% | (1.1pts ) |
| *The Plaza Macao and Four Seasons Hotel Macao* | | | | | |
| Total net casino revenues | $ | 278 | $ | 180 | 54.4 % |
| Non-Rolling Chip drop | $ | 734 | $ | 597 | 22.9 % |
| Non-Rolling Chip win percentage | | 24.8% | | 23.1% | 1.7pts |
| Rolling Chip volume | $ | 5,704 | $ | 4,247 | 34.3 % |
| Rolling Chip win percentage | | 3.49% | | 2.66% | 0.83pts |
| Slot handle | $ | 270 | $ | 194 | 39.2 % |
| Slot hold percentage | | 7.3% | | 7.4% | (0.1pts ) |
| *Sands Macao* | | | | | |
| Total net casino revenues | $ | 308 | $ | 308 | — |
| Non-Rolling Chip drop | $ | 1,316 | $ | 1,242 | 6.2 % |

001182

| | | | | | |
|---|---|---:|---|---:|---:|
| Non-Rolling Chip win percentage | | | | | ) |
| | | 18.4% | | 19.4% | (1.0pts |
| Rolling Chip volume | $ | 2,271 | $ | 2,881 | (21.2)% |
| Rolling Chip win percentage | | | | | |
| | | 3.80% | | 3.01% | 0.79pts |
| Slot handle | $ | 1,281 | $ | 1,210 | 5.9 % |
| Slot hold percentage | | | | | ) |
| | | 3.2% | | 3.3% | (0.1pts |

37

001183

Table of Contents

|  | Six Months Ended June 30, | | |
|  | 2018 | 2017 | Change |
|  | (Dollars in millions) | | |
| **Singapore Operations:** | | | |
| *Marina Bay Sands* | | | |
| Total net casino revenues | $ 1,146 | $ 1,143 | 0.3 % |
| Non-Rolling Chip drop | $ 2,735 | $ 2,553 | 7.1 % |
| Non-Rolling Chip win percentage | 19.4% | 21.1% | (1.7pts ) |
| Rolling Chip volume | $ 13,246 | $ 17,625 | (24.8)% |
| Rolling Chip win percentage | 3.91% | 3.46% | 0.45pts |
| Slot handle | $ 7,504 | $ 6,824 | 10.0 % |
| Slot hold percentage | 4.5% | 4.3% | 0.2pts |
| **U.S. Operations:** | | | |
| *Las Vegas Operating Properties* | | | |
| Total net casino revenues | $ 180 | $ 185 | (2.7)% |
| Table games drop | $ 833 | $ 785 | 6.1 % |
| Table games win percentage | 16.6% | 19.2% | (2.6pts ) |
| Slot handle | $ 1,301 | $ 1,210 | 7.5 % |
| Slot hold percentage | 8.4% | 8.5% | (0.1pts ) |
| *Sands Bethlehem* | | | |
| Total net casino revenues | $ 237 | $ 247 | (4.0)% |
| Table games drop | $ 571 | $ 545 | 4.8 % |
| Table games win percentage | 17.9% | 20.5% | (2.6pts ) |
| Slot handle | $ 2,395 | $ 2,340 | 2.4 % |
| Slot hold percentage | 6.6% | 6.6% | — |

In our experience, average win percentages remain fairly consistent when measured over extended periods of time with a significant volume of wagers, but can vary considerably within shorter time periods as a result of the statistical variances that are associated with games of chance in which large amounts are wagered.

38

001184

Table of Contents

Room revenues increase d $98 million compared to the six months ended June 30, 2017 . The increase is primarily due to increases of $31 million, $27 million, $19 million and $19 million at Sands Cotai Central, The Venetian Macao, Marina Bay Sands and our Las Vegas Operating Properties, respectively, driven by increased occupancy and ADR. During the six months ended June 30, 2018 , there were approximately 18% fewer rooms available at The Parisian Macao compared to the six months ended June 30, 2017 , due to the construction work of combining and converting standard rooms to suites. The following table summarizes the results of our room activity:

| | | Six Months Ended June 30, | | | |
|---|---|---|---|---|---|
| | | 2018 | | 2017 | Change |
| | | (Room revenues in millions) | | | |
| **Macao Operations:** | | | | | |
| *The Venetian Macao* | | | | | |
| Total room revenues | $ | 109 | $ | 82 | 32.9 % |
| Occupancy rate | | 95.8% | | 89.6% | 6.2pts |
| Average daily room rate (ADR) | $ | 225 | $ | 203 | 10.8 % |
| Revenue per available room (RevPAR) | $ | 215 | $ | 182 | 18.1 % |
| *Sands Cotai Central* | | | | | |
| Total room revenues | $ | 160 | $ | 129 | 24.0 % |
| Occupancy rate | | 93.2% | | 80.4% | 12.8pts |
| Average daily room rate (ADR) | $ | 154 | $ | 144 | 6.9 % |
| Revenue per available room (RevPAR) | $ | 144 | $ | 116 | 24.1 % |
| *The Parisian Macao* | | | | | |
| Total room revenues | $ | 61 | $ | 60 | 1.7 % |
| Occupancy rate | | 95.4% | | 84.9% | 10.5pts |
| Average daily room rate (ADR) | $ | 150 | $ | 136 | 10.3 % |
| Revenue per available room (RevPAR) | $ | 143 | $ | 115 | 24.3 % |
| *The Plaza Macao and Four Seasons Hotel Macao* | | | | | |
| Total room revenues | $ | 19 | $ | 16 | 18.8 % |
| Occupancy rate | | 87.8% | | 80.2% | 7.6pts |
| Average daily room rate (ADR) | $ | 316 | $ | 357 | (11.5)% |
| Revenue per available room (RevPAR) | $ | 277 | $ | 286 | (3.1)% |
| *Sands Macao* | | | | | |
| Total room revenues | $ | 8 | $ | 10 | (20.0)% |
| Occupancy rate | | 98.9% | | 98.2% | 0.7pts |
| Average daily room rate (ADR) | $ | 162 | $ | 193 | (16.1)% |
| Revenue per available room (RevPAR) | $ | 161 | $ | 189 | (14.8)% |
| **Singapore Operations:** | | | | | |
| *Marina Bay Sands* | | | | | |
| Total room revenues | $ | 193 | $ | 174 | 10.9 % |
| Occupancy rate | | 96.8% | | 95.6% | 1.2pts |
| Average daily room rate (ADR) | $ | 436 | $ | 418 | 4.3 % |
| Revenue per available room (RevPAR) | $ | 423 | $ | 400 | 5.8 % |
| **U.S. Operations:** | | | | | |
| *Las Vegas Operating Properties* | | | | | |
| Total room revenues | $ | 305 | $ | 286 | 6.6 % |
| Occupancy rate | | 96.6% | | 93.5% | 3.1pts |
| Average daily room rate (ADR) | $ | 249 | $ | 245 | 1.6 % |
| Revenue per available room (RevPAR) | $ | 241 | $ | 229 | 5.2 % |
| *Sands Bethlehem* | | | | | |
| Total room revenues | $ | 8 | $ | 8 | — |
| Occupancy rate | | | | | ) |

001185

|  |  |  | 91.3% |  |  | 92.0% | (0.7pts |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Average daily room rate (ADR) |  | $ | 161 | $ | 160 |  | 0.6 % |
| Revenue per available room (RevPAR) |  | $ | 147 | $ | 147 |  | — |

39

|  |  |  | 91.3% |  |  |  | (0.7pts |
| --- | --- | --- | --- | --- | --- | --- | --- |
|  | $ | 161 | $ | 160 |  |  |  |
|  | $ | 147 | $ | 147 |  |  |  |

001186

Table of Contents

Food and beverage revenues increase d $40 million compared to the six months ended June 30, 2017 . The increase is primarily attributable to increases of $19 million and $9 million at Marina Bay Sands and our Las Vegas Operating Properties, respectively, driven by an increase in banquet operations and the opening of new restaurants.

Mall revenues increase d $4 million compared to the six months ended June 30, 2017 . The increase was primarily due to a $6 million increase at the Shoppes at Marina Bay Sands, driven by an increase in base rents. For further information related to the financial performance of our malls, see "— Additional Information Regarding our Retail Mall Operations." The following table summarizes the results of our malls on the Cotai Strip in Macao and in Singapore:

| | | Six Months Ended June 30, [1] | | |
|---|---|---|---|---|
| | | 2018 | 2017 | Change |
| | | (Mall revenues in millions) | | |
| **Macao Operations:** | | | | |
| *Shoppes at Venetian* | | | | |
| Total mall revenues | $ | 109 | $ 106 | 2.8 % |
| Mall gross leasable area (in square feet) | | 786,652 | 779,025 | 1.0 % |
| Occupancy | | 91.4% | 97.7% | (6.3pts ) |
| Base rent per square foot | $ | 262 | $ 245 | 6.9 % |
| Tenant sales per square foot | $ | 1,656 | $ 1,340 | 23.6 % |
| *Shoppes at Cotai Central* [2] | | | | |
| Total mall revenues | $ | 29 | $ 33 | (12.1)% |
| Mall gross leasable area (in square feet) | | 517,238 | 425,630 | 21.5 % |
| Occupancy | | 90.9% | 93.5% | (2.6pts ) |
| Base rent per square foot | $ | 114 | $ 120 | (5.0)% |
| Tenant sales per square foot | $ | 849 | $ 676 | 25.6 % |
| *Shoppes at Parisian* | | | | |
| Total mall revenues | $ | 30 | $ 34 | (11.8)% |
| Mall gross leasable area (in square feet) | | 295,896 | 299,053 | (1.1)% |
| Occupancy | | 90.7% | 92.7% | (2.0pts ) |
| Base rent per square foot | $ | 192 | $ 221 | (13.1)% |
| Tenant sales per square foot [3] | $ | 649 | — | N/M |
| *Shoppes at Four Seasons* | | | | |
| Total mall revenues | $ | 64 | $ 63 | 1.6 % |
| Mall gross leasable area (in square feet) | | 258,264 | 259,533 | (0.5)% |
| Occupancy | | 98.8% | 99.5% | (0.7pts ) |
| Base rent per square foot | $ | 460 | $ 455 | 1.1 % |
| Tenant sales per square foot | $ | 4,078 | $ 3,097 | 31.7 % |
| **Singapore Operations:** | | | | |
| *The Shoppes at Marina Bay Sands* | | | | |
| Total mall revenues | $ | 84 | $ 78 | 7.7 % |
| Mall gross leasable area (in square feet) | | 609,142 | 608,947 | — |
| Occupancy | | 94.1% | 97.4% | (3.3pts ) |
| Base rent per square foot | $ | 260 | $ 223 | 16.6 % |
| Tenant sales per square foot | $ | 1,773 | $ 1,482 | 19.6 % |

N/M - Not Meaningful

Note: This table excludes the results of our mall operations at Sands Macao and Sands Bethlehem.

(1) As GLA, occupancy, base rent per square foot and tenant sales per square foot are calculated as of June 30, 2018 and 2017 , they are identical to the summary presented herein for the three months ended June 30, 2018 and 2017 , respectively.

(2) The Shoppes at Cotai Central will feature up to approximately 600,000 square feet of gross leasable area upon completion of all phases of Sands Cotai Central's renovation, rebranding and expansion to The Londoner Macao.

(3) The Shoppes at Parisian opened in September 2016. Tenant sales per square foot reflect sales from tenants only after the tenant has been open for a period of 12 months.

001187

Table of Contents

***Operating Expenses***

Our operating expenses consisted of the following:

| | | Six Months Ended June 30, | | |
|---|---|---|---|---|
| | | 2018 | 2017 | Percent Change |
| | | (Dollars in millions) | | |
| Casino | $ | 2,702 | $ 2,369 | 14.1 % |
| Rooms | | 221 | 202 | 9.4 % |
| Food and beverage | | 340 | 316 | 7.6 % |
| Mall | | 35 | 34 | 2.9 % |
| Convention, retail and other | | 162 | 159 | 1.9 % |
| Provision for (recovery of) doubtful accounts | | (9) | 54 | (116.7)% |
| General and administrative | | 713 | 693 | 2.9 % |
| Corporate | | 89 | 84 | 6.0 % |
| Pre-opening | | 3 | 6 | (50.0)% |
| Development | | 5 | 5 | — % |
| Depreciation and amortization | | 538 | 648 | (17.0)% |
| Amortization of leasehold interests in land | | 18 | 19 | (5.3)% |
| Loss on disposal or impairment of assets | | 110 | 6 | 1,733.3 % |
| Total operating expenses | $ | 4,927 | $ 4,595 | 7.2 % |

Operating expenses were $4.93 billion for the six months ended June 30, 2018 , an increase of $332 million compared to $4.60 billion for the six months ended June 30, 2017 . The increase in operating expenses was primarily driven by an increase in casino expenses at our Macao operating properties due to increased casino revenues and visitation.

Casino expenses increase d $333 million compared to the six months ended June 30, 2017 . The increase was primarily attributable to a $313 million increase at our Macao operating properties, driven by an increase in gaming taxes due to increased casino revenues.

The recovery of doubtful accounts was $9 million for the six months ended June 30, 2018 , compared to the provision for doubtful accounts of $54 million for the six months ended June 30, 2017 . The decrease resulted from increased collections of previously reserved customer balances during the six months ended June 30, 2018 , as compared to the prior year period, and continuing improvement in the quality of casino credit currently being extended. The amount of this provision can vary over short periods of time because of factors specific to the customers who owe us money from gaming activities at any given time. We believe that the amount of our provision for doubtful accounts in the future will depend upon the state of the economy, our credit standards, our risk assessments and the judgment of our employees responsible for granting credit.

Depreciation and amortization expense decrease d $110 million compared to the six months ended June 30, 2017 . The decrease was primarily attributable to a $127 million decrease resulting from a change in the estimated useful lives of certain property and equipment (see "Item 1 — Financial Statements — Notes to Condensed Consolidated Financial Statements — Note 3 — Property and Equipment, Net").

The loss on disposal or impairment of assets of $110 million for the six months ended June 30, 2018 , consisted primarily of a $92 million write-off of costs related to the tower adjacent to the Four Seasons Hotel Macao.

41

001188

Table of Contents

### *Adjusted Property EBITDA*

The following table summarizes information related to our segments (see "Item 1 — Financial Statements — Notes to Condensed Consolidated Financial Statements — Note 8 — Segment Information" for discussion of our operating segments and a reconciliation of consolidated adjusted property EBITDA to net income):

| | | Six Months Ended June 30, | | |
| --- | --- | --- | --- | --- |
| | **2018** | | **2017** | **Percent Change** |
| | | (Dollars in millions) | | |
| Macao: | | | | |
| The Venetian Macao | $    679 | $ | 545 | 24.6 % |
| Sands Cotai Central | 377 | | 277 | 36.1 % |
| The Parisian Macao | 230 | | 188 | 22.3 % |
| The Plaza Macao and Four Seasons Hotel Macao | 145 | | 111 | 30.6 % |
| Sands Macao | 99 | | 93 | 6.5 % |
| Ferry Operations and Other | 9 | | 12 | (25.0)% |
| | 1,539 | | 1,226 | 25.5 % |
| Marina Bay Sands | 909 | | 856 | 6.2 % |
| United States: | | | | |
| Las Vegas Operating Properties | 218 | | 201 | 8.5 % |
| Sands Bethlehem | 59 | | 73 | (19.2)% |
| | 277 | | 274 | 1.1 % |
| Consolidated adjusted property EBITDA | $   2,725 | $ | 2,356 | 15.7 % |

Adjusted property EBITDA at our Macao operations increase d $313 million compared to the six months ended June 30, 2017 . As previously described, the increase was primarily due to increased casino revenues, driven by increases in Non-Rolling Chip drop and Rolling Chip volume.

Adjusted property EBITDA at Marina Bay Sands increase d $53 million compared to the six months ended June 30, 2017 . The increase was primarily due to an increase in non-gaming operations and a decrease in the provision for doubtful accounts, driven by collections on previously reserved customer balances.

Adjusted property EBITDA at our Las Vegas Operating Properties increase d $17 million compared to the six months ended June 30, 2017 . The increase was primarily due to increased room revenues, driven by increased occupancy, as well as an increase in convention revenues.

Adjusted property EBITDA at Sands Bethlehem decreased $14 million compared to the six months ended June 30, 2017 . The decrease was primarily due to decreased casino revenues, driven by a decrease in table games win percentage.

### *Interest Expense*

The following table summarizes information related to interest expense:

| | Six Months Ended June 30, | | | |
| --- | --- | --- | --- | --- |
| | **2018** | | **2017** | |
| | (Dollars in millions) | | | |
| Interest cost (which includes the amortization of deferred financing costs and original issue discounts) | $ | 176 | $ | 150 |
| Add — imputed interest on deferred proceeds from sale of The Shoppes at The Palazzo | | 7 | | 8 |
| Less — capitalized interest | | (1) | | (1) |
| Interest expense, net | $ | 182 | $ | 157 |
| Cash paid for interest | $ | 155 | $ | 130 |
| Weighted average total debt balance | $ | 10,011 | $ | 9,917 |
| Weighted average interest rate | | 3.5% | | 3.0% |

Interest cost increased $26 million compared to the six months ended June 30, 2017 , resulting primarily from an increase in our weighted average interest rate.

42

001189

Table of Contents

*Other Factors Affecting Earnings*

Other income was $18 million for the six months ended June 30, 2018 , compared to other expense of $61 million for the six months ended June 30, 2017 . Other income during the six months ended June 30, 2018 , was primarily attributable to $18 million of foreign currency transaction gains, driven by Singapore dollar denominated intercompany debt reported in U.S. dollars. These gains resulted from the appreciation of the U.S. dollar versus the Singapore dollar during the period.

Our effective income tax rate was (27.2)% for the six months ended June 30, 2018 , compared to 10.8% for the six months ended June 30, 2017 . The effective income tax rate for the six months ended June 30, 2018 , would have been 10.0% without the discrete benefit of $670 million recorded due to the impact of the GILTI provision of the Act. The discrete tax benefit relates to the reduction of the valuation allowance recorded on certain U.S. foreign tax credit assets as we determined these assets were realizable due to concluding how the foreign tax credits associated with this income, and allowed against the U.S. tax liability, would be utilized.

The effective income tax rate for the six months ended June 30, 2018 , reflects a 17% statutory tax rate on our Singapore operations, a 21% corporate income tax rate on our U.S. operations and a zero percent tax rate on our Macao gaming operations due to our income tax exemption in Macao, effective through the end of 2018. We have recorded a valuation allowance related to certain deferred tax assets previously generated by operations in the U.S. and certain foreign jurisdictions; however, to the extent that the financial results of our operations improve or we determine related administrative guidance, notices, implementation regulations, potential legislative amendments and interpretations of the Act require changes to positions we have taken and it becomes "more-likely-than-not" these deferred tax assets, or a portion thereof, are realizable, we will reduce the valuation allowances in the period such determination is made, as appropriate.

The net income attributable to our noncontrolling interests was $280 million for the six months ended June 30, 2018 , compared to $191 million for the six months ended June 30, 2017 . These amounts are primarily related to the noncontrolling interest of SCL.

43

001190