# EXHIBIT 38

Excerpt of LVS 2018 Q3
Form 10-Q
(filed 10/26/2018)

# EXHIBIT 38

Table of Contents

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## Form 10-Q

☒ **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the quarterly period ended September 30, 2018

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the transition period from _____ to _____

Commission file number 001-32373

# LAS VEGAS SANDS CORP.
(Exact name of registration as specified in its charter)

| | |
|---|---|
| **Nevada** | **27-0099920** |
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |

| | |
|---|---|
| **3355 Las Vegas Boulevard South** | |
| **Las Vegas, Nevada** | **89109** |
| (Address of principal executive offices) | (Zip Code) |

**(702) 414-1000**
(Registrant's telephone number, including area code)

Indicate by check mark whether the Registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the Registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.   Yes ☒   No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T during the preceding 12 months (or for such shorter period that the registrant was required to submit such files).   Yes ☒   No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | | | |
|---|---|---|---|
| Large accelerated filer | ☒ | Accelerated filer | ☐ |
| Non-accelerated filer | ☐ | Smaller reporting company | ☐ |
| Emerging growth company | ☐ | | |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act).   Yes ☐   No ☒

Indicate the number of shares outstanding of each of the Registrant's classes of common stock, as of the latest practicable date.

| Class | Outstanding at October 24, 2018 |
|---|---|
| Common Stock ($0.001 par value) | 783,554,277 shares |

001191

Table of Contents

**LAS VEGAS SANDS CORP. AND SUBSIDIARIES**

**Table of Contents**

**PART I**
**FINANCIAL INFORMATION**

| | | |
|---|---|---|
| Item 1. | Financial Statements (unaudited) | 3 |
| | Condensed Consolidated Balance Sheets at September 30, 2018 and December 31, 2017 | 3 |
| | Condensed Consolidated Statements of Operations for the Three and Nine Months Ended September 30, 2018 and 2017 | 4 |
| | Condensed Consolidated Statements of Comprehensive Income for the Three and Nine Months Ended September 30, 2018 and 2017 | 5 |
| | Condensed Consolidated Statements of Equity for the Nine Months Ended September 30, 2018 and 2017 | 6 |
| | Condensed Consolidated Statements of Cash Flows for the Nine Months Ended September 30, 2018 and 2017 | 7 |
| | Notes to Condensed Consolidated Financial Statements | 8 |
| Item 2. | Management's Discussion and Analysis of Financial Condition and Results of Operations | 28 |
| Item 3. | Quantitative and Qualitative Disclosures about Market Risk | 52 |
| Item 4. | Controls and Procedures | 53 |

**PART II**
**OTHER INFORMATION**

| | | |
|---|---|---|
| Item 1. | Legal Proceedings | 54 |
| Item 1A. | Risk Factors | 54 |
| Item 2. | Unregistered Sales of Equity Securities and Use of Proceeds | 54 |
| Item 6. | Exhibits | 55 |
| Signatures | | 56 |

2

001192

Table of Contents

no longer occupying space, but paying rent. GLA does not include space that is currently under development or not on the market for lease. Base rent per square foot is the weighted average base, or minimum, rent charge in effect at the end of the reporting period for all tenants that would qualify to be included in occupancy. Tenant sales per square foot is the sum of reported comparable sales for the trailing 12 months divided by the comparable square footage for the same period. Only tenants that have been open for a minimum of 12 months are included in the tenant sales per square foot calculation.

**Three Months Ended September 30, 2018 Compared to the Three Months Ended September 30, 2017**

### *Operating Revenues*

Our net revenues consisted of the following:

|  | Three Months Ended September 30, | | |
|---|---|---|---|
|  | 2018 | 2017 | Percent Change |
|  | (Dollars in millions) | | |
| Casino | $ 2,413 | $ 2,270 | 6.3% |
| Rooms | 435 | 405 | 7.4% |
| Food and beverage | 195 | 192 | 1.6% |
| Mall | 170 | 160 | 6.3% |
| Convention, retail and other | 159 | 134 | 18.7% |
| Total net revenues | $ 3,372 | $ 3,161 | 6.7% |

Consolidated net revenues were $3.37 billion for the three months ended September 30, 2018 , an increase of $211 million compared to $3.16 billion for the three months ended September 30, 2017 . The increase was primarily driven by a $250 million increase from our Macao operations, primarily due to increased casino revenues. The increase was partially offset by a $23 million decrease at Marina Bay Sands, primarily due to decreased casino revenues.

Net casino revenues increase d $143 million compared to the three months ended September 30, 2017 . The increase was primarily attributable to a $203 million increase in Macao, primarily driven by increases in Non-Rolling Chip drop and win percentage and increases in Rolling Chip drop and win percentage. This was partially offset by a $51 million decrease at Marina Bay Sands, driven by a decrease in Rolling Chip volume. The following table summarizes the results of our casino activity:

|  | Three Months Ended September 30, | | |
|---|---|---|---|
|  | 2018 | 2017 | Change |
|  | (Dollars in millions) | | |
| **Macao Operations:** | | | |
| *The Venetian Macao* | | | |
| Total net casino revenues | $ 689 | $ 564 | 22.2 % |
| Non-Rolling Chip drop | $ 2,175 | $ 1,892 | 15.0 % |
| Non-Rolling Chip win percentage | 25.1% | 22.8% | 2.3 pts |
| Rolling Chip volume | $ 7,425 | $ 6,898 | 7.6 % |
| Rolling Chip win percentage | 3.75% | 3.28% | 0.47 pts |
| Slot handle | $ 807 | $ 718 | 12.4 % |
| Slot hold percentage | 3.7% | 5.1% | (1.4)pts |
| *Sands Cotai Central* | | | |
| Total net casino revenues | $ 400 | $ 341 | 17.3 % |
| Non-Rolling Chip drop | $ 1,650 | $ 1,442 | 14.4 % |
| Non-Rolling Chip win percentage | 21.5% | 20.4% | 1.1 pts |
| Rolling Chip volume | $ 2,564 | $ 2,846 | (9.9)% |
| Rolling Chip win percentage | 3.95% | 2.66% | 1.29 pts |
| Slot handle | $ 1,134 | $ 1,182 | (4.1)% |
| Slot hold percentage | 3.5% | 4.4% | (0.9)pts |

31

001193

Table of Contents

| | | Three Months Ended September 30, | | |
|---|---|---|---|---|
| | | 2018 | 2017 | Change |
| | | (Dollars in millions) | | |
| **The Parisian Macao** | | | | |
| Total net casino revenues | $ | 321 | $ 341 | (5.9)% |
| Non-Rolling Chip drop | $ | 1,046 | $ 1,001 | 4.5 % |
| Non-Rolling Chip win percentage | | 21.6% | 20.9% | 0.7 pts |
| Rolling Chip volume | $ | 5,155 | $ 6,948 | (25.8)% |
| Rolling Chip win percentage | | 3.10% | 3.11% | (0.01)pts |
| Slot handle | $ | 1,386 | $ 927 | 49.5 % |
| Slot hold percentage | | 3.0% | 3.1% | (0.1)pts |
| **The Plaza Macao and Four Seasons Hotel Macao** | | | | |
| Total net casino revenues | $ | 116 | $ 93 | 24.7 % |
| Non-Rolling Chip drop | $ | 286 | $ 297 | (3.7)% |
| Non-Rolling Chip win percentage | | 28.4% | 23.1% | 5.3 pts |
| Rolling Chip volume | $ | 4,031 | $ 3,132 | 28.7 % |
| Rolling Chip win percentage | | 2.44% | 2.23% | 0.21 pts |
| Slot handle | $ | 141 | $ 117 | 20.5 % |
| Slot hold percentage | | 5.7% | 6.6% | (0.9)pts |
| **Sands Macao** | | | | |
| Total net casino revenues | $ | 146 | $ 130 | 12.3 % |
| Non-Rolling Chip drop | $ | 619 | $ 603 | 2.7 % |
| Non-Rolling Chip win percentage | | 18.3% | 18.7% | (0.4)pts |
| Rolling Chip volume | $ | 1,799 | $ 680 | 164.6 % |
| Rolling Chip win percentage | | 2.72% | 1.13% | 1.59 pts |
| Slot handle | $ | 646 | $ 602 | 7.3 % |
| Slot hold percentage | | 3.1% | 3.4% | (0.3)pts |
| **Singapore Operations:** | | | | |
| **Marina Bay Sands** | | | | |
| Total net casino revenues | $ | 532 | $ 583 | (8.7)% |
| Non-Rolling Chip drop (1) | $ | 1,358 | $ 1,374 | (1.2)% |
| Non-Rolling Chip win percentage (1) | | 19.7% | 19.5% | 0.2 pts |
| Rolling Chip volume | $ | 7,093 | $ 9,443 | (24.9)% |
| Rolling Chip win percentage | | 3.43% | 3.29% | 0.14 pts |
| Slot handle | $ | 3,624 | $ 3,658 | (0.9)% |
| Slot hold percentage | | 4.4% | 4.2% | 0.2 pts |
| **U.S. Operations:** | | | | |
| **Las Vegas Operating Properties** | | | | |
| Total net casino revenues | $ | 88 | $ 92 | (4.3)% |
| Table games drop | $ | 507 | $ 401 | 26.4 % |
| Table games win percentage | | 14.7% | 17.1% | (2.4)pts |
| Slot handle | $ | 692 | $ 658 | 5.2 % |
| Slot hold percentage | | 8.6% | 8.6% | — |
| **Sands Bethlehem** | | | | |
| Total net casino revenues | $ | 121 | $ 126 | (4.0)% |
| Table games drop | $ | 288 | $ 293 | (1.7)% |
| Table games win percentage | | 18.5% | 20.1% | (1.6)pts |
| Slot handle | $ | 1,219 | $ 1,210 | 0.7 % |
| Slot hold percentage | | 6.4% | 6.5% | (0.1)pts |

(1)   As of January 1, 2018, Non-Rolling Chip drop includes chips purchased and exchanged at the cage. Prior period amounts have been updated to conform to the current period presentation.

32

001194

Table of Contents

In our experience, average win percentages remain fairly consistent when measured over extended periods of time with a significant volume of wagers, but can vary considerably within shorter time periods as a result of the statistical variances that are associated with games of chance in which large amounts are wagered.

Room revenues increase d $30 million compared to the three months ended September 30, 2017 . The increase was primarily due to increases of $14 million and $12 million at The Venetian Macao and Marina Bay Sands, respectively, driven by increases in occupancy and ADR. During the three months ended September 30, 2018, there were approximately 23% fewer rooms available at The Parisian Macao compared to the three months ended September 30, 2017, due to the construction work of combining and converting standard rooms to suites. The following table summarizes the results of our room activity:

| | | Three Months Ended September 30, | | | | |
|---|---|---|---|---|---|---|
| | | 2018 | | 2017 | | Change |
| | | (Room revenues in millions) | | | | |
| **Macao Operations:** | | | | | | |
| *The Venetian Macao* | | | | | | |
| Total room revenues | $ | 58 | $ | 44 | | 31.8 % |
| Occupancy rate | | 95.7% | | 90.7% | | 5.0 pts |
| Average daily room rate (ADR) | $ | 229 | $ | 218 | | 5.0 % |
| Revenue per available room (RevPAR) | $ | 219 | $ | 198 | | 10.6 % |
| *Sands Cotai Central* | | | | | | |
| Total room revenues | $ | 85 | $ | 78 | | 9.0 % |
| Occupancy rate | | 96.1% | | 93.0% | | 3.1 pts |
| Average daily room rate (ADR) | $ | 159 | $ | 147 | | 8.2 % |
| Revenue per available room (RevPAR) | $ | 153 | $ | 137 | | 11.7 % |
| *The Parisian Macao* | | | | | | |
| Total room revenues | $ | 30 | $ | 34 | | (11.8)% |
| Occupancy rate | | 97.7% | | 94.1% | | 3.6 pts |
| Average daily room rate (ADR) | $ | 158 | $ | 143 | | 10.5 % |
| Revenue per available room (RevPAR) | $ | 154 | $ | 134 | | 14.9 % |
| *The Plaza Macao and Four Seasons Hotel Macao* | | | | | | |
| Total room revenues | $ | 10 | $ | 8 | | 25.0 % |
| Occupancy rate | | 89.0% | | 80.8% | | 8.2 pts |
| Average daily room rate (ADR) | $ | 315 | $ | 333 | | (5.4)% |
| Revenue per available room (RevPAR) | $ | 280 | $ | 269 | | 4.1 % |
| *Sands Macao* | | | | | | |
| Total room revenues | $ | 4 | $ | 5 | | (20.0)% |
| Occupancy rate | | 97.5% | | 95.7% | | 1.8 pts |
| Average daily room rate (ADR) | $ | 155 | $ | 191 | | (18.8)% |
| Revenue per available room (RevPAR) | $ | 151 | $ | 183 | | (17.5)% |
| **Singapore Operations:** | | | | | | |
| *Marina Bay Sands* | | | | | | |
| Total room revenues | $ | 106 | $ | 94 | | 12.8 % |
| Occupancy rate | | 97.5% | | 96.6% | | 0.9 pts |
| Average daily room rate (ADR) | $ | 466 | $ | 447 | | 4.3 % |
| Revenue per available room (RevPAR) | $ | 455 | $ | 432 | | 5.3 % |
| **U.S. Operations:** | | | | | | |
| *Las Vegas Operating Properties* | | | | | | |
| Total room revenues | $ | 138 | $ | 138 | | — |
| Occupancy rate | | 94.4% | | 97.0% | | (2.6)pts |
| Average daily room rate (ADR) | $ | 225 | $ | 227 | | (0.9)% |
| Revenue per available room (RevPAR) | $ | 213 | $ | 220 | | (3.2)% |
| *Sands Bethlehem* | | | | | | |
| Total room revenues | $ | 4 | $ | 4 | | — |
| Occupancy rate | | 94.5% | | 96.1% | | (1.6)pts |
| Average daily room rate (ADR) | $ | 165 | $ | 164 | | 0.6 % |
| Revenue per available room (RevPAR) | $ | 156 | $ | 158 | | (1.3)% |

33

001196

Table of Contents

Mall revenues increased $10 million compared to the three months ended September 30, 2017 . The increase was primarily due to increases of $4 million at the Shoppes at Venetian and the Shoppes at Cotai Central, driven by an increase in overage rent. For further information related to the financial performance of our malls, see "— Additional Information Regarding our Retail Mall Operations." The following table summarizes the results of our malls on the Cotai Strip in Macao and in Singapore:

| | | Three Months Ended September 30, | | | |
|---|---|---|---|---|---|
| | | 2018 | | 2017 | Change |
| | | (Mall revenues in millions) | | | |
| **Macao Operations:** | | | | | |
| *Shoppes at Venetian* | | | | | |
| Total mall revenues | $ | 59 | $ | 55 | 7.3 % |
| Mall gross leasable area (in square feet) | | 786,649 | | 785,973 | 0.1 % |
| Occupancy | | 89.7% | | 97.3% | (7.6)pts |
| Base rent per square foot | $ | 269 | $ | 244 | 10.2 % |
| Tenant sales per square foot | $ | 1,733 | $ | 1,357 | 27.7 % |
| *Shoppes at Cotai Central* [(1)] | | | | | |
| Total mall revenues | $ | 19 | $ | 15 | 26.7 % |
| Mall gross leasable area (in square feet) | | 509,929 | | 425,581 | 19.8 % |
| Occupancy | | 92.3% | | 93.0% | (0.7)pts |
| Base rent per square foot | $ | 111 | $ | 113 | (1.8)% |
| Tenant sales per square foot | $ | 862 | $ | 711 | 21.2 % |
| *Shoppes at Parisian* | | | | | |
| Total mall revenues | $ | 13 | $ | 16 | (18.8)% |
| Mall gross leasable area (in square feet) | | 295,896 | | 299,125 | (1.1)% |
| Occupancy | | 90.7% | | 92.5% | (1.8)pts |
| Base rent per square foot | $ | 156 | $ | 223 | (30.0)% |
| Tenant sales per square foot | $ | 657 | $ | 531 | 23.7 % |
| *Shoppes at Four Seasons* | | | | | |
| Total mall revenues | $ | 33 | $ | 31 | 6.5 % |
| Mall gross leasable area (in square feet) | | 258,544 | | 258,392 | 0.1 % |
| Occupancy | | 99.2% | | 100.0% | (0.8)pts |
| Base rent per square foot | $ | 462 | $ | 453 | 2.0 % |
| Tenant sales per square foot | $ | 4,260 | $ | 3,247 | 31.2 % |
| **Singapore Operations:** | | | | | |
| *The Shoppes at Marina Bay Sands* | | | | | |
| Total mall revenues | $ | 44 | $ | 42 | 4.8 % |
| Mall gross leasable area (in square feet) | | 611,004 | | 606,946 | 0.7 % |
| Occupancy | | 93.8% | | 97.2% | (3.4)pts |
| Base rent per square foot | $ | 258 | $ | 243 | 6.2 % |
| Tenant sales per square foot | $ | 1,840 | $ | 1,506 | 22.2 % |

Note: This table excludes the results of our mall operations at Sands Macao and Sands Bethlehem.

(1)    The Shoppes at Cotai Central will feature up to approximately 600,000 square feet of gross leasable area upon completion of all phases of Sands Cotai Central's renovation, rebranding and expansion to The Londoner Macao.

Convention, retail and other revenues increase d $25 million compared to the three months ended September 30, 2017 . The increase was primarily attributable to the recovery of business interruption insurance proceeds in Macao related to Typhoon Hato and an increase in entertainment revenues at Marina Bay Sands.

34

001197

Table of Contents

### Operating Expenses

Our operating expenses consisted of the following:

| | Three Months Ended September 30, | | | |
| --- | --- | --- | --- | --- |
| | 2018 | | 2017 | Percent Change |
| | (Dollars in millions) | | | |
| Casino | $ 1,344 | $ | 1,215 | 10.6 % |
| Rooms | 109 | | 106 | 2.8 % |
| Food and beverage | 159 | | 155 | 2.6 % |
| Mall | 19 | | 19 | — % |
| Convention, retail and other | 91 | | 79 | 15.2 % |
| Provision for doubtful accounts | 5 | | 23 | (78.3)% |
| General and administrative | 366 | | 359 | 1.9 % |
| Corporate | 55 | | 51 | 7.8 % |
| Pre-opening | 2 | | 1 | 100.0 % |
| Development | 4 | | 3 | 33.3 % |
| Depreciation and amortization | 284 | | 265 | 7.2 % |
| Amortization of leasehold interests in land | 8 | | 9 | (11.1)% |
| Loss on disposal or impairment of assets | 4 | | 21 | (81.0)% |
| Total operating expenses | $ 2,450 | $ | 2,306 | 6.2 % |

Operating expenses were $2.45 billion for the three months ended September 30, 2018 , an increase of $144 million compared to $2.31 billion for the three months ended September 30, 2017 . The increase in operating expenses was primarily driven by an increase in casino expenses at our Macao operating properties due to increased casino revenues and visitation.

Casino expenses increase d $129 million compared to the three months ended September 30, 2017 . The increase was primarily attributable to a $127 million increase at our Macao operating properties, driven by an increase in gaming tax due to increased casino revenues.

Convention, retail and other expenses increased $12 million compared to the three months ended September 30, 2017 . The increase was primarily driven by additional tourism tax and interest of $10 million levied on ancillary hotel services in Macao.

The provision for doubtful accounts was $5 million for the three months ended September 30, 2018 , compared to $23 million for the three months ended September 30, 2017 . The decrease primarily resulted from increased collections of previously reserved customer balances and continuing improvement of the quality of casino credit currently being extended. The amount of this provision can vary over short periods of time because of factors specific to the customers who owe us money from gaming activities. We believe the amount of our provision for doubtful accounts in the future will depend upon the state of the economy, our credit standards, our risk assessments and the judgment of our employees responsible for granting credit.

Depreciation and amortization expense increase d $19 million compared to the three months ended September 30, 2017 . The increase was primarily due to a $23 million increase due to the acceleration of depreciation on certain assets to be disposed of in conjunction with The Londoner Macao project.

### Adjusted Property EBITDA

Consolidated adjusted property EBITDA, which is a non-GAAP financial measure, is used by management as the primary measure of the operating performance of our segments. Consolidated adjusted property EBITDA is net income before stock-based compensation expense, corporate expense, pre-opening expense, development expense, depreciation and amortization, amortization of leasehold interests in land, gain or loss on disposal or impairment of assets, interest, other income or expense, gain or loss on modification or early retirement of debt and income taxes. Consolidated adjusted property EBITDA is a supplemental non-GAAP financial measure used by management, as well as industry analysts, to evaluate operations and operating performance. In particular, management utilizes consolidated adjusted property EBITDA to compare the operating profitability of its operations with those of its competitors, as well as a basis for determining certain incentive compensation. Integrated resort companies have historically reported

35

001198

Table of Contents

adjusted property EBITDA as a supplemental performance measure to GAAP financial measures. In order to view the operations of their properties on a more stand-alone basis, integrated resort companies, including Las Vegas Sands Corp., have historically excluded certain expenses that do not relate to the management of specific properties, such as pre-opening expense, development expense and corporate expense, from their adjusted property EBITDA calculations. Consolidated adjusted property EBITDA should not be interpreted as an alternative to income from operations (as an indicator of operating performance) or to cash flows from operations (as a measure of liquidity), in each case, as determined in accordance with GAAP. We have significant uses of cash flow, including capital expenditures, dividend payments, interest payments, debt principal repayments and income taxes, which are not reflected in consolidated adjusted property EBITDA. Not all companies calculate adjusted property EBITDA in the same manner. As a result, our presentation of consolidated adjusted property EBITDA may not be directly comparable to similarly titled measures presented by other companies.

The following table summarizes information related to our segments (see "Item 1 — Financial Statements — Notes to Condensed Consolidated Financial Statements — Note 9 — Segment Information" for discussion of our operating segments and a reconciliation of consolidated adjusted property EBITDA to net income):

| | Three Months Ended September 30, | | | |
| | 2018 | | 2017 | Percent Change |
| | (Dollars in millions) | | | |
| Macao: | | | | |
| The Venetian Macao | $ | 344 | $ | 264 | 30.3 % |
| Sands Cotai Central | | 188 | | 154 | 22.1 % |
| The Parisian Macao | | 122 | | 136 | (10.3)% |
| The Plaza Macao and Four Seasons Hotel Macao | | 53 | | 51 | 3.9 % |
| Sands Macao | | 41 | | 41 | — % |
| Ferry Operations and Other | | 6 | | 5 | 20.0 % |
| | | 754 | | 651 | 15.8 % |
| Marina Bay Sands | | 419 | | 442 | (5.2)% |
| United States: | | | | |
| Las Vegas Operating Properties | | 76 | | 76 | — % |
| Sands Bethlehem | | 33 | | 40 | (17.5)% |
| | | 109 | | 116 | (6.0)% |
| Consolidated adjusted property EBITDA | $ | 1,282 | $ | 1,209 | 6.0 % |

Adjusted property EBITDA at our Integrated Resorts is primarily driven by our casino, room and mall operations.

Adjusted property EBITDA at our Macao operations increase d $103 million compared to the three months ended September 30, 2017 . As previously described, the increase was primarily due to increased casino revenues, driven by increases in Non-Rolling Chip drop and win percentage, as well as increased room revenues, driven by increases in occupancy and ADR.

Adjusted property EBITDA at Marina Bay Sands decrease d $23 million compared to the three months ended September 30, 2017 . As previously described, the decrease was primarily due to decreased casino revenues, driven by a decrease in Rolling Chip volume, partially offset by increased room revenues, driven by increases in occupancy and ADR.

Adjusted property EBITDA at Sands Bethlehem decreased $7 million compared to the three months ended September 30, 2017 . The decrease was primarily due to decreased casino revenues, driven by a decrease in table games win percentage.

36

001199

Table of Contents

### Interest Expense

The following table summarizes information related to interest expense:

| | Three Months Ended September 30, | | | |
| | 2018 | | 2017 | |
| | (Dollars in millions) | | | |
|---|---|---|---|---|
| Interest cost (which includes the amortization of deferred financing costs and original issue discount) | $ | 123 | $ | 80 |
| Add — imputed interest on deferred proceeds from sale of The Shoppes at The Palazzo | | 4 | | 4 |
| Less — capitalized interest | | (1) | | (1) |
| Interest expense, net | $ | 126 | $ | 83 |
| Cash paid for interest | $ | 56 | $ | 70 |
| Weighted average total debt balance | $ | 11,838 | $ | 10,074 |
| Weighted average interest rate | | 4.2% | | 3.2% |

Interest cost increased $43 million compared to the three months ended September 30, 2017, resulting primarily from increases in our weighted average total debt balance and weighted average interest rate due to the issuance of our Sands China Ltd. ("SCL") unsecured senior notes (see "Item 1 — Financial Statements — Notes to Condensed Consolidated Financial Statements — Note 4 — Long-Term Debt — SCL Senior Notes").

### Other Factors Affecting Earnings

Other income was $16 million for the three months ended September 30, 2018, compared to other expense of $19 million for the three months ended September 30, 2017. Other income during the three months ended September 30, 2018, was attributable to $16 million of foreign currency transaction gains, driven by U.S. dollar denominated debt held by SCL.

Loss on modification or early retirement of debt of $52 million for the three months ended September 30, 2018, was due to the write-off of unamortized deferred financing fees on our 2016 VML Credit Facility in connection with the early retirement of the debt outstanding with the issuance of the SCL Senior Notes (see "Item 1 — Financial Statements — Notes to Condensed Consolidated Financial Statements — Note 4 — Long-Term Debt — 2016 VML Credit Facility").

Our effective income tax rate was 10.6% for the three months ended September 30, 2018, compared to 9.6% for the three months ended September 30, 2017. The effective income tax rate for the three months ended September 30, 2018, reflects a 17% statutory tax rate on our Singapore operations, a 21% corporate income tax rate on our U.S. operations and a zero percent tax rate on our Macao gaming operations due to our income tax exemption in Macao. In August 2018, our income tax exemption in Macao was extended through June 26, 2022, the date our subconcession agreement expires. We have recorded a valuation allowance related to certain deferred tax assets previously generated by operations in the U.S. and certain foreign jurisdictions; however, to the extent that the financial results of our operations improve or we determine related administrative guidance, notices, implementation regulations, potential legislative amendments and interpretations of the Tax Cuts and Jobs Act (the "Act") require changes to positions we have taken and it becomes "more-likely-than-not" these deferred tax assets, or a portion thereof, are realizable, we will reduce the valuation allowances in the period such determination is made, as appropriate.

The net income attributable to our noncontrolling interests was $128 million for the three months ended September 30, 2018, compared to $115 million for the three months ended September 30, 2017. These amounts are primarily related to the noncontrolling interest of SCL.

001200