# EXHIBIT 45

Transcript from Sanford C. Bernstein & Co., LLC's 33rd Annual Strategic Conference (5/31/2017)

# EXHIBIT 45

THOMSON REUTERS STREETEVENTS

# EDITED TRANSCRIPT
LVS - Las Vegas Sands Corp at Sanford C Bernstein Strategic Decision Conference

EVENT DATE/TIME: MAY 31, 2017 / 6:00PM GMT

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2017 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS

001257

## MAY 31, 2017 / 6:00PM, LVS - Las Vegas Sands Corp at Sanford C Bernstein Strategic Decision Conference

### CORPORATE PARTICIPANTS

**Robert Glen Goldstein** *Las Vegas Sands Corp. - President, COO and Director*

### CONFERENCE CALL PARTICIPANTS

**Vitaly Umansky**

**Vitaly Umansky** *Sanford C. Bernstein & Co., LLC., Research Division - Senior Research Analyst*

### PRESENTATION

**Vitaly Umansky** - -

Okay. Good afternoon. For those of you that don't know me, my name is Vitaly Umansky. I'm the Bernstein gaming analyst, based out of Hong Kong. Unfortunately, Sheldon Adelson was supposed to join us, but they had a last-minute schedule change, so we're fortunate enough to have Rob Goldstein with us. For those of you who may not know, Rob is the President and Chief Operating Officer of Las Vegas Sands. He also sits on the board of Sands China. He is one of -- probably the longest-serving executive outside of Sheldon at Las Vegas Sands, having been with the company since 1995?

**Robert Glen Goldstein** *- Las Vegas Sands Corp. - President, COO and Director*

Yes.

### QUESTIONS AND ANSWERS

**Vitaly Umansky** - -

So we'll get right to it. Just one procedural item. You should have little notecards on your chairs. If you have any questions you want to ask, please fill them out, send them down, and we'll try to get to as many as we can. So Rob, why don't we start with kind of what's always on the top of everyone's mind, which is Macao. Obviously, the recovery in Macao has been going full swing now for the past couple of quarters. Mass market revenues have shown pretty good growth for about a year now. VIP had a, I think, a surprising pick up in the fall, and that's continued with pretty good strength all the way through May. If we just focus on math, and that's where a bulk of your profitability is made, and that's the most important part for your business, in Macao, can you give us your thoughts on kind of where you see the growth in this mass market going, how it evolves over the next 12 months, 24 months, even 36 months? What's driving the growth in that market? Where's the rebound coming from?

**Robert Glen Goldstein** *- Las Vegas Sands Corp. - President, COO and Director*

We've been in Macao, obviously, we're the first people to open on both Cotai and also in the peninsula back in 2004, and we've always believed in a long-term strategy in Macao. Sheldon has always been a big believer in the mass business and scale. And I think our ferocity and our strength in Macao is tied with that. We've got 13,000 hotel rooms there, different price points, different type of hotels, and of course, the casinos and the retail. We've built infrastructure there in putting MICE space that's dramatic. It plays right to the mass and pre-mass customer. We believe the recovery we are seeing is both sustainable and can grow from here. The new ferry terminal, I think, opens today or opened yesterday. The bridge, we hope we'll see it in the first quarter of '18. But again, keep in mind we're very [in-plussed] Chinese. That's our local market, less than -- there is less than 2% penetration of Chinese people into Macao, historically. So we think there is a lot of room to grow Macao. We're happy to see the growth in junket business. It fuels -- adds liquidity. It fuels the premium mass segments, which are somewhat, intertwined. But we are very bullish on Macao. We're thrilled our Parisian has opened up. We think the new properties on Cotai that have opened up are very helpful for the market. And we believe this growth you're seeing currently in May in the last 3 or 4 months of 2017, it's sustainable and growable into balance of '17 and into '18. We are much -- very much believers that Macao is in its infancy as far as growth and development. It's not the same as a couple of years ago, when

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2017 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



001258

it was more junket-dependent, much more high-end dependent, and frankly, not that sustainable. This recovery, what you're seeing today, this double-digit growth, there's talk of May being 20-plus percent. We believe -- we're hoping that's true. But our feeling in Macao is that the best days are ahead of it.

**Vitaly Umansky** - -

And when we think about the mass market, I think what of the most frequent questions that I get from my investors relates to premium mass, and just trying to understand what it actually is. Talk to the 6 operators, you get 6 different answers. How does Sands think about the premium mass market as it is today? And how do you see that evolving over the next couple of years?

**Robert Glen Goldstein** - *Las Vegas Sands Corp. - President, COO and Director*

It's a good question. We're premium mass-dependent both in Macao and in Singapore. Look at our numbers in Singapore. We do roughly $4.5 million to $4.8 million a day, slot, ETG, non-rolling table, and that drives our profitability to one of the most profitability probably in the gaming world. And yes, same thing holds true in Macao, the mass and premium mass drive the ability of us to make a lot of money there. It's not a junket market for us. So what drives that customer, first of all, sleeping rooms. You need a place to sleep. Most of those people are not day-trippers. They're not coming back and forth in 6 hours from Guangdong or Hong Kong, which is why we believe very much in a sleeping room environment. So we have 13,000 rooms there. Secondly is transport and getting back and forth. That's critical and growing every day, the improvement of both the bridge and the new ferry terminal, et cetera. What makes a premium mass customer is a great question because it's dependent on 2 variables: the amount of money you gamble and the length of time you sit at that table. Typically, in our industry, some define pre-mass as $3,000 to $5,000 a day. In Macao, it can be as little as $2,000 to $3,000 a day, but high frequent. So there a customer has a $100,000 gambling budget the course of the year, but he comes 30 or 40 or 50 times. Where in reverse there that person has a $10,000 day budget, comes 10 times a year. We base it on historical data as well as the theoretical win. But suffice to say that Macao is the mother lode, if you will, of premium mass gamblers, and that will grow and increase and be sustainable as China gets stronger, as the infrastructure improves and as the market continues. I think Macao has a very, very bright mass, premium mass future ahead of it.

**Vitaly Umansky** - -

And if we just jump over to the Sands Rewards program, which I think never gets a lot of attention from investors. And I think it's a pretty important aspect of the business. Maybe you could just talk a little bit about your loyalty program, how that feeds into the premium mass business, its importance and maybe how it differentiates itself from your competitors.

**Robert Glen Goldstein** - *Las Vegas Sands Corp. - President, COO and Director*

We have always been believers from our early days in Las Vegas, 22 years ago, when we first got there, and I came out of a locals environment in New Jersey that you must reward the customer. And that reward means both direct rewards for playtime, but also accommodations and transportation and points. And our program, I don't think is that much differentiable as much as it just really speaks to the customer and we want to reward their -- a customer is rewarded 2 ways. They need to be rewarded in terms of amenities, things they can enjoy while they're at the property, but we're also big believers in hand-to-hand combat, meaning our salespeople on the floor, we have a very large team that make sure you're taken care of in Macao and in Singapore. We are lucky in that Singapore Macao affords ability to speak to almost all the premium mass customers in the region. So our program is designed to let that customer visit whatever program he or she desires, and when they are there, get the best reward they can in terms of complementaries, but also the best service. Because in the end, this business is driven by hospitality and by comfort, and that's our goal in our rewards program as well as when we recruit our sales team. And in Macao, we have [over] 400 people dedicated to that service orientation.

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2017 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



001259

MAY 31, 2017 / 6:00PM, LVS - Las Vegas Sands Corp at Sanford C Bernstein Strategic Decision Conference

**Vitaly Umansky** - -

And kind of just looking at your results in the first quarter, we saw mass market improving year-over-year and sequentially, but it looks like a large portion of the growth came from what you classified as more of the high limit or the premium mass market.

**Robert Glen Goldstein** - *Las Vegas Sands Corp. - President, COO and Director*

Right.

**Vitaly Umansky** - -

And the base mass, I think, surprisingly at least for me, was a little bit more stagnant.

**Robert Glen Goldstein** - *Las Vegas Sands Corp. - President, COO and Director*

Yes.

**Vitaly Umansky** - -

Do you think that was reflective of the entire market? Do you think it was kind of Sands specific?

**Robert Glen Goldstein** - *Las Vegas Sands Corp. - President, COO and Director*

.

I think probably it does reflect the market in general. I am not sure we are that unique in our buildings. I do think it was a surprise to some investors that the truth is the junket business grew from the Wynn perspective, but no one else really enjoyed that growth, that was more market share, whereas the mass -- premium masses you alluded to grew materially, especially the better customer. I think part of the success in the premium mass, if you're familiar with our business, is that the junket liquidity and the junket success fuels premium mass play because the 2 do cross over. There's no denying that some junket players and some premium mass customers are the -- in fact the same customer. So when you see one grow, the other grow as well. The difference is, the junket customer tends to be more dependent on the junket credit; the premium mass customer tends to be more diversified as far as liquidity and can find more sources of -- to play with. But I think the nice thing in Macao right now is that all segments are lifting. To your point, I like to see mass-mass get stronger. Premium mass was very strong. Junket looks good. But the whole market feels good and we're in a very nice growth pattern.

**Vitaly Umansky** - -

And on that mass-mass or base mass part of the business, which is highly profitable, and probably has the largest potential for long-term growth...

**Robert Glen Goldstein** - *Las Vegas Sands Corp. - President, COO and Director*

Correct.

**Vitaly Umansky** - -

I think the growth -- my view is that growth is probably largely going to be dependent on the non-Guangdong visitors, in the end...

4

©2017 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS

001260

## MAY 31, 2017 / 6:00PM, LVS - Las Vegas Sands Corp at Sanford C Bernstein Strategic Decision Conference

**Robert Glen Goldstein** - *Las Vegas Sands Corp. - President, COO and Director*

That's correct.

**Vitaly Umansky** - -

which is the rest of China, highly under-penetrated, but that's primarily going to be, I guess, an overnight visitor. And Sands is in the advantage right now of having the hotel rooms. But if we look down 3, 4 years, what happens with that market if we do not have more gradual or even stronger hotel room growth? Are we going to be able to see the inbound visitation, overnight visitation continue to grow in order to drive that business?

**Robert Glen Goldstein** - *Las Vegas Sands Corp. - President, COO and Director*

You're going to need more sleeping rooms in Macao and Hengqin Island to accommodate the demand. My belief is that in the next 2 years, that market's going to soar, and we're going to more and more sleep. Our 13,000 won't be enough, nor will be the 27,000 or 38,000 in Macao. For Macao to fulfill its complete potential, we'll need more sleeping rooms, more facilities, and frankly, hopefully we'll see it in Hengqin in other places. But the market for Macao hotel rooms is incredibly strong, especially with all the new capacity we saw in the last 2 years. When you think about how much absorption we have there with the Wynn opening and the Studio City opening, and soon MGM, our new Parisian, there's a lot of room in that market. But it's surprisingly strong on the hotel side as well. And that will increase as that bridge traffic gets -- the bridge, I think in '18, will be a watershed moment for Macao.

**Vitaly Umansky** - -

And maybe we can switch gears just a little bit.

**Robert Glen Goldstein** - *Las Vegas Sands Corp. - President, COO and Director*

Do you know why I say, your point about that (inaudible) said, we believe Guangdong was the first inroad to China, but as the other provinces open up and get more visitation, undeniably sleeping will dictate what people sleep and gamble and enjoy, that's why we -- Sheldon has always been an advocate and a strong advocate that you must have a large infrastructure and that's what we built for, for that customer.

**Vitaly Umansky** - -

Maybe if we just switch gears just a little bit to the VIP business. Obviously, not as important to Sands as maybe to some of the other operators, but it's still an integrally important part of Macao and will continue to be so into the future. And we've seen this, I think, strong rebound since last fall, which I think surprised many. What do you think is driving kind of the VIP recovery? Is it junket liquidity? Is it softening anti-corruption? Is there a combination of a variety of factors?

**Robert Glen Goldstein** - *Las Vegas Sands Corp. - President, COO and Director*

I think it's all of the above. You can't succeed in the junket space and that segment demands liquidity. It demands government approval that they can come and gamble comfortably. Despite all the talk about the problems with the crackdown on UnionPay, there appears to be a frothy business there too. So I think all those factors, and frankly, a strong economy. We're at a comfort level, the economy is doing well. You're getting all that right now at China. So as a result, you're getting strong junket segment play, and that translates over to other segments as well. It's hugely important, although you don't derive the bulk of your income from junket play. It does have a trickledown effect on your liquidity and actually a place for people to come and gamble and perhaps wander off into non-junket areas. So the junket business is important beyond a simple profit perspective.

5

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2017 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.


001261

**MAY 31, 2017 / 6:00PM, LVS - Las Vegas Sands Corp at Sanford C Bernstein Strategic Decision Conference**

**Vitaly Umansky** - -

And (inaudible) was the largest direct VIP business in Macao. Are you seeing a similar trend in that business?

**Robert Glen Goldstein** - *Las Vegas Sands Corp. - President, COO and Director*

Yes. Our growth and -- our premium direct and our premium mass has been growing strong, as you alluded to, stronger than the mass. I wish the mass were as strong. We are showing very strong growth in premium mass.

**Vitaly Umansky** - -

Okay. So when we look at Macao and we look at your portfolio properties that you have, you have 5 property now operating in Macao. You have 13,000 hotel rooms. When you think about your portfolio, you're probably the one operator that's able to go for the very low-end customer, the day-tripper to a low-end overnight visitor, all the way up to the super VIPs. When you look at your product portfolio, obviously, there's some changes that you're thinking about making. Can you maybe talk a little bit about how you see your portfolio evolving over the next 2 years to meet kind of the new demands of the market?

**Robert Glen Goldstein** - *Las Vegas Sands Corp. - President, COO and Director*

Overall, we're looking for the opportunity to make the most money in the most segments. Without a doubt, our portfolio is diverse. As you spoke to, we can speak to the high-end customer; we can talk to the mass customer. But the real benefit of our portfolio is the amount of table games we have in sleeping rooms, which enable us on [risk test] weekend drag in both holiday. Our successes speaks for itself and numbers come out that the strength of these holiday weekends is the capacity driven strength. So and there's demand to be in Macao, a place for sleep, a place to gamble, and no one has more rooms and more capacity. And that's our biggest advantage. Everybody can compete for the high rollers. Everyone can compete for the junket space, premium mass. But our real competitive advantage in Macao is a plethora of products, diversified pricing and lots of capacity in both gaming, lodging and retail. It's a pretty potent formula when you get into these capacity-strained weekends and holidays. And I suspect as Macao matures and you think about the playing field now pretty much is closed in other -- once MGM and SGM open, that's the end of development in Macao for the near term. That bodes very well for our company, because there'll be capacity constraint many, many weekends, many holidays, and that's where the all best advantages is most evident. And I think that's also true in the -- we're in the business of making money, not just [like] GGR. And our business was predicated on being an industry leader in EBITDA. And I think, Macao, that edge will grow in time. People see the importance of sleeping rooms, lodging capacity, gaming capacity, and of course, retail capacity.

**Vitaly Umansky** - -

And just on that note, when you think about the gaming capacity, how concerned are you, a little bit longer term, about having enough gaming capacity for this demand that's going to be coming in?

**Robert Glen Goldstein** - *Las Vegas Sands Corp. - President, COO and Director*

Well we're in a better positon than most, obviously. We have 1,500 to 1,600 games on the floor, so we're in a pretty privileged position relative to our competitors. So short-term, I feel we're fine with it. But I believe there will be a day when Macao will get beyond its current capacity. That day is coming quicker than people realize. The businesses is building again, the new developments at Cotai make it, Cotai, and make Macao a world class destination for Asia. Once that bridge is complete, once you can fly into Hong Kong and take a car over to Macao, I think Macao has got incredible growth ahead of it from a foreign visitation. Right now, Macao is dependent on, mainly, on Chinese and Hong Kong customers. I believe that'll change next 2 years once the airport's fully operational out of Hong Kong by taking the -- once you can drive your car, either Newark Airport or Kennedy into the city, the same happens in Macao. No longer you're in a boat waiting an hour to come across, it's vehicular. You land in Hong

6

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2017 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



001262

Kong, jump on that car or bus or whatever, you can be in Macao. That opens up the entire rim to Macao possibilities. It's extraordinary to think about it, that Macao, right now, is a local market servicing mainland China. That's going to change dramatically in the next 24 months, and when it does, I think you'll see Macao have some very, very fat times ahead of it.

---

**Vitaly Umansky** - -

So maybe we could talk a bit about Parisian, which opened last September, has done a pretty good job of ramping up.

---

**Robert Glen Goldstein** - *Las Vegas Sands Corp. - President, COO and Director*

A really good job.

---

**Vitaly Umansky** - -

A really good job of ramping up. I think better than a lot of people expected, especially in the high-end part of the business, probably VIP and the premium mass. I got a couple of questions from some of the people out in the audience about Parisian, so you can roll it onto one. Margins at Parisian are still kind of below where Venetian is, the new Cotai Central. When do you expect kind of a margin expansion at the Parisian to occur? What'll drive that? And also, kind of, I think, tied to that is, you've talked about customer innovations that are going to be made at Parisian. Can you maybe talk through that and how you think that property evolves over the next 12 months?

---

**Robert Glen Goldstein** - *Las Vegas Sands Corp. - President, COO and Director*

First, we're delighted with the Parisian. I think it's an exceptionally beautiful product, especially from the outside. The esthetic of the Parisian from the -- what they call curbside appeal is extraordinary. Once you're inside the casino, I don't think there's a better casino in Macao for that customer base to look up and see the grandeur of that building. We're very proud of it. It's off to a nice start. Can it do better? Yes, it can, and 2 factors why. We didn't give it enough quality suites to compete on the premium mass customer. And demand by premium mass customers is very -- it's very, very strong. We are going to add some suite part there to whatever the first major CapEx in that building will be to add some suite capacity to accommodate, especially, weekend demand from the premium mass has been extraordinary. The second piece of that is we didn't hold as well, people don't want to hear this, but we held poorly the first few quarters. And no, it's not a structural defect. It always comes out in the end. We had this problem in Singapore for a couple of years and there were some people in the community were convinced Singapore had a bad luck or wrong Feng Shui whatever it was. But all went away when we made a bunch of money for a couple straight years. It will go away in the Parisian. Once the Parisian holds in the 22% range versus 16%, 17%, margins will tick up and that will help it immeasurably. The second thing you'll see there's a better suite product. And we're also looking at some more fast food. We've been overwhelmed by demand for the affordable food in the food court. You walk into our Venetian food court. It's an amazing place. It's 24 hours a day of New Year's Eve every minute in that place, the McDonald's and -- we need more of that in the Parisian, because the Chinese customer wants quick turn fast food. We're giving more of that in the Parisian. That coupled with some better luck factors in the gaming side. We had some bad lucks and bad hold percentage there. The Parisian is going to be a very successful product. It's already -- it's off to a good start. It's going to be a great success. Because physically, it's what the customer wants. The esthetic is right; the interiors are right. And once you get the gaming floor and some lodging issues out of the way, I think that Parisian is going to be a very big success and I think people will be very pleased with the results.

---

**Vitaly Umansky** - -

And if we drop across the street and look at Cotai Central, where we've seen a bit of cannibalization, which I think was expected, that property is the largest hotel operation in Macao. But I would say from my perspective, there's not much there to draw you into that property. You have the nice mall, it has some hotel rooms, it has a couple of good casinos. How are you thinking about Cotai Central, kind of changing it, making alterations, trying to drive businesses into that property?

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2017 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



THOMSON REUTERS

001263

MAY 31, 2017 / 6:00PM, LVS - Las Vegas Sands Corp at Sanford C Bernstein Strategic Decision Conference

**Robert Glen Goldstein** - *Las Vegas Sands Corp. - President, COO and Director*

Actually, in 2 weeks with a bunch of architects, we're going to come back to Sheldon with some ideas that we think -- I agree with you, the product could be and should be a lot stronger. It's the biggest concentration of hotel rooms and all great brands in that -- St. Regis is there and the Conrad and the -- all strong brands. It should be -- it could do better in my opinion. I think it needs more of a visual exterior. And we've got to think about some of the gaming space could be improved. It's a really -- it's a sleeping giant because it does open up, too, to the MGM and Wynn products. So I like to think that Cotai Central is not a declining asset, but one that could grow quite a bit once you rethink it. And it does take some rethinking, I agree with you. It's got great hotel rooms, which is the most important single thing you have other than gaming tables. It's got plenty of gaming tables. The Dragon casino in the back, it does very, very well at five. Six is a very attractive casino. So I think we have some work to do with that. I'm actually very excited about what we may come back with from this trip to present to the board on a rethink of how we do that because that product still makes a lot of money. It does very well, but it's got such potential and we've got a couple of wonderful tenants going in there shortly that will enhance the retail. But it lacks the connectivity, it's -- obviously, Venetian, Four Seasons, Parisian works in sync very nicely. Listing across the street is not as tied into the other side of the road. But I think there's some nice things on the drawing board to make SEC more competitive. We like to see it go north versus go south because of EBITDA production.

**Vitaly Umansky** - -

And I guess one of your other properties, the only property up on the peninsula, Sands Macao, the original Macao operation, has actually held up, I think, surprisingly well in light of the --

**Robert Glen Goldstein** - *Las Vegas Sands Corp. - President, COO and Director*

Not to me. No, as we built that building like 200 years ago, I think, that we opened to people, it was an amazing success story from day 1. It's made billions and billions of dollars for our company. We've rehabbed the (inaudible) put our money downtown to make it look very fresh and very good. And I think it holds up very well. And also it would be -- with the dearth of capacity -- if MGM moves games up to Cotai, which of course, they have to, as the Wynn, I think you'll see more opportunity for the Sands to do even better. But we're very pleased with Sands. It's a work horse. It's made literally, I think, $3-plus billion dollars, life to date. And I think it's going to keep going forward. And I haven't given up on -- I still think there's a customer, it's the day-tripper of Guangdong province, Hong Kong customer that will always remain loyal to the peninsula. And we'll get our fair share down there.

**Vitaly Umansky** - -

And on that, I think one of the views out there was that you would have this shift down to Cotai, which is happening. But I think the resilience of that peninsula property, both Sands but also some of the other properties, I think, speaks volumes about what this market actually is.

**Robert Glen Goldstein** - *Las Vegas Sands Corp. - President, COO and Director*

Correct.

**Vitaly Umansky** - -

I think it was a view at one point that maybe the peninsula becomes downtown Las Vegas.

**Robert Glen Goldstein** - *Las Vegas Sands Corp. - President, COO and Director*

I wish downtown Las Vegas was in the peninsula.

8

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2017 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



THOMSON REUTERS
001264

## MAY 31, 2017 / 6:00PM, LVS - Las Vegas Sands Corp at Sanford C Bernstein Strategic Decision Conference

**Vitaly Umansky** - -

So that doesn't look like it's going to happen. Is it largely -- what do you think drives that? Is it largely that day-tripper coming in from Guangdong and Hong Kong?

**Robert Glen Goldstein** - *Las Vegas Sands Corp. - President, COO and Director*

I do. I think when you get down to (inaudible) , if you spend time, I'd like to -- I enjoy going down there because it's just a very different world. I mean, Cotai is the embodiment of a one man's vision. When you walk through Cotai, you'll actually be amazed that, that thing was a swamp 10 years ago. It's now this incredibly -- it looks like the Las Vegas Strip. It's pretty amazing to watch it all happens in a decade. That's an amazing fulfillment. But when you go downtown, look at the old peninsula area, it's a much different, much more urban, much more -- top of each other, an intense environment, but I still think it's going to have -- it's very seductive for mainlanders out of Guangdong and day-trippers from Hong Kong because it's historical. They've been going there for decades, and it has a lot of the fast -- the food they want. It has a lot of the ability to skip around by foot to different casinos. I don't think downtown ever goes away nor does it become Las Vegas downtown. It's a very strong -- and then I think the only thing you have to realize is with the bridge coming across or emptying into that section, that's very positive for that part of the world. I wouldn't give up on -- at all. In fact, I think it's going to do very well down there.

**Vitaly Umansky** - -

So just switching gears a little bit. Space is still staying in Macao. I think one of the biggest kind of unknowns, question marks is around regulatory risks in Macao. We have obviously seen some greater anti-money laundering rules being put into effect.

**Robert Glen Goldstein** - *Las Vegas Sands Corp. - President, COO and Director*

Yes.

**Vitaly Umansky** - -

We saw some changes made to the ATM system and UnionPay. How do you envision kind of this aspect of regulations? I guess everybody improving in Macao, and it might be a little bit disruptive. But how do you see that kind of moving forward? And what effect will that have on the business?

**Robert Glen Goldstein** - *Las Vegas Sands Corp. - President, COO and Director*

Well, we're advocates, so I think everyone knows that we have probably been the most aggressive company in terms of regulatory compliance. And we were the first guys to declare the end of phone betting because we couldn't understand how you could run a business where you could take a phone call from someone in another country not knowing who they were. So we're big believers that -- we're in the long term thinking. We love Macao. It's a destination for our company to make money and we think we're very committed for a long-term view of Macao. To have a long-term sustainable success story, you must have compliance. You must have regulatory. I think Paulo Chan has brought a nice, fresh face to the regulatory issue over there. I think we need a government that responds to the operators and makes sure it's to run properly. So we're advocates of AML. We're advocates of the compliance. Anything that's sustainable in life has to be policed and run properly. I think the success in Nevada -- the regulatory environment of Nevada is certainly going well through decades. Macao is the most important gambling market in the world. It needs that same focus, and I think they're getting it. We're advocates of it. Does it impact the customer? Sure, it does. Does it hurt them sometimes? Sure, it does. But you can't run a business for -- making the last nickel today. We're thinking out decades. And we like the fact that Macao has become very compliant, has a strong regulatory system. We're believers and fans of the process.

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2017 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



THOMSON REUTERS

001265

## MAY 31, 2017 / 6:00PM, LVS - Las Vegas Sands Corp at Sanford C Bernstein Strategic Decision Conference

**Vitaly Umansky** - -

And then just on the regulatory side as well. So a couple of years ago, Macao instituted a broader smoking ban on the mass market floor. Some of the operators kind of found some loopholes that allowed smoking in premium-mass areas. The smoking ban looks like it will be expanded...

---

**Robert Glen Goldstein** - *Las Vegas Sands Corp. - President, COO and Director*

Give me those names. Who are those people?

---

**Vitaly Umansky** - -

Won't mention. But it sounds like January 2019, there will be a full smoking ban finally implemented in Macao, including in VIP and all of these residual and premium-mass areas. How are you guys thinking about the impact on the market, on your own operations with respect to that?

---

**Robert Glen Goldstein** - *Las Vegas Sands Corp. - President, COO and Director*

Well, it won't be a full ban. It'll be a ban on the gaming tables, but it will be -- you better go smoke in those little rooms like the airports, which clearly is not the highest and best thing for the industry. It will have an -- I think it will be a negative impact on the GGRs short term. But I have a lot of confidence in that consumer who wants to gamble and they want to smoke. So they'll go to their room, will have their cigarette. It's life, and you have a 2-year -- we're lucky to have a grace period we can physically get ready for this in all of our hotels. We're already drawing up plans to do -- I think it's 36 leisure rooms in our buildings. So we'll be ready for it. We'll comply. We'd rather see -- smoking at a table is preferable from a customer perspective, but that's the rules we'll play by. And the impact on GGR will be up to the market to decide. For us, we'll be compliant. We'll be ready, and we'll certainly have a lot of smoking rooms adjacent to the casino floor.

---

**Vitaly Umansky** - -

So just 1 or 2 more things on Macao. It's obviously always difficult to talk about this because nobody really knows what's going to happen. But with concession renewals now only potentially a few years away, although that could be expanded out a couple of years, what is kind of your current thinking about what that process may or may not look like? There's been some news in the press that, I think, has been misconstrued as implying that there's going to be an open bidding war for concessions, which probably is not the case. Maybe you could talk a little bit to that issue.

---

**Robert Glen Goldstein** - *Las Vegas Sands Corp. - President, COO and Director*

Well, we don't have a lot of more visibility than you do. We have no ability to represent we know what's going to happen. We can only wait until what we hope happens. We hope that the licenses are renewed across the board. I don't know if it's an economic decision where they tax you more, tax you less so they have a onetime -- I don't know. I'm a big believer that Sheldon's vision is well respected in Macao. He authored there that whole Cotai philosophy. I mean, without -- frankly, without the Cotai Strip today you have a downtown area with very vertical buildings without any resort amenities. You wouldn't have MICE space. You wouldn't have spas. You couldn't have 5,000 resorts. I think what Sheldon did there bodes well for our future in terms of the Chinese government's respect for what he's done. I'm hoping that's the case. [I also think] the other operators poured billions of dollars of capital into this market and made it the preeminent gaming market in the world today. So I'm hoping, but I have no ability to look into the minds of the decision makers. Could that license be renewed? At a fair deal, we all move forward and make Macao more successful in the years to come. Having said that, again, we've been told nothing on or off the record. So it's up to the government's decision-making, more cloudy in the next couple of years.

---

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2017 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



THOMSON REUTERS

001266

**Vitaly Umansky** - -

And with respect to Macao operations, obviously, there's a growth spurt of new gaming opportunities all around Asia. What do you view as kind of the competitive threats to Macao? And how do the Macao operators and yourself respond to those threats going forward?

**Robert Glen Goldstein** - *Las Vegas Sands Corp. - President, COO and Director*

Well, today, I think the only competitive environment we have there in the high end would be our Singapore operation or Genting. It'd be fun to watch if Tokyo or Osaka came to be what, in fact, we have. I just have an awful lot of confidence, though, in the sustainability and durability of Macao due to -- gambling is all local in the end. It's all the area you trade in, the neighborhood you're in. Our neighborhood is mainly in China. Although I think some wealthier people visit Tokyo or Osaka or go down to Singapore, I still think the everyday or every week or monthly trip would be more Macao-driven. I just have a lot of confidence, Macao -- I've been going there since 1981, was my first trip in Macao. And it's amazing to watch this thing to have evolved into a place full of glamorous hotels, great spas, great food, convention space. It's amazing transformation from what it was. When I first went there, I was scared there and locked the door to make sure I was safe at night. And now it's just a wonderful resort place that has everything for everybody. I think Macao has got a great future despite -- even if Japan happens in the next 5, 6, 7 years, even if Korea were to happen, those markets will do well. I don't think anybody has to worry in Macao that they won't continue to make a lot of money if they run their operation properly, invest properly. It's an extraordinary market that has still a lot of growth in front of it.

**Vitaly Umansky** - -

So maybe if we can head down south a little bit to Singapore. Marina Bay Sands continues to be the dominant property in the duopoly down there. But I think on the nongaming side, hotel rooms, MICE business, retail has been doing extraordinarily well. Gaming has kind of held its own, but the growth has been basically nonexistent. It's been fairly, fairly uninspiring. Do you think that market, and MBS in particular, has the ability to kind of have a growth engine on the gaming side? And if so, what do you need to do to make that growth materialize?

**Robert Glen Goldstein** - *Las Vegas Sands Corp. - President, COO and Director*

One thing you have to do with MBS that's a little tricky is to make sure you separate -- you write the total GGR in that market has been declining. No argument. However, the mass, premium-mass business actually is on the incline, and that's where our profitability is. So you're right, what was once a rolling market that we thought could reach a $100 billion for the 2 properties, it's more like a market -- it's like maybe a $50 billion, $60 billion rolling. But again, the margins in rolling, as you know, are limited because the -- it's a weak margin business so the constitution is back to customer. The truth of the matter is we make an awful lot of our money in that market just like Macao with mass, premium-mass. And that market is growing actually. And in fact, we're -- we have some capacity issues there. So as long as you stay focused on that segment of the market, we're making more money in Singapore than we ever thought we could make with this GGR decline. What would bring it back would be a rebirth of high-end gaming, especially out of China and Japan and Korea coming into Singapore. We're thrilled to be making $1.4 billion, $1.5 billion there. Very happy with it. Could it get to $2 billion with '20? I don't see it happening next couple of years. I see us being able to sustain our run rate. It may grow a little bit with more hotel -- higher hotel rates. Our retail business gets better and better and our premium-mass business. But to your point, it's hard to see a real catalyst other than a return to more rolling business there. I don't see it happening in any big way in Singapore for the next 2 years.

**Vitaly Umansky** - -

And your competitor down at Resorts World has talked about -- more recently has talked about their desire to kind of refurbish that property, potentially get land next to the adjacent Resorts World that they have to kind of drive some growth. I know previously, there's been -- if you kind of stand in Marina Bay Sands and you look outside, you see a giant plot of land.

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2017 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



001267

**MAY 31, 2017 / 6:00PM, LVS - Las Vegas Sands Corp at Sanford C Bernstein Strategic Decision Conference**

**Robert Glen Goldstein** - *Las Vegas Sands Corp. - President, COO and Director*

Yes. We noticed that.

---

**Vitaly Umansky** - -

Yes. That's right. I know there's always kind of discussion with the government about what to do. But do you see the ability to kind of acquire that land and develop it as kind of the key growth driver for gaming if you were to do that?

---

**Robert Glen Goldstein** - *Las Vegas Sands Corp. - President, COO and Director*

I think more capacity for the premium-mass segment is worth discussing; more hotel rooms, for sure. Marina Bay Sands runs high 90s, at the highest rates in the market. It's capacity-constrained from a lodging perspective. And it's somewhat constrained on weekends and holidays from a premium-mass perspective. So we'd love to have more space to gamble and to sleep customers in, in Singapore, if the circumstance were right. That's a government decision, not ours. But clearly, we've done very well there. Our initial investment, we've gotten it back. We're comfortable. We love operating in Singapore. The government has been very well regulated, very well -- to work with the government there is a pleasure. The question is, is there a way for us to figure a way for both of us to succeed with more capacity? And the answer to that, I don't know at this time. But clearly, their hotel numbers are magnificent in Singapore for us.

---

**Vitaly Umansky** - -

Right. And so some of my other question on Macao. The kind of the rising casinos -- casino environment in ASEAN, in particular in Southeast Asia with Laos, Vietnam, Cambodia having more and more, granted very small-scale casinos, but they're all on the rise. And also the Australian operators, who have kind of been partly kicked out of China and they're now focusing on Southeast Asia, do you see kind of the rise of that competition as really being an inhibiting factor for your business? Or are they really operating in really separate markets?

---

**Robert Glen Goldstein** - *Las Vegas Sands Corp. - President, COO and Director*

I believe the latter. I don't think that's going to be impactful for us in Macao or Singapore. Those places can do well inside their markets, but I don't think they're going to impact on Macao business, no.

---

**Vitaly Umansky** - -

So when you think about the rest of Asia, Japan is probably the biggest kind of undeveloped potential market in Asia, and obviously, it's getting a lot of traction. There may be a bill finally passed. The second part of the bill finally passed. In the autumn Diet, with potentially some kind of RFP process, obviously, there's a lot of unknowns, question marks. Sands has been very active with working with the government and trying to get an upper hand on Japan. How are you guys thinking about Japan? Obviously, one of the big question marks that's more recently come out is the need to work with locals, have joint ventures, potentially take a minority stake rather than a majority stake. How does the Sands organization think about being potentially in that type of position in Japan?

---

**Robert Glen Goldstein** - *Las Vegas Sands Corp. - President, COO and Director*

Well, we have, in the past, not had to have partners in Macao or Singapore. That's the approach we prefer, but we'll be respectful of the government. If that's a necessity, then so be it. That will be a government decision, not ours. We don't need capital, and we are good developers on our own. We're competent developers. So I'm not sure what we -- a partner brings to the table. But if it's mandated by the jurisdiction, like Japan government, then we'll respect that and act accordingly.

12

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2017 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



001268

**MAY 31, 2017 / 6:00PM, LVS - Las Vegas Sands Corp at Sanford C Bernstein Strategic Decision Conference**

**Vitaly Umansky** - -

And have -- I know you guys have been in Japan recently. Is there any further kind of clarity around what the process may look like, timing, anything from that regard?

**Robert Glen Goldstein** - *Las Vegas Sands Corp. - President, COO and Director*

So we go there frequently. I'll be there in 2 weeks. And we're reassured that it will happen sometime. The second vote is coming up. I think '18 will be the year where you'll see some decisive moments into Japan gaming. We believe it's going to happen, and we think it's -- it looks like '18 is the year we'll get more clarity. But we're anxious for it; we're hoping for it. And if a partner is a necessity we'll consider our partner. That's not a problem for us.

**Vitaly Umansky** - -

And anything else around Asia that might be appealing to Sands? I mean, obviously right now, there might not be anything. But what other markets potentially could have some interest?

**Robert Glen Goldstein** - *Las Vegas Sands Corp. - President, COO and Director*

We've always been fascinated by Korea, obviously. That would be probably our second choice. We've always -- Sheldon has always believed in Thailand in a big way. But unfortunately, those places don't ever seem to -- unlike Japan, which has that great support from the government, we have not seen that in Thailand or Korea. Perhaps that will change. Both of those jurisdictions have a -- we have a strong interest in that, along with, of course, Japan.

**Vitaly Umansky** - -

And what about the rest of the world? I mean, Brazil has been discussed recently. I believe Sands might have been down there. MGM was down there. That's probably another potentially very interesting market in another part of the world. Can you say and talk anything about Brazil?

**Robert Glen Goldstein** - *Las Vegas Sands Corp. - President, COO and Director*

We were down there recently and had some great meetings, spent a week down there. And I think it's a great market. There's no question that the GGR demand is there. There's no question they make a lot of money in Brazil. The question, obviously, is the government is going through some difficult issues, and we're all reading the same newspapers. So no reason to expound on that. But I think as a market, Brazil would be extraordinary for us. And I think it's a strong environment from a gaming perspective, huge population. It can be a regional destination for the continent. So we're interested, but obviously, we need an environment which has regulatory support, which has the right characteristics for us to invest billions of dollars, and we're not there yet. Maybe it will happen in the next couple of years. But we were down, kicked the tires. It's a very exciting place. São Paulo or Rio would be nice destinations.

**Vitaly Umansky** - -

Maybe if we could just switch gears quickly to the U.S. before we run out of time. Talk a little bit about Las Vegas and the rest of the U.S. Obviously, Las Vegas, over the past 15 years, has transformed itself largely into a more of a nongaming environment, but gaming is still critically important. How do you see Las Vegas evolving over the next decade or so? Because that market is obviously continuing to undergo significant change.

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2017 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



THOMSON REUTERS

001269

## MAY 31, 2017 / 6:00PM, LVS - Las Vegas Sands Corp at Sanford C Bernstein Strategic Decision Conference

**Robert Glen Goldstein** - *Las Vegas Sands Corp. - President, COO and Director*

I think Las Vegas becomes -- it's a lodging market primarily and a gaming market secondarily. There's no hotel market like in the world. You've got 150,000 sleeping rooms, mostly full most of the time. You've got great weather, a very supportive government. But I think it's reached its peak as far as a gaming operation. And I don't think it can -- it won't have the ability to grow because gaming has spread throughout the U.S. to the point where it's saturated, I think. It's hard to get people to come to Las Vegas just to gamble. You've got to have a bunch of other things to do, and we do. It's an amazing town to live in and work in. Very proud of Las Vegas. I think it has a lot of growth, especially the top-tier hotels, the top 10 hotels, the ADR still remaining incredibly cheap. When I come to New York and see the hotel prices or San Francisco or any place in the country, we lag well behind. Our product is better than these products here, and we charge 1/3 or 1/4. So I think there's growth potential in Las Vegas in the ADR. I don't think there's huge growth potential from a gaming perspective due to saturation inside Nevada but also the regions. The U.S. is -- when I started doing this 40 years ago, you could work in 2 places, Atlantic City or Las Vegas. Now you can work in -- you can go any place you want, there's a gambling casino. And that does not bode well for Las Vegas' gaming growth. But I think from a resort perspective, it's probably the greatest place in America for the average customer to come in, get a nice accommodation, spend a weekend or a week. It's -- and Sheldon's prophecy of 20 -- I remember that we were in these kind of hotel rooms 20 years ago selling the paper at The Venetian, and people fell down laughing when we talked about this being the greatest MICE place in the world. And our own competitors kind of didn't get it. Today, it is the greatest MICE business in the world, and it controls -- if you go there week after week, we have the best shows, the biggest shows. So it's an amazing destination to -- for the hotel business. This has become a hotel-first town, gaming second. That won't change. If anything, the -- we're building with -- the Madison Square Garden with Jim Dolan and Irving Azoff. We're building this incredible arena. T-Mobile is off to a great start. More entertainment coming. The football leagues, the NFL is coming. So Vegas -- and Genting announced a new project. Vegas is an amazing place to watch. It just keeps getting bigger and bolder. But it's more based, I think, on a lodging with a gaming component than a gaming with a lodging component.

**Vitaly Umansky** - -

And if you cut [a clip] of the Las Vegas market, we haven't seen really any new property opening since CityCenter opened up and Cosmopolitan opened up a little later. And maybe the old Sahara was renovated into SLS. There's a couple of projects theoretically under development. One is probably gaining a little bit of traction, which is the Resorts World property. Obviously, it will be years away before opening. But how do you view kind of the potential for new projects coming online impacting this market?

**Robert Glen Goldstein** - *Las Vegas Sands Corp. - President, COO and Director*

I think it's hard to get a return. Vegas is expensive in terms of -- the market is hard to get into because it's not -- land isn't cheap. And without the gaming component we used to have, it's tougher to validate the CapEx to come into the market. If Genting gets a project done, and I'm assuming they'll spend $3 billion, $4 billion, and when you think about that, to get a good return, you need a solid $3 million or $4 million EBITDA, which is hard to do in Las Vegas. Not many people have done it. So it's a daunting market for some to enter. We have done very well there. I think our location is privileged. Our buildings offer such great MICE capacity. Our midweeks are very full. But I think it's a hard market for some people coming in cold and plunk down $3 billion, $4 billion, $5 billion to compete with the people already there. Having said that, there's no shortage of demand, I think, for new projects. I think Genting is going to go after it. I think when people are talking about adding more lodging capacity, we're looking at more lodging capacity. It's just an extraordinary market and a great place to operate, but not an easy place to come in fresh, ground-up today and validate the expense.

**Vitaly Umansky** - -

And then if we kind of look across your portfolio, asset monetization is always a question. If we go to Singapore and we look at the REIT, the retail mall, Sheldon has talked prior to this about potentially monetizing a portion of that mall. Obviously, we don't know if real progress has been made. But is that still something that the company is considering? And if so, kind of what would be the use of proceeds? Obviously, Japan is uncertain. But what do you think you'd be doing with the proceeds for any kind of asset monetization?

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2017 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.


THOMSON REUTERS
001270

**Robert Glen Goldstein** - *Las Vegas Sands Corp. - President, COO and Director*

Well, first, we are -- the process is continuing to the mall sale. Sheldon referenced it a few times in the call. The process is alive and well. It remains the government has to obviously be comfortable with what we're doing. The buyer has to pay the price, but the process is happening, and we'll wait to see later this year or next year, next steps. As far as the proceeds, there's a lot of opportunities to do things with the money. You could just -- but to guess today what we're going to do a year from now, it's too hard for me to do. I mean, it's a Sheldon decision, a board decision. But we think the proceeds will be plentiful. We believe the cap rates will be very strong, and we believe that the mall is a trophy asset from anyone's perspective. So we feel pretty confident that sometime in '18, we'll have something to talk about.

**Vitaly Umansky** - -

And I feel like I ask this every time we're here. The Four Seasons Residences in Macao and then also the unfinished St. Regis Residences in Macao, Obviously, that's been kind of a difficult proposition in terms of monetizing those assets. If that were not to happen, which it may not, based on kind of what we've seen over the past couple of years, is there an ability to transform those properties into more hotel room capacity?

**Robert Glen Goldstein** - *Las Vegas Sands Corp. - President, COO and Director*

Sure. That's always an option. We've opted not to do that, but that clearly is an option and something we could do in the future if we decide to move away from the sales. We're still believers that somehow, maybe we're naive, but we still think that those products are in great demand, the Four Seasons-based product there for -- and a condo would be an amazingly sought-after product. So we're going to stay consistent with our theme here, which is to sell these things. But is there a fallback position? You can always make it a hotel, sure, of course.

**Vitaly Umansky** - -

And then, I guess, Sands Bethlehem, obviously a very small part of your business, there's a lot of talk about divestiture and one of your competitors buying it. That seems like maybe it's not happening. What do you -- how do you see the future of this property? Obviously, it's one of the better-performing regional operators in the United States. But it's a very small part of your business, and it's kind of far away from your center core. How are you thinking about Bethlehem?

**Robert Glen Goldstein** - *Las Vegas Sands Corp. - President, COO and Director*

Well, first, we're very proud of the product because we did that deal about 10 years ago and we were criticized for it. But the truth is, it's made a lot of money this year. It's probably make $150-plus million dollars EBITDA, which is most -- very few places in Las Vegas Strip make that. So we're happy with the results out of it. As far as it being part of the portfolio, it does seem inconsistent with the rest of our portfolio, which is mostly large-scale IRs. It doesn't fit in. It doesn't look like it fits with the rest of the portfolio. But the ROI is there. We've done very, very well with it. I don't see why -- unless the legislator in Pennsylvania does something silly, why it shouldn't keep making lots of money. We did talk about the possibility of selling it. And we'll entertain -- if there are bids that make sense, we'll entertain those bids. But either way, it's a great property to hang onto and just keep collecting the coupon. Or if the right buyer comes along, we'll sell it. We're not averse to either outcome.

**Vitaly Umansky** - -

And then I think the final kind of major topic that everybody was wanting to hear about is return of capital to shareholders. If Sheldon were here, he'd say, "Yay, dividends," but he's not. So...

**Robert Glen Goldstein** - *Las Vegas Sands Corp. - President, COO and Director*

I'll say it for him. "Yay, dividends."

15

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2017 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



THOMSON REUTERS
001271

## MAY 31, 2017 / 6:00PM, LVS - Las Vegas Sands Corp at Sanford C Bernstein Strategic Decision Conference

**Vitaly Umansky** - -

There you go.

**Unidentified Company Representative**

And buybacks.

**Robert Glen Goldstein** - *Las Vegas Sands Corp. - President, COO and Director*

Yes, buybacks.

**Vitaly Umansky** - -

And buybacks. So on that, how does the company think about buybacks versus dividends at the LVS level?

**Robert Glen Goldstein** - *Las Vegas Sands Corp. - President, COO and Director*

Well, I think we're not confused, and we're not ambivalent about Sheldon's take on dividends, right? If you listen to the calls, he is pretty clear-cut, he's supported dividends, and he being the largest shareholder, it seems to fit well with his portfolio. So that works well. As far as buybacks, we're in an interesting position. I've never been at a company like this. We make so much money. Our balance sheet is so strong that we could buy back more shares. And something Dan Briggs and the team that run the finance side, Patrick and Dan, we talked about increasing and buying more shares. Obviously, I can't speak publicly what we're doing right now in the market today. But we're believers in our company. We're very big believers in our balance sheet and our prospects for other jurisdictions, be it Japan or be it Brazil. So obviously, we could deploy the capital into a new market like Japan, but that's probably years away. So hopefully, if all goes well, when we're faced with some rather large sales next 12 months, have lots of cash to deal with, and buyback is certainly on the menu to be discussed. It could be increased buyback. It could wait for an equity play in somewhere else. But the problem we're going to have, I think, is the time between the sales and the new jurisdictions will probably be years. So let's face it, Japan probably is a good 3, 4 years away before you write that big check. So lots of room to think about it and wonderful decisions left to be made.

**Vitaly Umansky** - -

And on the Sands China dividend. Obviously, the dividend there currently is a little bit higher than free cash flow. And you're just borrowing a little bit to kind of get your leverage levels up, which you probably need to at Sands China because it is so underlevered. What would be the criteria for starting to have growth within that dividend?

**Robert Glen Goldstein** - *Las Vegas Sands Corp. - President, COO and Director*

I don't think we're prepared to talk about that right now. And I don't think we need to. Well, we love to see our business get back to a $3 billion EBITDA run rate. But we think our dividend today is sufficient, and our focus is on other aspects of our repurchase or capital deployment program. So for right now, we're very comfortable with the dividend both in China and here.

**Vitaly Umansky** - -

And is there a risk that the dividend would need to be cut? Under what conditions do you think that would happen?

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2017 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



001272

**Robert Glen Goldstein** - *Las Vegas Sands Corp. - President, COO and Director*

I can't imagine right now. But the way things look, we feel very comfortable with the dividend levels and being able to pay the dividend. And we're very, very happy a year after all the openings. I mean, obviously, it's a big year in Macao. The last 18 months, year of new openings and new capacity to absorb, we're past that. I think the MGM opening, actually, will be helpful for Cotai. So we're totally in a very good place to grow, and we'll always sustain our dividend. To grow the dividends is a board decision and Sheldon decision. Right now, it's not in our agenda. Our agenda is to run our business, get Macao business back to the higher levels of EBITDA we achieved years ago and keep working at it.

**Vitaly Umansky** - -

Okay. So just one more thing. I think there's a lot of Internet investors out here because I had a couple of questions on OTAs, so online travel agents and how they impact your business and what changes you've seen. How important is the OTA distribution channel for either the U.S. but also for Macao and Singapore?

**Robert Glen Goldstein** - *Las Vegas Sands Corp. - President, COO and Director*

It's more important in the U.S. In Las Vegas, it's very important. And I think essentially, development, we're trying to measure their importance and how much money you have to give them for that penetration. But clearly, in Las Vegas, Paramount, they're a huge provider of rooms. It's not as important in China. It's not nearly -- it's done through different channels. It's a deviation of the OTA, but it's not an OTA directly. So it's not as important. We build a great social media network over there. I think our Parisian impressions were incredible at the opening of that building. So we're a lot more self-sufficient over there and do direct business. It's not travel agent-driven over there, but it's not OTA either. It's kind of a different channel.

**Vitaly Umansky** - -

Okay, great. I think we're basically out of time, Rob. Thank you very much for joining us.

**Robert Glen Goldstein** - *Las Vegas Sands Corp. - President, COO and Director*

Thank you. Appreciate it.

**DISCLAIMER**

Thomson Reuters reserves the right to make changes to documents, content, or other information on this web site without obligation to notify any person of such changes.

In the conference calls upon which Event Transcripts are based, companies may make projections or other forward-looking statements regarding a variety of items. Such forward-looking statements are based upon current expectations and involve risks and uncertainties. Actual results may differ materially from those stated in any forward-looking statement based on a number of important factors and risks, which are more specifically identified in the companies' most recent SEC filings. Although the companies may indicate and believe that the assumptions underlying the forward-looking statements are reasonable, any of the assumptions could prove inaccurate or incorrect and, therefore, there can be no assurance that the results contemplated in the forward-looking statements will be realized.

THE INFORMATION CONTAINED IN EVENT TRANSCRIPTS IS A TEXTUAL REPRESENTATION OF THE APPLICABLE COMPANY'S CONFERENCE CALL AND WHILE EFFORTS ARE MADE TO PROVIDE AN ACCURATE TRANSCRIPTION, THERE MAY BE MATERIAL ERRORS, OMISSIONS, OR INACCURACIES IN THE REPORTING OF THE SUBSTANCE OF THE CONFERENCE CALLS. IN NO WAY DOES THOMSON REUTERS OR THE APPLICABLE COMPANY ASSUME ANY RESPONSIBILITY FOR ANY INVESTMENT OR OTHER DECISIONS MADE BASED UPON THE INFORMATION PROVIDED ON THIS WEB SITE OR IN ANY EVENT TRANSCRIPT. USERS ARE ADVISED TO REVIEW THE APPLICABLE COMPANY'S CONFERENCE CALL ITSELF AND THE APPLICABLE COMPANY'S SEC FILINGS BEFORE MAKING ANY INVESTMENT OR OTHER DECISIONS.

©2017, Thomson Reuters. All Rights Reserved.

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2017 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



THOMSON REUTERS
001273