# EXHIBIT 47

LVS 2017 Q4 Earnings Call Transcript (1/24/2018)

# EXHIBIT 47

| | | |
|---|---|---|
| Company Name: Las Vegas Sands | Market Cap: 61,214.77 | Bloomberg Estimates - EPS |
| Company Ticker: LVS US | Current PX: 77.44 | Current Quarter: 0.791 |
| Date: 2018-01-24 | YTD Change($): +7.95 | Current Year: 3.094 |
| Event Description: Q4 2017 Earnings Call | YTD Change(%): +11.441 | Bloomberg Estimates - Sales |
| | | Current Quarter: 3243.714 |
| | | Current Year: 13126.563 |

final

# Q4 2017 Earnings Call

## Company Participants

- Daniel J. Briggs
- Sheldon G. Adelson
- Robert G. Goldstein
- Patrick Dumont

## Other Participants

- Felicia Hendrix
- Stephen Grambling
- Anil J. Daswani
- Joseph R. Greff
- Carlo Santarelli
- David Katz
- Robin M. Farley
- Harry C. Curtis

## MANAGEMENT DISCUSSION SECTION

### Operator

Good afternoon. My name is Jesse, and I'll be your conference operator today. At this time, I'd like to welcome everyone to the Las Vegas Sands Fourth Quarter 2017 Earnings Conference Call. All lines have been placed on mute to prevent any background noise.

I will now turn the call over to Mr. Daniel Briggs.

### Daniel J. Briggs

Thank you. Joining me on the call today are Sheldon Adelson, Chairman and Chief Executive Officer; Rob Goldstein, our President and Chief Operating Officer; and Patrick Dumont, Executive Vice President and Chief Financial Officer. Before I turn the call over to Mr. Adelson, please let me remind you that today's conference call will contain forward-looking statements that we are making under the Safe Harbor provision of federal securities laws. The company's actual results could differ materially from the anticipated results in those forward-looking statements.

In addition, we may discuss non-GAAP measures. A definition and a reconciliation of each of these measures to the most comparable GAAP financial measures is included in the press release. We also want to point out that we have posted supplementary earnings slides on our Investor Relations website. We may refer to those slides during the Q&A portion of the call. Finally, for those who would like to participate in the Q&A session, we ask that you limit yourself to one question and one follow-up question, so we might allow everyone with interest to participate. Please note that this presentation is being recorded.

With that, let me please turn the call over to our Chairman, Sheldon Adelson.

Bloomberg
001288

Company Name: Las Vegas Sands
Company Ticker: LVS US
Date: 2018-01-24
Event Description: Q4 2017 Earnings Call

Market Cap: 61,214.77
Current PX: 77.44
YTD Change($): +7.95
YTD Change(%): +11.441

Bloomberg Estimates - EPS
Current Quarter: 0.791
Current Year: 3.094
Bloomberg Estimates - Sales
Current Quarter: 3243.714
Current Year: 13126.563

## Sheldon G. Adelson

Thank you, Dan. Good afternoon, everyone, and thank you for joining us today. The company delivered another great quarter, and I am very pleased that we ended 2017 with such strong financial results. Company-wide adjusted EBITDA reached $1.34 billion, an increase of 20% over the prior year, driven by outstanding growth in Macau and Singapore. This has given me a hint that I should change my [indiscernible] (00:01:57) meaning Gary to growth because I've done before. So it's now Sheldon Growth Adelson.

Our Macao operations produced its best quarter since quarter three 2014, with adjusted EBITDA reaching $731 million. Hold-normalized EBITDA came in at $758 million, representing growth of 30% over the prior year. Macao's mass market growth accelerated during the quarter from 9% in quarter three to an estimated 18% in quarter four. We again outperformed the market in mass gaming group as we have throughout 2017. Our non-rolling table drop grew by 18% over the prior year, while our non-rolling win grew by 27%. This outperformance in mass revenue growth drove significant margin expansion. Our hold-normalized EBITDA margin reached 35.1% to the quarter, an increase of 320 basis points compared with the prior year.

The structural advantages that enable us to drive mass non-gaming growth were fully evident during the quarter. The scale and range of our hotel suite inventory, the diversity of our non-gaming offering, especially in retail and entertainment, and the unique benefit of interconnectivity between our Cotai properties. These advantages allow us to attract more overnight visitors than any other operator, as well as increase their length of stay. As a result, we grew by an exceptional 52% in premium mass when compared to the prior year. We achieved hotel occupancy of 94% in the fourth quarter, despite having added approximately 3,000 rooms to our inventory just over a year ago with the opening of The Parisian. At over 1 million occupied room nights in the fourth quarter, this was an all-time quarterly record for our Macao hotels.

Our MICE business has gone from strength-to-strength, growing by 44% year-on-year to just under 290,000 room nights in 2017. Our strategy to build Integrated Resorts with scale and diversity is clearly paying dividends as Macao's mass and tourism growth accelerates. The opening of The Venetian Macao 10 years ago marked the first step in my vision a creative Cotai Strip. The Venetian introduced large scale non-gaming amenities to Macao, such as retail malls, MICE, live entertainment and arenas. These attractions are now well established in Macao and will continue to flourish and grow. I cannot be more proud of the fact that today after receiving more than 290 million visitors, The Venetian Macao stands as the most visited integrated resort in Asia, if not the world. We've also successfully established The Parisian Macao as a new landmark must see destination resort.

The Parisian Macao achieved EBITDA of $412 million in its first full year of operation and welcomed over 15 million visitors to the property. The rapid development in digital and social media marketing in China has been instrumental in establishing The Parisian Macao with its iconic Eiffel Tower as a marquee attraction for Chinese travelers visiting Macao. The brand recognition we have generated for The Parisian Macao on these platforms has simply been incredible with over 5.2 billion impressions as of December 31. The addition of The Parisian to our Cotai Strip portfolio has taken our critical mass and diversity of offering to another level. The Parisian together with The Venetian, Four Seasons, and Sands Cotai Central, all interconnected, is the only MICE-based Integrated Resort complex of this scale in the world. I'm truly grateful to the Macao government and local community for their great support over the years in enabling us to implement this vision and strategy.

It is in that same spirit of deep commitment to Macao's future development that we announced last October that we would be reinvesting over $1.1 billion over the next 2 years in expanding, renovating and re-theming Sands Cotai Central in to The Londoner, as well as adding approximately 650 high-end hotel suites by completing the 2 towers at The Four Seasons and the St. Regis. The Londoner will have tremendous potential as the third landmark must-see destination. The scale of the current SCC assets are unmatched in Macao, including over 6,000 hotel keys, a 400,000-square-foot retail mall, a 1,700-seat theater, and over 300,000 square feet of developed MICE space. The Londoner renovation and expansion will completely re-envision the property, developing another 1.7 million square feet of space, expanding and enhancing all our offerings, hotel suites, retail mall, F&B, entertainment, and MICE.

001289

Company Name: Las Vegas Sands
Company Ticker: LVS US
Date: 2018-01-24
Event Description: Q4 2017 Earnings Call
Market Cap: 61,214.77
Current PX: 77.44
YTD Change($): +7.95
YTD Change(%): +11.441
Bloomberg Estimates - EPS
Current Quarter: 0.791
Current Year: 3.094
Bloomberg Estimates - Sales
Current Quarter: 3243.714
Current Year: 13126.563

The fourth quarter results at SCC demonstrate the earnings power of this building with quarterly EBITDA of over $200 million, anchored by its strong position in premium mass segment and the scale and range of hotel suite inventory. But the full potential of this property in catering to every segment of the market is yet to be realized, and that is why it's exciting for us to embark on The Londoner project. Upon its completion, The Londoner will accommodate more overnight guests than The Venetian and The Parisian combined. The Londoner will offer great potential for visitation and growth as a stand-alone Integrated Resort, but will also provide synergies with The Venetian Macao and The Parisian, having three iconic must-see European-themed destination resorts with a broad range of amenities will strengthen our marketing and customer service capabilities, and position us to grow faster than the Macao market in every segment, on both the top line and the bottom line in the years ahead.

Sands China is a company rooted in Macao, and we will continue to strongly support the community. Following the pledge of $65 million MOP by Sands China and the Adelson Family Foundation to assist with the rebuilding efforts in the aftermath of Typhoon Hato, we've been working hard to provide financial assistance to the individuals, institutions and charities that have been significantly impacted. This long-term support of Macao will continue in the coming months and years. At the same time, we remain as committed as ever to playing the pioneering role in Macao's transformation into Asia's leading business and leisure tourism destination. Our decision to reinvest and develop The Londoner Macao reflects that long term commitment in Macao and our confidence in its future. We regard it as a privilege to contribute to Macao's success in realizing its objectives of diversifying its economy. Supporting the growth of local businesses and providing meaningful career development opportunities for its citizens, including through our Sands Academy, and reaching its full potential as Asia's leading business and leisure tourism destination.

Now, moving on to Marina Bay Sands in Singapore, we delivered another excellent quarter at Marina Bay Sands with EBITDA of $456 million, an increase of 25% over the prior quarter. The quarter was marked by a strong VIP and slot revenue growth. Normalized EBITDA margin increased by 190 basis points versus the prior year, reaching 52.5% for the fourth quarter, supported by solid cost controls and efficiency gains. Our retail mall also continues to outperform in the broader Singapore retail market with strong tenant sales growth of 10% year-on-year in 2017. It is worth noting that for 2017 the total operating profit from our malls in Singapore and Macao exceeded $570 million. 2017 was a record year for Marina Bay Sands in adjusted property EBITDA when measured in Singapore dollars. Because of its business and leisure tourism deal and strong positive impact on the local economy, Marina Bay Sands continues to service a powerful reference site for emerging jurisdictions that are considering large scale Integrated Resort developments.

Now, let's move on to my favorite subject, the return of capital to the shareholders, [ph] yearly (00:13:06) dividends and [ph] yearly (00:13:08) buybacks. Our recurring dividend remains the cornerstone of our program to return capital to shareholders. Last October the Las Vegas Sands board of directors approved an increase in our recurring dividend for the 2018 calendar year to $3 per share for the year or $0.75 per quarter. After establishing a recurring dividend program in 2012, this marks the sixth consecutive year that we have increased our recurring dividend for our shareholders. We remain deeply committed to our recurring dividend programs of both Las Vegas Sands and Sands China, and we look forward to increasing those recurring dividends in the future as our cash flows grow.

At the same time we will remain opportunistic in returning excess capital via our share repurchase program. We repurchased $75 million of stock during the quarter. We look forward to continuing to utilize the stock repurchase program to return excess capital to shareholders, and to enhance long-term shareholder returns in the future. Our leverage or debt-to-EBITDA ratio remains low at 2.0 times on a gross basis and only 1.5 times on a net basis. My view of our leverage levels has not changed. We're comfortable with a debt-to-EBITDA ratio of between 2.0 times and 3.0 times on a gross basis before any additional debt related to development opportunities in new markets.

In conclusion, our cash flow generation continues to be strong and predictable. The structural advantage from our scale, critical mass and product diversity remains evident in our strong financial results. The resurgence of growth in the Macau market has continued during the quarter with mass market growth accelerating. It feels like we have now returned to 2014 and the period prior to that. Very excited about the growth that we're experiencing in Macau. We have grown faster than the market in mass, in both the fourth quarter and in 2017 as a whole. We will continue to make significant investments in Macau because we have a long-term and un-levering commitment in Macau.

001290

Company Name: Las Vegas Sands
Company Ticker: LVS US
Date: 2018-01-24
Event Description: Q4 2017 Earnings Call

Market Cap: 61,214.77
Current PX: 77.44
YTD Change($): +7.95
YTD Change(%): +11.441

Bloomberg Estimates - EPS
Current Quarter: 0.791
Current Year: 3.094
Bloomberg Estimates - Sales
Current Quarter: 3243.714
Current Year: 13126.563

The substantial redevelopment of Sands Cotai Central into The Londoner Macao will add a third iconic must see destination to our Cotai Strip development. The full scale utilization of the two [indiscernible] (00:16:17) comes at an opportune time as we look to take advantage of the structural growth in Macau in the coming years, and stay ahead of the competition in terms of the quality and scale of our product and amenities. We look to the future with confidence. We have a strong organic growth outlook. We are strategically reinvesting in our existing assets, while also pursuing new development opportunities, and we have both the intent and the financial strength to continue to return excess capital to shareholders.

Thank you, [ph] guys (00:17:00), thank you for joining us on the call today. And now we'll take questions.

# Q&A

## Operator

[Operator Instructions] Our first question comes from Felicia Hendrix with Barclays. Your line is open.

**<Q - Felicia Hendrix>**: Hi, good afternoon. Thanks for taking my call. Rob, I just wanted to start with you.

**<A - Robert G. Goldstein>**: Hi, Felicia.

**<Q - Felicia Hendrix>**: Hi. And maybe we could just talk about The Parisian for a moment, and I did want to thank you Dan for the really nice detail in the deck on that, because it was helpful. So at The Parisian, it looks like last quarter may have been an anomaly on the VIP side. So just want to talk about that relative last quarter this quarter, and how we should think about VIP at the property and what might have changed.

**<A - Robert G. Goldstein>**: I'm not sure it's anomaly as much as a very, very strong quarter. We've always cautioned you that these concentrated levels will play some times, be it Singapore, Macao. And clearly The Parisian had some very, very strong play last quarter. I think The Parisian has captured the most important segment of all the base mass. However, the room product we built at The Parisian just isn't sufficient to meet the premium mass demand, and that will change with the addition of 300 more suites that come on board in 2018. In addition, the Four Seasons apartments will be available to us for use in sometime in probably Q2 of 2019. So I think with those 300 more suites, and 300 or 400 of the Four Seasons you'll see a much stronger premium mass customer at The Parisian.

We have the demand. Frankly we don't have the room product to satisfy demand. In addition, we should keep in mind that The Parisian was down 600 rooms this quarter. So it suffered a bit there. I think it's early days in The Parisian's evolution. I believe it'll get much stronger. And also you should note that The Parisian performance this quarter was pretty extraordinary, and that's a direct result of the 1,000 keys back on board, premium mass keys that drove most of that play. So I think you'll see a light kind result at The Parisian once we get the product right. We've built a very, very nice hotel, a very attractive hotel, a great demand hotel. I'm not sure we built the right room product to satisfy the demand we created. With this incredible double-digit growth we're seeing in Macao, it matches perfectly with our massive footprint, our lodging, gaming, retail footprint.

And even though with a market leader in mass, as you know, we still outperformed the market by 25%. Our mass table and slot relative grew by over $300 million year-on-year. We think that's as much as 40%, 45% of the mass growth in the entire market. And just Sheldon referenced, to see numbers of that magnitude you have to go back to 2014. We did a $1.5 billion roughly in mass table and slot win this quarter, pretty extraordinary numbers. I'm convinced The Parisian will participate just like SCC and Venetian once it has the appropriate room product matching up with its mass and pretty mass appeal. So yes, on the terms, that we had more concentration of rolling play last quarter, but yes, we believe long-term Parisian is a very strong product. It's just early days in its infancy.

**<Q - Felicia Hendrix>**: Okay. So that's helpful. And then, just switching gears, Singapore Rob, you have highlighted previously that VIP, the volumes could be volatile there. So I was just wondering, the decline year-over-year there was just due to the normal ebbs and flows in your business or anything else. And then also on the mass side, you did better than what we were looking for in the quarter, but the volumes were also lower year-over-year as well. So I was just


001291

Company Name: Las Vegas Sands
Company Ticker: LVS US
Date: 2018-01-24
Event Description: Q4 2017 Earnings Call

Market Cap: 61,214.77
Current PX: 77.44
YTD Change($): +7.95
YTD Change(%): +11.441

Bloomberg Estimates - EPS
Current Quarter: 0.791
Current Year: 3.094
Bloomberg Estimates - Sales
Current Quarter: 3243.714
Current Year: 13126.563

wondering if you could comment on that.

**<A - Robert G. Goldstein>**: Sure. I'm of two thoughts on Singapore; one is, we're extremely pleased with the result this year, $1.7 billion, pretty extraordinary result. Yet, I would caution, you realize that Singapore is not growing on the rolling side, it declined a bit, and as we mentioned [indiscernible] (00:21:00) is highly concentrated, and continues to rely on two small segment of customers to drive it. So we're not seeing growth in that segment. We are seeing extraordinary management. I'm really pleased with the team over there. They did an excellent job of joint costs, commissions, everything, across the board to create these big numbers that came out of MBS this year. I'd also agree with you that we're not seeing growth in the mass segment. It's hovering around 4.4%, 4.5%, 4.6% for the last 8 quarters, and I'm disappointed we haven't seen more growth there in Singapore. I don't know why I would say otherwise in terms of future, I don't see why there would be any catalyst in the near future to drive that. Singapore is a, a wonderful success story, but at this point it's just a very large producer of EBITDA without growth prospects in the near future. So we would applaud management's efforts this year to create a $1.7 billion. It could have been a lot less, and yet I'm hoping we see growth to make it easier in the future to create some more growth, be it rolling or non-rolling, and your points are appreciated and I agreed with.

**<Q - Felicia Hendrix>**: Well, thank you very much for the color.

**<A - Robert G. Goldstein>**: Yeah.

## Operator

Your next question comes from Stephen Grambling with Goldman Sachs. Your line is open.

**<Q - Stephen Grambling>**: Yeah. Thanks for taking the questions. Yeah, I guess, on the Sands Cotai Central renovation to The Londoner, I may have missed this and maybe it's in the deck, but what are the factors to mitigate any kind of disruption there, and any sense for how you can quantify the potential impact or compare it to other types of renovations?

**<A - Robert G. Goldstein>**: I can't really tell you what the impact will be. I do believe there'll be disruption. That'll be foolish to think otherwise. It won't happen in 2018 until the very, very end of the year. We'll close down the Holiday Inn product late year, probably November, December. In next 10 months you won't see any disruption whatsoever, and I would also just highlight that as the numbers coming of SCC, $200 million plus this quarter, are just terrific and it shows the power of that room product. But imagine, we could marry that product to a base [indiscernible] (00:23:07) demand and a retail demand, and get that product up to The Venetian type numbers, and I believe we can exceed $1 billion and more when get The Londoner right. Disruption is very hard to quantify. I would say, it's a positive side. We have two different casinos there. We can move business back and forth.

The St. Regis will be under construction in the rear, and it won't be operating hotel, it's just a shell at this point. So that will be less disruptive. Londoner will be more disruptive, the transition from the Holiday Inn to Londoner. There'll be some pain along the way. I have a hard time, Stephen, giving you number because I don't know that number. It's never been done in this size and scale. It's surely a herculean task. But I think the net result in 2020 is going to be very, very helpful to the company. So we see great things at Macao this quarter. Our run rate [indiscernible] (00:23:59) normalized is pretty astounding, and the market just seems like it has great, great win behind it. And so we think there is a great transition for us to achieve. It will be disruptive in 2019. Don't want to quantify because I simply can't.

**<Q - Stephen Grambling>**: [indiscernible] (00:24:17) just think about the puts and takes. And maybe changing gears a little bit, there has been, the Macao Hong Kong Bridge seemingly always been in process. Are there things that you're doing as you think about the potential opening coming up in the next 12 to 18 months hopefully? What are the things that you can do to try to position yourself [indiscernible] (00:24:38), and how do you think about how that will benefit the market?

**<A - Robert G. Goldstein>**: I think, we have to wait and have confidence the government will deliver us a bridge sometime this year, and we'll take...



001292

Company Name: Las Vegas Sands
Company Ticker: LVS US
Date: 2018-01-24
Event Description: Q4 2017 Earnings Call

Market Cap: 61,214.77
Current PX: 77.44
YTD Change($): +7.95
YTD Change(%): +11.441

Bloomberg Estimates - EPS
Current Quarter: 0.791
Current Year: 3.094
Bloomberg Estimates - Sales
Current Quarter: 3243.714
Current Year: 13126.563

**<A - Sheldon G. Adelson>**: They're saying it will be done in the first half of this year.

**<A - Robert G. Goldstein>**: Right. Yeah. No, I think, we'll just wait and see. I mean, I'm not sure we can do a lot but wait and see how the connectivity, how we can best – obviously, it benefits the entire market, we're excited to see it happen. But it's hard at this point to make a concrete observation that we would do as a company. I think as an industry, we're waiting and hoping that thing can really deliver some fresh products and fresh customers and be a real value add. We've all been anticipating this for a long time. It's a major achievement for the government to achieve it and get it done. And we as operators wait patiently to see how it works.

**<Q - Stephen Grambling>**: Fair enough. Thanks. I'll jump back in the queue.

**<A - Robert G. Goldstein>**: Sure. Thank you.

## Operator

Your next question comes from Shaun Kelley with Bank of America. Your line is open.

**<Q>**: Hi. This is [ph] Larry Jonathan (00:25:36) for Shaun. For Macao, I was just wondering if you can give any color on what you think drove the 52% growth in premium mass in Q4. Is this just more of volume of players, lower players stepping up, or just generally quality of players driving it? Thanks.

**<A - Robert G. Goldstein>**: I think it's all the above. I think it's a lot more players, I think it's larger people bankrolls perhaps, higher visitation. I also think, as a company, it's underappreciated how valuable these assets are. They're coming from further away, they're younger, they're I think more affluent, new generation we're seeing especially in The Palazzo and even the new Venetian suites, I think we're experiencing a really strong growth period that is further and further outside Guangdong. The visitation outside Guangdong is growing. And to us as the guys own 13,000 sleeping rooms, it's pretty good. We're seeing huge demand, hotel rates have spiked, occupancy is spiked, our entertainment offerings have just been extraordinary while we see. We can't get enough shows in there, just keep adding more and better shows to the mix and the reception has been phenomenal.

So our growth is tied very simply to, it's coming from further away, we've got the sleeping rooms to accommodate it, it's mass and premium mass, it's every weekend, it's mid-week, we're seeing numbers in the week that usually weekend successes [indiscernible] (00:27:01) drop in numbers are just simply off the chart. A year ago couldn't comprehend these kind of numbers you saw in the last 3, 4 months. It's very exciting and it's full force. And December is even stronger than November and October. So we're hoping this continues to charge forward, and I think our biggest advantage is this massive footprint of 13,000 sleeping rooms, primarily in Cotai, the growth is in Cotai, that's our major footprint obviously. It's entertainment driven, it's mass, premium mass driven, and it's coming outside Guangdong, all which honestly falls into – that's the reason we're growing so quickly. $300 million of growth in one quarter year-on-year in mass is pretty extraordinary for any company.

**<Q>**: Great. And then just a quick one on Vegas. I'm wondering if you have a view on other operators starting to invest again in the Vegas market. I know in the past you've talked about maybe converting the condo tower to 1,000 hotel rooms or so. And while we're talking Vegas, any update on the arena JV with MSG? Thanks.

**<A - Robert G. Goldstein>**: Yeah. The arena JV with MSG is live and well. Construction will start this summer. It's going to be quite an arena. We'll have a public, Jim Dolan and Irving Azoff and Tim Leiweke will be coming out here to present publicly. I think it's going to be in March. Is it February or March? Not sure of the date yet. But you're going to see something that's pretty spectacular. I know our neighbors across street, the [indiscernible] (00:28:27) guys have seen it, and it looks extraordinary. It's a really built, it's just a great – what Jim Dolan wants to build is extraordinary. So we're looking forward to construction commencing this summer, hopefully open in 2020. As far as [ph] more building (00:28:43) Las Vegas why not, it's a great market, it's a great place to live and work. The growth is returning in Las Vegas. It's more of a lodging-based market [indiscernible] (00:28:52) in the past. The Black Knight have done extremely well. The hockey is just terrific. The football is coming. Why not? Las Vegas has some great days ahead of

001293

Company Name: Las Vegas Sands
Company Ticker: LVS US
Date: 2018-01-24
Event Description: Q4 2017 Earnings Call

Market Cap: 61,214.77
Current PX: 77.44
YTD Change($): +7.95
YTD Change(%): +11.441

Bloomberg Estimates - EPS
Current Quarter: 0.791
Current Year: 3.094
Bloomberg Estimates - Sales
Current Quarter: 3243.714
Current Year: 13126.563

us. So we're very much in favor of the market growing, and if competitors want to invest [ph] dollars (00:29:06) so be it.

**<Q>**: Great. Thanks so much.

## Operator

Your next question comes from Anil Daswani from Citigroup. Your line is open.

**<Q - Anil J. Daswani>**: Thanks for taking my question. Just another one actually on premium mass in Macao. Clearly, that's been outperforming the base mass business. Do you guys see that being the key driver in 2018 and 2019 as well, and can you give us a flavor for how many rooms you guys are now comping in the premium mass segment, and how that's compared over the last couple of quarters? In addition, once you guys open the St. Regis Suites as well as The Four Seasons Suites, do you see that comp ratio going up as you can put in some higher end premium mass players into your product?

**<A - Robert G. Goldstein>**: Well, there's no question that premium mass is where the money is being made. It's double, it's 52%, and base mass is double-digit. We're not complaining about solid double-digit growth in base. But to your point, the driver is premium mass unequivocally. As far as our approach to this whole thing, clearly we're building this. Well, think about this. We're going to add 650 keys just in The Four Seasons, the St. Regis sometime in 2019. That will be built for the premium mass customer, and those customers drive extraordinary amounts of business in our buildings. We're extremely excited about what could be a surge in our business next year from that. There is no arguing that that's where the profitability is coming from. We still like our base mass. It's important to us. What's driving this market right now for us and for most that operate tours is the premium mass customer.

We're 50%-50% cash comp mix right now in the cash versus comp. I can't see it changing a whole lot, but I do think the lion's share, the great lion's share of The Four Seasons Suites and the St. Regis will go to the premium mass customer, probably be a much more skewed to that base. And those rooms are built; those products are built for that customer. As long as they perform at the levels they're giving us now, we can keep growing our top line, and the flow throughs there would be extraordinary, why not. As you see our flow through this quarter, not just the top line growth, but the flow through the margin has just been excellent, and so that's the future of the business as we see it today.

**<Q - Anil J. Daswani>**: Thank you. And my follow up would be, is there any update on monetizing the mall product in Singapore?

**<A - Patrick Dumont>**: Hey, it's Patrick. How are you?

**<Q - Anil J. Daswani>**: Hi, Patrick.

**<A - Patrick Dumont>**: So right now, as you can look, the year-over-year sales numbers, sales per square foot in Singapore is up 15%. It's the best mall in the world. It's exceeding everyone's expectations in terms of performance. We saw some [indiscernible] (00:31:50) mixing going on. We think we'll get more out of that asset in the years to come. We're very proud of it. It works incredibly well and demonstrates the power of the Integrated Resort. That being said, we have nothing to update anyone on the process. If anything happens we'll let you know. But right now we're optimistic. We're hopeful that at some point that will come to fruition. But at this time, we're really just proud of the asset's operating performance, how iconic it is, how well it fits in with the rest of the Integrated Resort. And we'll let you know of if we have anything to update you on. But at this point no comment.

**<Q - Anil J. Daswani>**: Thank you so much, guys.

## Operator

Your next question comes from Joe Greff with JPMorgan. Your line is open.

001294

Company Name: Las Vegas Sands
Company Ticker: LVS US
Date: 2018-01-24
Event Description: Q4 2017 Earnings Call

Market Cap: 61,214.77
Current PX: 77.44
YTD Change($): +7.95
YTD Change(%): +11.441

Bloomberg Estimates - EPS
Current Quarter: 0.791
Current Year: 3.094
Bloomberg Estimates - Sales
Current Quarter: 3243.714
Current Year: 13126.563

**<Q - Joseph R. Greff>**: Good afternoon, guys.

**<A - Sheldon G. Adelson>**: Hi, Joe.

**<Q - Joseph R. Greff>**: Sheldon, you always say that one of your favorite topics is the return of capital. Given the momentum in across the board and all of your markets, and what we will characterize as limited CapEx in a few years relative to your free cash flow generation, is there any appetite to assess capital return more than just once a year i.e. 2 times a year or every quarter?

**<A - Patrick Dumont>**: Hey, Joe. It's Patrick. How are you?

**<Q - Joseph R. Greff>**: Very well. How are you?

**<A - Patrick Dumont>**: So the highest and best use of our capital is for our Chairman to make investments in high growth projects. So that's our primary focus. So if there's an opportunity, Japan or Korea, we hope that we can put our Chairman to work and have him develop something extraordinary like he does in every other market we're in. That being said, if we have excess capital, I think, we've said all along, that our dividend is our return to capital cornerstone. And so we'll look to increase that prudently and sustainably in the future. And of course the lever that we can pull to modulate our return to capital is our share repurchase program. So I think, if you kind of look through that waterfall, that's how you should frame out any excess capital that we have. And we'll go by that guidance, that's something that we talk about with the board very frequently. That's the discussion we'd have with our chairman very frequently, and I think that's how our company and shareholders ultimately will get comfortable. So I think that's kind of the process you should have in your mind, or framework you should have in your mind as you think about excess capital, and what we look to do with it.

**<Q - Joseph R. Greff>**: Great. Thank you.

## Operator

Your next question comes from Carlo Santarelli with Deutsche Bank. Your line is open.

**<Q - Carlo Santarelli>**: Hey, guys, thanks. I know you've taken a few already on premium mass, but maybe Rob you could help a little bit. I always had the perception that that kind of premium mass and VIP were somewhat tethered at least from a cadence perspective, obviously premium mass, as you mentioned in the slides up 52% year-over-year, where rolling chip volumes kind of slowed a little bit and were up kind of mid single-digits. First of all, could you talk a little bit about the decoupling of those two metrics? And then maybe, if you can, any specific industry drivers in terms of where you're seeing kind of that strength in the premium mass from Mainland China coming, is there any specific industries or sectors of the market that are really driving it?

**<A - Robert G. Goldstein>**: I'll speak [indiscernible] (00:34:53) the second part first, and that is, I don't think we can identify where it comes from in terms of the drivers, what industry or what business they come from. We can tell you with certainty it comes outside Guangdong increasingly. What we like to see and we're seeing is more penetration in the other provinces. We're seeing fresh money, fresh customers, it's very encouraging, we're seeing younger people, we're seeing them packing our retail malls, and go to see our shows, and using our suite product, and we're seeing lots of them. So I would think that is a very positive sign for us. And as that increases, again, that's one of our hidden advantages or not so hidden advantages.

As far as a decoupling, I mystified a bit to your point what has happened, because I agree with you, that typically, historically, these two segments were tied together at the hip, the premium mass grew like it's grown, you see junket grow much more. One of the theories I have, and it's not substantiated is that, perhaps we're seeing more and more younger people opt for direct play and not going to junket, and they're opting not that the situation of the rolling environment. We're seeing, we of course have not been as strong as others, which we were, we're not as strong as others in the rolling business, and with the junkets we're trying very hard to increase our share. We [indiscernible] (00:36:14) back the industry average, and we're working with the junket people as well as with our physical product to



001295

Company Name: Las Vegas Sands
Company Ticker: LVS US
Date: 2018-01-24
Event Description: Q4 2017 Earnings Call

Market Cap: 61,214.77
Current PX: 77.44
YTD Change($): +7.95
YTD Change(%): +11.441

Bloomberg Estimates - EPS
Current Quarter: 0.791
Current Year: 3.094
Bloomberg Estimates - Sales
Current Quarter: 3243.714
Current Year: 13126.563

improve it.

But clearly, this quarter has been decoupling of those two segments. And I guess, I would think this way, the demand is still there to gamble, but perhaps the demand is moving more towards direct non-rolling as opposed to rolling chip program tied to a junket operator. That's the only rational explanation I can give you. I think the demand is still there, and demand is there stronger than ever, but perhaps it's moving away from the rolling segment into the non-rolling, which obviously has some real benefit from the margin flow through. And again, from our perspective, there's more of them. We're seeing a lot of customers, and we're seeing a lot of people outside Guangdong. And so our rooms are being used, especially weekends and holidays, even mid-week, some of the non-rolling drop we're seeing is just extraordinary. And so that is good explanation I can give you. I don't know if I can give you more clarity on the decoupling, but clearly the numbers evidence it's there.

<Q - Carlo Santarelli>: Yeah. Thank you very much. That was really helpful. I appreciate it.

<A - Robert G. Goldstein>: Sure.

<A - Sheldon G. Adelson>: It's Sheldon. What I'd like to tell you is that, Macao feels like it's going back to 2014 and prior to that. Nobody could tell you with certainty how much the VIP is going to grow in the forthcoming year, and how much the mass is going to grow. The mass is comprised of additional people and Macao is getting additional people. I see on our laser counted accounts every day, on some weekends and holidays we get as many as 400,000 people in one day coming into our properties. It's quite a big, 400,000 people. So I see Macao growing like it did before, and we're going to take advantage of that. Spending the money in The Londoner is for the purpose of re-faming the property, and bringing the same number of people to Sands Cotai Central, soon to be called The Londoner.

You ask people when Rob answered that it's going to be a major disruption. I disagree with that. I don't think it's going to be any major disruption any more than any other property that's [indiscernible] (00:38:46). So we have the equivalent of two properties, two individual properties on that side of the road. We call it, it's lots five and six. Ordinarily, we would have one lot, one theme. Here we've got two lots together and we still don't have a theme per se. I don't see any reason for this to be any more disruptive than any other renovation of any other property or hotel anywhere. So as a matter of fact there will be two major entrances, one for the first two buildings and one for the last two buildings. So it's not as though the entire property is going to be worked on at one time on one day and only entrances will be closed. We'll be doing it in sections where we'll have the least disruption. So I disagree with the fact that it's going to be a major disruption.

<Q - Carlo Santarelli>: Thank you, Mr. Adelson.

<A - Sheldon G. Adelson>: Okay.

## Operator

Your next question comes from David Katz with Jefferies. Your line is open.

<Q - David Katz>: Hi, good afternoon, and congrats on a good quarter. I just wanted to ask one detail, and as I look across at the progress of The Parisian, I'm just trying to think through what the EBITDA margin opportunity or aspirational level could be. Based on looking at some of the other properties in Cotai, which have managed to get up into the 30%s, and last quarter was particularly high and this was a little bit lower, and if you could just color that in a bit that would be helpful. Thank you.

<A - Robert G. Goldstein>: Yeah, sure. Listen, I think we should be clear that we have lot of belief in The Parisian, it hit 30% or 30.6% Q3 2017 margin, 29.3% this quarter normalized. But I think the whole story isn't margin, the whole story is we're missing an important part. The growth in Macau this quarter, our growth and the market's growth is tethered to premium mass. We're not getting our fair share, it's simple. We have demand like crazy with that property, you walk in it, it's [indiscernible] (00:41:14) full of people who want to stay there, they are disappointed in the room product. We need more premium suites to address it. That product – we went back and redid the suites. I was there



001296

Company Name: Las Vegas Sands
Company Ticker: LVS US
Date: 2018-01-24
Event Description: Q4 2017 Earnings Call

Market Cap: 61,214.77
Current PX: 77.44
YTD Change($): +7.95
YTD Change(%): +11.441

Bloomberg Estimates - EPS
 Current Quarter: 0.791
 Current Year: 3.094
Bloomberg Estimates - Sales
 Current Quarter: 3243.714
 Current Year: 13126.563

weeks ago, walked the room, I'm very pleased with the end result. It's a very aesthetically pleasing product. The customers are going to love it. It comes on board first in Chinese New Year's and throughout the year.

I think it's very simple, The Parisian needs more top line to get to the $150 million, $160 million, $170 million. I want to see it be $500 million to $600 million building, it's going to be there. The question is, it is got to be reflective of the market. The market as we've talked about for most of the call, David is tied to this massive tsunami of revenue coming up here in mass. We saw at The Four Seasons, we're sure we're seeing The Venetian, The Venetian numbers are just terrific. And we're making $0.5 billion a quarter top line at The Venetian in this base mass and premium mass markets. We saw this quarter at Sands Cotai Central. There is no way not to see The Parisian getting there. But every market customers dictate where they want to spend their money, dictate where they want to be. They want to be at The Parisian. They want to sleep, for example, at the Four Seasons right now because the room product is better. You can see The Four Seasons is taking off and they got this $75 million this quarter normalized [indiscernible] (00:42:35) a $300 million building.

Once we fix the room product both inside The Parisian, and honestly The Four Seasons suites are the hidden opportunity for us. If you get 600 or 700 suites between the two of those buildings adjacent to The Parisian, you're going to see a big uplift in The Parisian, and I think you'll see it in The Four Seasons. The Four Seasons and The Parisian almost work in tandem, you think about it, one is more of a mass, very attractive product, one is a very high end product. You throw in 650 or so premium mass suites, you're going to see some very, very good numbers out there. I don't want to make you feel as though we're disappointed that we haven't gotten there, but we are disappointed we haven't gotten there. We need to fix the product and get where we can get to. This product can be every bit as strong as we're seeing at the other buildings that have the right mix of room. And the SCC results this quarter reflect a very strong room product with no base play. That's why Londoner is going to happen. The Venetian is a product with all cylinders hitting, great mass play, premium mass play, even great rolling play. And with a 1,000 rooms at The Venetian, it's becoming a world class product again, could get to [ph] 1,400, 1,500 (00:43:46). We think there's a lot of [indiscernible] (00:43:47) left. If this march continues to grow double-digit premium mass, we're in a whole new place in Macau, a whole new place of making money. Pretty exciting times for us.

**<A - Patrick Dumont>**: So one other quick comment, if you remember, a couple quarters ago we talked about the expenses we took out of the business and the rationalization that we did in order to make a more efficient, so that when we did receive revenue growth there'll be leverage against that revenue. I think you've seen that in Sands Cotai Central, the margin change there in this quarter. One thing to note, as Rob referenced, the rooms that are offline and are being modified or being changed to address a customer, that's very high value and very high margin. So the segment differential there and the value that customer will be seen, eventually you'll see better flow through in The Parisian when those rooms open up. And just as you did in Sands Cotai Central, and just as you seen strong margins that you get in The Venetian. So system wide, we're very happy with our expense base. As we said in our prior quarters, you'll start to see the margin expansion as revenues grow, we believe that will continue.

**<Q - David Katz>**: Got it. Thank you very much for your answers.

**<A - Robert G. Goldstein>**: Thank you.

## Operator

Your next question comes from Robin Farley with UBS. Your line is open.

**<Q - Robin M. Farley>**: Great. Thanks. I wonder if you could just sort of speculate a little bit on why you think the VIP volumes are growing in Singapore, just given the improvement we've seen from other VIP play in Macao, just why that's not happening in Singapore.

**<A - Robert G. Goldstein>**: Okay. Robin, I will take my best shot at this. First of all, we've always said it's concentrated to not thousands, but hundreds of players. I also think that Singapore is some other victim of, you've got some competition in the region. I think the Philippines have grown a lot. Highlands have been renovated nicely. I think



001297

Company Name: Las Vegas Sands
Company Ticker: LVS US
Date: 2018-01-24
Event Description: Q4 2017 Earnings Call

Market Cap: 61,214.77
Current PX: 77.44
YTD Change($): +7.95
YTD Change(%): +11.441

Bloomberg Estimates - EPS
Current Quarter: 0.791
Current Year: 3.094
Bloomberg Estimates - Sales
Current Quarter: 3243.714
Current Year: 13126.563

you've got Macao is going to be very, very important destination for people coming out of Korea and even Japan. I think it's much easier to go to Macao than Singapore for lobby premium mass Chinese play. I have to point to those examples. As well as you know we've had some, we have to be very careful, we cannot really market in Indonesia, that's becoming increasingly more difficult. And so we're very cautious. We run our business that way. We take no risks with marketing. We take no risk with the collections. We take no risk we think are unnecessary.

You're right. I think the growth in Macau is driven by premium mass Chinese business out of Mainland China. So I think it's opting you go to very, very nice resorts in Macao. They are attracting a lot of attention. It's also easier to do business in Macao in terms of credit, money movement, et cetera. So I think we're the victim of a very strong Macao market, an increasingly strong competitive market, be it the Highlands, be it Philippines et cetera. We're not far from giving up. I mean, the property made $1.7 billion, not too bad. And as you know, my bare concern is not in the rolling, but in the premium mass and the non-rolling because that's where most of our prop resides and most of our margins are 60%-plus. That's more concerning, and that's a mix that comes out of the decline in Singaporean [ph] patronage (00:46:53), but also decline in other markets around us. So as much as we're focused on rolling, I think the non-rolling is more disturbing. We can't grow that number beyond 4.5%, 4.6% for the last 7 or 8 quarters. We're going to keep [indiscernible] (00:47:07). We've got a very good team on the ground there. We'll keep looking at costs, but obviously, we love to see some top line growth, and that's the best indications or best thoughts I can give you on the growth prospects for Singapore.

**<A - Sheldon G. Adelson>**: We're going to press more in the Pacific Rim countries in Korea and Japan to come to Singapore. I'm very excited about Singapore reaching the highest quarter that we've had of the year since we opened it in 2010. So I can't say that we're sorry that we achieved a record, I'm very happy that we achieved the record. And I'm not apologizing for it.

**<Q - Robin M. Farley>**: No, that's helpful. Thanks.

**<A - Sheldon G. Adelson>**: Pardon me.

**<A - Robert G. Goldstein>**: It's helpful.

**<Q - Robin M. Farley>**: No, that's helpful. Thank you. I don't want to cut you off, but if, I was going to ask, just switching to Macao for a moment, whether your re-investment there, do you think that will lead to maybe greater table allocation in 2018 or 2019 above what you've received already?

**<A - Robert G. Goldstein>**: Robin, we never talk about that because it's beyond our control. As you know, we rely on the government to make the decisions for us. And I have no comment on table allocations or what we might expect in the future.

**<Q - Robin M. Farley>**: Okay. No, that's helpful. And then just last thing really quickly, housekeeping item. I'm just curious what your convention mix for the full year in Vegas was versus the prior year if you happen to have that convention mix as a percent of room nights?

**<A - Robert G. Goldstein>**: I can't tell you the mix, but I can tell you, I think the best room nights we've ever had in terms of convention, we broke 800,000 room nights in Vegas, we're seeing bigger opportunities in 2018. I know there has been talk about the Vegas market, we think it's strong. We think the convention business looks pretty strong. There's some concern about international business because of the October tragedy, but we've experienced a pretty good quarter here, 92% or so. We feel good about 2018. We feel very good about our convention, our MICE demand has accelerated and it's bigger part of our mix.

So if you guys have those numbers you can just – do you have them handy Patrick? We have the actual number, the split for you. [indiscernible] (00:49:35). So this is 30% on the group business for the Q4 against 39% for the FY 2018. But I think the real key to our business here is, we're always a group house, we always will be a group house. We have complete confidence in group market in 2018. Again, we hear some talk of the international business cooling off. But we feel very good about Las Vegas. The tragedy made for some very difficult moments around here and great concern, but the market has bounced back, and it appears to be running pretty strong [indiscernible] (00:50:14).



001298

Company Name: Las Vegas Sands
Company Ticker: LVS US
Date: 2018-01-24
Event Description: Q4 2017 Earnings Call
Market Cap: 61,214.77
Current PX: 77.44
YTD Change($): +7.95
YTD Change(%): +11.441
Bloomberg Estimates - EPS
Current Quarter: 0.791
Current Year: 3.094
Bloomberg Estimates - Sales
Current Quarter: 3243.714
Current Year: 13126.563

**\<A - Sheldon G. Adelson\>**: And Robin, we are the strongest MICE facility in the world. No integrated resort, no hotel has more MICE business than we do. That arises from my experience and the experience of our staff having been involved in the trade show business as far back as give or take 45 years. So somebody just builds a new convention center a few years ago and says in the newspaper, we're copying Adelson. You can't get that kind of experience. When I was in Japan a few months ago, one of the officials from the city of Osaka said, oh! I remember you, back in the early 1980s you helped to design Makuhari Messe.

Now, that's almost 40 years ago. Makuhari Messe is the biggest exhibition and convention center in all of Japan, and because I ran COMDEX, the Governor of Chiba, which is adjacent to Tokyo on the way to Narita Airport [indiscernible] (00:51:41) did with the COMDEX, and he sent his entire staff and he came as well to my office in Boston and we redesigned that convention center. So somebody who builds a convention center today isn't going to have any experience and the know-how, how to deal with the people. We earn in our Sands Expo Center here in Las Vegas, I think more money than any exhibition, it's called convention center in the United States. And we've always earned money, right almost from year one.

So nobody has, that's why we're in the strong position when it comes to new destinations, because there isn't a city in the world that doesn't want MICE space, that doesn't want MICE business. We're the experts in the MICE business. We know how to get it. If we get another location in the Pacific Rim, we'll have several locations surrounding the Pacific that could take shows that move from one city to another every year, that we're in a better position to pick those shows up to be in our convention center. And I think I'm not the only one who feels that way because it's my background, but the people, the elected officials in various prospective new destinations, they also feel that same way.

**\<Q - Robin M. Farley\>**: Great. That's helpful. Thank you.

## Operator

Your last question comes from Harry Curtis with Nomura Instinet. Your line is open.

**\<Q - Harry C. Curtis\>**: Hi. Good evening, everyone. I wanted to – my questions, I have two of them that focus on the development of The Londoner. First of all, Sheldon had talked about an incremental 1.7 million square feet. I'm assuming there the St. Regis suites comprise a reasonable chunk of that. Are you developing any other space that doesn't exist today?

**\<A - Sheldon G. Adelson\>**: No. We are looking to the government to give us an okay to do that, but I don't want to make any statement vis-à-vis how they responded to us. We're taking, we're adding in the apartment side of the tower that's close to 1 million square feet of the St. Regis Tower where we have about 300 apartments. And so that's a substantial part of that 1.7 million square feet. We have warehoused one or two levels for MICE space, and that will open up more completed space, and that will contribute another substantial portion of the 1.7 million square feet. I can understand Harry what you're thinking. We're not adding on 1.7 million square feet, we are converting unused space now from unused to used. So maybe we should have explained that a little better.

**\<A - Robert G. Goldstein\>**: Sorry. To Sheldon's point, St. Regis is a 1 million square feet roughly, and that's a shelled hotel, that's not been built out, but shelled. The 300,000 square feet was our additional retail that was always shelled, but not built out. The same with the 400,000 square feet more of MICE shelled, not built out. So it's a mammoth building, big footprint, a lot of which was never used.

**\<Q - Harry C. Curtis\>**: Okay. And then just the other, the last question was, when you think about [indiscernible] (00:55:31) the properties, what are the kind of iconic tourist sites are you planning to put out out-front to act as a tourist attraction?

**\<A - Sheldon G. Adelson\>**: The outside will be like the Big Ben in the parliament building. We will have the Tower Bridge represented somewhere. We will have telephone booths that are all over London, would use them as ATMs. So we'll have the telephone booths as ATMs or vice versa. We'll have two level buses. We'll have bearskin hats, a plenty, like the guards at the [indiscernible] (00:56:33), what's the palace, Buckingham Palace, and maybe we'll even have



001299

Company Name: Las Vegas Sands
Company Ticker: LVS US
Date: 2018-01-24
Event Description: Q4 2017 Earnings Call
Market Cap: 61,214.77
Current PX: 77.44
YTD Change($): +7.95
YTD Change(%): +11.441
Bloomberg Estimates - EPS
Current Quarter: 0.791
Current Year: 3.094
Bloomberg Estimates - Sales
Current Quarter: 3243.714
Current Year: 13126.563

some horses in buckskin hats riding down the Cotai Strip. Look, I want to say that one thing, people won't talk a lot about it, but we have 13,000 rooms interconnected. You can, you imagine if that was in Las Vegas or in any other location, I created that by creating the Cotai Strip. And if you could see 13,000 rooms without going outside, you could connect to all of the properties together without stepping outside in air conditioned space. And there is nowhere else like that in the world we have a property of different price rooms, of different sized sleeping rooms, and we have large and medium, maybe even small casinos. So there's a mixture of taste for everybody who wants to have a different experience.

There's no other property in Macau that has done that, and people say, oh! we have a lot of tables. Yes, we have a lot of tables because when I built the properties with so many rooms [indiscernible] (00:58:11) and restaurants and entertainment and the arena, and so much to attract so many people, whoever gets 400,000 people in one day in their properties. Never. No category, no group of properties in the world has ever attracted that many people. So I'm very proud of the fact that we have an interconnected 13,000 rooms that covers from small to medium to large in every aspect. Restaurants, I never added them up, and we probably have 100 or so places to eat, which is not good for my belt size. So we have that large number of tables because we needed them when we built. And so we have them. Not that we've got any extra, frankly we got fewer than anybody else, a fewer at the same time.

So I'm very proud of where we are in Macao, and I'm very excited about the possibility that Macao can grow. You guys weren't sitting there like I was standing on a hill, looking out over the swamp and the bay and saying to my wife and a colleague with me, I'm going to turn this bay and this swamp into Asia's Las Vegas. And everybody laughed and criticized me, except my wife. Stanley Ho said he's going to fail. He'll be in bankruptcy. He'll never get the first place built. If he does get it built, he'll never get it open, and I said and we created a confrontation. I said, Stanley, if it's too hot, get out of the kitchen. I'm sorry to say he's not around as much, so he could see that Cotai became the equivalent of what I said the Las Vegas Strip compared to downtown.

Now, there's something, there's a big jolt in the arm that downtown is going to get windy when the bridge opens. It said that it's going to open operational by the middle of this year because we've been hearing that for a couple of years. But there is a lot of belief that it will open next year, that could change downtown dramatically. People who've approached us and they want to buy the Sands Macao, I don't want to sell it, because I think that when the bridge opens, it could be a different property on the upside. So I'm very optimistic, and I'm very, very confident about the growth of Macao. As I said a couple of times today, it feels like 2014 and earlier.

**<Q - Harry C. Curtis>**: Thanks, Sheldon.

**<A - Sheldon G. Adelson>**: Thank you, Harry. Do we have any more questions?

## Operator

There are no more questions at this time.

## Sheldon G. Adelson

Okay. If that's the case, I want to thank everybody for coming in today, and I'll consider this earnings call adjourned.

## Operator

This concludes today's conference call. You may now disconnect.

*This transcript may not be 100 percent accurate and may contain misspellings and other inaccuracies. This transcript is provided "as is", without express or implied warranties of any kind. Bloomberg retains all rights to this transcript and provides it solely for your personal, non-commercial use. Bloomberg, its suppliers and third-party agents shall*



001300

**Company Name: Las Vegas Sands**     **Market Cap: 61,214.77**     **Bloomberg Estimates - EPS**
**Company Ticker: LVS US**     **Current PX: 77.44**     **Current Quarter: 0.791**
**Date: 2018-01-24**     **YTD Change($): +7.95**     **Current Year: 3.094**
**Event Description: Q4 2017 Earnings Call**     **YTD Change(%): +11.441**     **Bloomberg Estimates - Sales**
**Current Quarter: 3243.714**
**Current Year: 13126.563**

*have no liability for errors in this transcript or for lost profits, losses, or direct, indirect, incidental, consequential, special or punitive damages in connection with the furnishing, performance or use of such transcript. Neither the information nor any opinion expressed in this transcript constitutes a solicitation of the purchase or sale of securities or commodities. Any opinion expressed in the transcript does not necessarily reflect the views of Bloomberg LP.*

*© COPYRIGHT 2018, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.*

001301