Patrick G. Byrne (Nevada Bar #7636)
Morgan Petrelli (Nevada Bar #13221)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone:  702.784.5200
Facsimile:  702.784.5252
Email:  pbyrne@swlaw.com
         mpetrelli@swlaw.com

Walter C. Carlson (*Pro Hac Vice*)
Lawrence P. Fogel (*Pro Hac Vice*)
Martha C. Clarke (*Pro Hac Vice*)
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Telephone: 312.853.6892
Email: wcarlson@sidley.com
        lawrence.fogel@sidley.com
        mclarke@sidley.com

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| THE DANIELS FAMILY 2001 REVOCABLE TRUST, Individually and On Behalf of All Others Similarly Situated, | Case No.: 2:20-cv-01958-GMN-EJY |
| Plaintiff, | |
| v. | **DECLARATION OF PATRICK G. BYRNE IN SUPPORT OF DEFENDANTS' REPLY IN SUPPORT OF MOTION TO DISMISS AMENDED CLASS ACTION COMPLAINT** |
| LAS VEGAS SANDS CORP., DR. MIRIAM ADELSON, in her capacity as Special Administrator of the estate of SHELDON G. ADELSON, PATRICK DUMONT, and ROBERT G. GOLDSTEIN, | |
| Defendants. | |

1.      I am an attorney at Snell & Wilmer L.L.P., which along with Sidley Austin LLP, is counsel for Defendants Las Vegas Sands Corp. ("LVS"), Dr. Miriam Adelson, in her capacity as Special Administrator of the estate of Sheldon G. Adelson, Patrick Dumont, and Robert G. Goldstein (collectively "Defendants") in this action. I have personal knowledge of the facts stated in this declaration and am competent to testify to them.

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada  89169
702.784.5200

2.    Attached as **Exhibit 52**[1] is a true and correct copy of an Additional Excerpt of the Casino Control Act.

3.    Attached as **Exhibit 53** is a true and correct copy of an Excerpt of the 2016 LVS Schedule 14A (filed 4/22/2016).

4.    Attached as **Exhibit 54** is a true and correct copy of an Excerpt of the 2017 LVS Schedule 14A (filed 4/21/2017).

5.    Attached as **Exhibit 55** is a true and correct copy of an Excerpt of the 2018 LVS Schedule 14A (filed 4/20/2018).

6.    Attached as **Exhibit 56** is a true and correct copy of an Excerpt of the 2019 LVS Schedule 14A (filed 4/3/2019).

7.    Attached as **Exhibit 57** is a true and correct copy of an Excerpt of the 2020 LVS Schedule 14A (filed 4/1/2020).

8.    I declare under the penalty of perjury that the foregoing is true and correct.

Executed on August 5, 2021 at Las Vegas, Nevada.

/s/ *Patrick G. Byrne*
Patrick G. Byrne

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada  89169
702.784.5200

[1] Defendants' exhibits are sequentially numbered, continuing from the last exhibit to Defendants' Motion to Dismiss Amended Class Action Complaint. *See* ECF No. 63.

**EXHIBIT INDEX**

**To the Declaration of Patrick G. Byrne in Support of Defendants' Reply in Support of Motion to Dismiss Amended Class Action Complaint**

| Exhibit | Document | Page No. |
|---------|----------|----------|
| **52** | Additional Excerpt of Casino Control Act | 1355-58 |
| **53** | Excerpt of 2016 LVS Schedule 14A (filed 4/22/2016) | 1359-63 |
| **54** | Excerpt of 2017 LVS Schedule 14A (filed 4/21/2017) | 1364-69 |
| **55** | Excerpt of 2018 LVS Schedule 14A (filed 4/20/2018) | 1370-75 |
| **56** | Excerpt of 2019 LVS Schedule 14A (filed 4/3/2019) | 1376-81 |
| **57** | Excerpt of 2020 LVS Schedule 14A (filed 4/1/2020) | 1382-87 |

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

- 3 -

**CERTIFICATE OF SERVICE**

On August 5, 2021, I served the foregoing document on all parties appearing in this case when filing said document through the court's PACER system with automatic e-service on all persons who have registered for e-service on PACER for this case.


/s/ Lyndsey Luxford
An employee of SNELL & WILMER L.L.P.

4823-2864-3317

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200