# EXHIBIT 52

Additional Excerpt of
Casino Control Act

# EXHIBIT 52

**106.**—(1)  A casino operator shall —

(*a*)  display a notice in accordance with the directions of the Authority informing patrons where a copy of the rules for games under section 100 may be inspected;

(*b*)  display prominently in the casino —

(i)  the advice or information concerning those rules, the mode of payment of winning wagers and the payout odds of each winning wager; and

*[Act 36 of 2012 wef 31/01/2013]*

(ii)  such other advice or information to the player as the Authority directs; and

(*c*)  display prominently at each gaming table or location related to the playing of a game, a sign indicating the permissible minimum and maximum wagers pertaining to the game played there.

(2)  A casino operator shall —

(*a*)  allow a patron to inspect a copy of the rules for games on request.

*[Act 36 of 2012 wef 31/01/2013]*

(*b*)  [*Deleted by Act 36 of 2012 wef 31/01/2013*]

(3)  Any casino operator who fails to comply with subsection (1) or (2) shall be liable to disciplinary action.

*[Vic. CCA 1991, s. 66]*

### Operation of security equipment, etc.

**107.**—(1)  A casino operator shall ensure that all casino installations, equipment and procedures for security and safety purposes are used, operated and applied in accordance with the directions of the Authority.

(2)  Any casino operator who fails to comply with subsection (1) shall be liable to disciplinary action.

*[Vic. CCA 1991, s. 67]*

### Credit, etc.

**108.**—(1)  Except to the extent that this section or regulations relating to credit allow, no casino operator, licensed international market agent, agent or employee of a licensed international market agent, agent of a casino operator or casino employee shall, in connection with any gaming in the casino —

001355

(*a*)    accept a wager made otherwise than by means of money or chips;

(*b*)    lend money or any valuable thing;

(*c*)    provide money or chips as part of a transaction involving a credit card; or

*[Act 36 of 2012 wef 31/01/2013]*

(*d*)    extend any other form of credit.

*[Act 36 of 2012 wef 31/01/2013]*

(*e*)    [*Deleted by Act 36 of 2012 wef 31/01/2013*]

*[Act 36 of 2012 wef 31/01/2013]*

(2)  A casino operator may establish for a person a deposit account to which is to be credited the amount of any deposit to the account comprising any one or more of the following:

(*a*)    money;

(*b*)    a cheque payable to the casino operator;

*[Act 36 of 2012 wef 31/01/2013]*

(*c*)    a traveller's cheque;

*[Act 36 of 2012 wef 31/01/2013]*

(*d*)    chips.

*[Act 36 of 2012 wef 31/01/2013]*
*[Act 36 of 2012 wef 31/01/2013]*

(3)  The casino operator may issue to a person who establishes a deposit account and debit to the account chip purchase vouchers, cheques, chips or money, not exceeding in total value the amount standing to the credit of the account at the time of issue of the vouchers, cheques, chips or money.

*[Act 36 of 2012 wef 31/01/2013]*

(4)  The casino operator may, in exchange for a cheque payable to the casino operator or a traveller's cheque, issue to a person chip purchase vouchers of a value equivalent to the amount of the cheque or traveller's cheque.

(5)  A cheque accepted by the casino operator may, by agreement with the casino operator, be redeemed in exchange for the equivalent in value to the amount of the cheque of any one or more of the following:

(*a*)    money;

(*b*)    cheque payable to the casino operator;

(*c*)    chip purchase vouchers;

(*d*)    chips.

001356

(6) The casino operator —

    (*a*)   shall, within the time specified by the Authority by notice in writing given to the casino operator for the purposes of this subsection, deposit with an authorised bank a cheque accepted by the casino operator under this section; and

    (*b*)   shall not agree to the redemption of such a cheque for the purpose of avoiding compliance with paragraph (*a*).

(7) Notwithstanding anything in this section, a casino operator may provide chips on credit to a person —

    (*a*)   who is neither a citizen of Singapore nor a permanent resident of Singapore (as defined in section 116(9));

    (*b*)   who is a premium player; or

    (*c*)   who is a licensed international market agent for the performance of his functions as an international market agent.

*[Act 36 of 2012 wef 31/01/2013]*

(7A) Notwithstanding anything in this section, a licensed international market agent may provide chips on credit to a person who is neither a citizen of Singapore nor a permanent resident of Singapore (as defined in section 116(9)).

*[Act 36 of 2012 wef 31/01/2013]*

(7B) Where credit is provided under subsection (7) or (7A), the casino operator or licensed international market agent providing the credit shall do so in accordance with the prescribed requirements relating to credit.

*[Act 36 of 2012 wef 31/01/2013]*

(8) Any —

    (*a*)   casino operator which contravenes subsection (1), (6) or (7B);

    (*b*)   licensed special employee or licensed international market agent representative who contravenes subsection (1); or

    (*c*)   licensed international market agent which or who contravenes subsection (1) or (7B),

shall be liable to disciplinary action.

*[Act 36 of 2012 wef 31/01/2013]*

(8A) Every casino operator shall be liable for every act, omission, neglect or default of any agent of the casino operator or casino employee under this section, as fully and effectually as if the act, omission, neglect or default were done or committed by the

001357

casino operator.

*[Act 36 of 2012 wef 31/01/2013]*

(8B)  Every licensed international market agent shall be liable for every act, omission, neglect or default of any agent or employee of the licensed international market agent under this section, as fully and effectually as if the act, omission, neglect or default were done or committed by the licensed international market agent.

*[Act 36 of 2012 wef 31/01/2013]*

(8C)  Nothing in subsection (8A) or (8B) shall affect any liability of the agent of the casino operator, casino employee or agent or employee of the licensed international market agent by the operation of any other law.

*[Act 36 of 2012 wef 31/01/2013]*

(9)  Any person who —

   (*a*)   provides chips on credit to persons other than as permitted in subsection (7) or (7A) shall be deemed to be a moneylender for the purposes of the Moneylenders Act (Cap. 188); and

*[Act 36 of 2012 wef 31/01/2013]*

   (*b*)   lends money in accordance with this section shall be deemed not to be a moneylender for the purposes of the Moneylenders Act.

(10)  In this section, "cheque" means a cheque (other than a traveller's cheque) that —

   (*a*)   is drawn on an account of any bank for a specific amount payable on demand; and

*[Act 36 of 2012 wef 31/01/2013]*

   (*b*)   is dated but not post-dated.

*[Vic. CCA 1991, s. 68]*

## Automatic teller machines prohibited within casino premises

**109.**—(1)  A casino operator shall not provide or allow another person to provide any automatic teller machine within the boundaries of the casino premises.

(2)  Any casino operator who contravenes subsection (1) shall be liable to disciplinary action.

*[Vic. CCA 1991, s. 81AA]*

## Prohibited casino marketing arrangements

**110.**—(1)  No person shall organise or conduct a casino marketing arrangement which involves the participation of any citizen of Singapore or permanent resident of Singapore (as defined in section 116(9)).