# EXHIBIT 57

Excerpt of 2020 LVS
Schedule 14A
(filed 4/1/2020)

# EXHIBIT 57

**UNITED STATES**

**SECURITIES AND EXCHANGE COMMISSION**

Washington, D.C. 20549

## SCHEDULE 14A

Proxy Statement Pursuant to Section 14(a) of the Securities Exchange Act of 1934 (Amendment No. )

☑ Filed by the Registrant                    ☐ Filed by a Party other than the Registrant

| **Check the appropriate box:** | |
|---|---|
| ☐ | Preliminary Proxy Statement |
| ☐ | **Confidential, for Use of the Commission Only (as permitted by Rule 14a-6(e)(2))** |
| ☑ | Definitive Proxy Statement |
| ☐ | Definitive Additional Materials |
| ☐ | Soliciting Material Pursuant to § 240.14a-12 |



# Las Vegas Sands Corp.

*(Name of Registrant as Specified In Its Charter)*
*(Name of Person(s) Filing Proxy Statement, if other than the Registrant)*

| **Payment of Filing Fee (Check the appropriate box):** | |
|---|---|
| ☑ | **No fee required.** |
| ☐ | **Fee computed on table below per Exchange Act Rules 14a-6(i)(1) and 0-11.** |
| | (1)   Title of each class of securities to which transaction applies: |
| | (2)   Aggregate number of securities to which transaction applies: |
| | (3)   Per unit price or other underlying value of transaction computed pursuant to Exchange Act Rule 0-11 (set forth the amount on which the filing fee is calculated and state how it was determined): |
| | (4)   Proposed maximum aggregate value of transaction: |
| | (5)   Total fee paid: |
| ☐ | **Fee paid previously with preliminary materials.** |
| ☐ | **Check box if any part of the fee is offset as provided by Exchange Act Rule 0-11(a)(2) and identify the filing for which the offsetting fee was paid previously. Identify the previous filing by registration statement number, or the Form or Schedule and the date of its filing.** |
| | (1)   Amount Previously Paid: |
| | (2)   Form, Schedule or Registration Statement No.: |
| | (3)   Filing Party: |
| | (4)   Date Filed: |

001382



# LETTER FROM THE CHAIRMAN



**SHELDON G. ADELSON**
CHAIRMAN OF THE BOARD
AND CHIEF EXECUTIVE
OFFICER

APRIL 1, 2020

"The benefits of our convention-based Integrated Resort business model extend far beyond our own financial success. The Company's properties and service offerings increase the appeal of our host cities and countries as leisure and business tourism destinations, while helping to diversify their economies, attract outside investment and increase employment. I am proud to highlight the positive impact the Company and our team members bring to the local communities in which we operate.

Due to the impact of the coronavirus (COVID-19) pandemic, this is a time of uncertainty in each of our markets and around the world. We have seen the virus impact our team members and the communities in which we operate, and each one of us has seen our own families and neighbors impacted. What has impressed me so deeply is how our team members in Macao, Singapore, and Las Vegas have risen to the challenge in so many different ways, providing support to those that have been impacted in our host communities.

I believe we are well-positioned to  weather this storm.  On behalf of the Board of Directors and the management of Las Vegas Sands, thank you for your support and good wishes during this difficult period, and I send my best wishes to you and your families for good health."

Dear Stockholder:

You are cordially invited to attend the 2020 Annual Meeting of stockholders of Las Vegas Sands Corp. (the "Company"), which will be held on May 14, 2020, at 11:00 a.m. Pacific time, at the Sands Showroom at The Venetian Resort Las Vegas located at 3355 Las Vegas Boulevard South, Las Vegas, Nevada 89109.

Details regarding admission to the meeting and the business to be presented at the meeting can be found in the accompanying Notice of Annual Meeting and Proxy Statement.

Although we intend to hold the Annual Meeting in person, we are monitoring the protocols that federal, state and local governments may recommend or require in light of the evolving coronavirus (COVID-19) pandemic. The health and well-being of our team members and our stockholders are paramount. As a result, we may impose additional procedures or limitations on meeting attendees (beyond those described herein) or may decide to hold the meeting in a virtual-only format over the Internet. Any such changes regarding the Annual Meeting will be announced in a press release and the filing of additional proxy materials with the SEC.

This year, we again are pleased to take advantage of Securities and Exchange Commission (the "SEC") rules that allow companies to furnish proxy materials to stockholders via the Internet. We believe these rules allow us to provide our stockholders with the information they need, while lowering the costs of delivery and reducing the environmental impact of producing and distributing materials for our annual meeting. Accordingly, we are sending a Notice of Internet Availability of Proxy Materials (the "Notice") to our stockholders of record and beneficial owners, unless they have directed us to provide the materials in a different manner. The Notice provides instructions on how to access and review all of the important information contained in the accompanying Proxy Statement and Annual Report to Stockholders, as well as how to submit a proxy by telephone or over the Internet. If you receive the Notice and would still like to receive a printed copy of our proxy materials, instructions for requesting these materials are included in the Notice. The Company plans to mail the Notice to stockholders by April 1, 2020. The Company will continue to mail a printed copy of this Proxy Statement and form of proxy to certain stockholders, and it expects that mailing will begin on or about April 1, 2020.

Your vote is important. Whether or not you are able to attend, it is important your shares be represented at the meeting. Please follow the instructions in the Notice and vote as soon as possible.

Yours sincerely,

*Sheldon G. Adelson*

001383

# INFORMATION REGARDING THE BOARD OF DIRECTORS AND BOARD AND OTHER COMMITTEES

## — BOARD

### NYSE Listing Standards

The NYSE's corporate governance rules generally require a majority of independent directors serve on the Board. In addition, the NYSE corporate governance rules generally require all of the members of a company's Audit Committee, Compensation Committee and Nominating and Governance Committee to be independent directors.

The Company qualifies as a "controlled company" under NYSE governance rules because Mr. Adelson, his wife and trusts and other entities for the benefit of the Adelsons and their family members control more than 50 percent of the voting power of the Company's Common Stock. The Board consists of a majority of independent directors, although, as a controlled company, the Company is exempt from the general NYSE requirement to have a majority of independent directors serve on the Board. The Board has a nominating and corporate governance committee and a compensation committee composed entirely of independent directors, although this is not required because as a controlled company the Company is exempt from the applicable NYSE requirement.

### Independent Directors

The Board has determined six of the eleven current members of the Board, namely Ms. Chau and Messrs. Jamieson, Koppelman, Kramer, Levi and Yan, satisfy the criteria for independence under applicable rules promulgated under the Securities Exchange Act of 1934, as amended (the "Exchange Act"), and the NYSE corporate governance rules. In making its determinations, the Board reviewed all the relevant facts and circumstances, the standards set forth in our Corporate Governance Guidelines, the NYSE rules and other applicable laws and regulations.

Two of our outside directors, Messrs. Chafetz and Forman, have business and personal relationships with our controlling stockholder, Mr. Adelson. Mr. Chafetz was a stockholder, vice president and director of the entity that owned and operated the COMDEX trade show and The Sands Expo and Convention Center, which were created and developed by Mr. Adelson. Mr. Forman was vice president and general counsel of this entity. Mr. Chafetz also is a trustee of several trusts for the benefit of Mr. Adelson's family members that beneficially own shares of our Common Stock. For additional information, see "Proxy and Voting Information — How You Can Vote" and "Security Ownership of Certain Beneficial Owners and Management" above. These relationships with Mr. Adelson also include making joint investments and other significant financial dealings. As a result, Messrs. Adelson, Chafetz and Forman may have their financial interests aligned and, therefore, the Board does not consider Messrs. Chafetz and Forman to be independent directors.

### Board Meetings

The Board held six meetings during 2019. The work of the Company's directors is performed not only at meetings of the Board and its committees, but also by consideration of the Company's business through the review of documents and in numerous communications among Board members and others. In 2019, all directors attended at least 75% of the aggregate of all meetings of the Board and committees on which they served during the periods in which they served, other than Mr. Adelson. Mr. Adelson was unable to attend at least 75% of our Board meetings due to a medical matter.

### Annual Meeting

Our directors are encouraged to attend each annual meeting of stockholders and all of our directors, other than Mr. Adelson, attended our 2019 annual meeting of stockholders held on May 16, 2019. Mr. Adelson was unable to attend due to a medical matter.

001384



INFORMATION REGARDING THE BOARD OF DIRECTORS AND BOARD AND OTHER COMMITTEES

## — BOARD COMMITTEES

The table below illustrates the current chairs and membership of the Board and of each standing Board committee, the independence status of each Board member and the number of Board and board committee meetings held during fiscal 2019.

| Director | Board of Directors | Audit Committee | Compensation Committee | Nominating and Governance Committee | Compliance Committee |
|---|---|---|---|---|---|
| Sheldon G. Adelson | Chair | | | | |
| Robert G. Goldstein | ✔ | | | | |
| Patrick Dumont | ✔ | | | | |
| Irwin Chafetz | ✔ | | | | |
| Charles D. Forman | ✔ | | | | |
| Micheline Chau* | ✔ | ✔ | ✔ | | |
| George Jamieson* | ✔ | ✔ | | | Chair |
| Charles A. Koppelman* | ✔ | | Chair | ✔ | ✔ |
| Lewis Kramer* | ✔ | Chair | | ✔ | |
| David F. Levi* | ✔ | | ✔ | Chair | ✔ |
| Xuan Yan* | ✔ | ✔ | | | ✔ |
| 2019 Meetings | 6 | 7 | 5 | 5 | 4 |

\* Independent Director
✔ Member

## Standing Committees

Our Board has four standing committees: an audit committee (the "Audit Committee"), a compensation committee (the "Compensation Committee"), a nominating and governance committee (the "Nominating and Governance Committee") and a compliance committee (the "Compliance Committee"). Each of the standing committees operates under a written charter approved by the Board.

### AUDIT COMMITTEE

| Members: | |
|---|---|
| Lewis Kramer (Chair)<br>Micheline Chau<br>George Jamieson<br>Xuan Yan<br><br>Meetings held in 2019: 7<br><br>All members are independent | **The primary purpose of the Audit Committee is to assist with the Board's oversight of:**<br>• the integrity of our financial statements<br>• our internal audit function, including audit plans, audit results and the performance of our internal audit team<br>• the review of related party transactions as further described below under "Corporate Governance — Related Party Transactions"<br>• our enterprise risk management as further described below under "Corporate Governance — The Board's Role in Risk Oversight"<br>• our information security program (including cyber security) |

**Our Audit Committee selects our independent registered public accounting firm and has direct oversight responsibility over the firm, including:**
• reviewing the firm's plan, scope and results of our annual audit, and the fees for the services performed
• the qualifications, independence and performance of the firm
• the firm's annual audit of our financial statements and any engagement to provide other services

The Board has determined Ms. Chau and Messrs. Jamieson, Kramer and Yan are each independent under applicable NYSE and federal securities rules and regulations on independence of audit committee members. The Board has determined each of the members of the Audit Committee is "financially literate" and that Mr. Kramer qualifies as an "audit committee financial expert," as defined in the NYSE listing standards and federal securities rules and regulations. The Audit Committee's activities also involve numerous discussions and other communications among its members and others.

001385

INFORMATION REGARDING THE BOARD OF DIRECTORS AND BOARD AND OTHER COMMITTEES

## COMPENSATION COMMITTEE

| Members: | The Compensation Committee has direct responsibility for the compensation of our executive officers and the authority to: |
|---|---|
| Charles A. Koppelman (Chair) Micheline Chau David F. Levi Meetings held in 2019: 5 All members are independent | • approve salaries, bonuses and other elements of employment and to approve employment agreements for our executive officers and certain other highly compensated employees<br>• administer our equity award plan, as amended and restated (the "Amended and Restated 2004 Equity Award Plan"), under which we grant stock options and other equity awards<br>• approve our Executive Cash Incentive Plan, our short-term incentive plan under which we provide short-term incentive compensation awards |
| | The Compensation Committee is also involved in the Company's enterprise risk management process as further described below under "Corporate Governance — The Board's Role in Risk Oversight" and "Corporate Governance — 2019 Executive Compensation Risk Assessment" and may delegate its authority to the extent permitted by the Board, the Compensation Committee charter, our by-laws, state law and NYSE regulations.<br><br>Additional information about the Compensation Committee, its responsibilities and its activities is provided below under "Compensation Discussion and Analysis." |

## NOMINATING AND GOVERNANCE COMMITTEE

| Members: | The purpose of the Nominating and Governance Committee is to: |
|---|---|
| David F. Levi (Chair) Lewis Kramer Charles A. Koppelman Meetings held in 2019: 5 All members are independent | • review and make recommendations regarding the composition of the Board and its committees<br>• implement policies and procedures for the selection of Board members<br>• identify individuals qualified to become Board members and select, or recommend the Board select, director nominees<br>• assess, develop and make recommendations to the Board with respect to Board effectiveness and related corporate governance matters, including corporate governance guidelines and procedures intended to organize the Board appropriately<br>• oversee the evaluation of the Board and management |

## COMPLIANCE COMMITTEE

| Members: | The primary purpose of the Compliance Committee is to assist with the Board's oversight of: |
|---|---|
| George Jamieson (Chair) Charles A. Koppelman David F. Levi Xuan Yan Meetings held in 2019: 4 All members are independent | • the compliance program with respect to compliance with the laws and regulations applicable to the Company's business, including gaming laws and regulations<br>• the compliance with the Company's Code of Business Conduct and Ethics, Anti-Corruption Policy, Anti-Money Laundering Policy and Reporting and Non-Retaliation Policy applicable to the Company's directors, officers, team members, contractors and agents |

## Compensation Committee Interlocks and Insider Participation

None of the individuals who served as a member of our Compensation Committee during 2019 is, or has been, an employee or officer of the Company. None of our executive officers serve, or in the past year served, as a member of the board of directors or compensation committee of any entity that has one or more executive officers who serve on our Board or Compensation Committee.

001386



INFORMATION REGARDING THE BOARD OF DIRECTORS AND BOARD AND OTHER COMMITTEES

## — NON-BOARD COMMITTEE

### Operational Compliance Committees

The Company has operational compliance committees (the "Operational Compliance Committees") for each of its gaming operations in Las Vegas, Macao and Singapore. The Company created the Operational Compliance Committees to exercise its best efforts to identify and evaluate situations arising in the course of the Company's businesses, wherever conducted, which may have an adverse effect upon its objectives or those of gaming control and thereby cause concern to any gaming authority. The Operational Compliance Committees monitor the Company's activities so as to assist the Company's senior management with regard to the Company's: business associations, that is, to protect the Company from associations with persons denied licensing or other related approvals, or who may be deemed unsuitable to be associated with the Company; business practices and procedures; compliance with any special conditions imposed upon the Company's licenses; reports submitted to gaming authorities; and compliance with the laws, regulations and orders of governmental agencies having jurisdiction over the Company's gaming or business activities. The Operational Compliance Committee in Las Vegas operates under a written regulatory Compliance Program approved by the Nevada Gaming Control Board; in Macao, the Operational Compliance Committee operates under a Compliance Plan approved by the Sands China Ltd. ("SCL") Audit Committee; and in Singapore, the Operational Compliance Committee operates under a written Compliance Plan submitted to the Casino Regulatory Authority of Singapore. The Company's Senior Vice President and Global Chief Compliance Officer chairs the Las Vegas Operational Compliance Committee and the Chief Compliance Officers in each of Macao and Singapore chair their respective Operational Compliance Committees. The chairs of the Operational Compliance Committees report to the applicable board oversight body in their respective region: the Compliance Committee, in the case of Las Vegas, the SCL Audit Committee, in the case of Macao, and the Marina Bay Sands ("MBS") Board, in the case of Singapore. The members of the Operational Compliance Committees are employees of their respective entities. The Las Vegas Operational Compliance Committee also has an independent member who is not otherwise employed by the Company and who possesses a background in and extensive experience with gaming control in Nevada.

## — MANAGEMENT SUCCESSION PLANNING AND DEVELOPMENT

A primary responsibility of the Board of Directors is planning for chief executive officer succession. As Chairman of the Board, Mr. Adelson is focused on succession planning as it is imperative to business continuity. At least annually, the Board and the Nominating and Governance Committee work with the Chairman of the Board and the Chief Executive Officer on the Company's management succession planning for the Chief Executive Officer and other key senior officers, as well as to develop plans for interim succession for the Chief Executive Officer. In addition, the Chairs of the Nominating and Governance Committee and Compensation Committee meet with the Chief Executive Officer annually to review the development of our key senior officers.

001387