John P. Aldrich, Esq.
NV Bar No. 6877
**Aldrich Law Firm, Ltd.**
7866 West Sahara Ave.
Las Vegas, NV 89117
Tel: (702) 853-5490

Shannon L. Hopkins (*Pro Hac Vice*)
Adam Apton (To Be Admitted *Pro Hac Vice*)
**Levi & Korsinsky, LLP**
1111 Summer Street, Suite 403
Stamford, CT 06905
Tel: (203) 992-4523

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE DANIELS FAMILY 2001 REVOCABLE TRUST, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>LAS VEGAS SANDS CORP., SHELDON G. ADELSON, and PATRICK DUMONT,<br><br>Defendants. | Case No. 2:20-cv-01958-GMN-EJY<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR RECONSDIERATION AND EXTENDING TIME TO FILE THE AMENDED COMPLAINT** |

Having considered the papers filed in support of Lead Plaintiffs Carl S. Ciaccio and Donald M. DeSalvo ("Plaintiffs") Motion for Reconsideration and to Extend Time to File the Amended Complaint, and for good cause appearing, IT IS HEREBY ORDERED that Plaintiffs' Motion is GRANTED and Plaintiffs shall have until ten (10) days from the date of this order to amend their complaint.

Dated: _____          _____
                                 HONORABLE    GLORIA    M.    NAVARRO
                                 UNITED STATES DISTRICT JUDGE

1