Patrick G. Byrne (Nevada Bar #7636)
Morgan Petrelli (Nevada Bar #13221)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone:  702.784.5200
Facsimile:  702.784.5252
Email:  pbyrne@swlaw.com
        mpetrelli@swlaw.com

Walter C. Carlson (*Pro Hac Vice*)
Lawrence P. Fogel (*Pro Hac Vice*)
Martha C. Clarke (*Pro Hac Vice*)
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Telephone: 312.853.6892
Email:  wcarlson@sidley.com
        lawrence.fogel@sidley.com
        mclarke@sidley.com

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| THE DANIELS FAMILY 2001 REVOCABLE TRUST, Individually and On Behalf of All Others Similarly Situated,<br><br>                                    Plaintiff,<br><br>v.<br><br>LAS VEGAS SANDS CORP., DR. MIRIAM ADELSON, in her capacity as Special Administrator of the estate of SHELDON G. ADELSON, PATRICK DUMONT, and ROBERT G. GOLDSTEIN,<br><br>                                    Defendants. | Case No.: 2:20-cv-01958-CDS-EJY<br><br>**DECLARATION OF PATRICK G. BYRNE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS SECOND AMENDED CLASS ACTION COMPLAINT** |

1.    I am an attorney at Snell & Wilmer L.L.P., which along with Sidley Austin LLP, is counsel for Defendants Las Vegas Sands Corp. ("LVS"), Dr. Miriam Adelson, in her capacity as Special Administrator of the estate of Sheldon G. Adelson, Patrick Dumont, and Robert G. Goldstein (collectively "Defendants") in this action. I have personal knowledge of the facts stated in this declaration and am competent to testify to them.

- 1 -

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

2.    Attached are true and correct copies of the following exhibits:

**Exhibit 1**: LVS 2015 Form 10-K (filed 2/26/2016).

**Exhibit 2**: LVS 2016 Form 10-K (filed 2/24/2017).

**Exhibit 3**: LVS 2017 Form 10-K (filed 2/23/2018).

**Exhibit 4**: LVS 2018 Form 10-K (filed 2/22/2019).

**Exhibit 5**: LVS 2019 Form 10-K (filed 2/7/2020).

**Exhibit 6**: LVS 2020 Form 10-K (filed 2/5/2021).

**Exhibit 7**: Excerpt of Casino Control Act.

**Exhibit 8**: Casino Control (Casino Licence and Fees) Regulations 2009.

**Exhibit 9**: Casino Control (Credit) Regulations 2010.

**Exhibit 10**: Casino Control (Internal Controls) Regulations 2013.

**Exhibit 11**: Casino Control (Prevention of Money Laundering and Terrorism Financing) Regulations 2009.

**Exhibit 12**: Casino Regulatory Authority Press Release, "CRA Renews MBS Casino Licence (2016)" dated 4/19/2016.

**Exhibit 13**: Casino Regulatory Authority Press Release, "CRA Renews MBS Casino Licence (2019)" dated 4/18/2019.

**Exhibit 14**: Casino Regulatory Authority Press Release, "CRA Renews MBS Casino Licence (2022)" dated 4/18/2022.

**Exhibit 15**: Statement of Claim and Writ of Summons filed in Case No. HC/S 967/2019 between Wang Xi and Marina Bay Sands Pte. Ltd., dated 9/26/2019 (High Court of the Republic of Singapore).[1]

**Exhibit 16**: *Bloomberg* Article, "Singapore Sands Sued by Chinese Ex-Client Claiming $6.6 Million," dated 10/10/2019.

**Exhibit 17**: *Bloomberg* Article, "Singapore Police Probe Former Patron's Marina Bay Sands Claims," dated 5/12/2020.

---

[1] Defendants have redacted limited, personal-data identifiers from Exhibit 15. This redacted information is not pertinent to the case but Defendants can file an unredacted version of this exhibit under seal upon request from the Court.

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

**Exhibit 18**: *Bloomberg* Article, "Adelson's Singapore Casino Probed Over Laundering Controls," dated 6/4/2020.

**Exhibit 19**: *Bloomberg* Article, "Adelson's Singapore Casino Probed Over Laundering Controls," dated 6/5/2020.

**Exhibit 20**: *Bloomberg* Article, "Singapore Mulls Tighter Anti-Laundering Rules for Casinos," dated 6/7/2020.

**Exhibit 21**: *Bloomberg* Article, "Sheldon Adelson's Singapore Casino Ends Suit with $6.5 Million Payment," dated 7/19/2020.

**Exhibit 22**: *Bloomberg* Article, "Adelson's Singapore Casino Hires Law Firm to Probe $1 Billion in Transfers," dated 9/16/2020.

**Exhibit 23**: *Bloomberg* Article, "Sheldon Adelson's Singapore Casino Paid Price for Courting China's High Rollers," dated 12/21/2020.

**Exhibit 24**: Securities and Exchange Commission Order, filed in *In the Matter of Las Vegas Sands Corp.*, File No. 3-17204, dated 4/7/2016.

**Exhibit 25**: Excerpt of 2016 LVS Schedule 14A (filed 4/22/2016).

**Exhibit 26**: Excerpt of 2017 LVS Schedule 14A (filed 4/21/2017).

**Exhibit 27**: Excerpt of 2018 LVS Schedule 14A (filed 4/20/2018).

**Exhibit 28**: Excerpt of 2019 LVS Schedule 14A (filed 4/3/2019).

**Exhibit 29**: Excerpt of 2020 LVS Schedule 14A (filed 4/1/2020).

**Exhibit 30**: LVS Stock Price Chart. This chart is generated based on publicly available information pulled from Yahoo Finance! of LVS's closing stock price from September 1, 2019 – December 31, 2020.

**Exhibit 31**: Comparative Stock Price Chart. This chart is generated based on publicly available information pulled from Yahoo Finance! of the closing stock prices of LVS, MGM, and Wynn, from September 1, 2019 – December 31, 2020. It also includes the Dow Jones U.S. Gambling Index, pulled from MarketWatch, for that same period.

**Exhibit 32**: Excerpt of LVS 2020 Q1 Form 10-Q (filed 4/24/2020).

**Exhibit 33**: Excerpt of LVS 2020 Q2 Form 10-Q (filed 7/24/2020).

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

**Exhibit 34**: Transcript from JPMorgan Gaming, Lodging, Restaurant & Leisure Management Access Forum (3/10/2016).

3.      I declare under the penalty of perjury that the foregoing is true and correct.

Executed on May 18, 2022 at Las Vegas, Nevada.

/s/ *Patrick G. Byrne*
Patrick G. Byrne

- 4 -

## CERTIFICATE OF SERVICE

On May 18, 2022, I served the foregoing document on all parties appearing in this case when filing said document through the court's PACER system with automatic e-service on all persons who have registered for e-service on PACER for this case.


*/s/ Lyndsey Luxford*
An employee of SNELL & WILMER L.L.P.

4871-8962-9984