Patrick G. Byrne (Nevada Bar #7636)
Morgan Petrelli (Nevada Bar #13221)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: 702.784.5200
Facsimile: 702.784.5252
Email: pbyrne@swlaw.com
        mpetrelli@swlaw.com

Walter C. Carlson (*Pro Hac Vice*)
Lawrence P. Fogel (*Pro Hac Vice*)
Martha C. Clarke (*Pro Hac Vice*)
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Telephone: 312.853.6892
Email: wcarlson@sidley.com
        lawrence.fogel@sidley.com
        mclarke@sidley.com

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| THE DANIELS FAMILY 2001 REVOCABLE TRUST, Individually and On Behalf of All Others Similarly Situated, | Case No.: 2:20-cv-01958-CDS-EJY |
| Plaintiff, | **APPENDIX OF EXHIBITS TO DECLARATION OF PATRICK G. BYRNE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS SECOND AMENDED CLASS ACTION COMPLAINT** |
| v. | |
| LAS VEGAS SANDS CORP., DR. MIRIAM ADELSON, in her capacity as Special Administrator of the estate of SHELDON G. ADELSON, PATRICK DUMONT, and ROBERT G. GOLDSTEIN, | **(VOLUME 2 OF 8)** |
| Defendants. | |

**APPENDIX AND TABLE OF CONTENTS**

| Exhibit | Volume | Document | Page Numbers |
|---------|--------|----------|--------------|
| 1 | I | LVS 2015 Form 10-K (filed 2/26/2016) | 000001-000165 |
| 2 | II | LVS 2016 Form 10-K (filed 2/24/2017) | 000166-000324 |

- 1 -

| Exhibit | Volume | Document | Page Numbers |
|---|---|---|---|
| 3 | III | LVS 2017 Form 10-K (filed 2/23/2018) | 000325-000468 |
| 4 | IV | LVS 2018 Form 10-K (filed 2/22/2019) | 000469-000612 |
| 5 | V | LVS 2019 Form 10-K (filed 2/7/2020) | 000613-000751 |
| 6 | VI | LVS 2020 Form 10-K (filed 2/5/2021) | 000752-000887 |
| 7 | VI | Excerpt of Casino Control Act | 000888-000955 |
| 8 | VI | Casino Control (Casino Licence and Fees) Regulations 2009 | 000956-000964 |
| 9 | VI | Casino Control (Credit) Regulations 2010 | 000965-000978 |
| 10 | VI | Casino Control (Internal Controls) Regulations 2013 | 000979-000988 |
| 11 | VII | Casino Control (Prevention of Money Laundering and Terrorism Financing) Regulations 2009 | 000989-001006 |
| 12 | VII | Casino Regulatory Authority Press Release, "CRA Renews MBS Casino Licence (2016)" dated 4/19/2016 | 001007-001008 |
| 13 | VII | Casino Regulatory Authority Press Release, "CRA Renews MBS Casino Licence (2019)" dated 4/18/2019 | 001009-001010 |
| 14 | VII | Casino Regulatory Authority Press Release, "CRA Renews MBS Casino Licence (2022)" dated 4/18/2022 | 001011-001012 |
| 15 | VII | Statement of Claim and Writ of Summons filed in Case No. HC/S 967/2019 between Wang Xi and Marina Bay Sands Pte. Ltd., dated 9/26/2019 (High Court of the Republic of Singapore) | 001013-001030 |
| 16 | VII | *Bloomberg* Article, "Singapore Sands Sued by Chinese Ex-Client Claiming $6.6 Million," dated 10/10/2019 | 001031 |
| 17 | VII | *Bloomberg* Article, "Singapore Police Probe Former Patron's Marina Bay Sands Claims," dated 5/12/2020 | 001032-001033 |
| 18 | VII | *Bloomberg* Article, "Adelson's Singapore Casino Probed Over Laundering Controls," dated 6/4/2020 | 001034-001036 |
| 19 | VII | *Bloomberg* Article, "Adelson's Singapore Casino Probed Over Laundering Controls," dated 6/5/2020 | 001037-001042 |
| 20 | VII | *Bloomberg* Article, "Singapore Mulls Tighter Anti-Laundering Rules for Casinos," dated 6/7/2020 | 001043-001044 |
| 21 | VII | *Bloomberg* Article, "Sheldon Adelson's Singapore Casino Ends Suit with $6.5 Million Payment," dated 7/19/2020 | 001045-001046 |

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

| Exhibit | Volume | Document | Page Numbers |
|---------|--------|----------|--------------|
| 22 | VII | *Bloomberg* Article, "Adelson's Singapore Casino Hires Law Firm to Probe $1 Billion in Transfers," dated 9/16/2020 | 001047-001050 |
| 23 | VII | *Bloomberg* Article, "Sheldon Adelson's Singapore Casino Paid Price for Courting China's High Rollers," dated 12/21/2020 | 001051-001054 |
| 24 | VII | Securities and Exchange Commission Order, filed in *In the Matter of Las Vegas Sands Corp.*, File No. 3-17204, dated 4/7/2016 | 001055-001069 |
| 25 | VII | Excerpt of 2016 LVS Schedule 14A (filed 4/22/2016) | 001070-001075 |
| 26 | VII | Excerpt of 2017 LVS Schedule 14A (filed 4/21/2017) | 001076-001080 |
| 27 | VIII | Excerpt of 2018 LVS Schedule 14A (filed 4/20/2018) | 001081-001085 |
| 28 | VIII | Excerpt of 2019 LVS Schedule 14A (filed 4/3/2019) | 001086-001091 |
| 29 | VIII | Excerpt of 2020 LVS Schedule 14A (filed 4/1/2020) | 001092-001095 |
| 30 | VIII | LVS Stock Price Chart | 001096-001103 |
| 31 | VIII | Comparative Stock Price Chart | 001104-001111 |
| 32 | VIII | Excerpt of LVS 2020 Q1 Form 10-Q (filed 4/24/2020) | 001112-001119 |
| 33 | VIII | Excerpt of LVS 2020 Q2 Form 10-Q (filed 7/24/2020) | 001120-001127 |
| 34 | VIII | Transcript from JPMorgan Gaming, Lodging, Restaurant & Leisure Management Access Forum (3/10/2016) | 001128-001137 |

Dated: May 18, 2022

SNELL & WILMER L.L.P.

 */s/ Patrick Byrne*

Patrick G. Byrne, Esq.
Morgan Petrelli, Esq.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169

Walter C. Carlson (*Pro Hac Vice*)
Lawrence P. Fogel (*Pro Hac Vice*)
Martha C. Clarke (*Pro Hac Vice*)
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603

*Attorneys for Defendants*

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada  89169
702.784.5200

**CERTIFICATE OF SERVICE**

On May 18, 2022, I served the foregoing document on all parties appearing in this case when filing said document through the court's PACER system with automatic e-service on all persons who have registered for e-service on PACER for this case.

*/s/ Lyndsey Luxford*
An employee of SNELL & WILMER L.L.P.

4895-5738-0128

- 4 -