# EXHIBIT 8

# Casino Control (Casino Licence and Fees) Regulations 2009

# EXHIBIT 8

**Casino Control (Casino Licence and Fees) Regulations 2009**

**Table of Contents**

**Enacting Formula**

1 Citation and commencement

**Part I CASINO LICENCE**

2 Application for casino licence

3 Other matters to be considered in determining applications

4 Costs of investigation of application

5 Term of casino licence

6 Casino licence fee

7 Refund or remission of casino licence fee

8 Application to renew casino licence

**Part II BOUNDARIES OF CASINO PREMISES**

9 Approval of casino boundaries plan

10 Redefinition of boundaries by casino operator

11 Boundaries redefined by Authority

12 Adjustments to surveillance or layout

**Part III MISCELLANEOUS**

13 Fees to be paid directly to bank account of Authority

**THE SCHEDULE Fees**

**No. S 429**

CASINO CONTROL ACT
(CHAPTER 33A)

CASINO CONTROL (CASINO LICENCE AND FEES) REGULATIONS 2009

In exercise of the powers conferred by sections 44, 45, 49, 51 and 200 of the Casino Control Act, the Casino Regulatory Authority of Singapore, with the approval of the Minister for Home Affairs, hereby makes the following Regulations:

**Citation and commencement**

**1.** These Regulations may be cited as the Casino Control (Casino Licence and Fees) Regulations 2009 and shall come into operation on 23rd September 2009.

PART I

CASINO LICENCE

**Application for casino licence**

**2.**—(1) An application for a casino licence shall be submitted using the relevant application form issued by the Authority —

   (*a*)   in electronic form using the website of the Authority at http://bpnet.cra.gov.sg;

   (*b*)   if there is a malfunction of the website referred to in sub-paragraph (*a*), in paper form accompanied by an electronic copy thereof to the office of the Authority; or

   (*c*)   in such other manner as the Authority may specify in any particular case.

  (2)   Every application under paragraph (1) shall be accompanied by —

   (*a*)   the application fee specified in the Schedule;

   (*b*)   such documents as the Authority may specify evidencing the applicant's ownership of the designated site;

000957

(c)    the disclosure of corporate or individual information in the form provided by the Authority for the applicant and such associates of the applicant as the Authority may specify; and

(d)    such other documents as the Authority may require to determine the application.

(3)  Any particulars of any information or records required by the Authority under section 47 of the Act or a change of information to be given under section 48 of the Act in relation to an application under this regulation shall, wherever possible, be submitted in the same manner in which the application was submitted.

(4)  The Authority may refuse to consider any application under this regulation if —

(a)    the application is incomplete;

(b)    any person refuses to allow the investigation in respect of the application under section 46 of the Act; or

(c)    the application fee or the estimated costs of investigation required under regulation 4(2) are not paid.

## Other matters to be considered in determining applications

**3.**  For the purposes of section 45(2)(i) of the Act, the Authority shall, in addition to the matters in section 45(2)(a) to (ha) of the Act, consider, in relation to the applicant and each associate of the applicant, whether each such person —

(a)    has any undesirable or unsatisfactory financial resources; and

(b)    has a consistent track record of compliance with legal and regulatory requirements applicable to it, whether in relation to casino gaming or otherwise and whether in Singapore or elsewhere.

*[S 8/2016 wef 31/01/2013]*

## Costs of investigation of application

**4.**—(1)  The costs of such investigations and inquiries as may be required under section 46 of the Act shall be borne by the applicant.

(2)  The Authority may, from time to time, give a written notice to the applicant of the estimated costs of investigation and require the applicant to pay such estimated costs to the Authority within such period as may be specified in the notice.

(3)  At the conclusion of the investigation into the application or if the application is withdrawn, the Authority shall certify the actual costs of the investigation, and shall —

000958

(*a*)    where the actual costs of investigation are lower than the amount paid under paragraph (2), refund the excess without interest to the applicant; or

(*b*)    where the actual costs of investigation are higher than the amount paid under paragraph (2), by a written notice, require the applicant to reimburse the Authority the excess within such period as may be specified in the notice.

## Term of casino licence

**5.** A casino licence shall be valid —

(*a*)    for 3 years; or

(*b*)    if by reason of the amount of casino licence fee paid or for any other reason, the Authority is of the opinion that the term in paragraph (*a*) is not appropriate, for such shorter term as the Authority may specify in the licence.

## Casino licence fee

**6.**—(1)  For the purposes of section 49A of the Act, the casino licence fee shall be the appropriate licence fee specified in the Schedule.

*[S 8/2016 wef 31/01/2013]*

(2)  The casino licence fee for the entire term of the casino licence granted to a casino operator shall be payable before the date of commencement of the licence.

(3)  If, during the term of a casino licence granted to or renewed for a casino operator (called in this regulation the first casino operator), another casino operator commences operation of another casino, the Authority may refund the first casino operator an amount computed in accordance with the formula:

$$A \times \frac{B}{365},$$

where A  is —

(*a*)    $4.4 million if the first casino operator's casino licence is granted or renewed on or after 15 January 2016 but before 1 December 2018; or

(*b*)    $4.8 million if the first casino operator's casino licence is granted or renewed on or after 1 December 2018; and

000959

B is the number of days of the term remaining of the first casino operator's casino licence when there are 2 casinos in operation.

*[S 779/2018 wef 01/12/2018]*
*[S 8/2016 wef 12/01/2016]*

(3A) Despite paragraph (3), the Authority may refuse to refund the first casino operator under that paragraph if the first casino operator did not pay the casino licence fee specified in the Schedule to operate the only casino, or an additional amount of casino licence fee under paragraph (4).

*[S 8/2016 wef 12/01/2016]*

(4) Where there are 2 casinos in operation and one casino ceases its operation, the remaining casino operator must pay to the Authority an additional amount of casino licence fee computed in accordance with the formula:

$$A \times \frac{C}{365},$$

where A is —

   (*a*)   $4.4 million if the remaining casino operator's casino licence is granted or renewed on or after 15 January 2016 but before 1 December 2018; or

   (*b*)   $4.8 million if the remaining casino operator's casino licence is granted or renewed on or after 1 December 2018; and

C is the number of days of the term remaining of the remaining casino operator's casino licence when its casino is the only casino in operation.

*[S 779/2018 wef 01/12/2018]*
*[S 8/2016 wef 12/01/2016]*

(4A) A part of a day is to be treated as one day in calculating the number of days for the purposes of paragraphs (3) and (4).

*[S 8/2016 wef 12/01/2016]*

(5) Any fraction of a dollar included in the amount so computed in accordance with the formula under paragraph (3) or (4) shall be rounded up to the nearest whole dollar.

**Refund or remission of casino licence fee**

**7.**—(1) Any casino licence fee paid or payable by a casino operator to the Authority shall not be refunded or remitted if the casino licence is cancelled or suspended during

000960

the period to which the fee relates.

(2) Subject to paragraph (1), the Authority may, where it considers appropriate, refund or remit the whole or part of any casino licence fee paid or payable to it.

## Application to renew casino licence

**8.**—(1) Regulations 2, 3 and 4 shall apply, with the necessary modifications, to an application to renew a casino licence.

(2) An application to renew a casino licence shall be submitted to the Authority not later than 6 months before the date of expiry of the licence, or such shorter period as the Authority may allow, and shall be accompanied by the renewal fee specified in the Schedule.

PART II

BOUNDARIES OF CASINO PREMISES

## Approval of casino boundaries plan

**9.**—(1) For the purposes of section 51(1) of the Act, any person who applies or intends to apply for a casino licence shall submit a plan indicating the boundaries of the proposed casino premises within a designated site (referred to as the casino boundaries plan).

(2) The Authority may approve the boundaries of the casino premises as shown on the casino boundaries plan and may grant the casino licence for those premises.

## Redefinition of boundaries by casino operator

**10.**—(1) A casino operator which intends to redefine the boundaries of its casino premises shall apply to the Authority for approval of the proposed redefinition at least 30 days before the date of the proposed redefinition, or within such shorter period as the Authority may allow.

(2) Every application under paragraph (1) shall contain —

(*a*)   a revised casino boundaries plan showing the proposed redefinition of the boundaries of the casino premises;

(*b*)   the date and time the proposed redefinition is to take effect; and

(*c*)   the reasons for the proposed redefinition.

(3) For the purposes of section 51(3) of the Act, the application fee to redefine the

boundaries of the casino premises is specified in the Schedule.

(4) The application fee to redefine the boundaries of the casino premises shall be payable in advance and shall not be refundable.

(5) The revised casino boundaries plan, if approved by the Authority, will replace the casino boundaries plan earlier approved for the casino premises.

(6) A casino operator shall ensure that the redefinition of the boundaries of its casino premises is carried out in accordance with the revised casino boundaries plan approved by the Authority under this regulation.

(7) A casino operator which contravenes paragraph (6) shall be liable to disciplinary action under section 54 of the Act.

## Boundaries redefined by Authority

**11.**—(1) Where the Authority proposes to redefine the boundaries of any casino premises under section 51(2) of the Act, a casino operator shall, within 30 days of the date it is notified of such proposed redefinition or such longer period as the Authority may allow, submit to the Authority for approval —

(*a*) a revised casino boundaries plan showing the Authority's proposed redefinition of the boundaries of the casino premises; and

(*b*) the proposed date and time the redefinition will take effect.

(2) The revised casino boundaries plan, if approved by the Authority, will replace the casino boundaries plan earlier approved for the casino premises.

(3) A casino operator shall ensure that the redefinition of the boundaries of its casino premises is carried out in accordance with the revised casino boundaries plan approved by the Authority under this regulation.

(4) A casino operator which contravenes paragraph (1) or (3) shall be liable to disciplinary action under section 54 of the Act.

## Adjustments to surveillance or layout

**12.** Where any adjustments would have to be made to the casino surveillance system or to the layout of the casino premises as a result of the redefinition of casino boundaries (whether on the application of the casino operator or by the Authority of its own motion), the casino operator shall ensure that it complies with the provisions of the Casino Control (Surveillance) Regulations 2009 (G.N. No. S 431/2009) and the Casino Control (Casino Layout) Regulations 2009 (G.N. No. S 430/2009), respectively.

000962

PART III

MISCELLANEOUS

**Fees to be paid directly to bank account of Authority**

**13.** All fees and any other moneys payable under these Regulations shall be paid directly by electronic funds transfer to such bank account of the Authority as the Authority may designate from time to time.

THE SCHEDULE

Regulations 2(2), 6(1), 8(2) and 10(3)

FEES

| | | | |
|---|---|---|---|
| 1. | | For an application for a casino licence | $1,100 |
| 2. | | Casino licence fee for a casino licence granted or renewed on or after 15 January 2016 but before 1 December 2018 — | |
| | (*a*) | to operate the only casino in operation | $26.4 million per annum |
| | (*b*) | to operate one of 2 casinos in operation | $22 million per annum |
| 2A. | | Casino licence fee for a casino licence granted or renewed on or after 1 December 2018 — | |
| | (*a*) | to operate the only casino in operation | $28.8 million per annum |
| | (*b*) | to operate one of 2 casinos in operation | $24 million per annum |
| 3. | | For an application for renewal of a casino licence | $850 |
| 4. | | For an application to redefine casino boundaries | $270. |

*[S 779/2018 wef 01/12/2018]*
*[S 8/2016 wef 12/01/2016]*
*[S 609/2012 wef 11/12/2012]*

Made this 17th day of September 2009.

RICHARD MAGNUS

000963

*Chairman,*
*Casino Regulatory Authority of*
*Singapore.*

[CRA 5/2/2C V3; AG/LEG/SL/33A/2006/10 Vol. 1]

000964