# EXHIBIT 14

Casino Regulatory Authority Press Release, "CRA Renews MBS Casino Licence (2019)" dated 4/18/2022

# EXHIBIT 14

 A Singapore Government Agency Website



**NEWS & EVENTS**

Home  ›  News & Events  ›  News Releases  ›  **CRA RENEWS MBS CASINO LICENCE (2022)**

## CRA RENEWS MBS CASINO LICENCE (2022)

18 Apr 2022

The Casino Regulatory Authority of Singapore has renewed the casino licence of Marina Bay Sands Pte. Ltd. (MBS) under Section 49 of the Casino Control Act (CCA). This is after assessing that MBS has fulfilled the requirements set out in Section 45 of the CCA. The licence was renewed for another 3 years with effect from 26 April 2022.

Communications & International Relations Branch
Casino Regulatory Authority of Singapore

## News & Events

›  **News Releases**

›  Media Coverage

›  Events

›  Enforcement Actions

›  Speeches

›  Features

001011

Case 2:20-cv-01958-CDS-EJY    Document 82-4    Filed 05/18/22    Page 3 of 3

# Casino Regulatory Authority

Best viewed using the latest versions of
Chrome, Firefox, Safari and Internet Explorer

Careers

Useful Links

REACH

FAQs

Contact

Feedback

Sitemap

---

Report Vulnerability

Privacy Statement

Terms of Use

Data Protection Policy

© 2019 Government of Singapore
Last Updated on 15 Aug 2019

001012