# EXHIBIT 16

*Bloomberg* Article, "Singapore Sands Sued by Chinese Ex-Client Claiming $6.6 Million," dated 10/10/2019

# EXHIBIT 16

Case 2:20-cv-01958-CDS-EJY Document 92-6 Filed 05/18/22 Page 2 of 2

Business

# Singapore Sands Sued by Chinese Ex-Client Claiming $6.6 Million

By Chanyaporn Chanjaroen
October 10, 2019, 12:03 AM PDT

Marina Bay Sands hotel Photographer: SeongJoon Cho/Bloomberg

A Chinese former gambler at Marina Bay Sands Pte is suing the Singapore-based casino operator to recover S$9.1 million ($6.6 million) he claims was transferred to other casino patrons without his authorization.

Wang Xi discovered in July that the money was missing as a result of 22 transfers allegedly made from his casino deposit accounts between October and December of 2015, according to a Sept. 26 statement of claim filed in the High Court in Singapore. Wang doesn't know the people who allegedly received the money, the claim said.

Marina Bay Sands, owned by Las Vegas Sands Corp., is one of two firms granted exclusive licenses by the Singapore government to operate casinos on the island. Earlier this year, the government agreed to extend the licenses held by Genting Singapore Ltd. and Las Vegas Sands to 2030, in exchange for pledges to invest S$9 billion into local tourism projects.

According to the suit, Marina Bay Sands told Wang it received authorization letters signed by him in Macao for the disputed transactions. Wang said his signature had been copied and pasted on to the authorization letters.

Marina Bay Sands told him the originals had been destroyed by the Singapore firm's Macao affiliate for "reasons of confidentiality," the lawsuit said.

The casino operator "failed to verify whether the Disputed Authorization Letters were in fact signed by the plaintiff before effecting the disputed transactions," according to the lawsuit.

A representative for Marina Bay Sands declined to comment. Wang is represented by Paul Tan and Alessa Pang at Rajah & Tann Singapore LLP. Both declined to comment.

The case is Wang Xi v. Marina Bay Sands Pte. Ltd., S967/2019, Singapore High Court.

001031