# EXHIBIT 26

Excerpt of 2017 LVS
Schedule 14A
(filed 4/21/2017)

# EXHIBIT 26

DEF 14A 1 lvs-06082017xdef14a.htm DEF 14A
Table of Contents

# SCHEDULE 14A INFORMATION

**Proxy Statement Pursuant to Section 14(a) of the
Securities Exchange Act of 1934
(Amendment No.    )**

Filed by the Registrant ☒                    Filed by a Party other than the Registrant ☐

Check the appropriate box:

☐     Preliminary Proxy Statement

☐     **Confidential, for Use of the Commission Only (as permitted by Rule 14a-6(e)(2))**

☒     Definitive Proxy Statement

☐     Definitive Additional Materials

☐     Soliciting Material Pursuant to § 240.14a-11(c) or § 240.14a-12

# LAS VEGAS SANDS CORP.

**(Name of Registrant as Specified In Its Charter)**

**(Name of Person(s) Filing Proxy Statement, if other than the Registrant)**

Payment of Filing Fee (Check the appropriate box):

☒ No fee required.

☐ Fee computed on table below per Exchange Act Rules 14a-6(i)(4) and 0-11.

  (1)   Title of each class of securities to which transaction applies:

  (2)   Aggregate number of securities to which transaction applies:

  (3)   Per unit price or other underlying value of transaction computed pursuant to Exchange Act Rule 0-1 (set forth the amount on which the filing fee is calculated and state how it was determined):

  (4)   Proposed maximum aggregate value of transaction:

  (5)   Total fee paid:

☐ Fee paid previously with preliminary materials.

☐ Check box if any part of the fee is offset as provided by Exchange Act Rule 0-11(a)(2) and identify the filing for which the offsetting fee was paid previously. Identify the previous filing by registration statement number, or the Form or Schedule and the date of its filing.

001076

(1)   Amount Previously Paid:

_____

(2)   Form, Schedule or Registration Statement No.:

_____

(3)   Filing Party:

_____

(4)   Date Filed:

_____

001077



## LETTER FROM THE CHAIRMAN

April 21, 2017

Dear Stockholder:

You are cordially invited to attend the 2017 annual meeting of stockholders of Las Vegas Sands Corp., which will be held on June 8, 2017 at 2:30 p.m. Pacific time, at the Sands Showroom at The Venetian Resort Hotel Casino located at 3355 Las Vegas Boulevard South, Las Vegas, Nevada 89109.

Details regarding admission to the meeting and the business to be presented at the meeting can be found in the accompanying Notice of Annual Meeting and Proxy Statement.

This year, we again are pleased to take advantage of Securities and Exchange Commission (the "SEC") rules that allow companies to furnish proxy materials to stockholders via the Internet. We believe that these rules allow us to provide our stockholders with the information they need, while lowering the costs of delivery and reducing the environmental impact of producing and distributing materials for our annual meeting. Accordingly, we are sending a Notice of Internet Availability of Proxy Materials (the "Notice") to our stockholders of record and beneficial owners, unless they have directed us to provide the materials in a different manner. The Notice provides instructions on how to access and review all of the important information contained in the accompanying Proxy Statement and Annual Report to Stockholders, as well as how to submit a proxy by telephone or over the Internet. If you receive the Notice and would still like to receive a printed copy of our proxy materials, instructions for requesting these materials are included in the Notice. The Company plans to mail the Notice to stockholders by April 21, 2017. The Company will continue to mail a printed copy of this Proxy Statement and form of proxy to certain stockholders, and it expects that mailing will begin on or about April 21, 2017.

Your vote is important. Whether or not you are able to attend, it is important that your shares be represented at the meeting. Please follow the instructions in the Notice and vote as soon as possible.

On behalf of the Board of Directors and the management of Las Vegas Sands Corp., thank you very much for your support.

Yours sincerely,

SHELDON G. ADELSON
*Chairman of the Board*
*and Chief Executive Officer*

001078

Table of Contents

## SECURITY OWNERSHIP OF CERTAIN BENEFICIAL OWNERS AND MANAGEMENT

The following table sets forth information as of April 10, 2017 as to the beneficial ownership of our Common Stock, in each case, by:

- each person known to us to be the beneficial owner, in an individual capacity or as a member of a "group," of more than 5% of our Common Stock;
- each named executive officer;
- each of our directors; and
- all of our executive officers and directors, taken together.

| Name of Beneficial Owner[2] | Beneficial Ownership[1] | |
| --- | --- | --- |
| | Shares | Percent (%) |
| Sheldon G. Adelson[3][4] | 78,826,722 | 9.9% |
| Dr. Miriam Adelson[3][5] | 327,085,377 | 41.3 |
| General Trust under the Sheldon G. Adelson 2007 Remainder Trust[3][6] | 87,718,919 | 11.1 |
| General Trust under the Sheldon G. Adelson 2007 Friends and Family Trust[3][7] | 87,718,918 | 11.1 |
| Robert G. Goldstein[8] | 766,212 | * |
| Patrick Dumont[9] | 107,500 | * |
| Lawrence A. Jacobs | — | * |
| George Tanasijevich[10] | 197,654 | * |
| Ira H. Raphaelson[11] | 24,417 | * |
| Irwin Chafetz[3][12] | 252,632,902 | 31.9 |
| Micheline Chau[13] | 6,443 | * |
| Charles D. Forman[14] | 216,940 | * |
| Steven L. Gerard[15] | 6,692 | * |
| George Jamieson[16] | 6,435 | * |
| Charles A. Koppelman[17] | 10,819 | * |
| Lewis Kramer | — | * |
| David F. Levi[18] | 7,197 | * |
| All current executive officers and current directors of our Company, taken together (12 persons)[19] | 80,038,521 | 10.1% |

---

\*    Less than 1%.

(1)   A person is deemed to be a "beneficial owner" of a security if that person has or shares voting power, which includes the power to vote or direct the voting of such security, or investment power, which includes the power to dispose of or to direct the disposition of such security. A person is also deemed to be a beneficial owner of any securities of which that person has a right to acquire beneficial ownership within 60 days. Securities that can be so acquired are deemed to be outstanding for purposes of computing such person's ownership percentage, but not for purposes of computing any other person's percentage. Under these rules, more than one person may be deemed a beneficial owner of the same securities and a person may be deemed to be a beneficial owner of such securities as to which such person has no economic interest. Except as otherwise indicated in these footnotes, each of the beneficial owners has, to our knowledge, the sole voting and investment power with respect to the indicated shares of Common Stock. Percentages are based on 792,268,004 shares issued and outstanding at the close of business on April 10, 2017 (including unvested shares of restricted stock, but excluding treasury shares), plus any shares of our Common Stock underlying options held by all individuals listed on the table that are vested and exercisable.

(2)   Other than Ira H. Raphaelson, the address of each person named in this table is c/o Las Vegas Sands Corp., 3355 Las Vegas Boulevard South, Las Vegas, Nevada 89109.

(3)   Sheldon G. Adelson, Dr. Miriam Adelson, Irwin Chafetz, the General Trust under the Sheldon G. Adelson 2007 Remainder Trust and the General Trust under the Sheldon G. Adelson 2007 Friends and Family Trust, together with Timothy D. Stein, constitute a "group" that, as of April 10, 2017, collectively beneficially owned 431,987,723 shares of our Common Stock, or 54.5% of the total number of shares issued and outstanding as of that date, for purposes of Section 13(d)(3) of the Securities Exchange Act of 1934. Each of the foregoing persons may be deemed to beneficially own certain shares beneficially owned by the other persons in such "group."

001079

Table of Contents

(4) This amount includes (a) 66,026,921 shares of our Common Stock held by Mr. Adelson, (b) 61,905 unvested shares of restricted stock held by Mr. Adelson, (c) options to purchase 171,186 shares of our Common Stock that are vested and exercisable, and (d) 12,566,710 shares of our Common Stock held by an entity over which Mr. Adelson, as co-manager, shares voting and dispositive control.

(5) This amount includes (a) 93,779,145 shares of our Common Stock held by Dr. Adelson, (b) 1,912,515 shares of our Common Stock held by trusts for the benefit of Dr. Adelson and her family members over which Dr. Adelson, as trustee, retains sole voting control and shares dispositive power, (c) 924,689 shares of our Common Stock held by trusts or custodial accounts for the benefit of Dr. Adelson's family members over which Dr. Adelson, as trustee or in another fiduciary capacity, retains sole voting control and dispositive power, (d) 217,902,318 shares of our Common Stock held by trusts for the benefit of Dr. Adelson and her family members over which Dr. Adelson, as trustee, shares dispositive power, and (e) 12,566,710 shares of our Common Stock held by an entity over which Dr. Adelson, as co-manager, shares voting and dispositive control.

(6) This amount includes 87,718,919 shares of our Common Stock held by the General Trust under the Sheldon G. Adelson 2007 Remainder Trust.

(7) This amount includes 87,718,918 shares of our Common Stock held by the General Trust under the Sheldon G. Adelson 2007 Friends and Family Trust.

(8) This amount includes (a) 127,057 shares of our Common Stock held by The Robert and Sheryl Goldstein Trust, and (b) options to purchase 639,155 shares of our Common Stock that are vested and exercisable.

(9) This amount includes options to purchase 107,500 shares of our Common Stock held by Mr. Dumont that are vested and exercisable.

(10) This amount includes (a) 25,179 shares of our Common Stock held by Mr. Tanasijevich, and (b) options to purchase 172,475 shares of our Common Stock that are vested and exercisable.

(11) Mr. Raphaelson ceased to serve as Executive Vice President and Global General Counsel on August 21, 2016.

(12) This amount includes (a) 71,422 shares of our Common Stock held by Mr. Chafetz, (b) 2,139 unvested shares of restricted stock, (c) options to purchase 10,000 shares of our Common Stock that are vested and exercisable, (d) 217,902,318 shares of our Common Stock held by trusts for the benefit of members of the Adelson family over which Mr. Chafetz, as trustee, retains sole voting control and shares dispositive power, (e) 33,305,328 shares of our Common Stock held by trusts for the benefit of members of the Adelson family over which Mr. Chafetz, as trustee, retains sole voting control and dispositive power, and (f) 1,341,695 shares of our Common Stock held by a trust for the benefit of members of the Adelson family over which Mr. Chafetz, as trustee, shares dispositive power. Mr. Chafetz disclaims beneficial ownership of the shares of our Common Stock held by any trust for which he acts as trustee, and this disclosure shall not be deemed an admission that Mr. Chafetz is a beneficial owner of such shares for any purpose.

(13) This amount includes (a) 1,818 shares of our Common Stock held by Ms. Chau, (b) 2,139 unvested shares of restricted stock and (b) options to purchase 2,486 shares of our Common Stock that are vested and exercisable.

(14) This amount includes (a) 204,801 shares of our Common Stock held by Mr. Forman, (b) 2,139 unvested shares of restricted stock, and (c) options to purchase 10,000 shares of our Common Stock that are vested and exercisable.

(15) This amount includes (a) 2,818 shares of our Common Stock held by Mr. Gerard, (b) 2,139 unvested shares of restricted stock, and (c) options to purchase 1,735 shares of our Common Stock that are vested and exercisable.

(16) This amount consists of (a) 2,802 shares of our Common Stock held by Mr. Jamieson, (b) 2,139 unvested shares of restricted stock, and (c) options to purchase 1,494 shares of our Common Stock that are vested and exercisable.

(17) This amount includes (a) 8,680 shares of our Common Stock held by Mr. Koppelman and (b) 2,139 unvested shares of restricted stock.

(18) This amount includes (a) 1,818 shares of our Common Stock held by Mr. Levi, (b) 2,139 unvested shares of restricted stock and (b) options to purchase 3,240 shares of our Common Stock that are vested and exercisable.

(19) This amount includes 76,878 unvested shares of restricted stock and options to purchase 1,119,271 shares of our Common Stock that are vested and exercisable and held by the Company's current executive officers and current directors. This amount does not include the 252,549,341 shares of Common Stock Mr. Chafetz has beneficial ownership of as a trustee of the trusts referenced in footnote 12 above.

5

001080