# EXHIBIT 34

Transcript from JPMorgan Gaming, Lodging, Restaurant & Leisure Management Access Forum (3/10/2016)

# EXHIBIT 34

THOMSON REUTERS STREETEVENTS

# EDITED TRANSCRIPT

LVS - Las Vegas Sands Corp at JPMorgan Gaming, Lodging, Restaurant & Leisure Management Access Forum

EVENT DATE/TIME: MARCH 10, 2016 / 10:10PM GMT

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2016 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS

001128

MARCH 10, 2016 / 10:10PM, LVS - Las Vegas Sands Corp at JPMorgan Gaming, Lodging, Restaurant & Leisure Management Access Forum

## CORPORATE PARTICIPANTS

**Dan Briggs** *Las Vegas Sands Corp. - SVP of IR*

**Rob Goldstein** *Las Vegas Sands Corp. - President & COO*

## CONFERENCE CALL PARTICIPANTS

**Joe Greff** *J.P. Morgan - Analyst*

## PRESENTATION

**Joe Greff** *- J.P. Morgan - Analyst*

Good afternoon, everybody. We're excited to have with us the folks from Las Vegas Sands here. The handsome guy in the back, Dan Briggs, is the one who quarterbacks Investor Relations, and to my right is Rob Goldstein.

---

**Rob Goldstein** *- Las Vegas Sands Corp. - President & COO*

Not so handsome I'm old.

---

**Joe Greff** *- J.P. Morgan - Analyst*

President and Chief Operating Officer. Obviously it's been an interesting time more recently for Macao with the topic of the word stabilization that I think Sheldon introduced on the most recent earnings call. And before maybe we kind of talk about some of the stabilization trends that market may be experiencing, maybe Rob, since I know you're in the weeds on this, maybe you could just talk about your top strategic initiatives for your properties in Macao right now.

---

**Rob Goldstein** *- Las Vegas Sands Corp. - President & COO*

Sure. Our business in Macao, as you probably know, is a little different than [most]. We've always been somewhat focused on the mass market and so we have an ample supply of lodging, retail and of course gaming capacity, which in these times serves us very well, as Macao last month, and it continues to evolve into a full-blown mass market. There's no way to describe it otherwise. The junket business is -- it maybe is starting to show some signs of leveling off, but still it's been a very challenging couple of years in that segment.

The mass business, which we traffic in from day one in Macao, we opened up in 2004 for the Sands on the Peninsula and we still operate that property. It's still amazing how much money you can make in the mass segment and we're very comfortable in that segment. As the customers gravitate more towards Cotai, our focus is getting our share obviously -- we'll have with the Parisian opening up of 13,000 sleeping rooms in Macao sometime this year. And so with that kind of lodging capacity, our retail business there is still very healthy. Obviously we're suffering a bit at the very top end, like everyone is. The high end -- the high street retailers have really been -- they have suffered double-digit declines last couple of years, but the mass business is actually very frothy and quite strong.

Our focus is keep watching our cost, keep waiting for the market to get better on the GGR topline, continue to use our room advantage or interconnectivity of our properties. We're big believers in the market, still the best market gaming market in the world by a multiple of five or six. And we do believe that the newcomers to the market, the VEN property is going to be spectacular, we're sure. Our Parisian, we believe, will be spectacular. Our Parisian, as you know, is more in the vein of The Venetian. That's the theme property. We think is the right approach to the Mainland Chinese customer segment. That themed approach is very seductive to that customer.

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2016 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



THOMSON REUTERS

001129

So we feel very well positioned in Macao. If you've watched our business the last couple of years, we're very margin focused, we're very interested in keeping our rooms filled, our hotels are bringing in very good occupancies at fair rates and our gaining capacity gives a very strong advantage. We think Parisian is a game changer for us, along with VEN, along with eventually MGM. The movement of business to -- it will move more and more from the Peninsula to Cotai and that serves us well, since we're the biggest player in Cotai by a bunch.

So we're very focused on growing our business intelligently, measured approach, not overreacting, cutting cost where we can and retaining our ability to make billions of dollars in Macao, as we have the last couple of years. So we're still very much a believer in the Macao market and we believe in its growth. And again, a billion-plus Chinese people, most of them haven't been to Cotai or to Macao. We think the new attraction will bring more people to that market, but also the existing market is going to change from Peninsula and I think you'll see a bigger split in favor of the Cotai properties in 2016 and 2017.

**Joe Greff** *- J.P. Morgan - Analyst*

For you in Macao the last two quarters, relative to what we were forecasting, you were able to do a very good job on the margin front. And certainly this is the most recent earnings seasons for all the Macao operators, maybe with the exception of one, generated relatively better than expected margin performance and there was cost control. When you think about the promotional environment there, is it really everybody is in the same boat in a tough environment, so therefore no one is being a drunken sailor with comps or [play] reinvestment dollars, and does that change if things stabilize and new properties open up?

**Rob Goldstein** *- Las Vegas Sands Corp. - President & COO*

Historically, it's funny people never differentiate. I've heard that question for decades in this industry and the funny thing is the worst markets of all and promotions and spending tend to be in very frothy high-end markets. In mass markets, it's tough to be as promotional. Think about it, you're running a business -- [was in] Macao last month, you walk around the table and those have come down quite a bit from they were a couple of years ago, obviously. It's hard to give away a lot to a person who buys a room, has a gaming budget, but reasonable gaming, he is not betting or she is not betting thousands of dollars or betting hundreds of dollars. So what do you give away? You discount the room, maybe, and you're seeing some of that -- mid-week in Macao, you're seeing some of that. But on the gaming side, when you're a mass market audience, you're not able to comp that much and you can't be that silly, because that market isn't -- it's not addressable. You can't talk to 10,000 gamers who are betting a couple of hundred Hong Kong a hand.

So I don't think you're going to see Macao go that direction, except for room pricing. That might be those vulnerable of all the promotional discounting. What made Macao vulnerable, I think, in the couple of years ago is when we had couple of hundred players a day losing insane amounts of money, which pushed the GGRs way up and those people are obviously ones you attack when you're promoting, our salespeople do that, (inaudible) business. We have a very small sample size of customers who are gambling large amounts of money. They're the most seductive for the salespeople to get things away and for the operators.

In don't think Macao is going to get -- I don't think promotions will become, on the gaming side, all that difficult. I think you're going to see more promotions, we're discounting on rooms, because obviously the inventory is growing significantly. With VEN, Parisian, MGM, you're talking about what, 5,000, 6,000 more keys coming on board. So that could be vulnerable on the room cost side. But I still think the beauty of Macao is the propensity of the Asian customer to gamble as higher, any place in the world. And so, even with you discounting rooms, you are awarded in the Casino side. How Vegas was 40 years ago, 30 years ago.

**Joe Greff** *- J.P. Morgan - Analyst*

On this theme or idea of stabilization in Macao, is there a noticeable trend difference between the base mass and the premium mass, whether it's on an absolute basis or a relative trend basis?

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2016 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



THOMSON REUTERS
001130

**Rob Goldstein** - *Las Vegas Sands Corp. - President & COO*

I think we all know that there's three basic segments that drove Macao. The junket segment has become a non-material segment for us. The base segment, clearly the most important and the most sustainable today, Joe, I think we're going to see Macao really pop some good numbers and we see a return to more premium mass and I think that's the piece that every operator is waiting for and hopping to see more of it in 2016. Obviously, in these economic times it's tougher than ever to see that customer covered. It is tougher to make money, it is tougher to move money and you've got more companies do what we did a couple of years ago, and that's become very regulatory compliant, very concerned about.

So the trade Macao is, when you see that premium mass segment get healthy, you'll see GRRs balance. I think, we'll see a recovery quickly. But I think at this point we're still focused on the pure mass. And that's where our strength resides. [Many wish their premium] customer come back the table, literally the table. You're going to see a lot of people make a lot more money. But I haven't seen evidence of real strength there.

What is happening at Macao is two trends. I think you're aware of [our state], what I think is the obvious. Trend one is, it's much more a weekend holiday market than ever. The swings between Tuesday, Wednesday, Thursday and Friday, Saturday, Sunday are very dramatic in terms of GRR and visitors. So you're seeing a lot of participation, weekends are very healthy for us, especially. Two, I think --

**Joe Greff** - *J.P. Morgan - Analyst*

And why is that?

**Rob Goldstein** - *Las Vegas Sands Corp. - President & COO*

Well because -- yes, I think what you're saying is before you could again not be -- if the hotel is running empty, but you had enough high-end business junket, it was influenced by -- it's kind of like going into a very high-end retail store, you're walking from these stores and think where are the customers? You hear about a store doing $100 million, you walk in, there's no one ever there, because there are six people that buy $20 million piece or something. It's like that. The gaming world Macao is influenced by a very small group of very high-end customers. When I say small, couple of hundred a day, a thousand people a day that drove tremendous GGR that it is basically not there right now, or they are much less often.

So on weekends and holidays, you're getting a lot of -- Chinese New Years, you saw numbers over the holiday period. You're getting a lot more visitation on weekends, a lot more people looking for a sleeping room. It's more traditional like a gaming market in Las Vegas or any place else in the world. It's weekend, holiday, more working people, not so much the very, very high-end and so it's much more predictable and much more difficult mid-week in terms of making money. We're lucky, because when they do show up, you need capacity. What gives LVS, or SCL a very strong advantage in that market is when the customer demand is there, a lot of rooms, a lot of lodging capacity, a lot of retail capacity, a lot of gaming capacity, we have it. So you saw our numbers during Chinese New Years, you saw the market. The people who have got lots of rooms and lots of capacity will take advantage of these huge weekends and holidays and they are going to be the winners this market right now. And that coupled with the Cotai, the move into Cotai, we've been in a very good place.

**Joe Greff** - *J.P. Morgan - Analyst*

Does the level of stabilization or the trajectory of current trends, in your opinion, influence how the government determines the timing of new property openings? And I ask it within context of social harmony or not trying to disrupt social harmony has been important, at least publicly in the past, the prior statements by the government and want to make a case in more challenging environment that new capacity might disrupt social harmony. So how does the government, when they communicate with you all, kind of put all this in a blender and they kind of come with an outcome? Easy question.

4

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2016 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



THOMSON REUTERS
001131

MARCH 10, 2016 / 10:10PM, LVS - Las Vegas Sands Corp at JPMorgan Gaming, Lodging, Restaurant & Leisure Management Access Forum

**Rob Goldstein** *- Las Vegas Sands Corp. - President & COO*

Yes, I'm trying to think if I have an intelligent answer to give you. The government, firstly, I want say that I think the government is a lot more supportive in Macao than generally perceived. I think the government in Macao and the government in Mainland want to see a success of this destination. You're seeing that more recently in statements. I do think we're getting more support than ever, vis-a-vis visitors and Macao and being positive on the market itself. I think there is a misconception a bit that somehow there's an anti-Macao sentiment. I think all these issues -- on the currency issues and things that impacted Mainland macro -- China issues, which we've been -- say my retail has been affected by -- I don't think it's anti-Macao. I think they want to see Macao do very well, lot of pride in Macao. What they want to see is a more sustainable Macao that mimics what you see outside these doors in Las Vegas. They want to see lots of things to do, more of a middle-class environment, great restaurants, spas, the conventions. The things we've been doing for 10 years is what they want to see. They want to see more development, not just gaming centric. And I think the government is very supportive. Does the government on the social harmony want to coordinate the openings? I don't have any visibility into that. I've never had a conversation with a -- say to us, you can't open or you can open, you should do this. I've never been part of that conversation, so I wouldn't want to pretend to know. I think the government obviously pays attention. I've never in all the years [I've been at] Macao, or all the means I've had, I've never had a government official say, you can't open, you should open, you don't do this, this is important. If that happens, it has not in my presence, Joe, so it's still no.

The government wants to see and continues to, I think, monitor Macao and wants to see us all succeed. I really believe that in my heart. I think they are very proud of what we've done there. They walk through Cotai and I think they are very happy about what you're seeing in Cotai, the offerings, the retail, the restaurants and even very clear in their direction. They want to see -- well, a lot of things that Sheldon built 10 years ago, people kind of chuckled about. (inaudible) space and huge malls and huge hotels and people will say, well, there is no demand for that stuff there. Well, clearly there is demand. And clearly it's become a market that is really driven by mass consumers and it's more sustainable, it's more believable and I think we've got the best that we've got the most [product] on Cotai and it is a mass market. So to your question, weekends and holidays, that's when you make the money more than ever in Macao. If you don't have sufficient capacity on those Fridays and Saturdays and Chinese New Years and holidays, you just can't make a lot of money.

**Joe Greff** *- J.P. Morgan - Analyst*

Something that you touched on earlier -- before in terms of the impact that market has seen from Mainland Chinese policies, addressing corruption issues, addressing cash flow (inaudible) recognizing that you are more mass than VIP? What VIP player or premium mass player is going to Macao now; or that's not going to Macao tomorrow, because of those concerns, like, who is that person that was -- didn't care about these issues or policies and what means to him yesterday and that is different than today? Like are we past the impact of some of these policies that have negatively impacted the VIP player, in other words?

**Rob Goldstein** *- Las Vegas Sands Corp. - President & COO*

I want to believe we are, but I think I'd be forced to make a prediction that it's over. I think there's still people that -- we see some extraordinary gamblers in Macao, or you'll see them in Las Vegas sometimes and you wonder what makes them feel they can gamble and be visible and very comfortable. Actually our salespeople asked that question. They feel like, well, I have nothing to hide, I've made my money. I pay my bills, pay my taxes. There are a lot of people still gambling pretty big limits over there and they're coming here to the US.

But to your point, clearly, these impact a lot of people. In the last couple of years we've seen them -- when you look at the numbers, the GGRs in the junket and the direct high-end segments, they've been impacted hugely. And so the answer is, a lot of people have been impacted by. And I think part of it is, there is a concern, they don't want to be that visible. They don't want to sit there betting, even if they completely have nothing to hide, no reason to fear anything. I think there is also -- a lot of like I think in this country back in the dark days of 2008, 2009 here in Las Vegas where people just didn't want to spend money, because they had it, but they felt like it was just so much disrespectful for those who were struggling. And I think in Macao today, you've got a lot of high-end pent-up demand, but there is fear that they shouldn't be doing that at this time. I think that will change, they'll return. And I do think there's belief sort of Macao has been singled out. It is an unfair portrayal of what's happened in Macao. Macao is the part of the Mainland and Chinese mentality. It's not the focus on Macao, the focus was on retailers and high-end spending, money

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2016 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



THOMSON REUTERS

001132

movement. It was just unfortunate part of that food chain and we suffered as a result. But I do think there is pent-up demand. As long as people in Asia are breathing, they are going to want to gamble and life is always about ups and downs and cycles, I think that cycle will return.

**Joe Greff** *- J.P. Morgan - Analyst*

There was some commentary recently about the government's mid-year review and I guess there was news this morning, it's not coming out near term, but will come out sometime shortly and I can imagine folks like you and [VEN] don't support it well in terms of --

**Rob Goldstein** *- Las Vegas Sands Corp. - President & COO*

[VEN] scored poorly, I saw his result, it wasn't good. I have no idea, just kidding.

**Joe Greff** *- J.P. Morgan - Analyst*

How important is that with regard to future policy changes or second session concession renewals, things like that?

**Rob Goldstein** *- Las Vegas Sands Corp. - President & COO*

I've been led to believe it's wildly important and all kidding aside, we've -- look there's no secret here. Sheldon, we've got the license long time ago, I think back in [2002 or 2003] and we built the Sands in about 30 minutes and it did very, very well. We then reinvested aggressively in Cotai. I think we did two things -- a number of things right, but we built Cotai and gave that -- you think about, that town didn't have Cotai. What you have is just these high-rise buildings on the Peninsula, [nobody will be], non-gaming. They would be gaming -- Sands had the gaming center. So we made the right bet there. I think Sheldon bet big and bet heavy in retail and non-gaming amenities. We've been told -- I've sat through many meetings with the government, they were very complimentary about what we've done. We've deployed huge amounts of capital at that time. We opened The Venetian [in 2007]. Somebody who you would know well in the gaming world said to me, this might be the biggest white elephant, [institute] gambling. And I kind of chuckled and I hope he was wrong, he was wrong. It has made billions and billions of dollars. It was a 3,000 room hotel sitting by itself in Cotai, all by itself, with huge retail and restaurant and non-gaming convention space, and people fell down laughing at that building. Well, [not usually] the government, I think, is very complimentary about what we built. It wasn't gaming centric. Yes, we've got gambling, we got that, but we've got other things as well. So we are very proud of what we've done in Cotai, Sheldon's vision has been pretty exemplary, pretty amazing. And I think, we -- I like to think the government feels good about what we've done over there.

**Joe Greff** *- J.P. Morgan - Analyst*

Before we switch to other topics, are there any question from the audience on Macao?

## QUESTIONS AND ANSWERS

**Unidentified Audience Member**

(Inaudible - microphone inaccessible)

**Rob Goldstein** *- Las Vegas Sands Corp. - President & COO*

No, I don't think that's the case. So I think it's a myth created by somebody. And the reason why I say that is, the same impediments that make it difficult to [gamble] Macao, or present in our property in Cotai -- in Singapore, I can't speak to the place I don't operate, I can't speak to the Philippines

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2016 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



001133

or Korean casino. But I don't believe so. I'll tell you why. First of all, there is a natural bias to want to go to Macao, it's closest, most comfortable culturally. Two, it is tough to move the money. If you want to bet a $1 million, you have to move that, transfer that cash and that's the problem, whether you're in Singapore or Korea. The government is still watching, observing, so that's an issue. Three, I don't think -- I think people, it's moving money out of China, is respecting the government. It seems so simple in a way. It's like watching these presidential debates, it always seems so simple. (inaudible) doesn't do that, but it's not that simple to move money, not that simple to comply, not that simple to get to Singapore and be -- [hide] over there. No, the answer is, I've not seen evidence of that, in fact, in anything. I say today it's harder to move money than ever, especially in our hotels, because we are very compliant and we're very proud of our compliance record. Two, I think it's really hard to make money today. I mean, it's a different world over there than was a couple of short years ago.

And I think, three, there is rethinking of spending. There's maybe you see less opportunity to earn money, you rethink how you spend money, [no matter] who you are, whether you are working for a living as a -- in any job, you've got to say what's my inflow, outflow. I think a lot of people in China, and in fact, Asia are stopping and rethinking, re-calibrating how they spend their cash. So I don't think any of these been a huge beneficiary of what's happened in China. And I think that's a myth.

---

**Unidentified Audience Member**

(Inaudible - microphone inaccessible)

---

**Rob Goldstein** *- Las Vegas Sands Corp. - President & COO*

Yes, because we're very much -- probably the biggest reason why we are very much -- he asked the question, where does it come from, who are you, how do you -- if a person wants a line of credit or wants to move money, we're probably the first line of defense. In fact, I think we are more aggressive than the government in terms of monitoring that. We're a big believer that compliance is critical. We've embraced it for the last four years, five years. And we don't fear it, we embrace and accept it. It's part of our world today.

There was a time, couple of years ago, people will say, well it won't last, the compliance. It's a worldwide phenomenon. It's happening in banks throughout the world, it's happening Las Vegas, and Hong Kong, and Singapore. So, yes, I don't think the high-end business, even when things get better, you're making more money and you want to gamble, will ever lose the compliance focus that we have today. I think most operators -- good operators do. You've got a long-term perspective and if you are going to sustain your business, you must be compliance focused. Most of you are too young to remember, but many years ago here in Las Vegas there was a Reg. 6-A and the whole idea, $10,000 you have to declare it. And people in Las Vegas thought that the world came to an end. Basically we closed the place, put the lights out. And you survive these things, you move on, that's the world today.

---

**Unidentified Audience Member**

(Inaudible- microphone inaccessible)

---

**Rob Goldstein** *- Las Vegas Sands Corp. - President & COO*

At this point, not at all. I don't think our customers sit down and go, I wonder where they are going to trade tomorrow. Most of our people, they are trading in that -- they are not so worried about the British pound or how the euro has traded, they don't focus on that. Could it be down the road? If the renminbi devalues, of course, there could be an impact. Yes. There also could be some positives in terms of -- if they can trade and jobs are better and factory workers and factory owners make more money, I guess there's a -- but we've not seen evidence of that at all at this point. [Ah], there's an impact, but for those who think there's not going to be an issue, if it happens, I think they were in denial, that's an issue, sure.

---

7

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2016 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



001134

**MARCH 10, 2016 / 10:10PM, LVS - Las Vegas Sands Corp at JPMorgan Gaming, Lodging, Restaurant & Leisure Management Access Forum**

**Unidentified Audience Member**

(Inaudible- microphone inaccessible)

---

**Rob Goldstein** *- Las Vegas Sands Corp. - President & COO*

Yes, I'm a big believer in Vegas. For the first time -- I have always been -- I love this city, I've lived here a long time and I'm a huge fan. But from an operating perspective, I've been negative for long time in Vegas. I've changed my views. I think Vegas is going to hit a very strong cycle coming up and the reason I believe that is we're too cheap relative to the rest of the world. The consumer sees that. I think the operators are getting more aggressive in pricing. We're seeing at the low end, well, all segments are kicking in. The better hotels like this hotel we are sitting in, or The Venetian Plaza, or Bellagio, and Cosmo are pricing up and I think you're getting paid to price up.

So I think we're in a nice cycle now. I think we're in the right place. And I am a believer that Vegas -- look, we're a lodging market primarily, gaming is the second business now, lodging is the primary business. So operators have to sharpen their pencil to be more aggressive. I also [think there's disconnect] and these cities evaluate what we give people value for money. We're so far ahead of any you see in the country, it's almost embarrassing. When you sleep in these hotels, you pay $250 or $300 a night and you kind of [chuck all it]. If you are in this kind of hotel in New York, you'd pay $1,000. You walk in any decent hotel in New York, you kind of chuckle. I'm in California tonight, and when I stay at these hotels, these are beautiful 200-room hotels, I fell down laughing at what you get for $1,500 a night.

---

**Unidentified Audience Member**

(inaudible- microphone inaccessible)

---

**Rob Goldstein** *- Las Vegas Sands Corp. - President & COO*

No, we actually have some options we are looking at right now. Not within our property, we've got that tower over there, we never completed, we did almost a decade ago. [That is still ] vacant that we're actually looking at resurrecting that now, there's a possibility. We're just kicking numbers around, because we believe that this market is going to grow. We believe this will get better. We believe ADR is going to appreciate. I also believe [in our] company, for example, that tower margin-wise could be a terrific, because you don't have to hire a new President, or a Vice President, yes, it's all there. It's just going to be how the employees that service this and margins could be terrific.

So, personally I believe in Las Vegas a lot. I think you're going to have the next couple, or three or four years a very cycle. I think every -- and this is the last segment to kick in, was conventions. That's pricing up, as well as OTAs, as well as wholesale. So we're very -- I'm a big believer Las Vegas is a nice place right now.

---

**Unidentified Audience Member**

(inaudible - microphone inaccessible)

---

**Rob Goldstein** *- Las Vegas Sands Corp. - President & COO*

We're very happy of our business in Las Vegas. Yes. For those who forget, we were the guys who started this whole convention thing many years ago. And when people used to tell us 20 years ago, I used to get lectures, there's no money in the rooms business, stay out of that, it's all about gambling. So we've had some converts last couple of years. And I think Sheldon has been a -- again, you got a -- sometimes people forget. When we came to this town in 1994 and built The Venetian 1996-1997, we were a convention-based facility with a gambling component. I think the market's catching up to us.

8

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2016 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



THOMSON REUTERS
001135

**MARCH 10, 2016 / 10:10PM, LVS - Las Vegas Sands Corp at JPMorgan Gaming, Lodging, Restaurant & Leisure Management Access Forum**

**Joe Greff** *- J.P. Morgan - Analyst*

Are you all working any more on potential mall monetization in Singapore?

**Rob Goldstein** *- Las Vegas Sands Corp. - President & COO*

Yes. We're looking at every option. I mean, we've never stopped looking. We look at the -- our malls -- we have trophy assets that make -- we have one of the biggest mall companies in the world that no one has ever heard of within LVS. We got -- who knows how much asset value we've there, but it's enormous. And our mall business in Singapore, we've got a couple of dealers working on that will help grow it even further. We're very bullish on -- Sheldon looks at the valuation and you'll kind of shake your head, he has been a believer in not selling the malls until they reach their value. But we're getting to a point now, where we -- maybe we look at it and consider it. Buyers are aggressive, we've had some -- a lot of interest over the years in both Singapore and Macao. Our mall in Macao, the numbers are still spectacular and our numbers in Singapore have always been spectacular -- even growing now, even with the downturn in Singapore our mall is up again this year, not quite double digits. But we're looking at everything. We're looking at would we ever sell the mall. Sure we would, at the right price, the right time in Sheldon's mind that's a real possibility. If the right deal comes along and the Board wants to do it, so we talk about. Those are amazing assets. They are trophy assets that buyers will pay ridiculous valuations for.

**Joe Greff** *- J.P. Morgan - Analyst*

Even in Las Vegas for small assets, reportedly?

**Rob Goldstein** *- Las Vegas Sands Corp. - President & COO*

It's right here. I'm trying to sell the [7/11] in the corner here.

**Joe Greff** *- J.P. Morgan - Analyst*

Any other questions? Right, your 30 minutes is up.

**Rob Goldstein** *- Las Vegas Sands Corp. - President & COO*

Okay, thank you.

**Joe Greff** *- J.P. Morgan - Analyst*

Thank Rob, thanks Dan.

**Dan Briggs** *- Las Vegas Sands Corp. - SVP of IR*

Thanks.

9

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2016 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



THOMSON REUTERS
001136

## MARCH 10, 2016 / 10:10PM, LVS - Las Vegas Sands Corp at JPMorgan Gaming, Lodging, Restaurant & Leisure Management Access Forum

**DISCLAIMER**

Thomson Reuters reserves the right to make changes to documents, content, or other information on this web site without obligation to notify any person of such changes.

In the conference calls upon which Event Transcripts are based, companies may make projections or other forward-looking statements regarding a variety of items. Such forward-looking statements are based upon current expectations and involve risks and uncertainties. Actual results may differ materially from those stated in any forward-looking statement based on a number of important factors and risks, which are more specifically identified in the companies' most recent SEC filings. Although the companies may indicate and believe that the assumptions underlying the forward-looking statements are reasonable, any of the assumptions could prove inaccurate or incorrect and, therefore, there can be no assurance that the results contemplated in the forward-looking statements will be realized.

THE INFORMATION CONTAINED IN EVENT TRANSCRIPTS IS A TEXTUAL REPRESENTATION OF THE APPLICABLE COMPANY'S CONFERENCE CALL AND WHILE EFFORTS ARE MADE TO PROVIDE AN ACCURATE TRANSCRIPTION, THERE MAY BE MATERIAL ERRORS, OMISSIONS, OR INACCURACIES IN THE REPORTING OF THE SUBSTANCE OF THE CONFERENCE CALLS. IN NO WAY DOES THOMSON REUTERS OR THE APPLICABLE COMPANY ASSUME ANY RESPONSIBILITY FOR ANY INVESTMENT OR OTHER DECISIONS MADE BASED UPON THE INFORMATION PROVIDED ON THIS WEB SITE OR IN ANY EVENT TRANSCRIPT. USERS ARE ADVISED TO REVIEW THE APPLICABLE COMPANY'S CONFERENCE CALL ITSELF AND THE APPLICABLE COMPANY'S SEC FILINGS BEFORE MAKING ANY INVESTMENT OR OTHER DECISIONS.

©2016, Thomson Reuters. All Rights Reserved.

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2016 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS

001137