John P. Aldrich, Esq.
NV Bar No. 6877
**Aldrich Law Firm, Ltd.**
7866 West Sahara Ave.
Las Vegas, NV 89117
Tel: (702) 853-5490
jaldrich@johnaldrichlawfirm.com

Shannon L. Hopkins (*Pro Hac Vice*)
**Levi & Korsinsky, LLP**
1111 Summer Street, Suite 403
Stamford, CT 06905
Tel: (203) 992-4523

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE DANIELS FAMILY 2001 REVOCABLE TRUST, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>LAS VEGAS SANDS CORP., DR. MIRIAM ADELSON, in her capacity as Special Administrator of the estate of SHELDON G. ADELSON, PATRICK DUMONT, and ROBERT G. GOLDSTEIN,<br><br>Defendants. | Case No. 2:20-cv-01958-CDS-EJY<br><br>**NOTICE OF SUPPLEMENTAL AUTHORITY** |

Court-appointed Co-Lead Plaintiffs Carl S. Ciaccio and Donald M. DeSalvo ("Plaintiffs") respectfully submit this Notice of Supplemental Authority to supplement the authorities cited in Plaintiff's Opposition to Defendants Motion to Dismiss Second Amended Class Action Complaint ("Opposition") (ECF No. 95). As demonstrated in Plaintiffs' Motion for Leave to Submit Notice of Supplemental Authority, supplementation is appropriate because a recent decision form the U.S. District Court for the District of Nevada, *In re Paysign, Inc. Sec Litig.*, No. 2:20-cv-00553-GMN-DJA, 2023 U.S. Dist. LEXIS 22055 (D. Nev. Feb. 9, 2023), is on all fours with the claims and issues raised in this case on Defendants' Motion to Dismiss Second Amended Class Action Complaint. ECF No. 95). A copy of the *Paysign* decision is attached hereto as Exhibit 1.

As discussed in Plaintiffs' motion, on February 9, 2023, Judge Navarro issued an opinion finding the plaintiffs had adequately alleged falsity and scienter where, like here, their allegations were supported by detailed accounts of former employees in a position to know the facts alleged, as corroborated by other detailed evidence. This Court should hold the same here.

Accordingly, Plaintiffs respectfully submits that this Court should consider the attached supplemental authority in its decision on Defendants' Motion to Dismiss.

//

//

Dated: February 24, 2023                    Respectfully submitted,

LEVI & KORSINSKY, LLP

*/s/ Shannon L. Hopkins*
Shannon L. Hopkins, Esq. (Pro Hac Vice)
1111 Summer Street, Suite 403
Stamford, CT 06905
Tel: (203) 992-4523
Email: shopkins@zlk.com

ALDRICH LAW FIRM, LTD.
John P. Aldrich, Esq.
NV Bar No. 6877
7866 West Sahara Ave.
Las Vegas, NV 89117
Tel.  702.853.5490
Fax.  702.227.1975

Email:  jaldrich@johnaldrichlawfirm.com

*Counsel for Plaintiffs*