Patrick G. Byrne (Nevada Bar #7636)
Morgan Petrelli (Nevada Bar #13221)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone:  702.784.5200
Facsimile:  702.784.5252
Email:  pbyrne@swlaw.com
         mpetrelli@swlaw.com

Walter C. Carlson (*Pro Hac Vice*)
Lawrence P. Fogel (*Pro Hac Vice*)
Caroline A. Wong (*Pro Hac Vice to be filed*)
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Telephone:  312.853.6892
Facsimile:  312.853.7036
Email:  wcarlson@sidley.com
         lawrence.fogel@sidley.com
         caroline.wong@sidley.com

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| THE DANIELS FAMILY 2001 REVOCABLE TRUST, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>LAS VEGAS SANDS CORP., DR. MIRIAM ADELSON, in her capacity as Special Administrator of the estate of SHELDON G. ADELSON, PATRICK DUMONT, and ROBERT G. GOLDSTEIN,<br><br>Defendants. | Case No.: 2:20-cv-01958-CDS-EJY<br><br>**DECLARATION OF LAWRENCE P. FOGEL IN SUPPORT OF DEFENDANTS' MOTION FOR STAY PENDING ADJUDICATION OF DEFENDANTS' MOTION FOR RECONSIDERATION** |

I, Lawrence P. Fogel, declare as follows:

1.     I am a partner at the law firm Sidley Austin LLP, which along with Snell &

Wilmer L.L.P., represents Defendants Las Vegas Sands Corp. ("LVS"), Dr. Miriam Adelson, in

her capacity as Special Administrator of the estate of Sheldon G. Adelson, Patrick Dumont, and Robert G. Goldstein (collectively "Defendants") in this action. I submit this declaration in support of Defendants' Motion for Stay Pending Adjudication of Defendants' Motion for Reconsideration.

2.     I have personal knowledge of the facts set forth below and am competent to testify to them.

3.     On August 8, 2023, the Court issued an order granting in part and denying in part Defendants' motion to dismiss, and allowing Plaintiffs until August 30, 2023, to file a third amended complaint. ECF No. 108 ("Order").

4.     Under Federal Rule of Civil Procedure 12(a)(4)(A), Defendants' current deadline to answer the Second Amended Complaint (the "SAC") is August 22, 2023.

5.     On August 16, 18, 21, and 22, 2023, I met and conferred with counsel for Plaintiffs telephonically and/or by e-mail. During these discussions, I informed Plaintiffs' counsel that Defendants planned to file a motion for reconsideration of the Order, which would be case-dispositive if granted, and that Defendants intended to seek a stay of all discovery and all other case deadlines pending resolution of the motion for reconsideration, including the August 22, 2023 deadline to answer the SAC.

6.     Plaintiffs have agreed to a 90-day extension of Defendants' deadline to answer the SAC, which would extend Defendants' deadline to November 20, 2023. However, despite the parties' good-faith meet-and-confer efforts, the parties were not able to otherwise reach agreement regarding Defendants' request for a stay.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this Declaration was made this 22nd day of August 2023 in Chicago, Illinois.

- 2 -

By: /s/ *Lawrence P. Fogel*

Lawrence P. Fogel (*Pro Hac Vice*)
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois 60603
Phone: (312) 853-7000
Fax: (312) 853-7000
lawrence.fogel@sidley.com

*Attorney for Defendants*

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200