1  Patrick G. Byrne (Nevada Bar #7636)
2  Morgan Petrelli (Nevada Bar #13221)
   SNELL & WILMER L.L.P.
3  3883 Howard Hughes Parkway, Suite 1100
   Las Vegas, Nevada 89169
   Telephone:  702.784.5200
4  Facsimile:  702.784.5252
   Email: pbyrne@swlaw.com
5          mpetrelli@swlaw.com

6  Walter C. Carlson (*Pro Hac Vice*)
   Lawrence P. Fogel (*Pro Hac Vice*)
7  Caroline A. Wong (*Pro Hac Vice to be filed*)
   SIDLEY AUSTIN LLP
8  One South Dearborn
   Chicago, IL 60603
9  Telephone:  312.853.6892
   Facsimile:  312.853.7036
10 Email: wcarlson@sidley.com
          lawrence.fogel@sidley.com
11         caroline.wong@sidley.com

12
   *Attorneys for Defendants*
13
                    **UNITED STATES DISTRICT COURT**
14                      **DISTRICT OF NEVADA**

15 THE DANIELS FAMILY 2001 REVOCABLE          Case No.: 2:20-cv-01958-CDS-EJY
   TRUST, Individually and On Behalf of All
16 Others Similarly Situated,

17                                  Plaintiff,   **STIPULATION TO EXTEND
                                                 DEADLINE FOR DEFENDANTS TO
18        v.                                     ANSWER SECOND AMENDED
                                                 COMPLAINT**
19 LAS VEGAS SANDS CORP., DR. MIRIAM
   ADELSON, in her capacity as Special          **(FIRST REQUEST)**
20 Administrator of the estate of SHELDON
   G. ADELSON, PATRICK DUMONT, and
21 ROBERT G. GOLDSTEIN,

22
23                                  Defendants.

24

25        Defendants Las Vegas Sands Corp., Dr. Miriam Adelson, in her capacity as Special

26 Administrator of the Estate of Sheldon G. Adelson, Patrick Dumont, and Robert G. Goldstein

27 (collectively, "Defendants"), and Lead Plaintiffs Carl S. Ciaccio and Donald M. DeSalvo

28 (collectively, "Plaintiffs," and together with Defendants, "the Parties") stipulate that the deadline

for Defendants to answer the Second Amended Complaint ("SAC") is extended 90 days until November 20, 2023. The Parties further state as follows:

1.     On April 18, 2022, Plaintiffs filed the SAC. ECF No. 77. Defendants filed a motion to dismiss the SAC on May 18, 2022. ECF No. 84.

2.     On August 8, 2023, the Court issued an Order granting in part and denying in part Defendants' motion to dismiss the SAC, and allowing Plaintiffs until August 30, 2023, to file a third amended complaint. ECF No. 108 (the "Order").

3.     Under Federal Rule of Civil Procedure 12(a)(4)(A), Defendants' current deadline to answer the SAC is August 22, 2023.

4.     The SAC is 96 pages long and contains 382 paragraphs. Defendants state that due to the length of the SAC, the number of statements challenged, the number of issues involved, and the fact that one Individual Defendant is deceased, Defendants require additional time to answer.

5.     On August 22, 2023, Defendants filed a Motion for Partial Reconsideration, or for an Order Certifying an Interlocutory Appeal (ECF No. 109, the "Motion for Reconsideration"), which seeks reconsideration of the Order and, if granted in full, would result in dismissal of the SAC in its entirety.

6.     In addition, on August 22, 2023, Defendants filed the pending Motion for Stay Pending Adjudication of Defendants' Motion for Reconsideration (ECF No. 110, the "Motion for Stay"). Defendants' Motion for Stay seeks a stay of their deadline to answer and of all other proceedings, including discovery.

7.     Although Plaintiffs anticipate filing an opposition to Defendants' Motion for Reconsideration and Motion for Stay, the parties have agreed to an extension of 90 days for Defendants' deadline to answer the SAC.

8.     Moreover, should Plaintiffs file a third amended complaint by the August 30, 2023 deadline set forth in the Court's Order (ECF No. 108), that would moot Defendants' need to answer the SAC.

9.    Accordingly, the undersigned counsel, subject to approval of the Court, have agreed and stipulated that Defendants' time to answer the SAC is extended 90 days until November 20, 2023.

10.    This stipulation is made without prejudice to Defendants' argument, as set forth in their Motion to Stay, that their time to answer, and all other proceedings including discovery, should not proceed in light of Defendants' Motion for Reconsideration.

For the foregoing reasons, the Parties respectfully request that the Court enter an order extending Defendants' deadline to answer Plaintiffs' Second Amended Complaint 90 days to November 20, 2023.

Dated: August 22, 2023

ALDRICH LAW FIRM, LTD.                          SNELL & WILMER, L.L.P.


By: */s/ Shannon L. Hopkins*                     By: */s/ Patrick Byrne*
    John P. Aldrich, Esq.                               Patrick G. Byrne, Esq.
    7866 West Sahara Ave.                               Morgan Petrelli, Esq.
    Las Vegas, NV 89117                                 3883 Howard Hughes Parkway, Ste. 1100
                                                        Las Vegas, NV 89169
    Shannon L. Hopkins (*Pro Hac Vice*)
    Adam Apton (*Pro Hac Vice to be filed*)             Walter C. Carlson (*Pro Hac Vice*)
    LEVI & KORSINSKY, LLP                               Lawrence P. Fogel (*Pro Hac Vice*)
    1111 Summer Street, Ste. 403                        Caroline A. Wong (*Pro Hac Vice to be filed*)
    Stamford, Connecticut 06905                         SIDLEY AUSTIN LLP
                                                        One South Dearborn Street
    *Attorneys for Plaintiffs*                          Chicago, Illinois 60603

                                                        *Attorneys for Defendants*


## [PROPOSED] ORDER

IT IS HEREBY ORDERED that the parties' stipulation is GRANTED. The deadline for Defendants to answer Plaintiffs' Second Amended Complaint is hereby extended 90 days to November 20, 2023.

**IT IS SO ORDERED.**

DATED: August 23, 2023 _____

UNITED STATES MAGISTRATE JUDGE

4874-4015-8586

- 3 -

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200