Patrick G. Byrne (Nevada Bar #7636)
Morgan Petrelli (Nevada Bar #13221)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: 702.784.5200
Facsimile: 702.784.5252
Email: pbyrne@swlaw.com
       mpetrelli@swlaw.com

Walter C. Carlson (*Pro Hac Vice*)
Lawrence P. Fogel (*Pro Hac Vice*)
Caroline A. Wong (*Pro Hac Vice*)
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
Telephone: 312.853.7000
Facsimile: 312.853.7036
Email: wcarlson@sidley.com
       lawrence.fogel@sidley.com
       caroline.wong@sidley.com

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| THE DANIELS FAMILY 2001 REVOCABLE TRUST, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>LAS VEGAS SANDS CORP., DR. MIRIAM ADELSON, in her capacity as Special Administrator of the estate of SHELDON G. ADELSON, PATRICK DUMONT, and ROBERT G. GOLDSTEIN,<br><br>Defendants. | Case No.: 2:20-cv-01958-CDS-EJY<br><br>**STIPULATION TO EXTEND DEADLINE FOR PARTIES TO SUBMIT DISCOVERY PLAN AND SCHEDULING ORDER**<br><br>**(FIRST REQUEST)** |

Defendants Las Vegas Sands Corp., Dr. Miriam Adelson, in her capacity as Special Administrator of the Estate of Sheldon G. Adelson, Patrick Dumont, and Robert G. Goldstein (collectively, "Defendants"), and Lead Plaintiffs Carl S. Ciaccio and Donald M. DeSalvo (collectively, "Plaintiffs," and together with Defendants, "the Parties") stipulate that the deadline

for the Parties to submit a discovery plan and scheduling order is extended until January 12, 2024. The Parties further state as follows:

1. On August 8, 2023, the Court issued an Order granting in part and denying in part Defendants' motion to dismiss Plaintiffs' Second Amended Complaint. ECF No. 108.

2. On August 22, 2023, Defendants filed a Motion for Partial Reconsideration, or for an Order Certifying an Interlocutory Appeal, of the Court's August 8 Order, ECF No. 109 ("Defendants' Motion for Reconsideration"), and for a Motion for Stay Pending Adjudication of Defendants' Motion for Reconsideration, ECF No. 110. Those motions were fully briefed on September 12, 2023. *See* ECF Nos. 117 & 118.

3. On September 29, 2023, Plaintiffs filed a Motion for a Rule 16 Pretrial Conference and Order Directing the Parties to Meet and Confer on Scheduling and Discovery. ECF No. 121 ("Plaintiffs' Motion on Scheduling and Discovery").

4. On October 23, 2023, Magistrate Judge Youchah granted Plaintiffs' Motion on Scheduling and Discovery in part, and ordered the parties to submit a discovery plan and scheduling order in accordance with her comments on the record on October 23 (the "Discovery Plan") by December 18, 2023. ECF Nos. 131 & 132. Plaintiffs and Defendants met and conferred on December 4, 2023 regarding the drafting of the Discovery Plan.

5. On November 13, 2023, Judge Silva entered a Minute Order setting a hearing on Defendants' Motion for Reconsideration for December 11, 2023, ECF No. 134, and that hearing was later rescheduled to December 12, 2023 due to a conflict in the Court's schedule, ECF No. 139.

6. Due to a scheduling conflict for Plaintiffs on the December 12 hearing date, Judge Silva rescheduled the hearing to December 19, 2023. ECF No. 140.

7. In light of the upcoming hearing before Judge Silva and the change in scheduling, the Parties have agreed to extend the deadline for submitting the Discovery Plan until after the hearing on Defendants' Motion for Reconsideration. The hearing and its potential outcome may inform the preparation and content of the Discovery Plan, including whether one need be submitted.

8. In addition, in light of the upcoming hearing, holidays, and associated travel, the Parties have agreed to an extension to January 12, 2024.

9. Accordingly, the undersigned counsel, subject to approval of the Court, have agreed and stipulated that the Parties' deadline to file the Discovery Plan is extended until January 12, 2024.

For the foregoing reasons, the Parties respectfully request that the Court enter an order extending the Parties' deadline to file the Discovery Plan until January 12, 2024.

Dated: December 14, 2023

**ALDRICH LAW FIRM, LTD.**

By: */s/ Shannon L. Hopkins*
John P. Aldrich, Esq.
7866 West Sahara Ave.
Las Vegas, NV 89117

Shannon L. Hopkins (*Pro Hac Vice*)
Greg M. Potrepka (*Pro Hac Vice*)
David C. Jaynes (*Pro Hac Vice*)
LEVI & KORSINSKY, LLP
1111 Summer Street, Ste. 403
Stamford, Connecticut 06905

*Attorneys for Plaintiffs*

**SNELL & WILMER, L.L.P.**

By: */s/ Patrick G. Byrne*
Patrick G. Byrne, Esq.
Morgan Petrelli, Esq.
3883 Howard Hughes Parkway, Ste. 1100
Las Vegas, NV 89169

Walter C. Carlson (*Pro Hac Vice*)
Lawrence P. Fogel (*Pro Hac Vice*)
Caroline A. Wong (*Pro Hac Vice*)
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois 60603

*Attorneys for Defendants*

## **ORDER**

**IT IS SO ORDERED.** DATED:

December 14, 2023

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE