1   Patrick G. Byrne (Nevada Bar #7636)
    Morgan Petrelli (Nevada Bar #13221)
2   SNELL & WILMER L.L.P.
    3883 Howard Hughes Parkway, Suite 1100
3   Las Vegas, NV 89169
    Telephone:  702.784.5200
4   Facsimile:  702.784.5252
    Email:  pbyrne@swlaw.com
5           mpetrelli@swlaw.com

6   Walter C. Carlson (*Pro Hac Vice*)
    Lawrence P. Fogel (*Pro Hac Vice*)
7   Caroline A. Wong (*Pro Hac Vice*)
    SIDLEY AUSTIN LLP
8   One South Dearborn Street
    Chicago, IL 60603
9   Telephone:  312.853.7000
    Facsimile:  312.853.7036
10  Email:  wcarlson@sidley.com
            lawrence.fogel@sidley.com
11          caroline.wong@sidley.com

12  *Attorneys for Defendants*

13                  **UNITED STATES DISTRICT COURT**
                       **DISTRICT OF NEVADA**
14

15  THE DANIELS FAMILY 2001 REVOCABLE          Case No.: 2:20-cv-01958-CDS-EJY
    TRUST, Individually and On Behalf of All
16  Others Similarly Situated,

17                                              **STIPULATION REGARDING**
                          Plaintiff,            **DEADLINE FOR PARTIES TO**
                                                **SUBMIT DISCOVERY PLAN AND**
18       v.                                     **SCHEDULING ORDER**

19  LAS VEGAS SANDS CORP., DR. MIRIAM
    ADELSON, in her capacity as Special
20  Administrator of the estate of SHELDON
    G. ADELSON, PATRICK DUMONT, and
21  ROBERT G. GOLDSTEIN,

22
                          Defendants.
23

24       Defendants Las Vegas Sands Corp., Dr. Miriam Adelson, in her capacity as Special

25  Administrator of the Estate of Sheldon G. Adelson, Patrick Dumont, and Robert G. Goldstein

26  (collectively, "Defendants"), and Lead Plaintiffs Carl S. Ciaccio and Donald M. DeSalvo

27  (collectively, "Plaintiffs," and together with Defendants, "the Parties") stipulate that the deadline

28  for the Parties to submit a discovery plan and scheduling order by January 12, 2024 has been

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

- 1 -

1    mooted by the Court's recent orders granting Defendants' Motion for Reconsideration and

2    dismissing Plaintiffs' Second Amended Complaint. *See* ECF Nos. 146, 147. The Parties further

3    state as follows:

4    1.    On August 8, 2023, the Court issued an Order granting in part and denying in part

5    Defendants' motion to dismiss Plaintiffs' Second Amended Complaint. ECF No. 108.

6    2.    On August 22, 2023, Defendants filed a Motion for Partial Reconsideration, or for

7    an Order Certifying an Interlocutory Appeal, of the Court's August 8 Order, ECF No. 109 ("Motion

8    for Reconsideration"), and a Motion for Stay Pending Adjudication of Defendants' Motion for

9    Reconsideration, ECF No. 110 ("Motion for Stay").

10   3.    On September 29, 2023, Plaintiffs filed a Motion for a Rule 16 Pretrial Conference

11   and Order Directing the Parties to Meet and Confer on Scheduling and Discovery. ECF No. 121

12   ("Motion on Scheduling and Discovery").

13   4.    On October 23, 2023, Magistrate Judge Youchah granted Plaintiffs' Motion on

14   Scheduling and Discovery in part, and ordered the parties to submit a discovery plan and scheduling

15   order in accordance with her comments on the record on October 23 (the "Discovery Plan") by

16   December 18, 2023. ECF Nos. 131 & 132.

17   5.    On November 13, 2023, Judge Silva entered a Minute Order setting a hearing on

18   Defendants' Motion for Reconsideration. ECF No. 134. After being rescheduled due to scheduling

19   conflicts, the hearing was set for December 19, 2023. ECF Nos. 139, 140.

20   6.    In light of the hearing date before Judge Silva, the Parties agreed to extend the

21   deadline for submitting the Discovery Plan to and until January 12, 2024, and Magistrate Judge

22   Youchah granted an extension accordingly. ECF No. 142.

23   7.    On December 19, 2023, after hearing oral argument from the Parties, Judge Silva

24   issued a Minute Order granting Defendants' Motion for Reconsideration. ECF No. 146. The Minute

25   Order also denied Defendants' Motion for Stay (*see id.*), which was mooted by the ruling on

26   Defendants' Motion for Reconsideration.

27   8.    On January 2, 2024, Judge Silva issued an Amended Order Regarding Plaintiffs'

28   Motion for Reconsideration, Defendants' Motion to Dismiss the Second Amended Complaint, and

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

the Parties' Leave to File Supplemental Authority. ECF No. 147 (the "Amended Order"). Consistent with the prior Minute Order granting Defendants' Motion for Reconsideration, the Amended Order dismissed the Second Amended Complaint in its entirety. *See id.* at 24.

9.    The Parties agree that the Court's Amended Order dismissing the Second Amended Complaint moots the Court's prior order directing the Parties to submit a Discovery Plan, and that the deadline for the Parties to submit a Discovery Plan by January 12, 2024 should be stricken accordingly.

For the foregoing reasons, the Parties respectfully request that the Court enter an order striking the Parties' January 12, 2024 deadline to file a Discovery Plan.

Dated: January 12, 2024

**ALDRICH LAW FIRM, LTD.**

By: */s/ Shannon L. Hopkins*

John P. Aldrich, Esq.
7866 West Sahara Ave.
Las Vegas, NV 89117

Shannon L. Hopkins (*Pro Hac Vice*)
Greg M. Potrepka (*Pro Hac Vice*)
David C. Jaynes (*Pro Hac Vice*)
LEVI & KORSINSKY, LLP
1111 Summer Street, Ste. 403
Stamford, Connecticut 06905

*Attorneys for Plaintiffs*

**SNELL & WILMER, L.L.P.**

By: */s/ Patrick G. Byrne*

Patrick G. Byrne, Esq.
Morgan Petrelli, Esq.
3883 Howard Hughes Parkway, Ste. 1100
Las Vegas, NV 89169

Walter C. Carlson (*Pro Hac Vice*)
Lawrence P. Fogel (*Pro Hac Vice*)
Caroline A. Wong (*Pro Hac Vice*)
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois 60603

*Attorneys for Defendants*

**IT IS SO ORDERED; provided, however, if a Third Amended Complaint ("TAC") is filed, the parties must submit a proposed discovery plan and scheduling order no later than seven (7) days after the pleading responding to the TAC is filed.**

**U.S. MAGISTRATE JUDGE**

**Dated:  January 12, 2024**

- 3 -