Patrick G. Byrne (Nevada Bar #7636)
Morgan Petrelli (Nevada Bar #13221)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: 702.784.5200
Facsimile: 702.784.5252
Email: pbyrne@swlaw.com
        mpetrelli@swlaw.com

Walter C. Carlson (*Pro Hac Vice*)
Lawrence P. Fogel (*Pro Hac Vice*)
Caroline A. Wong (*Pro Hac Vice*)
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
Telephone: 312.853.7000
Facsimile: 312.853.7036
Email: wcarlson@sidley.com
        lawrence.fogel@sidley.com
        caroline.wong@sidley.com

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| THE DANIELS FAMILY 2001 REVOCABLE TRUST, Individually and On Behalf of All Others Similarly Situated,<br><br>                                        Plaintiff,<br><br>        v.<br><br>LAS VEGAS SANDS CORP., DR. MIRIAM ADELSON, in her capacity as Special Administrator of the estate of SHELDON G. ADELSON, PATRICK DUMONT, and ROBERT G. GOLDSTEIN,<br><br>                                        Defendants. | Case No.: 2:20-cv-01958-CDS-EJY<br><br>**STIPULATION REGARDING DISMISSAL WITH PREJUDICE AND ENTRY OF FINAL JUDGMENT** |

Defendants Las Vegas Sands Corp., Dr. Miriam Adelson, in her capacity as Special Administrator of the Estate of Sheldon G. Adelson, Patrick Dumont, and Robert G. Goldstein ("Defendants") and Lead Plaintiffs Carl S. Ciaccio and Donald M. DeSalvo (collectively, "Plaintiffs," together with Defendants, "the Parties") stipulate that the January 18, 2024 deadline for Plaintiffs to file a Third Amended Complaint has passed and that the Court should issue an

order dismissing Plaintiffs' claims with prejudice and enter final judgment in a separate document. *See* Fed. R. Civ. P. 58(d). The Parties further state as follows:

1.    On December 19, 2023, after hearing oral argument from the Parties, the Court issued a Minute Order granting Defendants' Motion for Reconsideration. ECF No. 146.

2.    On January 2, 2024, the Court issued an Amended Order Regarding Plaintiffs' Motion for Reconsideration, Defendants' Motion to Dismiss the Second Amended Complaint, and the Parties' Leave to File Supplemental Authority. ECF No. 147 (the "Amended Order"). The Amended Order dismissed the Second Amended Complaint in its entirety and provided that if Plaintiffs chose to file a Third Amended Complaint, they needed to do so within 30 days of December 19, 2023, *id.* at 24, which set a deadline to file a Third Amended Complaint of January 18, 2024.

3.    On January 18, 2024, Plaintiffs informed Defendants by e-mail that they would not be filing a Third Amended Complaint, and Plaintiffs have not since filed a Third Amended Complaint and do not intend to do so.

4.    The Parties therefore agree that dismissal of Plaintiffs' claims with prejudice is appropriate, and that each party shall bear their own attorneys' fees and costs associated with this action.

5.    For the avoidance of doubt, the Parties note that, since no class has been certified in this action, no claims of absent class members are at issue and therefore this dismissal is without prejudice as to the claims of any absent class member.

/ / /

/ / /

/ / /

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

For the foregoing reasons, the Parties respectfully request that the Court issue an order dismissing Plaintiffs' claims with prejudice with each party to bear their own attorneys' fees and costs, and enter final judgment in a separate document. *See* Fed. R. Civ. P. 58(d).

Dated: February 22, 2024

**ALDRICH LAW FIRM, LTD.**

By: */s/ Shannon L. Hopkins*

    John P. Aldrich, Esq.
    7866 West Sahara Ave.
    Las Vegas, NV 89117

    Shannon L. Hopkins (*Pro Hac Vice*)
    Greg M. Potrepka (*Pro Hac Vice*)
    David C. Jaynes (*Pro Hac Vice*)
    LEVI & KORSINSKY, LLP
    1111 Summer Street, Ste. 403
    Stamford, Connecticut 06905

    *Attorneys for Plaintiffs*

**SNELL & WILMER, L.L.P.**

By: */s/ Patrick G. Byrne*

    Patrick G. Byrne, Esq.
    Morgan Petrelli, Esq.
    3883 Howard Hughes Parkway, Ste. 1100
    Las Vegas, NV 89169

    Walter C. Carlson (*Pro Hac Vice*)
    Lawrence P. Fogel (*Pro Hac Vice*)
    Caroline A. Wong (*Pro Hac Vice*)
    SIDLEY AUSTIN LLP
    One South Dearborn Street
    Chicago, Illinois 60603

    *Attorneys for Defendants*

## ORDER

**IT IS SO ORDERED.**

DATED: _____

_____
UNITED STATES DISTRICT JUDGE

- 3 -

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200