AO450 (NVD Rev. 2/18) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

The Daniels Family 2001 Revocable Trust

                     JUDGMENT IN A CIVIL CASE

            Plaintiff,

  v.                                Case Number: 2:20-cv-01958-CDS-EJY

Las Vegas Sands Corp. et al.,

            Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Judgment entered in favor of Defendants and against Plaintiff. Case closed.

2/27/2024  
Date

                                                           DEBRA K. KEMPI  
                                                           Clerk

                                                           /s/ C. Torres  
                                                           Deputy Clerk